IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS,
EASTERN DIVISION

| | | |
|---|---|---|
| Protect Our Parks, Inc.; Charlotte Adelman; ) | | |
| Maria Valencia and Jeremiah Jurevis; ) | No. 18-cv-03424 | |
| Plaintiffs, ) | | |
| v. ) | Honorable John Robert Blakey | |
| ) | | |
| Chicago Park District and City of Chicago, ) | Jury Demanded | |
| Defendants. ) | | |

## CERTIFICATE OF SERVICE OF DISCOVERY

This will certify that I have this day caused to be served a copy of **Plaintiffs' Second Request To Produce to the Chicago Park District, and Plaintiffs' Second Request To Produce to the City of Chicago**, all by email transmission from mark@rothfioretti.com to the following persons at their email addresses shown below on or before 5:00 pm. on October 31, 2018.

**Richard W. Burke, -**
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611-3607         representing      Chicago Park District
(312) 840-7000                                    *(Defendant)*
Voluntary Withdraw (fax)
rburkesr@burkelaw.com


**John Lawrence Hendricks**
City Of Chicago Department Of Law
30 North Lasalle St, Suite 1230
Chicago, IL 60602              representing      City Of Chicago
(312) 744-6975                                    *(Defendant)*
Not a member (fax)

1

john.hendricks@cityofchicago.org

**Susan M. Horner**
Burke Warren MacKay & Serritella
330 N. Wabash Ave.
22nd Floor
Chicago, IL 60611
312 840 7000
Delinquent (fax)
shorner@burkelaw.com

Elizabeth Meyer Pall
Burke, Warren, Mackay & Serritella, P.c.
330 N. Wabash
Suite 2100
Chicago, IL 60611
(312) 840-7099
Not a member (fax)
epall@burkelaw.com

representing

Chicago Park District
(Defendant)

Joseph P. Roddy
Burke, Warren, MacKay & Serritella, P.C.
330 N. Wabash Avenue,
22nd Floor
Chicago, IL 60611
(312) 840-7000
Active (fax)
jroddy@burkelaw.com

Justin Tresnowski
City of Chicago Department of Law
Constitutional and Commercial Litigation Division
30 N. LaSalle Street
Suite 1230

representing

City Of Chicago
(Defendant)

Chicago, IL 60602
(312) 744-4216
Not a member (fax)
jtresnowski@gmail.com


Andrew W Worseck
City of Chicago, Department of Law
30 North LaSalle Street
Suite 1230
Chicago, IL 60602
(312) 744-7129
Active (fax)
aworseck@cityofchicago.org


Respectfully submitted this 31st day of October, 2018.

/Mark D. Roth/
Mark D. Roth
Roth Fioretti LLC
311 S. Wacker, Suite 2470
Chicago, Illinois 60606
(312) 922-6262
mark@rothfioretti.com

## PROOF OF SERVICE

I, Mark D. Roth, an attorney, certify that I served this **Certificate Of Service Of Discovery** via ECF notification to parties of record on October 31, 2018 before 5:00 p.m.

/Mark D. Roth/

Mark D. Roth
Roth Fioretti LLC
311 S. Wacker, Suite 2470
Chicago, Illinois 60606
(312) 922-6262
mark@rothfioretti.com