# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Protect Our Parks, et al.

                  Plaintiff,

v.                                         Case No.: 1:18−cv−03424
                                             Honorable John Robert Blakey

Chicago Park District, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 29, 2018:

    MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 11/29/2018. Defendant's motion to dismiss [48] is briefed as follows: response shall be filed on or before 1/11/2019; reply shall be filed on or before 2/1/2019; motion hearing set for 2/14/2019 at 9:45 a.m. in Courtroom 1203. Defendant's motion for leave to file excess pages [49] is granted. Defendant's motion to stay [50] is denied, and discovery referenced in open court shall be tendered on or before 12/6/2018. Motions for leave to file [54], [56] and [61] are granted. Status hearing set for 12/5/2018 and motion hearing set for 12/6/2018, are stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.