UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Protect Our Parks, et al.
                                   Plaintiff,

v.                                                         Case No.: 1:18−cv−03424
                                                           Honorable John Robert Blakey

Chicago Park District, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 17, 2019:

MINUTE entry before the Honorable John Robert Blakey: At the motion hearing held on 11/29/2018, this Court granted motions [54], [56] and [61], all of which were motions for leave to file briefs as amici curiae in support of Defendants' motion to dismiss or for judgment on the pleadings [48]. This Court thus grants motions [69], [73], and [75] all of which are motions for leave to file briefs as amici curiae in support of Plaintiffs' opposition to Defendant's motion [48]. Given that this Court has now afforded both parties three amicus briefs each, and in light of the briefing schedule previously set by this Court, no further amicus briefs will be allowed. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.