IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS,
EASTERN DIVISION

| | | |
|---|---|---|
| Protect Our Parks, Inc.; Charlotte Adelman; | ) | |
| Maria Valencia and Jeremiah Jurevis; | ) | No. 18-cv-03424 |
|     Plaintiffs, | ) | |
| v. | ) | Honorable John Robert Blakey |
| | ) | |
| Chicago Park District and City of Chicago, | ) | Jury Demanded |
|     Defendants. | ) | |

## NOTICE OF FILING

    PLEASE BE ADVISED that we have on February 5, 2019, caused to be with the Clerk of the United States District Court for The Northern District of Illinois **Plaintiff's Submission Pursuant to this Court's January 22, 2019 and January 31, 2019 Orders,** a copy of which is attached**.**

/Mark D. Roth/

## PROOF OF SERVICE

    I, Mark D. Roth, an attorney, certify that I served this notice and the **Plaintiff's Submission Pursuant to this Court's January 22, 2019 and January 31, 2019 Orders**, via ECF notification to parties of record on February 5, 2019.

/Mark D. Roth/

Mark D. Roth
Roth Fioretti LLC
311 S. Wacker, Suite 2470
Chicago, Illinois 60606
(312) 922-6262
mark@rothfioretti.com