London, Delhi, Paris, Luxor, and Singapore, the University has considerable global reach. In addition, the University manages for the US Department of Energy two national laboratories: Argonne National Laboratory in Lemont, Illinois, and Fermi National Accelerator Laboratory in Batavia, Illinois.

The University of Chicago has extensive expertise that it can leverage to support the Barack Obama Foundation's efforts to plan, design, implement, and manage such a large-scale and highly visible project as the Barack Obama Presidential Center. The University has assembled a team of administrators, faculty members, and outside consultants who will work with the Foundation. These individuals will foster government and community relations and ensure that the project receives all required approvals. The University envisions numerous opportunities for collaboration between programs at the Presidential Center and University of Chicago faculty, students, and administrative offices.

> The University of Chicago will leverage its expertise to support development of the Presidential Center.

Bringing the Presidential Center to Chicago's South Side would be a transformative opportunity for the local community, the city, and the state and create a highly visible cultural, economic, and educational anchor institution. In recent years, the University's orientation has become more outward-facing, and areas of strategic focus have included improving economic and educational opportunity for residents of the South Side and city, addressing the challenges and opportunities of urban life through rigorous research and debate, finding evidence-based solutions to local problems, and expanding the capacity of South Side business leaders.

The University of Chicago stands ready to marshal its own administrative and academic resources, its diverse network of community partners, and its project planning experience to make the Obama Presidential Center a reality for Chicago's South Side and thereby help the President and First Lady realize their ambitions in the area, city, nation, and world.



*Chicago Innovation Exchange opening event*

▶ 1. An executive summary articulating the long-term strategic vision for the university, including its global footprint and vision, as well as any existing or projected expansion plans. Detail any complementary relationship with the project.

The University of Chicago's founding vision—to be one of the world's great centers for inquiry and education and to make a lasting impact through those activities—continues to inform its strategic priorities: to recruit, retain, and support the most talented students, staff, and scholars; to offer a distinctive education that prepares students for a variety of fields; to engage in research programs that are recognized among the world's best; and to foster outward engagement that ensures that the University's education and research programs have an impact on local challenges and global issues.

Major investments in recent years are advancing the University on these fronts. The Institute for Molecular Engineering, established in 2011, is helping to define a new academic discipline while tackling major problems such as creating and storing energy and providing access to clean water. The Neubauer Collegium for Culture and Society, now in its second year, is exploring avenues of interdisciplinary humanistic inquiry. In 2013 the University opened the Center for Care and Discovery, an expansive hospital facility designed to respond to innovations in patient care and clinical research. The University is enhancing its traditional strengths in research and teaching by expanding the faculty and making investments in the undergraduate student experience, including new residence halls and expanded internship opportunities. The Chicago Innovation Exchange, a new center supporting business start-up activities by University faculty, students, and area entrepreneurs, will drive the creation of new ventures on the South Side. Major upcoming capital projects include an innovative hub for collaboration called the Rubenstein Forum, a new facility for the Harris School of Public Policy, a new residence hall complex on the northern edge of campus, and expanded development on 53rd Street in Hyde Park. The University is constructing a new building for its charter school in Woodlawn and is developing a number of spaces for artistic innovation on Garfield Boulevard in the Washington Park neighborhood.

The vision of the University's founding president, William Rainey Harper, has also driven the University to restructure its approach to civic engagement programs around a specific question: What is the model for the relationship and engagement of a great urban research university with the city around it? In early 2015, the University will announce a major new initiative to study the challenges of urban life and find evidence-based solutions to drive improved policies. These Urban Labs, inspired by University research on crime and education that has led to successful interventions and improved the lives of young people, will organize researchers from diverse fields around those subjects, as well as health, economics, and energy. Alongside these academic initiatives, the University's Office of Civic Engagement recently launched a new four-pronged strategic vision for community engagement: extending education to foster leadership, service, and ideas; collaborating on research to transform cities through evidence; spurring innovation through local and global enterprise; and anchoring neighborhoods as a partner for a stronger South Side.



*Panel discussion during the UChicago Center in Delhi opening celebration*

As a major economic anchor on the South Side, the University is committed to developing its community through a range of programs and investments. These efforts include major investments along 53rd Street, including a 150,000-square-foot office tower, a hotel, a movie theater complex, and new retail stores and restaurants. Many of these new businesses are owned by and employ South Side residents. This investment is ongoing and includes a new apartment building with ground-floor retail space. A major initiative on Garfield Boulevard west of campus is working to revitalize the area by spurring commercial development around arts and creative pursuits.

The University addresses issues on a global scale. Each year, the University enrolls more than 3,100 international students from more than 100 countries. About 40 percent of students in the College study abroad as undergraduates. University students and faculty are engaged in hundreds of programs, initiatives, and partnerships in more than 38 countries on every continent. Chicago alumni are leaders in business, government, science, education, and many other fields all over the world. To facilitate faculty and student engagement around the world, the University operates facilities in multiple countries. The University is also a founding partner in the Giant Magellan Telescope project in Chile and is exploring additional strategies for deeper engagement in Latin America and elsewhere in the world. The Global Engagement Office collaborates with faculty, deans, and University administrators to develop new strategies for engagement in key regions.

The University of Chicago envisions a number of partnerships among University faculty, students, and offices, the Presidential Center, and other institutions of higher eduction in the Chicago area, particularly around issues of education, leadership, democracy, international relations, urban life, community engagement, health and wellness, and economic development. These are areas in which the University is deeply involved and areas where the resources of the Presidential Center will support expanded engagement.

As a highly visible anchor institution on Chicago's South Side, the Presidential Center will bring a diverse set of resources to the network of partners working in these areas. The Presidential Center will draw visitors from all over the world to Chicago, deepening the area's reputation as a destination for visitors interested in history, education, science, culture and arts, and supporting a diverse array of new retail, dining, and hospitality development. Major gatherings convened by the President and First Lady will bring high profile, influential visitors to the area. The archival resources at the Presidential Center will support student and faculty scholarship around issues of American politics, policy, leadership, and international relations. The Presidential Center, the University, and other regional partners can work together with the City to drive infrastructure and park improvements, support new investments, and encourage greater community participation by local residents.

▶ **2. Biographies of administrators, faculty and staff assigned to the Project, including a summary of responsibilities and an organizational chart indicating reporting relationships both internally and with appropriate personnel of the Foundation.**

**President Robert J. Zimmer** and the **University's Board of Trustees** oversee the University's commitment to the Barack Obama Presidential Center. A steering committee consisting of the University's executive vice president, the vice president for civic engagement, the vice president for communications, the vice president and general counsel, senior counsel for University affiliations, the secretary of the University, and two senior advisors to the President are responsible for all operational aspects of the project. A faculty committee provides input on academic issues related to the Presidential Center. A group of administrative offices will support the ongoing development of the Presidential Center. These offices, their roles in enabling the Presidential Center, and key personnel are outlined below.

### CENTRAL ADMINISTRATION

**Robert J. Zimmer, President**
Robert J. Zimmer became president of University of Chicago in 2006. Prior to his appointment as president, Zimmer was a University of Chicago faculty member and administrator for more than two decades. He served as chair of the mathematics department, deputy provost, and vice president for research and for Argonne National Laboratory. He also served as provost at Brown University from 2002 to 2006. He holds a bachelor's degree from Brandeis University and a master's degree and PhD in mathematics from Harvard University.

**David B. Fithian, Executive Vice President**
As the University's executive vice president, David B. Fithian is the senior officer responsible for facilitating and implementing strategic initiatives that require significant central coordination. Before being named executive vice president, Fithian served as vice president and secretary of the University, responsible for promoting good governance practices and facilitating the work of the University's Board of Trustees. Fithian received his bachelor's degree from Clark University and MA, MPhil, and PhD degrees in sociology from Yale University.

**Susan S. Sher, Senior Advisor to the President of the University**
Susan S. Sher is the principal executive managing the Barack Obama Presidential Center proposal process. Sher, a graduate of Loyola University Chicago School of Law and George Washington University, was a partner at the Chicago law firm Mayer Brown, served as the City's Corporation Counsel, and held a number of legal and administrative roles at the University of Chicago before serving in the Obama administration. In 2009, she left the University to serve as special assistant to the President and associate White House counsel. Later she became assistant to the President and chief of staff for the First Lady.

**Katie Callow-Wright, Associate Vice President and Chief of Staff**
As associate vice president and chief of staff, Katie Callow-Wright is responsible for coordinating the work of the Office of the Executive Vice President and the President of the University. She is responsible for developing and implementing initiatives and establishing administrative objectives. Prior to assuming her current role, Callow–Wright served in several positions in the Office of Campus and Student Life at the University. She holds a BA from DePauw University and an MA from Bowling Green State University.

**David Chearo, Director of Strategic Projects**
As director of strategic projects, David Chearo works collaboratively with faculty and staff at all levels of the University and with external partners to ensure the success of a broad range of projects and initiatives. Prior to joining the President's Office, Chearo directed the University's Survey Lab. A former Sergeant in the US Marine Corps, he holds a bachelor's degree from the University of Illinois at Urbana-Champaign and a master's degree in social sciences from the University of Chicago.

**John Mark Hansen, Charles L. Hutchinson Distinguished Service Professor, Department of Political Science, and Senior Advisor to the President of the University**
John Mark Hansen, a member of the University of Chicago's faculty since 1986, studies and teaches American politics. Hansen also served as dean of the Social Sciences Division from 2002 to 2012. In his capacity as senior advisor to the president of the University, Hansen provides academic and faculty input for major University initiatives, particularly as they pertain to the social sciences. He received a bachelor's degree from the University of Kansas and a PhD from Yale University.

*Continues on next page*

**Alice J. McLean, Assistant Director of Special Projects**
As assistant director of special projects since 2012, Alice J. McLean has managed the University's response to the Foundation's requests for qualifications and proposals and coordinates the University's activities with the Barack Obama Foundation. McLean has worked for the University since 2008. Prior to her current role, she worked on the University's global initiatives and supported University President Robert J. Zimmer. She holds a bachelor's degree from Northwestern University and a master's of public policy degree from the University of Chicago's Harris School of Public Policy.

FACULTY LEADERSHIP

A group of University of Chicago faculty members has helped shape the vision and direction of the University's response to the Barack Obama Foundation's requests. A similar group of faculty, including University of Chicago faculty members and scholars from other Chicago-area universities, will be assembled to advise the Foundation on academic direction and collaboration going forward. Members of the faculty committee are:

**Geoffrey R. Stone**
Committee Chair, Edward H. Levi Distinguished Service Professor, Law School

**Andrew Abbott**
Gustavus F. and Ann M. Swift Distinguished Service Professor, Department of Sociology and the College

**Shadi Bartsch-Zimmer**
Helen A. Regenstein Distinguished Service Professor, Department of Classics and the College

**Kerwin Charles**
Edwin A. and Betty L. Bergman Distinguished Service Professor, Harris School of Public Policy

**Cathy Cohen**
David and Mary Winton Green Professor, Department of Political Science and the College

**Jonathan Lear**
John U. Nef Distinguished Service Professor, John U. Nef Committee on Social Thought, Department of Philosophy, and the College

**Olufunmilayo I. Olopade**
Walter L. Palmer Distinguished Service Professor, Medicine and Human Genetics

**Randal C. Picker**
James Parker Hall Distinguished Service Professor, Law School; Senior Advisor, Computation Institute

**Stephen M. Stigler**
Ernest DeWitt Burton Distinguished Service Professor, Department of Statistics and the College

OFFICE OF CIVIC ENGAGEMENT

The University's Office of Civic Engagement has worked to build an extensive network of community partners across the South Side and the city of Chicago to solicit input on the University's response to the Foundation's questions and build a broad coalition of support for bringing the Presidential Center to the South Side. The civic engagement office expects to work with the Foundation to develop a long-range plan for programs, events, and ongoing activities in conjunction with the interests and priorities of the President and First Lady.

**Derek R. B. Douglas, Vice President for Civic Engagement**
As vice president for civic engagement, Derek R. B. Douglas leads the University's local, national, and international urban development and civic engagement efforts. Prior to joining the University in 2012, Douglas served on the White House Domestic Policy Council from 2009 through 2011 as special assistant to President Barack Obama, where he led the DPC's work on urban and metropolitan policy issues. He holds a bachelor's degree from the University of Michigan and a law degree from Yale Law School.

**Sonya Malunda, Senior Associate Vice President, Community Engagement**
Sonya Malunda has served in various civic and community affairs roles at the University of Chicago for more than 15 years. She currently manages the Office of Civic Engagement's portfolio of civic partnerships and is responsible for local and state government relations, community and civic partnerships, and education outreach programs. Prior to joining the University, Malunda was the first deputy commissioner of the City of Chicago Department of Housing and, before that, had a career in banking. Malunda holds a BA in economics from Spelman College and a master of management degree from Northwestern University's Kellogg Graduate School of Management.

**William W. Towns, Associate Vice President, Neighborhood Initiatives**
William W. Towns leads the Office of Civic Engagement's Neighborhoods Initiatives team, which develops policies and strategies that leverage the University's strengths to revitalize communities by influencing economic growth, improving health outcomes, and advancing campus developments that contribute to the vibrancy and sustainability of the community. He holds a BA from Loyola University Chicago and an MBA from the University of Notre Dame's Mendoza School of Business, and he is an alumnus of executive education programs at Harvard University and the University of Wisconsin.

OFFICE OF COMMUNICATIONS

The University of Chicago's Office of Communications works through strategic outreach, authentic reporting, and creative media to illuminate and support the mission and many initiatives of the University. The office's staff of more than 40 communications and marketing professionals is prepared to support the Foundation's local public relations and communications needs and to advise the Foundation on local firms to engage.

**Julie A. Peterson, Vice President for Communications**
Julie A. Peterson is responsible for strategically communicating the significant research and educational achievements of the University of Chicago and the resulting innovations and impact on the city, the nation, and the world. She oversees the University's news office and creative communications group and works closely with communications staff in administrative and academic units across the University. Prior to joining the University of Chicago, Peterson served in senior communications roles at the University of Michigan and the University of Indiana. She holds a BA in journalism from Indiana University Bloomington and an MBA from IU's Kelley School of Business.

**Nora Semel, Director of Communications for Visitor Experience and the Arts**
Nora Semel develops and executes plans for external-facing strategic initiatives. Prior to joining the University, Semel was the associate director of external affairs at the Guggenheim Museum and Foundation in New York. She received a BS in marketing and a BA in art history from the University of Illinois at Urbana-Champaign and holds a professional certificate in museum studies from Northwestern University.

GLOBAL ENGAGEMENT OFFICE

**Ian H. Solomon, Vice President for Global Engagement**
As vice president for global engagement, Ian H. Solomon supports the University's growing number of international programs and partnerships, overseas centers and campuses, research collaborations, and global education opportunities. Solomon came to the University in 2013 from the World Bank Group, where he served as US Executive Director. Prior to that he worked as senior advisor to Treasury Secretary Timothy Geithner and legislative counsel to President Obama when he was a senator. He holds a BA from Harvard University and a JD from Yale University, where he served as associate dean of the Law School.

OFFICE OF FACILITIES SERVICES

The University's Office of Facilities Services consists of more than 300 staff members with expertise in capital project planning, design and architecture, sustainability and LEED certification, and project delivery. The office has executed a number of complex and innovative development projects and is prepared to leverage this expertise and staff to support the development of the Presidential Center.

**Steven M. Wiesenthal, Senior Associate Vice President for Facilities and University Architect**
Steven M. Wiesenthal, a fellow at the American Institute of Architects, oversees the Office of Facilities Services and the University's planning, design, construction, and facilities operations. Prior to coming to the University of Chicago, Wiesenthal served as associate vice chancellor and campus architect at the University of California, San Francisco. He holds both a bachelor of architecture and bachelor of arts in urban studies degrees from the University of Maryland and a master of liberal arts degree from the University of Pennsylvania.

**Alicia Murasaki, Assistant Vice President, Campus Design and Sustainability**
Alicia Murasaki oversees campus planning initiatives, with a focus on developing interconnected master plan layers to guide short- and long-term growth strategies. Murasaki also heads the Office of Sustainability, which creates partnerships across campus to mitigate the University's impact on the environment, raise the visibility of sustainability issues on campus, and advance intellectual debate and analysis on the critical environmental issues of our time. Before joining the University in 2008, she served as principal architect at Northwestern Memorial Hospital in downtown Chicago. She earned a bachelor's degree in mathematics from Transylvania University and a master of architecture degree from the University of Oregon.

**Boyd Black, Assistant Vice President, Capital Project Delivery**
Under Boyd Black's direction, the Capital Project Delivery group manages design and construction for the University. Black joined the University in 2008 after managing design and construction for eight years at the University of Illinois at Chicago. Boyd has more than 35 years of experience working in both the architecture and construction sides of the industry. He holds a bachelor's degree in architecture from Iowa State University and master of management degree from Northwestern University's Kellogg Graduate School of Management.

◁ University of Chicago project team for the Barack Obama Presidential Center



# Individuals assigned to the Barack Obama Presidential Center project

**President of the University**
Robert J. Zimmer

## FACULTY COMMITTEE

**Committee Chair, Edward H. Levi Distinguished Service Professor, Law School**
Geoffrey R. Stone

**Gustavus F. and Ann M. Distinguished Service Professor, Department of Sociology**
Andrew Abbott

**Helen A. Regenstein Distinguished Service Professor, Department of Classics and the Program in Gender Studies**
Shadi Bartsch-Zimmer

**Edwin and Betty L. Bergman Distinguished Service Professor, Harris School of Public Policy**
Kerwin Charles

**David and Mary Winton Green Professor, Department of Political Science**
Cathy Cohen

**John U. Nef Distinguished Service Professor, Committee on Social Thought and Department of Philosophy**
Jonathan Lear

**Walter L. Palmer Distinguished Service Professor, Medicine and Human Genetics**
Olufunmilayo I. Olopade

**James Parker Hall Distinguished Service Professor, Law School**
Randal C. Picker

**Ernest DeWitt Burton Distinguished Service Professor, Department of Statistics and the College**
Stephen M. Stigler

## SPECIAL PROJECTS TEAM

**Senior Advisor**
Susan Sher

**Senior Advisor**
J. Mark Hansen

**Assistant Director of Special Projects**
Alice J. McLean

## CENTRAL ADMINISTRATION

**Executive Vice President**
David B. Fithian

**Associate Vice President and Chief of Staff**
Katie Callow-Wright

**Director of Strategic Projects**
David Chearo

**Vice President for Civic Engagement**
Derek R. B. Douglas

**Senior Associate Vice President for Facilities & University Architect**
Steve Wiesenthal

**Assistant Vice President, Campus Design + Sustainability**
Alicia Murasaki

**Assistant Vice President, Capital Project Delivery**
Boyd Black

**Senior Associate Vice President for Community Engagement**
Sonya Malunda

**Assistant Vice President for Neighborhood Initiatives**
William W. Towns

**Vice President for Communications**
Julie A. Peterson

**Director of Communications for Visitor Experience and the Arts**
Nora Semel

**Vice President for Global Engagement**
Ian H. Solomon

Current as of November 2014

▶ **3. List of external consultants engaged by you in support of the Project. Please provide their qualifications, responsibilities and projected fee structure.**

The University of Chicago engaged a number of consultants to envision the Barack Obama Presidential Center. The University can advise the Foundation on these and other consultants to engage as the project moves forward.

| COMPANY/ORGANIZATION | KEY PERSONNEL | RESPONSIBILITIES |
|---|---|---|
| **ARCHITECTS** | | |
| Adjaye Associates | David Adjaye, Founder and Principal Architect | Conceptual design and architectural vision (MBE) |
| Diller Scofidio + Renfro | Liz Diller, Founding Partner and Principal Architect<br>Richard Scofidio, Founding Partner and Principal Architect<br>Charles Renfro, Partner and Principal Architect | Conceptual design and architectural vision |
| Studio Gang Architects | Jeanne Gang, Founder and Principal Architect | Conceptual design and architectural vision (WBE) |
| **LEGAL** | | |
| Sidley Austin LLP | Thomas A. Cole, Partner | Legal advice |
| DLA Piper | Theodore Novak, Chair of Land Use, Development, and Government Relations Practice | Legal advice on land use and zoning matters |
| **MASTER PLANNING** | | |
| Skidmore, Owings & Merrill LLP | Philip Enquist, Partner in Charge of Urban Design and Planning<br>Jennifer Skowlund, Architect and Urban Designer | Planning, research, and visual communications |
| **COMMUNITY ENGAGEMENT** | | |
| Tate & Associates, LLC | Desiree Tate | Community engagement (M/WBE) |
| High Style Marketing | Jada Russell | Community engagement (M/WBE) |
| B Strong Communications | Bill Strong | Community engagement |
| ASGK Public Strategies | Eric Sedler, Michael Organ, and Bryce Colquitt | Public affairs, community engagement, and digital engagement |
| Independent consultant | Carol Adams | Community engagement (M/WBE) |
| Independent consultant | Kunal Basu-Dutta | Digital engagement (MBE) |
| **GOLF COURSE DESIGN** | | |
| Renaissance Golf Design | Tom Doak, Golf Course Architect | Golf course consultant |
| **ENVIRONMENTAL ENGINEER** | | |
| Transsolar Inc. | Erik Olsen, Managing Director and CEO | Climate engineering, sustainability, and energy conservation |
| **ECONOMIC IMPACT ANALYSIS** | | |
| Anderson Economic Group | Jason Horwitz, Consultant | Economic impact analysis |
| **NARA CONSULTANT** | | |
| National Archives and Records Administration (NARA Consultant) | Nancy Kegan Smith, Former Director of Presidential Materials at NARA | Presidential records and archive management (WBE) |
| **SITE ASSESSMENT SPECIALISTS** | | |
| Environmental Design International, Inc. | | Environmental reports (W/MBE) |
| Sam Schwartz Engineering D.P.C. | | Traffic studies (38 percent MBE subcontracting) |
| Gremley & Bierdermann | | Land surveying |



*South Side historian Timuel Black leads UChicago students on a tour of the South Side Community Art Center as part of the Civic Knowledge Project*

▶ **4. Summary of any formal or community-based partnerships with the university that are relevant to the Project.**

In recent years, the University has expanded its approach to community engagement, aspiring to create a model for engagement between a great urban research university and the global city it calls home. The University has cultivated relationships with South Side and citywide community organizations, Chicago businesses, and City and State agencies. These partnerships reflect the diverse interests and pursuits of the University and the needs of the city, including teaching and research, economic development, and health and wellness. They range from the research done in concert with Chicago Public Schools through the Urban Education Institute to the Chicago Innovation Exchange, a hub for multidisciplinary collaborations and support for business start-up activities located in the heart of Hyde Park on 53rd Street.

University of Chicago faculty members, students, centers and institutes, and administrative offices maintain about 300 partnerships throughout the community. Below are some of the largest partnership networks. Partnerships relevant for specific sites are outlined in Section C. Partnerships relevant for marketing and communications are outlined in Section E. A full inventory of University partnerships is included in the appendix.

### Museum Campus South
Museum Campus South is a consortium of seven museums located in the heart of Chicago's South Side, all of which are within walking distance of the University of Chicago. University institutions involved in the consortium are the Oriental Institute Museum, the Smart Museum of Art, the Renaissance Society, and the Reva and David Logan Center for the Arts. Also included are the DuSable Museum of African American History, the Museum of Science and Industry, and Frank Lloyd Wright's Robie House. These museums are linked through the interconnected South Side parks, including Jackson Park and Washington Park. The Presidential Center will be a new anchor institution for this initiative, increasing the area's draw and spurring greater connectivity among the institutions.

### South East Chicago Commission
Founded in 1952, the South East Chicago Commission is a community-based organization designed to enhance the quality of life in Hyde Park, Woodlawn, Washington Park, Kenwood, and Oakland. The University of Chicago, the City of Chicago, and private donations fund the commission. The Presidential Center's presence can spur further investment in improving the quality of life. It can also engage in its own community development projects.

**Neighborhood Schools Program**
One of the University's longest-standing community partnerships, the Neighborhood Schools Program creates engagement between the University and 50 South Side schools. The program matches University student interests with local school needs and creates opportunities for students and residents from neighboring communities to engage with the University. The Presidential Center can partner with schools through this network to reach local students and collaborate with University of Chicago students on educational outreach initiatives.

**Southside Arts and Humanities Network**
The Southside Arts and Humanities Network is a collection of more than 80 small and mid-sized arts and humanities organizations based on the South Side of Chicago. The Network aims to leverage the intellectual, technological, volunteer, and physical resources of the University and city to support these arts and humanities institutions. In collaboration with this Network, the Presidential Center can support expanded arts and humanities programming across the South Side.

**America's Urban Campus**
America's Urban Campus is a consortium of 17 Chicago-area higher education institutions—including Chicago State University, Columbia College, and Roosevelt University—that work together and collaborate with government, civic, business, and community partners on initiatives that will grow the city's and region's economy in sustainable ways.

**Civic Knowledge Project**
The Civic Knowledge Project is the community connections branch of the University's Division of the Humanities. The Project works with community partners to provide a range of special programs around the humanities, including courses, workshops, lectures, tours, and volunteer/internship opportunities for community members. The Project strives to overcome social, economic, and racial divisions among the communities on the South Side through humanistic inquiry.

## A Community Vision

The legacy of the lives of the President and First Lady on the South Side of Chicago is an inspiration to members of the South Side community. Through community engagement initiatives, both in person and online, the University has heard from thousands of South Side residents who want to see the Barack Obama Presidential Center on Chicago's South Side. The prospect of the Presidential Center has catalyzed a set of diverse organizations and individuals from the area around this proposal. These partners include arts and cultural organizations such as the DuSable Museum of African American History and the Chicago Botanic Garden, local chambers of commerce, community and neighborhood associations, local schools, institutions of higher education, and many others. In early 2014, the University established a Community Advisory Board of prominent South Side leaders to advise the University and identify opportunities for strategic collaboration around the Presidential Center.

**Community Advisory Board Members:**
- Carol L. Adams, President and CEO, DuSable Museum of African American History
- Timuel Black, historian, educator, and civil rights organizer
- Byron T. Brazier, Pastor, Apostolic Church of God
- Michelle L. Collins, President, Cambium LLC
- Guy Comer, President, Comer Science and Education Foundation
- Walter E. Massey, President, School of the Art Institute of Chicago
- David R. Mosena, President and CEO, Museum of Science and Industry
- Shirley J. Newsome, President, South East Chicago Commission; Board Chair, Quad Communities Development Corporation
- Terry Peterson, Vice President of Corporate and External Affairs, Rush Medical Center
- Jim Reynolds, Jr., Chairman and CEO, Loop Capital
- David J. Vitale, Chairman, Urban Partnership Bank
- Andrea Zopp, President and CEO, Chicago Urban League

▶ **5. Summary of the diversity of the university's employees including demographic composition (e.g., race, gender) allocated by role (e.g., administrative board, secretarial, tenured faculty, associate faculty).**

The University of Chicago is committed to ensuring that our scholarly community is composed of a rich mix of individuals who, through their own distinctive viewpoints, contribute to the intellectually rigorous culture of the University. In the past decade, the University has made dramatic improvements in undergraduate student diversity through a number of initiatives, with the proportion of non-white undergraduates from the United States growing from 29 percent in 2004 to 38 percent in 2012. While the University recognizes that there is still much work to be done in improving diversity—particularly the representation of certain races, ethnicities, and socioeconomic backgrounds—success at growing undergraduate diversity is evidence that interventions can work.

Underrepresented minorities and women disproportionately leave the educational pipeline at every step of the process. Finding ways to promote the advancement of these students and faculty members at every stage of the academic life cycle—from early childhood education through graduate school and faculty positions—is a major goal of the University. Faculty and administrators remain committed to increasing the number of African American and Hispanic students who graduate high school; attend college, graduate school, and professional school; and receive faculty appointments at top universities around the world.

Underrepresented minorities make up roughly 14 percent of University of Chicago undergraduates from the United States and roughly 11 percent of graduate students from the United States. Asian and Asian American students make up roughly 18 percent of the undergraduate student body and about 10 percent of graduate students. In the past 8 years, as the University has expanded its undergraduate enrollment by more than 1,000, it has increased the number of underrepresented minorities, holding the percentage constant, and increased the number of students of Asian descent. Over that time period, the University also increased the number of underrepresented minority graduate students.

Women make up roughly half of the undergraduate student population and about 40 percent of the graduate student population.

Underrepresented minorities make up about 6 percent of tenured or tenure-track faculty members from the United States, reflecting the pipeline problem and the intense competition for highly qualified underrepresented minority faculty members. This is double their representation compared to 10 years ago, reflecting the University's significant efforts to improve faculty diversity. Underrepresented minorities make up between 3 percent and 10 percent of faculty members at most doctoral universities, according to the Chronicle of Higher Education.

About a quarter of the University's non-academic staff members are underrepresented minorities. About 30 percent of the University's non-academic staff comes from the eight zip codes surrounding the University's campus.

About a quarter of tenured or tenure-track faculty members are women, an increase from 10 years ago. Women make up more than 60 percent of non-academic staff.

As you will read in Section A.6, the University has adopted a number of best practices and innovative programs over the past several years to increase minority representation on campus; educate students, faculty, and staff on the value of diversity; and improve opportunities for underrepresented minority students to move through the academic pipeline and realize their academic goals.

Case: 1:18-cv-03424 Document #: 85-9 Filed: 02/05/19 Page 8 of 20 PageID #:2266



*University of Chicago students*

▶ 6. Description of the university's long-term diversity goals and the plan to achieve them.

The University of Chicago is committed to improving diversity across all segments of the University, including undergraduate and graduate students, faculty members, staff, trustees, and medical center personnel. It is also committed to establishing a portfolio of diverse business partners and strengthening the community's minority- and women-owned businesses.

The University of Chicago's focus on academic promise and success means the University has long been an intellectual home for individuals from a variety of backgrounds. Unlike many other top research universities, the University has always been open to women as well as men. In 1921, the University of Chicago became one of the first US universities to award a doctorate to an African American woman. The University was among the first major non-historically black universities to tenure an African American faculty member. When other elite institutions systematically discriminated against Jewish students, the University refused to set quotas. The University has also recognized the importance of being open to students from a range of financial backgrounds, and it has long been need-blind in admissions.

About 300 initiatives across the University focus on three related goals: increasing diversity on campus, promoting the value of diversity and inclusion, and building a pipeline of diverse scholars and professionals for the future. These initiatives take place in every school, division, center, institute, and office at the University. Academic and administrative divisions have their own staff members who work to improve diversity. In recent years the University has established a number of central administrative positions and groups to coordinate these actions and share best practices.

Below we focus on some recent prominent and comprehensive initiatives that have demonstrated a significant improvement in campus diversity. A comprehensive inventory of University diversity initiatives is included in the appendix.

**Central Leadership on Diversity:**
**The Diversity Leadership Council and the Provost's Office**

Over the past decade, the University has created a number of central administrative positions to improve faculty and staff diversity by coordinating initiatives across divisions, researching and recommending policies that work, and studying major barriers faced by minority students and faculty members along the academic pipeline.
In 2007, the University created a Diversity Leadership Council of senior administrators from across the institution. These leaders represent academic divisions, student affairs, external affairs, human resources, communications, and the Office of the Provost. The council connects minority staff, faculty, and students; recognizes and celebrates achievements in campus diversity; and hosts events and discussions to drive dialogue around issues of diversity and inclusion. It also makes policy recommendations to improve the recruitment and retention of minority students and staff members.

Alongside the Diversity Leadership Council, the deputy provost for research and minority issues and the associate provost for diversity and inclusion, a new position, work closely with the University's provost and central administrators to provide University-wide leadership and direction for diversity and inclusion. The deputy provost for research and minority issues also helps coordinate faculty recruitment efforts across the University.

**Creating a Diverse Student Body:**
**No Barriers, Odyssey Scholarships, and UChicago Promise**

Announced in 2014, No Barriers is a comprehensive initiative designed to make the University more accessible to students from disadvantaged backgrounds by replacing student loans with grants in all need-based financial aid packages. Alongside that effort, the University is taking innovative steps to simplify the college application and financial aid process and will conduct more than 100 free information sessions nationwide on that process. Research shows that many highly qualified low-income students are confused and frustrated by the college application process and as a result do not apply for selective colleges where they would likely thrive. No Barriers is an effort to simplify that process and encourage such students to attend selective colleges like the University of Chicago. The University will soon announce a major gift associated with the No Barriers initiative designed to fund scholarships for international and Hispanic students.

The No Barriers initiative builds on two other successful admissions and financial aid programs. The first of these programs, launched in 2008, is the Odyssey Scholarships, which replaced student loans with grants to help students from low- and moderate-income families afford a University of Chicago education. Over time, the University has expanded the resources available to Odyssey scholars. The program now provides enhanced academic, social, and career support to students who are the first in their families to attend college. Odyssey scholars are also now guaranteed a paid internship after their first year to help them explore career opportunities. More than 1,100 Odyssey scholars now attend the College.

UChicago Promise, launched in 2013, improves college access and readiness for Chicago high school students. The program guarantees that students admitted to the University from Chicago schools—public or private—will graduate debt free. The program also provides a range of support services for area students, such as mentoring and applications training, and for area teachers and counselors. The Class of 2017 includes 73 students from the city of Chicago, a 59 percent increase over the previous year. About 60 percent of these students are African American or Hispanic.

We believe these initiatives, combined with other undergraduate and graduate admissions outreach programs, make the University a leader in providing college access for diverse students with great academic promise and great financial need. These initiatives have already led to a significant increase in the number of non-white students in the undergraduate student body, and in coming years we believe they will greatly improve racial, ethnic, and socioeconomic diversity on campus.

**Promoting South Side and Diverse Businesses:**
**Business Diversity and UChicago Local**

Recent initiatives through the Office of Business Diversity have significantly increased the diversity of the University's suppliers and the ability of local minority- and women-owned businesses to compete for University contracts.

The Office's Direct Connect program links minority-owned businesses to the corresponding purchasing decision makers at the University. A two-day Professional Services Symposium gives University administrators a chance to meet with minority- and women-owned professional service providers. Over the past five years, the University has contracted with several professional service firms including investment management firms, executive search firms, and legal service providers as a result of the symposium.

UChicago Local, launched in early 2014, is a range of programs designed to connect South Side businesses and residents to business opportunities at the University and the University Medical Center. These include forums to connect local businesses to UChicago purchasing offices; events to showcase businesses to students, staff, and faculty members; and efforts to get University community members to buy local. Through the newly created Chicago Anchors for a Strong Economy program, the University will also link these businesses and individuals to other leading institutions throughout the city, including other universities, corporations, hospitals, and cultural institutions.

The University is also working to improve the diversity of its workforce on major capital projects. On such projects, the University has greatly exceeded the goals it set for minority, women, and local representation among contractors and workers. For example, about 100 minority- and women-owned businesses were contracted to help in the construction of University of Chicago Medicine's new Center for Care and Discovery, which opened in 2013. Forty-eight percent of contracts went to minority- or women-owned businesses. A total of 2,755 people were employed over the course of the four-year construction project, roughly 42 percent of whom were minority and women construction workers. For the Harper Court development project on 53rd Street, more than 28 percent of the project costs were engaged with minority- and women-owned businesses.

**Campus Life:**
**Programs Promote Diversity and Inclusion and Provide Support for Minority Students**

The University recognizes that an important part of recruiting and retaining top minority students, faculty, and staff is creating an environment where they feel supported and welcome. The University runs a number of programs to promote the values of diversity and inclusion and provide support services to minority students, staff, and faculty members.

The University's Office of LGBTQ (Lesbian, Gay, Bisexual, Transgender, and Queer) Student Life and the Office of Multicultural Student Affairs—collectively referred to as "5710" in reference to the address of the building that houses them—are designed to enhance the overall campus experience for students of color and LGBTQ students, as well as serve as a vibrant hub for students to congregate, join in programming and community building, and work closely with University staff. In addition to student support services, 5710 provides meeting and lounge space and resource collections for student programs designed to foster community, integrity, respect, innovation, advocacy, truth, empowerment, and freedom.

To encourage underrepresented minority students to pursue graduate and professional education, the University participates in the Leadership Alliance, a consortium of 32 institutions of higher education whose goal is to develop underrepresented students into leaders for academia, business, and the public sector by providing summer research opportunities. Participants are trained, mentored, and integrated into ongoing research projects, and they gain experience presenting research.

▶ **7. Description of the university's level of expertise and success with work similar to the Project:**

  **i. Include detailed presentations of the most relevant projects demonstrating success in large-scale, multi-use development.**

  Over the past decade, the University of Chicago has invested about $2 billion in a range of major capital projects totaling 4 million square feet. These projects are designed to enhance the academic environment, promote new educational opportunities, and support ongoing and new research initiatives. Bringing these projects from ideas to reality required the work of a large number of University leaders and staff from Facilities Services, Finance, Legal, Business Diversity, Civic Engagement, Government Relations, Campus and Student Life, and Alumni Relations and Development, as well as the leadership of the provost and deans, faculty members, students, and staff who will occupy the facilities. For each project, the University extensively engaged the local community, ensuring that their voices were heard in the development process, that local firms and workers were engaged during construction, and that some economic and social benefits of the project accrued to the local community.

  Below are select examples of relevant projects the University has undertaken in recent years:

  **Harper Court/53rd Street**



  One of the University's most ambitious capital projects in recent years has been the creation of Harper Court at the corner of 53rd Street and Lake Park Avenue and the broader redevelopment efforts on Hyde Park's 53rd Street. The project included a decade-long process of working with a number of City agencies on public-private partnerships, fostering public support for the development, and recruiting new businesses to occupy the spaces created by the project. The project's development reflects the University's expanded engagement with the surrounding community and its ongoing effort to serve as an economic anchor for the Mid–South Side.

  The cornerstone of the 53rd Street redevelopment is Harper Court, a two-phase, 1.1 million-square-feet mixed-use development. The project includes commercial space, a hotel, residential units, University of Chicago administrative offices, and 53,000 square feet of ground floor retail space. New construction on 53rd Street is estimated to have generated about 700 construction jobs.

  The project has resulted in a vibrant new retail, commercial, and entertainment district. The development has ushered in a range of new retail, dining, and entertainment options to the area, including several businesses owned by minorities, women, and local residents. Annual adjusted retail sales increased 26 percent between 2013 and 2014. The project has created hundreds of new permanent jobs. The University is now planning a second mixed-use space at 1330 East 53rd Street, which will include rental housing and 30,000 square feet of retail space.

**Reva and David Logan Center for the Arts and Campus South Development**

Designed by Tod Williams Billie Tsien Architects and completed in 2012, the Reva and David Logan Center for the Arts is a hub for arts on the University's campus and on the South Side of Chicago. The 11-story, $114 million building offers 184,000 square feet of multi-use space for arts and scholarship. The Logan Center includes a café, study lounges, a performance hall, a film screening room, seminar-style classrooms, and other facilities to support the work of students, faculty members, visiting artists and scholars, and community partners. During the 2013-2014 academic year, the Logan Center attracted more than 100,000 visitors, held more than 650 classes, showcased more than 550 performances and events, and collaborated with more than 60 community partners.



The Logan Center is part of a broader redevelopment plan for the University's property south of the Midway Plaisance, including several residence halls and dining facilities. These buildings have been designed with public facilities and open spaces, as well as additional south-facing entrances to be more welcoming to Woodlawn residents. They will soon be joined by the David M. Rubenstein Forum, an innovative facility for conferences and other forms of academic collaboration.

**Campus North Residence Hall**

Designed by Studio Gang Architects and located on the northern edge of campus, the under-construction 800-bed Campus North Residence Hall and Dining Commons will advance the University's commitment to strengthening the quality of campus life and building community across campus more broadly. The $155 million, 384,000-square-foot building will include retail space to generate new commercial activity on 55th Street and open space to link the northern blocks of the campus to the greater Hyde Park community. The project is designed to reflect the University's ongoing commitment to creating an unrivaled campus life and student experience, as well as enhance its deep connections to the surrounding urban area.



**Earl Shapiro Hall**

Designed by Valerio Dewalt Train Associates, with FGM Architects, the $52 million, three-story Earl Shapiro Hall is home to the Laboratory Schools' early childhood education programs. Founded in 1896 by educational reformer John Dewey, the Laboratory Schools at the University of Chicago continue to be a leader of education excellence in the country. The 128,000 square-foot Earl Shapiro Hall has most of the programmatic elements of a freestanding school building. In addition to classrooms, art and music rooms, a library, and a gymnasium, the building also has full administrative offices, counseling offices, and learning labs. Among the facility's innovations is the incorporation of outdoor courtyards and learning labs adjacent to the classrooms. By creating Earl Shapiro Hall, the University was able to expand enrollment in the Laboratory Schools, increasing the number of local residents enrolled and improving diversity.



**Center for Care and Discovery**

The Center for Care and Discovery, designed by Rafael Viñoly and completed in 2012, is the largest building on campus, with more than 1 million square feet, and the largest single investment in health care on the South Side of Chicago. The $700 million center is designed to be a "hospital of the future," with a modular floor plan that allows any given section to change shape to accommodate changing needs without altering the structure's basic framework. It includes several dining options with a focus on fresh, local products from local and minority vendors. Construction of the facility employed more than 2,700 workers over four years, including many local residents. About 48 percent of contracts went to minority- and women-owned businesses and 42 percent of the workers were minorities or women.



A. ORGANIZATION INFORMATION

**Joe and Rika Mansueto Library**



Designed by Murphy/Jahn and opened in 2011, the Joe and Rika Mansueto Library is the latest addition to the University's library system. The groundbreaking design of the $80 million library provides study space with its grand reading room and private study carrels. The library can store millions of volumes in an underground space more than 50 feet deep and uses an automated retrieval system to deliver them to the surface within minutes of their request. The elliptical glass dome structure has received many architecture awards since its completion, including the Distinguished Building Award from the American Institute of Architects' Chicago Chapter. The facility reflects the strong desire of University faculty members to keep the University library's resources on campus while still creating spaces for study and collaboration.

**ii. Emphasize developments where the proposed team members have worked together and had primary involvement in leading the project.**

As President since 2006, Robert J. Zimmer has overseen the development of all of the projects listed above. Staff in the University's Office of the President, as well as staff in the Facilities Services, Communications, Civic Engagement, and Legal offices have all played active roles in shaping these facilities. Hundreds of faculty members, students, staff, and community members provided input on design and programming.

With regard to the 53rd Street redevelopment, Senior Associate Vice President for Facilities and University Architect Steven Wiesenthal and Alicia Murasaki, assistant vice president, campus design and sustainability, conducted design reviews while Assistant Vice President Boyd Black and his Capital Project Delivery (CPD) team handled implementation of interior build outs of the main office building. Julie Peterson, Derek Douglas, and Sonya Malunda oversaw communication and community engagement efforts.

With regard to the development of the Laboratory School's Earl Shapiro Hall, Wiesenthal and Murasaki both oversaw planning, design concepts and design reviews, while Black and his CPD team oversaw project management and implementation at all stages of construction. The Office of Civic Engagement oversaw collaborative efforts to engage the community.

Each member of the leadership team is also performing the same or similar functions for the ongoing development of the new Campus North Residence Hall & Dining Commons project. David Fithian, Katie Callow-Wright, David Chearo, and the Office of Civic Engagement have all been deeply involved in the project.

With regard to the Reva and David Logan Center for the Arts and the Joe and Rika Mansueto Library, Wiesenthal oversaw design direction while Black and his team ran implementation. Julie Peterson and Nora Semel oversaw communications for the project and Sonya Malunda worked on community outreach.

B. SITE AND DEVELOPMENT INFORMATION



*Illustration of the 1893 World's Columbian Exposition looking west from Jackson Park to the Ferris Wheel on the Midway Plaisance*

# B. Site and Development Information

In 1871, Frederick Law Olmsted and Calvert Vaux designed a park that stretched southeast from 51st Street and what was then Grand Boulevard to 67th Street and the shore of Lake Michigan—the South Park. The vision for the park, like New York's Central Park, was to create a refuge from the stress of city life and a democratic place where people of all backgrounds could gather and interact. Olmsted and Vaux's vision has become a reality over time with the creation of Washington Park, the Midway Plaisance, Jackson Park, and the lakefront. These parks represent the heart of the Mid–South Side and have been shaped by the area's major historical events, including the 1893 World's Columbian Exposition, the founding of the University of Chicago, demographic transitions, and both good and bad economic times.

*Continues on next page*

Today these parks host some of the South Side's most prominent cultural institutions: the Museum of Science and Industry, the DuSable Museum of African American History, the University of Chicago, and the South Shore Cultural Center. Annual festivals, parades, and recreational events bring millions of visitors to these parks each summer. The Bud Billiken Day Parade alone brings 1.5 million marchers and spectators to Washington Park each summer.


*Osaka Garden in Jackson Park*

As a new major cultural and educational destination and the archive a historic American president, the Barack Obama Presidential Center should join these major institutions in this South Park system.

Chicago's motto is "Urbs in horto," city in a garden, and many of the city's great cultural institutions sit in parks. The Museum Campus institutions—the Field Museum, the Shedd Aquarium, and the Adler Planetarium—as well as the Art Institute, the Chicago History Museum, and others, take full advantage of the city's open spaces and give the city a distinct identity. The parkland surrounding these institutions provides an opportunity for inspiration and gathering. The park setting gives each institution a sense of majesty, a connection to outdoors and open space, and a connection to the city's other institutions.

It also gives each institution a sense of independence from the bustle of city life. Locating the Presidential Center in the South Park system would make it a true destination for visitors from both near and far. The park setting would give the Presidential Center a sense of grandeur, close to but set apart from the city grid. Each of the three proposed sites would be physically linked to the other major cultural institutions on the South Side and symbolically linked to the city's other great museums. The space afforded by the parkland would keep the Presidential Center accessible while giving the Foundation an additional resource for events, health and wellness programs, and community gardening.

**Overview of Parkland Development Process**

Throughout the process of developing this proposal, the University of Chicago has engaged in ongoing conversations with the Barack Obama Foundation, the City of Chicago, the Chicago Park District, and relevant stakeholder groups in the community to ensure that the Foundation will be free to develop whichever site the President and First Lady select. These conversations are ongoing and the process outlined in this overview will be refined based on new agreements.

Because so many of Chicago's museums and cultural facilities are located on parkland, there is a well established structure for the relationship between those institutions and the Chicago Park District and an accepted process for the Park District to approve the use of land for these purposes. This process would accommodate the Barack Obama Presidential Center and its various components, including an archive, museum, institute, and Foundation offices. For the Woodlawn and South Shore sites, which would be located entirely on parkland, this is the structure and process that the Barack Obama Foundation, with assistance from the University of Chicago, would take to gain approval for the Presidential Center. For the Washington Park site, we would expect the portion of the site on parkland to undergo the same process. A separate process would be required to develop the portion of the site currently owned by the University of Chicago, the City of Chicago, and the Chicago Transit Authority.

The following sections outline the details of each site and site-specific process details. This overview broadly describes the Chicago Park District structure and process that would likely govern the Woodlawn and South Shore sites and part of the Washington Park site. It also summarizes applicable property tax and zoning provisions.

The Chicago Park District has a long history of granting effective and enforceable property rights for the construction and operation of Chicago's museums on Park District property through what are known as "use agreements." These agreements, which govern the use of land owned by the Park District, are perpetual or extend for very long terms.

We would expect the Foundation to enter into such an agreement with the Park District for the use of the land either directly or jointly with the National Archives and Records Administration. This agreement would likely address the topics found in a traditional ground lease, including requirements for construction, Chicago Park District approval of final design, responsibility for environmental remediation, and legal and insurance protections for the Park District.

Because the process of locating museums and other cultural institutions on parkland is well established, property tax and zoning issues are also settled. The operation of historical museums and libraries on Park District property is specifically authorized by Illinois law, and neither the federal government's participation nor the Foundation's operations of the Presidential Center's ancillary facilities—including administrative offices, education and research facilities, and incidental food service or retail areas—should affect the Park District's existing property tax exemptions.

The Presidential Center outlined in this proposal would also be permitted under current zoning, subject to review and approval as a planned development under the Chicago Zoning Ordinance and, with respect to the Woodlawn and South Shore sites, as new construction under the Lake Michigan and Chicago Lakefront Protection Ordinance. The Park District properties are zoned "POS-1 Parks and Open Space." This zoning permits the proposed uses of the Presidential Center as part of the "Cultural Exhibits and Libraries" classification.

Negotiating a use agreement with the Park District, securing approval of the use agreement by the Park District Board of Commissioners, and securing Plan Commission and City Council land use approval can all be undertaken concurrently and can be accomplished in about 60 days following issuance of a preliminary design for the Presidential Center. It is also expected that any required University, City, and CTA land transfer approvals related to the Washington Park site can also occur within this time frame.

The University is in active discussions with the City and the Chicago Park District to establish a park-positive plan for each site that would generate new parkland to more than compensate for park space occupied by the Presidential Center.

WASHINGTON PARK

B. SITE AND DEVELOPMENT INFORMATION

## 1 | Washington Park



*Washington Park site looking north*

The Washington Park site sits at the symbolic intersection of Dr. Martin Luther King Jr. Drive and Garfield Boulevard, straddling the city's grid and the western edge of historic Washington Park. A Barack Obama Presidential Center on this site will be connected to Frederick Law Olmsted's historic park, the DuSable Museum of African American History, and the other parkland and cultural institutions that stretch southeast to the lakefront. A "history and culture trail" will take Presidential Center visitors southeast through the Mid-South Side to other museums and historic sites. To the west, the Presidential Center will join the University's Arts Incubator and other artist-led spaces along the Garfield Boulevard corridor working to revitalize the Washington Park neighborhood and create a thriving business community. Across the park to the east, the Presidential Center will have a direct link to the University of Chicago, including its medical center, performing arts spaces, and libraries. Redesigned and illuminated walkways and bike paths will create new pathways through the park to link the two facilities for faculty members, students, and Presidential Center visitors.

The Washington Park site pairs the greatest need with the greatest opportunity. Recent population decline has resulted in more than 270 acres of vacant land across the area that can be home to new businesses associated with the Presidential Center. The many transportation connections make the site easily accessible from downtown Chicago, Midway Airport, and the University of Chicago. Washington Park provides a historic setting and a link to the area's other cultural institutions. It is an opportunity for the President and First Lady, with the University of Chicago, to lead efforts to revitalize a once-thriving region, creating an arts and culture corridor that stimulates local and creative businesses. It is an opportunity to provide a model of urban revitalization, a legacy of local change that could have global impact.

Unlike the other two proposed sites, which are situated entirely within the City's park system, the Washington Park site includes a portion of land on the city grid owned by the University of Chicago, the City of Chicago, and the Chicago Transit Authority. This provides an opportunity for the Foundation to develop the Presidential Center without occupying Park District land.

# 1 | Washington Park



▶ 1. Provide the following with respect to the site(s) under consideration:

### i. Existing title reports of the proposed site(s), together with documents specified therein.

The title commitment for the proposed site includes a legal description that is larger than the proposed site, due to the fact that a portion of the proposed site is on Park District land that has not yet been separately demised. Therefore, the proposed site may be subject to fewer exceptions than are currently shown in the attached title commitment.

*Title reports are included in the appendix.*

### ii. Existing ALTA plat of survey with clearly delineated easements, flood zones and/or designated wetlands.

*ALTA plats of survey are included in the appendix.*

### iii. Existing environmental reports including, but not limited to, phase I and phase II reports, No Further Action Letters, geotechnical studies and topographic maps.

The University of Chicago commissioned Environmental Design International (EDI) to perform a phase I environmental site assessment of the Washington Park site. Their analysis was supplemented by two earlier phase I environmental site assessments conducted in 2008 and 2011. EDI found that the soils at the CTA parking lot along S. Calumet Avenue would not meet the requirements of uncontaminated soil for disposal. The gas tanks, filling station, and auto garages on East Garfield Boulevard are also an environmental issue for development. EDI found no other major environmental issues for developing the proposed site.

*The full phase I environmental site assessments are included in the appendix.*

### iv. Plan for land assembly, including anticipated costs for preparing the site for development (e.g., remediation, demolition of existing structures).

Preparing the Washington Park site development would require demolition of the filling station and auto garages on East Garfield Boulevard and remediation of the underground gas tanks at that site, as well as remediation of the soil at the parking lot on South Calumet Avenue.

University of Chicago Facilities Services estimated that the demolition of the filling station and auto garage and the remediation of the five underground gas tanks on East Garfield Boulevard would likely take about five months and cost about $220,000. Facilities Services based these estimates on a similar process on 53rd Street that removed four gas tanks.

Remediation of the contaminated soil requires removal and transport to a special disposal facility. The University will work with the Foundation to develop a process that meets local, state, and federal guidelines to identify and properly dispose of the contaminated soils prior to development. The cost of removing the contaminated soil depends on the total amount of soil.



# 1 Washington Park

**v. Circulation and traffic study highlighting how the Project will interact with existing uses, facilities and the neighborhood. Include information regarding ingress/egress and traffic mitigation.**

The University of Chicago commissioned Sam Schwartz Engineering, DPC, to evaluate the impact on traffic of the proposed Presidential Center at the Washington Park site. Sam Schwartz Engineering concluded that the existing streets and intersections could accommodate the additional traffic generated by the Presidential Center without adding significant delay.

The study recommends changes in the roads through Washington Park to improve safety and operations of the nearby intersections. They recommend that Ellsworth Drive between Garfield Boulevard and 51st Street be vacated and considered as a secondary access for handicap parking, taxis, tour buses, and service vehicles. They also recommend reducing lane width on the roads through Washington Park to slow traffic and improve safety.

*The full traffic and parking  tudy is included in the appendix.*

**vi. Estimate parking needs for both personal vehicles and tour buses, and any existing proposed availability for vehicles and buses in the surrounding area.**

Sam Schwartz Engineering estimates that the site would generate a parking demand of 404 spaces on the 30th highest visitor day of the year (typical design day). They recommend all visitor parking be provided on the portion of the site located on the northwest corner of the intersection of Garfield Boulevard and Dr. Martin Luther King Jr. Drive, with access from Prairie Avenue and/or 54th Street. Access should be prohibited on Garfield Boulevard to create a direct pedestrian connection between the site and the CTA Green Line station at Garfield.

The report outlines a number of options to accommodate overflow parking for special events, including the parking garages that serve University of Chicago Medicine and Harper Court on 53rd Street.

Sam Schwartz Engineering also estimates a bus demand of five buses on the 30th highest visitor day of the year. They recommend staging buses on Ellsworth Drive or on the portion of the site located on the northwest corner of the intersection of Garfield Boulevard and Dr. Martin Luther King Jr. Drive.

*The full traffic and parking  tudy is included in the appendix.*

**vii. Explanation of tax status of each site. If site is currently tax exempt, specify the basis for tax exempt status. If a site is taxable, specify the taxes imposed.**

The portion of the Washington Park site located in the park and owned by the Chicago Park District is tax exempt. The Park District land is entitled to exemption under Section 15-105 of the Illinois Property Tax Code, which provides for a property tax exemption for all property owned by the Chicago Park District.

On the block bounded by East 54th Street on the north, East Garfield Boulevard on the south, South Calumet Avenue on the west, and South Dr. Martin Luther King Jr. Drive on the east, one parcel is owned by the City of Chicago and is tax exempt, as the property tax code explicitly permits exemption for properties owned by any municipality located within that municipality's limits. The streets and alleys on that block are also tax exempt. The remaining portion of that block, owned by entities controlled by the University of Chicago, is currently subject to property taxation, with an approximate composite annual property tax liability of $52,000 based on payments made in 2014. These property taxes arise from the levies of a variety of local taxing bodies, including the City of Chicago, the Chicago Board of Education, Cook County, and the Chicago Park District.

**viii. Analysis as to whether the proposed use of the site(s) will be taxable. If so, please specify the taxes to be imposed.**

We do not expect that the Presidential Center's facilities—including a library, museum, institute, and Foundation offices, as well as a broader campus on which those facilities are situated—will incur a property tax liability.

As outlined in the overview of the parkland development process, museums located within Chicago Park District property typically enter into a use agreement with the Park District to grant the museum or operating charitable entity long-term or perpetual right to occupy the facilities once constructed. These use agreements historically have not affected the property tax exemption of Park District property.

**ix. Current zoning applicable to the site(s), including set-backs, FAR, the specification of height and other similar restrictions or limitations.**

The Washington Park site sits on land zoned for two uses. The portion of the Washington Park site falling into Washington Park itself is zoned in the Parks and Open Space District of the Chicago Zoning Ordinance and carries a "POS-1" designation. The portion of the site lying west of South Dr. Martin Luther King Jr. Drive, north of East Garfield Boulevard, east of South Calumet Avenue, and south of East 54th Street is zoned Residential Single-Use District-3 ("RS-3").

**x. Analysis as to whether the Project is permitted under current zoning. If not, provide a detailed explanation of rezoning process and timing.**

As outlined in the overview of the parkland development process, City zoning ordinances allow for the construction of museums and libraries on City parkland, subject to certain reviews. The University of Chicago is in active discussions with the City of Chicago, the Chicago Park District, and the Foundation on these issues.

The RS-3 zoning district, which applies to the portion of the site that is not on parkland, also allows for the construction of libraries and museums.

# 1 | Washington Park

xi. Assessment of public transportation alternatives serving the site(s) as well as any recommendations for improvement, if necessary, to support the proposed development. Assessment should include transit time by vehicle, bus rapid transit, train, boat, bike, etc., from central downtown location in your city.



**Washington Park site public transportation alternatives**

Distance from the Loop

**Car**  
The Dan Ryan Expressway (I90/I94) provides an exit at Garfield Boulevard, one mile from the site. The Chicago Skyway leads to the Dan Ryan Expressway; alternatively its Stony Island Avenue exit is just over four miles from the site. Lake Shore Drive allows access from the north and south; its 51st Street and 57th Street exits are both just over two miles away.  
15 minutes

**Train**  
A CTA Green Line station is adjacent to the site, while a CTA Red Line station is less than a mile away.  
17 minutes

**City Bus**  
The site is served by multiple CTA bus routes, including routes 3 and 4 from downtown Chicago and route 55 from Midway Airport, all of which have stops adjacent to the site.  
30 minutes

**Bike**  
Chicago's Divvy bike-sharing program has a docking station within 100 yards of the proposed site and has ongoing plans to increase the number of stations and bikes on the South Side.  
45 minutes

The Lakefront Path is less than two miles away and allows access from downtown Chicago approximately seven miles away. The Lakefront Trail is linked to the site through a bike lane on 55th Street, neighborhood streets, and park paths after crossing Lake Shore Drive via underpasses.

**Recommendations to improve the accessibility of the Washington Park site:**

**Train**  
There are three CTA "L" stations in close proximity to the Washington Park site that could be improved. The City of Chicago could also rename the closest station—the Green Line station at Garfield Boulevard—the Barack Obama Presidential Center station to make it immediately recognizable to visitors. CTA could increase the frequency of the Green and Red Lines to improve access to the site. Additionally, a Metra rail line runs south from downtown Chicago, through the site area on Garfield Boulevard and out to the Chicago suburbs. A station could be added to this line, making the site more accessible to suburban visitors. Clearly marked pedestrian routes could connect nearby stations to the Presidential Center.

**Bus**  
A shuttle between Museum Campus South institutions was successfully piloted in August 2014. This shuttle could become a permanent bus route. Routes connecting the Washington Park site to major commercial areas, including 53rd Street, could be increased. Smart technology at nearby bus stops and shelters could provide visitors more information about wait times and better accommodate times of high traffic. Bus Rapid Transit lines on Garfield Boulevard could connect the site to Midway International Airport six miles to the west and Lake Michigan two miles to the east.

**Bike**  
The City could implement new bike lanes linking the site to downtown and to the other major cultural institutions in the area. New Divvy bike-share stations could be built near the site.



### 1 | Washington Park

▶ **2. Detailed proposed process to obtain control of the site and convey it to the Foundation.**

As outlined in the overview of the parkland development process, the Foundation will make an agreement, either directly or jointly with the National Archives and Records Administration, with the Park District to develop portion of the site located on Chicago Park District property. The University will assist in this process if requested. Securing approval to develop the part of the site in Washington Park will take about 60 days following issuance of a preliminary design for the Barack Obama Presidential Center.

The University of Chicago is in active conversation with the City of Chicago and the Foundation regarding the transfer of the part of the site not located on parkland to the Foundation. It is expected that any required City and CTA land transfer approvals can also occur within the 60-day time frame.

▶ **3. Affirmation that the proposed site(s) will meet NARA's Architectural and Design Standards, as revised in July, 2014, related to site conditions. A copy of such standards will be emailed to you and concurrently posted on the website.**

Skidmore, Owings & Merrill has reviewed the proposed site and confirmed that it is consistent with NARA's Architectural and Design Standards. The firm has outlined details below:

**Part 2 Program Requirements/Adjacencies**

Location of Space
- The Washington Park site comprises two adjacent pieces of land, one on the city grid and the other within Washington Park. Each section of the site provides enough land to hold the required program components.

**Part 3 Specific Standards**

Federal Sustainability/Climate Change Adaptation and LEED Requirements
- Because of the urban infill nature of the site, adjacent uses, and proximity to public transit, the Washington Park site is able to achieve many LEED points in the Sustainable Sites category improving the overall target of a LEED-platinum building requirement.

Siting Requirements
- Embedded in the South Side community, the site is pedestrian friendly, near existing employment centers, and directly adjacent to a CTA Green Line station and multiple CTA bus routes.
- The site area provides enough land area for the building and access, service, parking, and loading areas.

Parking/Public Access
- The site area provides available land to accommodate the required parking and bus drop-off spaces. With the adjacency of the CTA Garfield Boulevard Green Line station, the site provides the potential for a fully integrated multi-modal transit facility adjacent to the building and allows unscreened visitor parking to be located separately from the facility on the site.

Emergency Vehicle Access
- The Washington Park site is adjacent to an extensive city road network including Garfield Boulevard that leads directly to the Dan Ryan Expressway, allowing easy access and egress in the event of an emergency.

Site Utilities
- As an urban site, the dependable, existing City of Chicago utility services including water supply, sanitary sewer, stormwater systems, electric power supply, telephone, and information technology access are all available on the site today.

Exclusive Security Stand-off Zone
- The exclusive security stand-off (buffer) zone of at least 100 feet around all portions of the building, including a buffer zone from the CTA Green Line, can be accommodated on the site. The urban grid site provides a development zone of 3.6 acres and the Washington Park site provides a development zone of 13.1 acres.
- With the closure of Ellsworth Drive in Washington Park, the site area has the potential to be increased to the east.

## B. SITE AND DEVELOPMENT INFORMATION

▶ **4. Analysis of site-specific development risks and identified mitigation plans.**

Site-specific development risks and mitigation plans are outlined in B.1.1.iv.

▶ **5. Summary of other specific characteristics of the site(s) or immediately adjacent property that will benefit or hinder the construction, development or operation of the project.**

Other than what has been outlined above, there are no additional physical characteristics of the site or adjacent property that will benefit or hinder construction, development, and operation of the Barack Obama Presidential Center at the Washington Park site.

The University of Chicago has significant experience working with the communities around the proposed sites to ensure that its major capital projects reflect community input and yield economic and social benefits that grow the local economy. It will bring this experience to bear in working with the Barack Obama Foundation. Working with a coalition of local aldermen, community stakeholder groups, and broader South Side residents to identify community priorities, the University can partner with this coalition to help create a set of site-specific strategies that ensure that the development of the Presidential Center generates economic, social, and environmental benefits for local residents.

▶ **6. Projected timeline listing activities and timeframes required to plan, design, develop and open the Project.**

As outlined in the overview of the parkland development process, securing approval to develop the land in Washington Park will take about 60 days following issuance of a preliminary design for the Barack Obama Presidential Center. It is expected that any required City and CTA land transfer approvals for the portion of the site that is not in the park can also occur within the 60-day time frame.

Most presidential libraries have taken about four to five years to plan, develop, and open. If the timeline for the Barack Obama Presidential Center is similar to that of the George W. Bush Presidential Center and the William J. Clinton Presidential Center, the Barack Obama Presidential Center could expect an opening in early to mid-2021.

WOODLAWN