# EXHIBIT 2

A PLACE OF POSSIBILITY

# A Vision for the Barack Obama Presidential Library
# on the South Side of Chicago





A PLACE OF POSSIBILITY

A Vision for the Barack Obama
Presidential Library
on the South Side of Chicago

THE UNIVERSITY OF
CHICAGO



"The Obama Presidential Library would inspire all people that the impossible is possible. More than any other area in the world, the South Side of Chicago proves that to be true, with its many first-time victories in politics, economics, social sciences, blues, and gospel."

TIMUEL BLACK, Historian

# TABLE OF CONTENTS

**2**

INTRODUCTION

A Place of Possibility

**4**

CHAPTER ONE

CHICAGO AND THE SOUTH SIDE

Fulfilling the Possibility of Place

**16**

CHAPTER TWO

THE UNIVERSITY OF CHICAGO AND PARTNERS

Delivering Possibility

**40**

CHAPTER THREE

SITE PROPOSALS

Picturing Possibility

**100**

CHAPTER FOUR

IMPACT

Measuring Possibility

**110**

CHAPTER FIVE

CONCLUSION

An Urban Inspiration

**113** Letter from the President of the University of Chicago: Robert J. Zimmer

**114** Letter from the University of Chicago Community Advisory Board for the Obama Presidential Library

**117** Letter from leadership in support of the Barack Obama Presidential Library: James S. Crown, John W. Rogers, Jr., and David M. Rubenstein



**INTRODUCTION**

# A Place of Possibility

To establish the Barack Obama Presidential Library on the South Side of Chicago is to position the Library for impact—impact on communities, impact on the role of a presidential library, and impact on the world.

This will be a historic library for a historic president. If located in the heart of Chicago's South Side, it will be the first truly urban presidential library, and as such can be woven into the communities that surround it. It will create opportunities for collaborative programming on the issues that President and Mrs. Obama have devoted their energies to over the years: improving education, creating opportunities for young people, improving health and nutrition, and modeling the best practices in environmental sustainability. It will serve as a source of inspiration to young people everywhere, sending a message that every child and every community deserves to dream big dreams, to set high ambitions, and to thrive.

The impact of the Barack Obama Presidential Library will be intensely local but also global in reach. The challenges it tackles through its programs and partnerships will be relevant to the needs and challenges of cities around the world. The Library and the post-presidency work of President and Mrs. Obama will be of great interest to leaders and people in other countries, even as the President and First Lady have served as a model and inspiration around the world for their leadership. And the Library will both benefit from and enhance the global relationships cultivated by the City of Chicago, the University of Chicago, and other partners.

The Library will not only spread hope and opportunity through its programs. As an integral part of the South Side, it will directly create economic opportunity through its construction and operations, and the visitors and new businesses it attracts. The University will work together with the City and surrounding communities to maximize this impact. The South Side will be forever transformed by the Library and all that it enables.

The arrival of the Barack Obama Presidential Library on the South Side of Chicago will represent the presidential family's homecoming. President and Mrs. Obama met in Chicago, and their work on the South Side guided them from local advocacy to the White House.

The Barack Obama Presidential Library is brought to life in the pages of this book through the vision of innovative architects, the energy of potential partners, and the voices of community members. Together they reinforce the University of Chicago's enthusiastic belief that the Barack Obama Presidential Library in the heart of the South Side of Chicago will be a place of tremendous possibility and a lasting legacy.



**CHAPTER ONE**

**CHICAGO AND THE SOUTH SIDE**

# Fulfilling the Possibility of Place

Chicago is a bold city, grounded in strong values—of self-reliance, of opportunity, of hard work. It draws together people who share those values and seek to shape a better future.

For civil rights activist and Chicago educator Timuel Black, who moved to the city with his family in 1919, Chicago provided a chance to make an impact. For his parents, former sharecroppers descended from slaves, Chicago was a place that could provide work, education, and something more—as Black puts it, Chicago was where "they came to talk back and fight back."

Today, Chicago continues to reimagine itself with new centers of innovation and entrepreneurship, job and education programs for city youth, inventive architecture, arts districts, and urban farms. The Barack Obama Presidential Library in the heart of Chicago's South Side would be a critical part of this transformation.

View from the South Side of Chicago to downtown

The Barack Obama Presidential Library, Chicago and the South Side

4

Image courtesy of City of Chicago

| IN CHICAGO | | | | | | | |
|---|---|---|---|---|---|---|---|
| **48 million** visitors per year | **3,100** flights per day to and from O'Hare and Midway airports | **27,100** hotel rooms occupied per day | **200+** theaters | **222** miles of CTA track | **552** parks | **97** universities and colleges in metro area |



Left: Performance at the Chinese Fine Arts Society's 7th Ever Festival (QIXI); Right: Kayaks in the Chicago River

## Quintessential American City and Urban Innovator

Chicago is a frontier town turned global city. Its 77 neighborhoods are home to the ambitious, the entrepreneurial, and the industrious, from all walks of life and all parts of the globe. Chicagoans have big ideas, and they dare to see them through. It is a place where tireless work led to the splitting of the atom, the reversal of a river's course, the renewal of rail yards into a treasured public park, and pivotal movements for equality and social change.

All of this makes Chicago a fitting location for the Barack Obama Presidential Library. It is a renaissance city, where new businesses shape opportunities for the next generation of young job seekers. It is a place of

discovery, where researchers tackle the challenges of the present and pioneer the future of social services, medical care, and public education.

A transportation trendsetter, Chicago built the first steel railroad in the country in 1869. Today, O'Hare and Midway airports make the city an international hub. People, products, and ideas are also moving along new networks, whether the city's world-class data transmission node or its internet-enabled bicycle sharing system.

With sports, art, music, theater, food, and matchless architecture, the city ranks among the world's

cosmopolitan centers. It is an urban innovator, where strong academic, corporate, and philanthropic communities come together to advance initiatives across the city. Chicago contends with some of our nation's great challenges, but it also leads the search for solutions. It is where people unite to seek justice, where leaders emerge to tackle historic problems.

The Barack Obama Presidential Library would be a powerful emblem of these aspirations. It would be the first truly urban presidential library, contributing to Chicago's momentum toward becoming a major global city.



The Crown Fountain in Millennium Park

The Magnificent Mile or Chicago

The Basin in Jackson Park, with reflections in the South Side

"It is hopeless for the occasional visitor to try to keep up with Chicago. She outgrows his prophecies faster than he can make them."

MARK TWAIN

8

# Chicago's South Side:
## Proud History, Economic Promise

As the archive of the nation's first African American president, the Barack Obama Presidential Library will have profound historical significance. Locating the Library on the South Side of Chicago would acknowledge the importance of the area in the President's professional life and in US history, and highlight it as a continuing force in Chicago's evolution.

From its earliest days, Chicago offered shelter to immigrants and jobs in industry. Over time, the South Side also became a flourishing intellectual and creative community. Yet it also bears the scars of post–World War II redevelopment, urban flight, population loss, and industrial decline. Today

the South Side is marked by a resurgent creative energy and by communities that are deeply invested in strengthening education, housing, and jobs. Groundbreaking, evidence-based programs to drive change in schools and to help get young men on the right track have taken hold here because the South Side stands poised to embrace new opportunities. The Barack Obama Presidential Library could lead and support new collaborations. It would have an outsized impact on the economy, social fabric, and cultural offerings in South Side neighborhoods.



South Side community members at a 2010 speech by President Obama

The University of Chicago

The Barack Obama Presidential Library: Chicago and the South Side

10  11

**ON THE SOUTH SIDE**

**35,000**
pieces in the DuSable Museum of African American History collection

**1.5 million**
Bud Billiken Parade attendees

**13.5**
miles of lakefront

**25+**
festivals per year

**23**
Divvy bike sharing stations

**1.4 million**
Museum of Science and Industry visitors per year



Above left: Hyde Park Jazz Festival; Right: South Side high school students at the UEI Science and Math Camp



# A Greater Identity

The election of Barack Obama as president was inspiring to young people everywhere, nowhere more so than on the South Side of Chicago, where the President and First Lady have made a lasting impact with their community work. At the dedication of the University of Chicago Charter School's Carter G. Woodson middle school campus in 2008, eighth-grader Rimani Hawley read her poem about President Obama's election: "Change is here. We will soon have a black president. He is one of the many fathers of our nation that reminds people of power and intelligence."

The world converged on the South Side of Chicago for the World's Columbian Exposition in 1893. The area remains a cultural focal point, from festivals that recall the South Side roots of jazz to such major institutions as the Museum of Science and Industry, the DuSable Museum of African American History, and the University of Chicago.

Increasingly South Side neighborhoods are developing new retail, lodging, dining, and cultural opportunities.

This is evident in the commercial transformation of 53rd Street in Hyde Park and in a cultural transformation afoot in Washington Park, where artist and urban planner Theaster Gates is leveraging the arts to spur economic development.

Programs such as the Woodlawn Children's Promise Community are boosting education and opening new doors for South Side youth. Job opportunities are flowing from initiatives like One Summer Plus, which has partnered with other organizations to offer more than 22,000 jobs and internships to youth and young adults. These efforts are promising, but much more work is needed if the South Side is to realize its potential.

Change is here. The Barack Obama Presidential Library could fuel this momentum, helping the South Side pioneer solutions to urban challenges and sparking new business development, jobs, and youth programs. Partnering with communities on Chicago's South Side could enable the Library to forge an identity and impact unlike any other institution of its kind.



"We've started to work already. Radical transformation is already happening. I hope the Obama Presidential Library will be part of that radical transformation."

**THEASTER GATES**, Urban planner, artist, and director of Arts + Public Life

Case: 1:18-cv-03424 Document #: 85-13 Filed: 02/05/19 Page 14 of 67 PageID #:2384



**CHAPTER TWO**
**THE UNIVERSITY OF CHICAGO AND PARTNERS**

# Delivering Possibility

The University of Chicago was founded on the belief that education and discovery can transform lives. Because great ideas grow from a wealth of perspectives, the University opened its doors from the beginning to students and scholars of every gender, race, nationality, and religion. The new university consciously faced outward to its city and beyond, opening the nation's first school of social work, pioneering continuing education for adults, and building hospitals that served the community.

The University's founders understood that a great city and a great urban university can make each other better. Ideas, energy, and commitment flow in both directions. In recent years the University of Chicago has embraced this partnership anew. Its ambition today is to create a model for what a global university and a global city can do in concert. The University is eager to welcome the Barack Obama Presidential Library to this partnership, working together to benefit the South Side and make an impact far beyond Chicago.

The Barack Obama Presidential Library • The University of Chicago and Partners

16

**50%**
increase in likelihood that B.A.M. students will graduate from high school

**45**
full-tuition UChicago Promise scholarships awarded in 2013–14

**$1 billion**
generated from New Venture Challenge company exits and acquisitions

**48%**
of Center for Care and Discovery construction contracts awarded to M/WBEs

**1,700**
students served the four UChicago Charter School campuses



# Committed to Enriching Society

The University's primary impact flows from the work of its faculty, students, and alumni in every corner of the globe. UChicago scholars are pushing toward innovations in cancer treatment, clean water, and energy storage. They are shaping policies to prevent youth violence and drive genuine change in pre-K through 12 education. UChicago students are among the most engaged in the world, and University initiatives like the Institute of Politics seek to ignite in them a passion for public service.

The University also has impact as the largest employer on the South Side and a major economic force. A growing network of initiatives seeks to translate that activity into jobs for South Side residents, business opportunities, and amenities for neighboring communities. These efforts are built on collaboration and evaluated for their long-term community impact.

The Barack Obama Presidential Library would both advance this commitment and benefit from it. The University's growing network of relationships would support the Library in its intention to become a new kind of urban library: committed to global impact and deeply integrated into its surrounding communities.

President Obama attends a session of Youth Guidance's B.A.M. (Becoming A Man) program at Hyde Park Academy high school.



"Innovation is at the crux of growth and drives the vision for the future of the City of Chicago. The birthplaces of ideas and thoughts that spur innovation have often been institutions of higher education like the University of Chicago."

RAHM EMANUEL, Mayor of Chicago

The Grand Reading Room of the Joe and Rika Mansueto Library, where 3.5 million volumes can be stored underground and retrieved by a robotic crane.

The Barack Obama Presidential Library: The University of Chicago and Chicago's Partners

20

21

The University of Chicago

## GLOBAL ENGAGEMENT

**50+**
languages taught on campus

**3,100**
international students from 100+ countries

**177,000**
alumni in 153 countries

**746**
Peace Corps volunteers

**110**
Fulbright-Hays grants

**7**
continents with UChicago programs





CENTER IN DELHI

# Crossing Borders, Creating Impact

University of Chicago ideas transcend borders, and the University's extensive network of international projects and partnerships makes an impact around the globe. For more than a century, UChicago scholars and students have pursued their work overseas. Today that reach extends farther than ever, with hundreds of programs in dozens of countries, on every continent. This engagement would bring a global perspective and a worldwide platform to a partnership with the Barack Obama Presidential Library.

The University of Chicago operates centers for study and research collaboration in Paris, Beijing, Delhi, and soon in Hong Kong. These centers host global leaders and scholars, provide a home base for students, and expand opportunities for partnerships with a variety of academic and public institutions. The University of Chicago Booth School of Business also operates campuses in London, Singapore, and Hong Kong.

UChicago Research Bangladesh is a biomedical research center that was born out of a long-term study on the effects of arsenic exposure. Now, more than 200 staff provide primary health care to over 100,000 people across Bangladesh. At Chicago House in Luxor, Egypt, scholars from many nations work together to save and understand ancient treasures of the Near East.

The University's scholars travel widely because the greatest challenges of our time also transcend borders, sometimes in unexpected ways. The University's Institute for Molecular Engineering is working with Ben-Gurion University of the Negev in Israel to apply nanotechnology to create and preserve clean drinking water. Fresh water is a global issue that most informed observers believe will be one of the world's most critical problems in the 21st century.

The University is working with the Public Health Foundation of India to conduct a study about expanding India's public health insurance program to cover India's entire population. This study involves nearly 60,000 people, making it one of the world's largest public policy

experiments, touching on health care questions every country faces. The Center for Global Health is conducting breast cancer studies in Chicago and Nigeria, and research about HIV/AIDS transmission networks in India has led to studies on the spread of AIDS on Chicago's South Side.

The University also delivers education with a global perspective. Each year, hundreds of students in the College choose from programs and internships in more than 50 cities around the world. The Pritzker School of Medicine's Global Health Scholarship track gives students international experiences in places such as West Africa and South Asia. At the Tata Institute of Social Sciences in Mumbai, founded by a UChicago alumnus in 1936, graduate students in the School of Social Service Administration can spend a summer studying urban poverty.

In the University's Human Rights Program, students, faculty, and staff regularly engage in projects supporting both domestic and international human rights issues. Human rights education prepares students to act as global citizens, whether they are biologists, business executives, or language teachers. Ongoing initiatives include Crisis of Humanitarianism, Health and Human Rights, and Human Rights at Home, which includes projects such as the Chicago Police Torture Archive.

These centers and programs draw from the penetrating inquiry and institutional strength that make the University distinctive. The goal, making human lives better around the world, never changes, but the shape this work takes is flexible and open to innovation. All this provides a global network well suited to joint programming with the Barack Obama Presidential Library—giving visitors, students, and scholars across the globe another way to engage with the Library and with one another.

*Above right: UChicago Research Bangladesh;*
*Below right: Panel discussion during the opening celebrations of the UChicago Center in Delhi*







**Above:** Students cheer on participants in the 2013 Brave New Voices Festival, an international youth poetry slam supported by UChicago's Reva and David Logan Center for the Arts. **Below left:** Carla M. Lopez meets Michelle Obama at the 2004 UChicago Collegiate Scholars Program Welcome Ceremony. **Below right:** Priscilla Agüero presents her findings during the math portion of the UEI Science and Math Camp

25

The University of Chicago

# Partnering for the South Side's Future

In recent years, the University of Chicago has steadily cultivated its expanding relationship with South Side communities and the City of Chicago. This work was advanced in 1996 with the appointment of Michelle Obama as the first director of the University Community Service Center. The University's future is inextricably linked to the success of its neighbors and of the city it calls home. The relationship is reciprocal—each partner contributes actively to the success of the other. As a result, the University's impact is now greater than ever with the combined strengths of new collaborations.

Much of this work is focused on building a better future for young people. The Urban Education Institute is a model for University engagement. Through four charter school campuses, UEI educates children from South Side neighborhoods, helping 100 percent of its graduates gain admission to college over the last two years. The charter school experience informs research that flows back to help teachers in the classroom and create tools for school improvement across the nation.

Like UEI, the UChicago Crime Lab grew out of a challenge and an opportunity. Scholars were moved by the tragedy of youth violence. They wanted to use research to discover interventions that put young people on a better path. The Crime Lab's work has attracted the attention of policy makers across the country and led to the expansion of programs like Youth Guidance's Becoming a Man. As a byproduct, Crime Lab researchers found that the best antiviolence programs also boost young men's success in school. They have now formed a partnership with UEI to build on these findings.

The University is creating economic opportunity through programs that connect South Side residents with jobs and support the growth of businesses. UChicago Local builds on successful business diversity efforts to direct a greater share of University purchasing to South Side businesses, while training local business owners. The Chicago Innovation Exchange will team with Argonne National Laboratory, the Polsky Center for Entrepreneurship and Innovation, and others to support Chicago entrepreneurs

and turn discoveries into companies. The CIE is part of a rebirth of 53rd Street in Hyde Park, where the University has partnered with the City and private developers to catalyze a new South Side destination.

Through partnerships across campus and with community leaders, the Community Programs Accelerator helps launch nonprofit organizations to serve the South Side and helps existing organizations expand their impact. This initiative houses up to four organizations at a time on campus and connects them with University faculty and students, complementing and enhancing collaborations currently underway at the Law School's Mandel Clinic, the Social Enterprise Initiative at Chicago Booth, the School of Social Service Administration, and elsewhere at the University.

The University of Chicago Medicine also serves as an economic engine on the South Side, providing thousands of jobs. It has been a leader in the participation of women- and minority-owned businesses in its purchasing and construction. In its hospitals and in community clinics supported by the University of Chicago Medicine, clinicians serve a population that has struggled with chronic health problems and limited access to care.

Through these efforts and many more, the University of Chicago has learned how to be an effective partner for large, complex, and ambitious programs. The University will be an anchor for the South Side for the next 100 years and beyond. It can help the Barack Obama Presidential Library extend its reach and have a lasting impact.

Christian Champagne, a participant in Becoming a Man, dreams about that impact. "President Obama inspired me to do better. The Obama Presidential Library could be a starting point, a seed of perseverance. This library could say, 'I can do it.' It could spread like wildfire. No matter where you're from, you could have that building. It's for all of us."



"The University of Chicago is an entire community that cares about answering questions and about the method for getting there."

SARA KUSE, UChicago Promise student, Class of 2017

# UChicago Collaborative Programs: Early Childhood through Adulthood

**President Obama has said that agents of transformative change** must be bold thinkers, people who are "disrupters and not incrementalists" in their approach to problem solving. He has emphasized that the best ideas for serving the public good have deep roots in high-quality research and are supported by strong data and rigorous analysis.

University of Chicago leaders, faculty, staff, and students are passionate about imagining a better future and are willing to act—and act now—to find new solutions to long-standing challenges. UChicago takes a multifaceted approach to strengthening local communities and lifting children towards college through an active network of collaborative programs.

## EARLY CHILDHOOD

## Equipping families to raise thriving children

**Ages 0–5**

**Center for Early Childhood Research**

The "Baby Lab" explores the mental world of infants to discover the origin and function of key capacities, giving educators and policy makers the tools to help children thrive.

**Washington Park Free Children's Clinic**

Medical students established this free clinic for infants and children in 1997. The student-run clinic provides immunizations, physicals, and social service referrals.

**Thirty Million Words Initiative**

The number of words babies hear from birth to 3 years old affects brain development profoundly. This program empowers parents and promotes equity through home visits and eventually a city-wide education campaign. (*Mother and son in program, right.*)

More programs:
Chapin Hall: Research for Children, Families, and Communities
Community Health Clinic
Jumpstart Pre-School Corps
Maria Shelter Medical Clinic
Pritzker Consortium on Early Childhood Development
Urban Health Initiative

## ELEMENTARY SCHOOL

## Fostering an early love of learning

**Ages 6–10**

**Pritzker School of Medicine South Side Science Scholars**

Physicians and medical students offer weekly science workshops for students on Chicago's South Side, aiming to build enthusiasm for science and teach children about health and the human body.

**CEMSE: Center for Elementary Math and Science Education**

With funding from Google, the NSF, and UChicago, CEMSE is a research center geared at providing teachers nationwide with the best tools and training materials for strong elementary education in STEM courses.

## Urban Education Institute

UEI aims to transform schools through innovations in research, teacher education, charter school management, and the creation of unique educational tools and models. Examples of programs include:

**UEI SEssentials**

Schools with the most successful students share five common features—effective leadership, collaborative teachers, involved families, supportive environments, and ambitious instruction. 5Essentials is a diagnostic survey system to help school districts, parents, and teachers identify areas for improvement.

**UEI Strategic Teaching and Evaluation Program**

STEP is a reading curriculum that equips teachers with tools and training to help pre-K through third grade children hit literacy milestones. Schools in 20 states and 39 cities currently use STEP.

More programs:
After School Science Clubs with the Materials Research Science & Engineering Center
Calvert House Tutoring
Pediatric Mobile Medical Health Care Unit
Pritzker School of Medicine South Side Science Scholars
STOMP: Science and Technology Outreach and Mentoring Program
University of Chicago Consortium on Chicago School Research
University of Chicago School Mathematics Project
Oriental Institute Outreach Programs for Children

## MIDDLE SCHOOL

## Providing opportunities for students to succeed

**Ages 11–14**

**Argonne National Laboratory Learning Labs**

On field trips to Argonne, middle school students from CPS team about careers in STEM fields by working with microscopes and spectrophotometers and participating in demos of forensic science and superconductivity.

**CUIP: University of Chicago Internet Project**

Since 1996, astrophysicist Donald York has supervised a volunteer initiative that provides the installation of data wiring, electrical power, computer labs, and software to 35 schools on the South Side.

**Enrico Fermi Institute Expanding Your Horizons**

EYH is an annual STEM conference connecting 200 middle school girls with a wide array of women mentors in Chicago.

More programs:
Argonne National Laboratory Regional Middle School Science Bowl
ASAP: Adolescent Substance Abuse Program
Chicago Center for Youth Violence Prevention
The Circle Knowledge Projects
Winning Words Initiative
Civic Leadership Interdisciplinary Inquiry and Innovation in Sexual and Reproductive Health

**UEI 6to16**

With funding from the Gates Foundation, 6to16 is a college readiness curriculum to prepare children as early as the sixth grade for the experience of higher education.

**Ages 11–14**

Enrico Fermi Institute Summer Science Interns

Physics with a Bang! at the Materials Research Science & Engineering Center

SESAME: Seminars for Elementary Specialists and Math Educators

UEI/Summer Accelerated Science and Math Camp

# UChicago Collaborative Programs: Early Childhood through Adulthood

## HIGH SCHOOL

# Encouraging students to aim high and achieve

### Ages 15–18

**Black Youth Project**
Professor Cathy Cohen developed the BYP, a website dedicated to knowledge about the lives, ideas, and attitudes of black youth. It is a news source, a social network, a tool for political mobilization, and a platform where youth make their voices heard.

**Network for College Success**
NCS works with high school officials to find ways of raising the number of qualified CPS students who enroll in and graduate from college by helping schools build a college-going culture within their communities and encourage high expectations.

**Collegiate Scholars Program**
Since 2003, UChicago's CSP has offered a three-year course of intensive college prep classes to talented students drawn from 45 public high schools. Accelerated summer courses prepare Collegiate Scholars for success at top-tier colleges.

**Space Explorers**
Space Explorers engages the average high school student on the South Side. Students spend 10 nights at the Yerkes Observatory in Wisconsin. With their mentors, they conduct experiments in engineering and physics. Since 1990, 100 percent of the student participants in Space Explorers have enrolled in college; over 50 percent chose to major in STEM. (Students in program, right.)

**C13/Game Changer**
**Chicago Design Lab**
The CDC Lab builds game-based approaches to studying and understanding youth development, sexual and reproductive health, and the challenges faced by adolescents.

**MAPSCorps**
In 2009, the Urban Health Initiative launched MAPSCorps— Meaningful, Active, Productive Science in Service to Communities—to create a map and working database of the resources on the South Side, and to involve high school students in the work of mapmaking and data analysis. Equipped with custom smart phones, students survey neighborhoods block by block on foot.

More programs:
Argonne National Laboratory Exemplary Student Research Program
BYP Research
BYP100
C13/South Side Stories
C13/The Source
College Bridge Program
GEAR UP Alliance
Court Theatre/Artists-in-the-Schools Initiative
Mathematics Department Young Scholars Program

## COLLEGE

# Connecting students with their community

### Ages 19–22

**Neighborhood Schools Program**
NSP connects hundreds of UChicago undergraduates each year to volunteer opportunities working with youth on the South Side. They contribute over 35,000 hours of service annually.

**UChicago Promise**
UChicago Promise aims to increase the number of low-income and minority students from Chicago schools who attend selective colleges. In addition to eliminating loans for qualifying Chicagoans admitted to UChicago, the program convenes college application workshops, advises counselors, and provides mentoring for youth.

**University Community Service Center**
For over two decades, the UCSC has helped students at UChicago strengthen communities and advance the cause of social justice in Chicago. UCSC participants serve in hospitals, schools, nonprofits, government agencies, and community organizations.

More programs:
NASA All-Stars
Research in the Biological Sciences
Training Early Achievers for Careers in Health
Successful Pathways from School to Work
Upward Bound

## ADULT EDUCATION

# Making a lasting impact

### Ages 23+

**Community Programs Accelerator**
The Accelerator, launched in May 2014, helps develop community-based nonprofits. Through partnerships with industry and access to UChicago faculty, students, and other resources, it incubates start-ups, accelerates existing organizations, and expands impactful programs to the heart of the South Side.

More programs:
Center for International Studies
CHeSS: Center for Health and the Social Sciences
Edwin F. Mandel Legal Aid Clinic
Crime Lab
HealthRx
IMPACT Leadership Development Program
Know Your Chicago
The Odyssey Project

**Institute of Politics**
David Axelrod's Institute of Politics is a cocurricular program designed to ignite in young people a passion for politics and public service.

**UEI Urban Teacher Education Program**
UTEP is a graduate program to train effective teachers in the Chicago Public Schools. UTEP immerses its students in the research behind effective strategies and allows them to practice those strategies in classroom environments. After five years, UTEP graduates show a 90 percent retention rate; other teacher training programs have a 50 percent retention rate. (In photo above.)

More programs:
Polsky Center for Entrepreneurship and Innovation at Chicago Booth
South Side Arts and Humanities Network
South Side Health and Vitality Studies
South Side Health Care Collaborative
Sustainability Partners
Urban Network
Mobilization, Change, and Political and Civic Engagement

"UChicago Charter School Woodlawn has taught us that we will fight with our brains, not our fists. We will overcome any obstacle that is put in front of us, unafraid to fail because we know that we are not defined by our failures, but from the lessons we learn from failing, and how we better ourselves because of them."

**SHANI EDMOND, First graduating UChicago Charter School Woodlawn class, 2010; Salutatorian, Oberlin College, Class of 2014**

The University of Chicago

The Barack Obama Presidential Library; The University of Chicago and Partners



## Voices in the Community

Community members have played a key role in envisioning the Barack Obama Presidential Library on the South Side of Chicago. Their aspirations help bring to life the potential for the Library to transform the South Side. Their engagement is an endorsement of the Library and an important resource.

"Think of all the things that would come to the community in the wake of the Library," said Carol Adams, president and CEO of the DuSable Museum of African American History. DuSable is one of the many enthusiastic partners the Barack Obama Presidential Library would find here. The nation's first museum of

African American history, it is eager to create joint programs for youth, speakers series, and museum exhibits. "People who come to visit the Library are people who will discover something they didn't know about in this neighborhood and want to visit that as well."

Adams is a member of the Community Advisory Board that has worked with the University to imagine possibilities for the Library on the South Side. The group brings together prominent leaders who share a commitment to strengthening the quality of life in South Side neighborhoods.

David R. Mosena, president and CEO of the Museum of Science and Industry, is another member of the Community Advisory Board and a longtime partner in bringing science alive for young people. The largest visitor attraction on the South Side, MSI is located within three miles of the proposed Library sites. Mosena envisions collaborative programming for youth that focuses on science, technology, engineering, and math.

"These are places of discovery and innovation," Mosena said. "Cultural institutions change lives. So have the Obamas. Their lives are testimony to possibility. Having the Barack Obama Presidential Library here would inspire all those who came to it, particularly on the South Side."

Members of the University of Chicago's Barack Obama Presidential Library Community Advisory Board gather at a meeting. Above left: David R. Mosena, Susan S. Sher; Above right: Timuel Black, Jim Reynolds, Jr., and Shirley J. Newsome









# Institutions Ready for Collaboration

South Side organizations are not the only ones eager to partner with the Barack Obama Presidential Library. The University of Chicago has opened dialogues with other universities and cultural organizations, from the heart of Chicago to Hawaii and across the globe. Their excitement and creativity enrich the possibilities for programming.

The Barack Obama Presidential Library is likely to use digital technology in new ways. This idea animates a discussion with the University of Hawaii that began in 2013. The two universities envision a Hawaii Presidential Center, created in partnership with the Barack Obama Presidential Library on Chicago's South Side. This would give visitors, students, and scholars across the ocean another way to engage with the Library's historical content and with one another.

Closer to home, UChicago leaders have met with Northwestern University and the University of Illinois at Chicago. Their participation would contribute to the intellectual capital available to the Library. Potential areas of collaboration among the three universities range from urban community health, violence prevention, and science education to the role of media and digital technology. These university communities would extend and multiply participation with the Library throughout the region.

Conversations with the Chicago Botanic Garden were inspired by First Lady Michelle Obama's focus on building healthy communities. A partnership with the Botanic Garden could lead to urban and community farming programs, education and job training, and a Library garden that reflects the spirit of Michelle Obama's White House garden.

The Boys & Girls Clubs of Chicago offer a direct path to young people in some of the city's most vulnerable communities. The Boys & Girls Clubs have the experience to help shape efforts to enrich the lives of young people and a network of programs that provides opportunities for collaboration. University leaders have also met with representatives of several other youth programs enthusiastic about partnering with the University and the Library to develop programming, including After School Matters, High Jump, and Pilot Light.

These organizations and many others welcome the chance to bring together their distinct strengths in support of the Library and in partnership with one another.

Clockwise from top left: Northwestern University students; After School Matters participants; the University of Hawaii Kakaako site; Museum of Science and Industry visitors; Boys & Girls Clubs of Chicago participants



"We can imagine a unique Library campus that reflects in spirit First Lady Michelle Obama's White House garden—a vibrant, thriving space for learning, inspiration, and growth—as well as the President's interests in science education and workforce development, and a shared commitment to veterans."

SOPHIA SHAW, President & CEO, Chicago Botanic Garden

Students participate in an education program at the Chicago Botanic Garden    The University of Chicago    39

38    The Barack Obama Presidential Library: The University of Chicago and Partners



**3 | South Shore**

**2 | Woodlawn**

**1 | Washington Park**

CHAPTER THREE
SITE PROPOSALS

# Picturing Possibility

When the University of Chicago began to imagine a location for the Library, many sites held potential. A few key criteria helped to narrow the choices. The location should be truly urban and central to a larger rebuilding effort, facilitating a transformation and revitalization of the surrounding neighborhood. The site should be near public transportation and major roadways, extending the opportunity and experience of the Library to all. And the site should reflect both a personal and local significance for the President and his family, acting as a symbol of his enduring legacy.

Three sites in particular rose above the others as most likely to fulfill the potential of the Barack Obama Presidential Library: Washington Park, Woodlawn, and South Shore.

# One Great City, Three Great Choices

The Barack Obama Presidential Library in the heart of Chicago's South Side would be a true destination. It would create a Museum Campus South, a collection of premier cultural institutions on the South Side. It would become one of Chicago's major arts and cultural venues, integrating culture and education into daily life. It would add to Chicago's tradition of placing museums in the garland of parks throughout the city, combining the opportunity to engage with nature and an enriching educational experience.

## 1 | Washington Park



This site is located at the prominent and symbolic intersection of Dr. Martin Luther King Jr. Drive and Garfield Boulevard, truly part of the urban fabric of the South Side. It extends into the western edge of historic Washington Park, designed by Frederick Law Olmsted, and sits across the park from the DuSable Museum of African American History. It joins UChicago's Arts Incubator and other artist-led spaces along the Garfield Boulevard corridor. This thoroughfare, ripe for further reinvestment, offers tremendous potential for cultural and economic impact.

## 2 | Woodlawn



This site harnesses the legacy of three powerful movements: Olmsted and Burnham's American democratic optimism as embodied in the Columbian Exposition landscape of Jackson Park; the creative spirit that brought jazz and blues to the streets of the South Side; and the intellectual culture of the University of Chicago and the Museum of Science and Industry. With access to the lagoon and Lake Michigan to its east, an urban edge to the west, and a concentration of nearby transportation options, this site bridges life, work, and recreation.

## 3 | South Shore

The South Shore parkland sits directly on the waterfront of Lake Michigan, with views of the city skyline and the horizon. The setting offers a host of opportunities for outdoor activities and recreation supported by a vibrant community hub at the South Shore Cultural Center. At the intersection of Lake Michigan, the Millennium Reserve Core, and the City of Chicago, the site could also connect to the last few miles of the city's public lakefront.

# Make No Little Plans

In the summer of 2013, the University of Chicago invited three world-renowned architectural firms to imagine siting the Library on Chicago's South Side and the impact it could have on the community. Each led by their principal architects, Adjaye Associates developed plans for Washington Park, Diller Scofidio + Renfro worked on Woodlawn, and Studio Gang Architects created designs for South Shore.

On November 5, 2013, the architects came together to present their ideas to each other in a design charrette held at the historic Robie House designed by Frank Lloyd Wright.

"In a kind of active generosity we rarely see among architects, there was a discussion around each architect's designs, strategies, takes on what the Library meant. There was a very congenial and very collaborative spirit in the room," said Elizabeth Diller, principal of Diller Scofidio + Renfro. "The takeaway was that we all feel that the South Side is the right spot for the Library. We feel that there's something important about the South Side given its history, its potential for change, and the concentration of intelligence there."

The firms produced very different creative concepts, but each design included key features: a central and accessible archive, a community center, recreational space, vegetable gardens and opportunities for urban agriculture, a net-zero energy footprint, and reclamation of the surrounding landscape.

"This building could transform the way in which we look at architecture and regeneration, and how neighborhoods and society can work," said David Adjaye, principal of Adjaye Associates. "It could bring another, very significant model to the table."

## 1 | Adjaye Associates



**David Adjaye**

Adjaye Associates was established in June 2000 by founder and principal David Adjaye OBE. Receiving ever-increasing worldwide attention, the practice's largest commission is the design of the Smithsonian Institution's National Museum of African American History and Culture on the National Mall in Washington, DC. Completed works include two neighborhood libraries in Washington, DC (2012), the Moscow School of Management SKOLKOVO (2010), the Nobel Peace Centre in Oslo (2005), the Museum of Contemporary Art in Denver (2007), Rivington Place in London (2007), and the Idea Stores (2004, 2005)—two pioneering libraries in London. Renowned for an eclectic material and color palette and a capacity to unfold cinematically, the buildings differ in form and style, yet are unified by their ability to challenge typologies and to generate a dynamic cultural discourse.

Section begins on page 46.

## 2 | Diller, Scofidio + Renfro



**Charles Renfro, Ricardo Scofidio, and Elizabeth Diller**

Diller Scofidio + Renfro, led by Elizabeth Diller, Ricardo Scofidio, and Charles Renfro, is an interdisciplinary design studio that integrates architecture, the visual arts, and the performing arts. Diller and Scofidio were the first architects to receive the MacArthur Foundation "genius" award and have been named among *Time* magazine's 100 Most Influential People. The studio's completed projects include the Lincoln Center redesign, the transformation of the High Line, and the design of the Institute of Contemporary Art in Boston. DS+R's current projects include Columbia University's Business and Medical Education Buildings, the Museum of Modern Art expansion, the Broad Museum in Los Angeles, the Museum of Image and Sound in Rio de Janeiro, and Zaryadye Park in Moscow. DS+R has received the Smithsonian's National Design Award and the American Academy of Arts and Letters' Brunner Prize.

Section begins on page 64.

## 3 | Studio Gang Architects



**Jeanne Gang**

Studio Gang Architects is a Chicago-based collective of architects, designers, and thinkers whose work engages pressing contemporary issues and their impact on human experience. Founded and led by MacArthur Fellow Jeanne Gang, the 2013 National Design Award-winning firm designs public and private sector work across the nation, ranging in scale from community anchors and cultural institutions to tall mixed-use buildings and urban design. Architect of the acclaimed Aqua Tower in Chicago and the University of Chicago's Campus North student residence complex, Gang is recognized for her visually striking work and environmentally sensitive approach. Gang is a vocal advocate for the power of good design to rejuvenate neighborhoods and has designed several community centers on Chicago's South Side.

Section begins on page 82.

Architectural vision for the Washington Park site looking northwest along Garfield Boulevard and Dr. Martin Luther King Jr. Drive

The University of Chicago

**49**

1 | Washington Park

"The Barack Obama Presidential Library will create a new paradigm for Washington Park. Despite economic need, there is an incredible spirit there. This site has vast potential for transformation."

DAVID ADJAYE, Principal, Adjaye Associates

The Barack Obama Presidential Library: Site Proposals

**48**



Above: Arrival plaza looking north;
Below: Archive Hall; Oculus Hall;
~"root" Madelyn Dunham Promenade

1 | Washington Park









"This building could inspire dialogue about how we create institutions and use institutions to make people's lives so much better."

DAVID ADJAYE

1 | Washington Park

Winter view looking south from the
Barack Obama Foundation office

52

The Barack Obama Presidential Library Site Proposals



Above: View looking north at the
Michelle Obama Education Center and
Barack Obama Foundation office tower;
Below: Presidential Suite view of the
First Lady's Education Garden

MICHELLE OBAMA EDUCATION CENTER

1 | Washington Park





1 | Washington Park

# A Model of Regeneration

Imagining the Obama Presidential Library as the first truly urban presidential library, David Adjaye designed a campus that would operate on multiple scales of renewal—individual, economic, and ecological. "It will actively engage the community, offering new business opportunities and prosperity to future generations," he said.

The firm designed an urban hub, an economic center that could build on the existing transportation infrastructure and the vitality of cultural institutions in Washington Park. Already partnering with the City of Chicago, the DuSable Museum of African American History is slated to serve as an anchor in the City's plans for a Museum Campus South. An Obama Performing Arts Theater, public plaza, and community center could complement the existing institutions and generate commercial and retail development.

Further west, the year-old Arts Incubator has helped to re-energize community life along Garfield Boulevard and Prairie Avenue through arts and community programming. In conjunction with the development of the Arts Incubator, jobs have been created and millions of dollars in grant funding have been awarded to spur new programs in the neighborhood. Arts + Public Life director Theaster Gates, the visionary for the Arts Incubator, now has plans for an outdoor pavilion, collaborative research space, and coffee shop as part of the growing Arts Block on Garfield Boulevard. "If we could act as stewards of this neighborhood, not only would we advance the arts," Gates said, "we would function as one of the first anchors in Washington Park that had an ambition of sincere transformation."

Gates imagines involving neighborhood teens from the Arts Incubator's Design Apprenticeship Program in the planning and construction process of the Obama Presidential Library in Washington Park. DAP students who are learning design, landscaping, and carpentry from skilled craftsmen at the Arts Incubator's woodshop already are working to improve properties in Washington Park.

Working on the Library, they would learn about innovative, sustainable materials and technology, such as those Adjaye incorporated into the design of the Library's structures. Of note would be the "landscape of roofs" design using transparent photovoltaics to generate energy for the building. "We realized that not only could we make a building with net-zero power," said Adjaye, "we can generate enough energy to reach out to the community and park; we can give energy back."

Giving back to the Washington Park community was the priority of the Adjaye plan. The design centers on maximizing economic impact and the positive redevelopment of the Washington Park neighborhood. The Barack Obama Presidential Library could be "a revolutionary model," Adjaye said. "It could help a community remake itself through the idea of the presidency."

☐ The full architectural submission is available on the accompanying tablet and at a.place.of.possibility.uchicago.edu.



Barack Obama Foundation offices
rooftop facing northeast

**WASHINGTON PARK SITE**

**34.2**
acres

**Steps**
from a CTA Green
Line station

**1.7**
miles from a Metra
Electric station

**38.8 million**
transit trips near
the site per year

**95.2 million**
vehicular trips near
the site per year

**270**
acres of
vacant land in
neighborhood

59

1 | Washington Park

# Transforming
# Washington Park

The Washington Park site pairs the greatest need with the greatest opportunity, creating the potential for true transformation. Washington Park is the least developed among the sites proposed. Within half a mile of the site, scattered businesses provide 1,400 jobs, though the retail, recreation, and food service industries are all small in the area. No hotels or other forms of accommodation are within one mile of the site.

Yet, of all the sites, this is the only one connected to a CTA train and bus hub, and Garfield Boulevard, which provides access to the Dan Ryan Expressway, less than a mile away. This combination of private and public transportation routes makes the site the most accessible of the three. A Library at this location offers the opportunity to remake Garfield Boulevard and Dr. Martin Luther King, Jr. Drive into the grand thoroughfares they once were.

Additionally, the site is linked to nearby cultural institutions, including the DuSable Museum of African American History, the George Washington Memorial, and the University of Chicago's Arts Block, where mentoring and community development programming will promote local growth and vibrancy. Washington Park itself receives a million and a half visitors on a single day for the Bud Billiken Parade every year.

As a result of this blend of under-resourcing and strong potential, of all the sites, Washington Park would best accommodate the new business that would be in demand if the Barack Obama Presidential Library were built in the heart of the South Side. A well-planned development strategy would transform the neighborhood, providing jobs, enhanced infrastructure, and educational opportunities for youth.



WASHINGTON PARK NEIGHBORHOOD
EXISTING CONDITIONS

WASHINGTON PARK NEIGHBORHOOD
DEVELOPMENT POTENTIAL



Garfield Boulevard Today

1 | Washington Park

The Barack Obama Presidential Library Site Proposals



# A Vision for Garfield Boulevard

"The site that creates the most potential is usually the place that seems to be the backwater. Those are the places we need to engage as a society because those are the places of incredible potential and incredible transformation."

DAVID ADJAYE

1 | Washington Park

The University of Chicago

The Barack Obama Presidential Library · Site Presentation



"The Barack Obama Presidential Library would be a hallmark for health: economic, human, and environmental."

ELIZABETH DILLER, Principal, Diller Scofidio + Renfro

2 | Woodlawn

Woodlawn, one of Jackson Park's crossing points toward the Museum of Science and Industry.

The Barack Obama Presidential Library proposal.

The University of Chicago



"The Library would be a laboratory, a meeting place, a forum for future discourse around culture, politics, economics, cities, and global issues. We see it as an important place for the generation of knowledge."

ELIZABETH DILLER

2 | Woodlawn

Interior view of the Archive, the central architectural feature of the building as well as its organizing principle

69    The University of Chicago

68    The Barack Obama Presidential Center



Left: North entrance; Above: Movie screening on the roof

2 | Woodlawn

71

The University of Chicago



2 | Woodlawn

"The Barack Obama Presidential Library could be a place where history is accessible to the public but also a place that's providing new futures. It could be a place where ideas are stored, produced, and enacted."

ELIZABETH DILLER

View of the Barack Obama Presidential Library
from Jackson Park's Wooded Island



Above: View looking northeast from the Presidential Suite over the Jackson Park Lagoon, Lake Michigan, and the Museum of Science and Industry.

**2 | Woodlawn**

# A Library in and of the Park

The studio of Diller Scofidio + Renfro saw the Barack Obama Presidential Library in Woodlawn as a "great, democratic forum for public gathering and cultural exchange," said Principal Elizabeth Diller. "It would be a community center without walls, the embodiment of President and Mrs. Obama's social principles."

To capture this vision, the firm designed a building with open entrances and walkways. A sequence of small bridges leads to the unification of communities, inviting visitors to enter and engage with the park and Library campus. A sloping green roof beginning at ground level doubles as a pedestrian walkway to higher vistas and outdoor events.

Inside, at the heart the building, the Archive is envisioned as a transparent "Cube of Knowledge," accessible to all. Encased by an intelligent skin and networked to a growing database and robotic browsers, presidential artifacts and documents can be retrieved both physically and virtually by the public as well as researchers. Rather than being passive receivers of museological information, visitors will be challenged to interact with the Archive's content as researchers.

Located in Jackson Park, the base for the World's Columbian Exposition of 1893, the Woodlawn site today would serve as a base for vitality: physical, social, and economic. It would prompt improvement to the park's green space, golf course, and lagoons. Vegetable and flower gardens could promote community health and provide new job opportunities. A farmers market and nurseries as well as basketball courts and other recreational fields could serve the neighborhood.

"We want to make the building of the park," said Diller. "We feel that this strategy actually represents the democratic ideals of this presidency more than a singular objectified building. Our project knits together the park and the building in such a way that anyone can cross the site, east to west, through the building and over the building in a way in which the park is not interrupted, so the building and the park are really one."

Diller Scofidio + Renfro's plan for the Library calls for an organically structured urban transformation. Its focus could be health on many scales: human health through agriculture and recreation in the park, ecological health of the lagoons and surrounding green space, and health of the surrounding community through economic revitalization along the area's main arteries.

The Library could become a new anchor in the City of Chicago's Museum Campus South initiative, looping visitors from downtown to the Museum of Science and Industry and the DuSable Museum. The Obama Presidential Library would add another world-class cultural institution on the South Side's amenities.

☐ The full architectural submission is available on the accompanying tablet and at aplaceofpossibility.uchicago.edu.

**WOODLAWN SITE**

**20.9**
acres

**1**
mile from a CTA
Green Line station

**0.2**
miles from a Metra
Electric station

**36.2 million**
transit trips near
the site per year

**40.1 million**
vehicular trips near
the site per year

**130**
acres of
vacant land in
neighborhood

77



2 | Woodlawn

# Revitalizing Woodlawn

The Woodlawn site offers the opportunity to revitalize a neighborhood that in decades past was the center of a thriving African American community. It sits in Jackson Park at the intersection of the Midway Plaisance and the University of Chicago, Stony Island Avenue, and 63rd Street. The enrichment of Jackson Park could change the urban periphery, triggering the residential, commercial, and cultural rejuvenation of the community.

Jackson Park would surround the Library on three sides with Stony Island Avenue completing its border. Development could occur along this avenue, creating a retail corridor from the Chicago Skyway to the Library. The large boulevard could become home to new restaurants, stores, and a hotel. It could be redesigned with cycling lanes and large sidewalks, creating a pedestrian-friendly urban hub.

The 63rd Street corridor west of Jackson Park could also house new development. At one point a vibrant commercial area, the retail spaces are now largely vacant. The University of Chicago could play a significant role in encouraging development at this site.

Situated between the 59th and 63rd Street stops on the Metra Electric commuter rail line, this location is connected directly to Millennium Park, one of the region's prime tourist destinations, and the city's southern suburbs. The Woodlawn site is also accessible by two major roadways: Lake Shore Drive and the Chicago Skyway, which connects the Dan Ryan Expressway to the Indiana Tollway.

Jackson Park is home to a public 18-hole golf course. Combining this course with the nine-hole course at South Shore, a new 27-hole course could simultaneously become a golf school, a course for local community members, and a world-class golf destination.



WOODLAWN NEIGHBORHOOD
EXISTING CONDITIONS



WOODLAWN NEIGHBORHOOD
DEVELOPMENT POTENTIAL



Stony Island Avenue Today

2 | Woodlawn

The University of Chicago

The Barack Obama Presidential Library Site Proposals

78

79



A Vision for Stony Island Avenue

2 | Woodlawn

The University of Chicago

The Barack Obama Presidential Library / Site Proposal



"We designed the building as an instrument for charting the future. As the next generation comes in—the generation that is going to change the world—this Library has a chance to change them, too, and continue to generate that change."

JEANNE GANG, Principal, Studio Gang Architects

View of the South Shore site looking southwest from Lake Michigan

The University of Chicago    85

The Barack Obama Presidential Library Site Proposals    84

Case: 1:18-cv-03424 Document #: 85-12 Filed: 02/05/19 Page 49 of 67 PageID #:2419



A central skylit space visually connects to each program component and the outdoors, offering the visitor freedom to choose his or her own experience.

"We thought of a building that was very welcoming and open, like going into a big tent, big enough for everyone and where everyone is welcome inside."

JEANNE GANG

3 | South Shore



"If you have a garden and a library,
you have everything you need."

CICERO

3 | South Shore

Clockwise from top left: View looking north from South
Shore Beach; urban agriculture; indoor basketball court;
National Archives and Records Administration archive

The University of Chicago

The Barack Obama Presidential Library Site Proposal

88



"While activities of the President and First Lady will happen all over the world, this place will be the center of their energy that will resonate with generations to come."

JEANNE GANG

3 | South Shore

**View from Lake Michigan of the Barack Obama Presidential Library and the South Shore Cultural Center**

**3 | South Shore**

# An Instrument for Charting the Future

Architect Jeanne Gang imagines the Library in South Shore as a compass, pointing in all directions, uniting and extending this South Side community. "From inside the building you can choose your destination," said Gang. "East, west, north or south, local or global, virtual or real—all are possibilities. We hope the Obama Presidential Library will become synonymous with possibility, with exploring ideas, continued learning, community service, and action."

Located on the shore of Lake Michigan, the Library would provide a vista to downtown Chicago. But more than visual, "this site links to historic moments," said Gang, whose firm Studio Gang Architects designed the site near the South Shore Cultural Center. "People could learn more about what happened right here in the civil rights and labor movements. Much of the history of the South Side could be tied to events in President Obama's career."

Upon arrival at the site, visitors would enter a building designed to open on the cardinal directions, giving the architecture a tent-like feel—open and airy, an invitation into the Library's indoor and outdoor interactive museum exhibits, social spaces, and recreational features.

Programming at the Library could complement existing community offerings at the South Shore Cultural Center. As in Jackson Park, the golf course on the site could be redeveloped. Other opportunities for recreation that could be provided by the Library include an indoor basketball court and large auditorium. Near the beach, a recreational zone of ball fields and courts, a youth golf school, and a fitness trail could be developed. The Lakefront Trail could be extended farther south, connecting the Grand Illinois Trail to America's Great Outdoors Initiative.

A large onsite urban farm could represent the core values of health and fitness that Michelle Obama champions. Space for outdoor demonstrations by farmers and chefs would allow the farm to become a destination itself. Community service days could take place there during planting and harvest times. The former stables along 71st Street could become a farmers market where local farmers would sell produce while adding to the retail offerings in the area.

"This is an instrument for charting the future," said Gang. "The generation that is changing the world could be changed by the Barack Obama Presidential Library."

☐ The full architectural submission is available on the accompanying tablet and at aplaceofpossibility.uchicago.edu.

**Above:** View from golf course addition.
**Below:** Presidential Suite

**SOUTH SHORE SITE**

**28.7**
acres

**3**
miles from a CTA
Green Line station

**0.1**
mile from a Metra
Electric station

**20.5 million**
transit trips near
the site per year

**21.7 million**
vehicular trips near
the site per year

**35**
acres of
vacant land in
neighborhood

**3** | South Shore

# Reinvesting
# in South Shore

Set at the South Shore Cultural Center, the Barack Obama Presidential Library would join the large beachfront property that is home to the Cultural Center, a golf course, a beach, and a nature sanctuary. It would be located on the northeast corner of the park site, adjacent to Lake Michigan.

This area is more developed than the Washington Park site, though a large share of that development is residential. The business community in South Shore is about twice that near Washington Park, with a medium-sized retail industry and a small food industry on 71st Street. Given the influx of new demand the Library would generate, a prime spot for new development would be the corridor of 71st Street that extends about a mile west of South Shore Drive.

South Shore is less convenient in terms of public transit than Washington Park or Woodlawn. The South Shore stop on the Metra Electric line is a block away from the entrance of the Cultural Center. A bus or trolley system would be needed to shuttle visitors from the stop to the Library. While the location is accessible by Lake Shore Drive and the Chicago Skyway, the entrance to the site is a hairpin turn in need of redesign.

Unlike at the other two sites, economic growth in the area would appear largely as redevelopment of residential or commercial areas into a form that could more ably serve the visitors to the Obama Presidential Library. Of the three locations, the economic impact of the Library would be least in South Shore.



SOUTH SHORE NEIGHBORHOOD
EXISTING CONDITIONS



SOUTH SHORE NEIGHBORHOOD
DEVELOPMENT POTENTIAL



71st Street Today



A Vision for 71st Street

"A building that has a strong purpose in a community can transform a neighborhood."

JEANNE GANG

3 | South Shore

The Barack Obama Presidential Library · Site Proposals

The University of Chicago

98

99



**CHAPTER FOUR**
**IMPACT**

# Measuring Possibility

In many ways, the impact of the Barack Obama Presidential Library—in energizing community groups, sparking collaborations, and inspiring young people—cannot be measured. But the potential impact on economic opportunity—in jobs, new businesses, and the revitalization of South Side neighborhoods—can be projected.

The University of Chicago engaged consultants to assess the economic impact of the Library, the potential for a revitalized golf course, and the possibility for the Library on one of the three sites to become a model for sustainable development. These specialists documented the opportunities that the Library would create in the city of Chicago and particularly on the South Side. If a site on the South Side is ultimately selected, the Library will bring significant benefits to an area of the city that has both enormous need and the desire and community infrastructure to take full advantage of these opportunities.

A student celebrates the UChicago tradition of Kuviasungnerk/Kangeiko, named from the Inuit word for "pursuit of happiness" and the Japanese word for the samurai tradition of winter training.

## PROJECTED IMPACT

**1,900**
permanent new jobs

**3,280**
local construction jobs

**$220 million**
annual economic impact

**$56 million**
annual increase in local earnings

**$600**
million construction economic impact on the city

**41**
new restaurants and retail establishments



Above right: Patrons eating outdoors at Chant restaurant on 53rd Street; below right: Event at the Arts Incubator on Garfield Boulevard

# Catalyzing Economic Growth and Opportunity

Anderson Economic Group studied both the short-term impact of construction and the ongoing impact of Library operations and visitors. Their numbers should be considered a baseline due to conservative methodology. Anderson considers only net new economic activity—that which would not otherwise occur. Anderson looked to previous presidential libraries as well as other cultural attractions to estimate the number of visitors to the Barack Obama Presidential Library. Given the historic nature of this presidency and the 1.4 million visitors to the nearby Museum of Science and Industry, the number of visitors to the Library could be even greater than the firm estimates.

Anderson finds that the Barack Obama Presidential Library would have a significant economic impact on Chicago and particularly on the South Side. Anderson anticipates 800,000 visitors to the Library each year, with nearly half coming from outside the city. These visitors would spend money on food, lodging, parking, and retail shopping, growing the existing local businesses and attracting new ones. In addition, the Library would spend some of its operating funds locally on employees, supplies, and services.

The bottom line: 1,900 new, permanent jobs and $220 million in total economic impact to the City of Chicago each year. Tax revenues for the City and the Chicago Public Schools would grow by $5 million annually. In addition, the construction of the Library would create nearly 3,300 local jobs for the duration of the project and would result in a one-time $600 million boost to the City's economic activity.

This economic activity would be felt most powerfully in the South Side neighborhoods surrounding the three proposed sites. Visitor spending would lead to increased demand, supporting more than 40 new restaurants and retail establishments and at least one new hotel. "The amount of spending will be even higher," Anderson writes, "if people choose to stay in the neighborhood around the Obama Presidential Library for a larger share of their visit." Partnerships and joint programs with other South Side institutions will help entice people to expand their visits.

Anderson notes that other private development or infrastructure improvements that complement the Obama Presidential Library may lead to "even greater and more localized economic impact." The City has expressed its commitment to supporting the Library, and it is the University's expectation that public-private partnerships would be formed to ensure the communities surrounding the Library would reap the greatest possible economic benefits.

☐   The full report is available on the accompanying tablet and at aplaceofpossibility.uchicago.edu.



The University of Chicago 105

# Golf: A Community and Cultural Resource

As part of the Barack Obama Presidential Library project, the golf courses at Jackson Park and the South Shore Cultural Center could be combined and revitalized to create a world-class facility that would attract visitors and become a stronger asset for local golfers and young people learning the game. This long-standing recreational resource on the South Side has the potential to create additional economic growth.

Three proposals for reconfiguring the existing courses were developed by Tom Doak, one of the top golf course designers. Both courses are Chicago Park District properties, though they are currently operated separately. Each has significant limitations that could be addressed by a redesign. Doak imagines uniting the two courses into one superior course capable of hosting professional tournaments and becoming a much utilized asset for the community.

Anderson Economic Group notes that "an improved golf course would undoubtedly result in a significant economic boost to the area, particularly if the site is able to host globally competitive tournaments." Based on economic impact studies of other tournaments, Anderson estimates the total impact of a major golf tournament in Chicago would be in the tens of millions of dollars.

Doak's proposal envisions improved local practice facilities, a golf school with programs for area youth, and a clubhouse for local golfers. Local students could work as caddies and become eligible for a national scholarship program, the Evans Scholars. Revenue from golfers visiting the course could help keep greens fees low for community members.

"Combining the Jackson Park and South Shore facilities would create an iconic golf course for part-time use and for tournament play," Doak writes. "With golf holes along the lakefront, views across the water to the Chicago skyline, and views of the new Obama Presidential Library, the composite facility would be a great asset to the city of Chicago—a truly world-class, downtown golf course, with no equal in other American cities."

*Right: Jackson Park Golf Course*

☐  The full report is available on the accompanying tablet and at aplaceofpossibility.uchicago.edu.



Aerial view of the Plaza and David L Stern Center for the South with green roofs and solar panels

## A Comprehensive Environmental Approach

The Barack Obama Presidential Library on the South Side of Chicago will be a responsible steward of the environment. It will utilize best practices in energy-efficient building, incorporating sustainability into its construction and operations. A sustainable design also will create opportunities for youth programming.

Transsolar Inc., a world-renowned energy consulting firm, evaluated the proposed sites. It found green solutions for each, and its recommendations informed the work of the architects. Chicago has plenty of sunlight coming from the south even in the winter, making it a good location for passive solar design. The building and site design could be arranged to use winds for natural cross-ventilation much of the year, conserving energy. Ceiling fans would improve air movement during warmer periods, while the passive solar energy gained during the day would provide warmth during cooler periods.

Since archival storage spaces require a stable, cool, and dry indoor environment, they could be located behind opaque walls and insulation, or in a basement or partial basement. Chicago's soil temperature makes underground storage a promising option. Below-grade construction would also enable a ground source heat pump or direct ground thermal exchange systems.

All three sites provide some opportunity for urban agriculture, alternative storm water management, alternative water treatment (such as constructed wetlands), or location of energy sources in the park. In addition to serving the Library, these systems can also provide opportunities for partnerships with local institutions and diverse educational programming for students.

☐ The full report is available on the accompanying tablet and at aplace.of.possibility.uchicago.edu.

Case: 1:18-cv-03424 Document #: 85-12 Filed: 02/05/19 Page 60 of 67 PageID #:2430



"This city and this community will be judged not just by the beauty of our parks and lake front, or the vitality of our businesses, but by our commitment to our next generation."

FIRST LADY MICHELLE OBAMA

Students play outside at Earl Shapiro Hall, the University of Chicago Laboratory Schools' new, state-of-the-art building on Stony Island Avenue.

The University of Chicago   **109**

The Barack Obama Presidential Library / Impact   **108**



The University of Chicago

**CHAPTER FIVE**
**CONCLUSION**

# An Urban Inspiration

The University of Chicago and the communities of Chicago's South Side are excited about the possibilities created by the Barack Obama Presidential Library. Certainly the Library will be a rich source of content, housing the archives of a historic president, providing an important resource for scholars, and hosting programming for local residents and visitors from around the world. More than that, it will be an inspiration to generations of young people. In addition to direct economic impact, the Library has the ability to transform the lives of urban residents both here and around the world. They will draw from its existence and its many programs a sense of hope and empowerment—the conviction that the doors of opportunity are open to them. This will be the Library's lasting legacy.

UChicago student during a Martin
Luther King Jr. Day celebration

110    The Barack Obama Presidential...

## FROM THE PRESIDENT OF THE UNIVERSITY OF CHICAGO ROBERT J. ZIMMER

To the Barack Obama Foundation,

The University of Chicago, together with a broad network of civic institutions and community leaders, is eager to partner with the Barack Obama Foundation to bring the Barack Obama Presidential Library to the heart of the South Side of Chicago.

The Obama Presidential Library will mark a watershed moment for the South Side, catalyzing significant and sustained economic opportunity in an area poised to make the most of such promise. It will bring cultural and programmatic opportunities for all of Chicago's residents and for visitors from around the world. The programs that the Library pursues will have a powerful impact on some of the most critical challenges facing residents of cities across the globe. And as we continue to hear from the young people in our neighborhood schools and programs, the Obama Presidential Library at the heart of the South Side will provide inspiration.

Just as the Library will invigorate its community, the home of the Library will shape that institution in important ways. Practically speaking, location will determine who has access to the Library. From a symbolic point of view, the site can help tell the story of the President and First Lady, and their lifelong commitment to improving the lives of others, especially young people. Beyond geography, choosing a location means choosing one's neighbors—and selecting the South Side of Chicago will assure the Library the engagement of a wide coalition of neighbors who have a proven track record of support for and belief in President and Mrs. Obama and the issues they care most about.

Every day we hear from neighbors who are enthusiastic about the Obama Presidential Library on the South Side. From the respected leaders on our Community Advisory Board to the individuals who call or write to ask how they can help, these partners are at the core of our proposal. They are joined in this collaborative effort by universities, cultural organizations, civic anchors, and community groups throughout the Chicago area and beyond. We are supporting this coalition with three site proposals by some of the nation's most innovative architects. We also bring the University of Chicago's expertise and experience in bringing complex and ambitious projects to fruition, as well as the University's global outlook and engagement.

Together we believe these elements offer the possibility of a Barack Obama Presidential Library that is authentic, inspiring, and transformative. We would like to work with you to make that possibility a reality.

Sincerely,

*Robert J. Zimmer*

Robert J. Zimmer

## FROM THE UNIVERSITY OF CHICAGO COMMUNITY ADVISORY BOARD FOR THE BARACK OBAMA PRESIDENTIAL LIBRARY

To the Barack Obama Foundation:

We write to you collectively as members of the University of Chicago Community Advisory Board for the Barack Obama Presidential Library and individually as people who have lived and worked on the South Side and devoted much of our lives and careers to this vibrant community. We are united in our strong and profoundly deep belief that the Barack Obama Presidential Library belongs here and only here.

This is where Barack and Michelle Obama began their journey to the White House—embraced and lifted up by friends and neighbors whose spirited support was the emotional fuel for their historic campaign. This community is what our colleague Timuel Black describes as "the nurturing ground for that adventure" that took the Obamas from their house at 5046 South Greenwood Avenue in South Kenwood to the White House at 1600 Pennsylvania Avenue NW in Washington, DC.

The Obama Presidential Library in the heart of Chicago's South Side would be a game-changer that would also impact the future of urban communities across America. The potential economic impact is tremendous. This will be an urban presidential library, catalyzing job creation and physical improvements to the South Side. It will spur innovation in social policy. It will be a repository of knowledge to guide deeper understanding of this historic presidency. These and the many other tangible benefits are important. But, in our view, none surpasses the Library's incalculable value as a beacon of inspiration to young people. Our support is rooted in what this would mean not only for us but for our children, grandchildren, and generations to follow.

But let us not focus only on what the Obama Presidential Library would mean to the South Side. Let us also extol what our community—rich in culture, politics, the arts, and education—will mean to the Library. The South Side is already home to the DuSable Museum of African American History, the Museum of Science and Industry, Frank Lloyd Wright's Robie House, the Oriental Institute Museum, the Smart Museum, racial and cultural diversity, community activism, literary richness, and all that jazz. Could there be any other community in America that would welcome the Library more, embrace it more, care for it more, or inspire it more?

Our Community Advisory Board colleague David Mosena captures this idea in talking about how the South Side will anchor the Obama Presidential Library. "In the needs of our city and our country, giving it a reality base." Putting the Library here, David says, "would ground it in the President's and First Lady's history, their roots, their life, their passions. I know they care about the community, and I know they care about the kids."

Ours is a community brimming with history, but, even today, even with our challenges, it is rich and vibrant. Our colleague Dr. Carol Adams describes it as "a cauldron of social, economic, and industrial activity, a community of people who are change agents." Here, we nurture creativity, energy, and trajectories, with none more dramatic than that of President and Mrs. Obama.

Respectfully yours,

Carol L. Adams

Michelle L. Collins

David R. Mosena

Jim Reynolds, Jr.

Timuel Black

Guy Comer

Shirley J. Newsome

David J. Vitale

Byron T. Brazier

Walter E. Massey

Terry Peterson

Andrea Zopp

## FROM LEADERSHIP IN SUPPORT OF THE BARACK OBAMA PRESIDENTIAL LIBRARY

To the Barack Obama Foundation:

As engaged citizens and Trustees of the University of Chicago, we are enthusiastic about the possibility of the Barack Obama Presidential Library in the heart of Chicago's South Side. We see the enormous potential of this endeavor to teach and inspire young people and encourage them to reach their fullest potential. We are excited by both the symbolic and convening power that the Obama Presidential Library will represent. It will stand for the principle of what can be achieved in America with focus and determination. Its programs can inform the community, inspire citizenship, expand opportunity, and promote peace.

The Obama Presidential Library will be a powerful tribute to the values and accomplishments of the President and Mrs. Obama's public service, while serving as a catalyst for positive change locally, nationally, and globally. The South Side location for the Library will stimulate economic and community development, be broadly accessible, and inspire countless children and their families about the possibilities of positive change.

The University of Chicago is an ideal partner for the Obama Presidential Library. The University has extraordinary cultural and intellectual resources and plays an important role in the community of scholars. At the same time, it has a deep and continuing commitment to improving the lives of those in the nearby community, as well as those around the world. In recent years, the University has devoted substantial resources to supporting and improving the South Side of Chicago, and helping some of Chicago's most vulnerable residents. The presence of the Obama Presidential Library would amplify and accelerate the many positive trends that have characterized the past decade.

We believe this is a singular opportunity for the South Side of Chicago. We pledge our support in making the most ambitious dreams for this project a reality.

Sincerely,

James S. Crown

John W. Rogers, Jr.

David M. Rubenstein

PHOTO CREDITS

Interior image: Robert Kozloff, p.3 © Associated Press, Pablo Martinez Monsivais; pp.4-5 © City of Chicago; p.6 © B.Eyes Photography; p.7 © KyAp4chicago.com; pp.8-9 © Choose Chicago; pp.10-11 Jason Smith; p.12 © Hyde Park Jazz Festival, Chris Strong; p.13 Robert Kozloff; pp.14-15 © Theaster Gates, Sara Pooley; pp.16-17 Tom Rossiter; pp.18-19 © The White House, Pete Souza; pp.20-21 Tom Rossiter; p.23, (above) UChicago Research Bangladesh, (below) Kuni Takahashi; p.25, (above) Jason Smith, (below left) © The University of Chicago, (below right) Robert Kozloff; pp.26-27 Robert Kozloff; p.28 Thirty Million Words; p.29 (above) © Jay Watson (below) © The University of Chicago Charter Schools, Carter G. Woodson; p.30 © The University of Chicago; p.31 (left) Jason Smith (right) Robert Kozloff; pp.32-33 Seong-Ah Cho; p.34 Robert Kozloff; p.35 Robert Kozloff; p.36 (left) © Northwestern University (right) © After School Matters; p.37, (above) Licensed to University of Hawaii and Hawaii Presidential Center; © Jason Metke, (below left) © Boys & Girls Clubs of Chicago, (below right) © Museum of Science and Industry; J.B. Spector; pp.38-39 © Chicago Botanic Garden; pp.40-41 Skidmore, Owings & Merrill LLP; p.42 Adaye Associates; p.43, (left) Diller Scofidio + Renfro, (right) Studio Gang Architects; p.44 © Adaye Associates, Ed Reeve; p.45, (left) © Diller Scofidio + Renfro, Adelanto Morell (right) Courtesy Studio Gang Architects; © Sally Ryan for The New York Times; pp.48-56 Adaye Associates; p.58 (above and below) Skidmore, Owings & Merrill LLP; pp.60-61 Skidmore, Owings & Merrill LLP; pp.62-63 Skidmore, Owings & Merrill LLP; pp.66-75 Diller Scofidio + Renfro; p.76 (above and below) Skidmore, Owings & Merrill LLP; pp.78-79 Skidmore, Owings & Merrill LLP; pp.80-81 Skidmore, Owings & Merrill LLP; pp.84-92 Studio Gang Architects; p.94, (above and below) Skidmore, Owings & Merrill LLP; pp.96-99 Skidmore, Owings & Merrill LLP; pp.98-99 Skidmore, Owings & Merrill LLP; p.100 (above) Bonnie Trafelet, (below) Tom Rossiter; p.103 Jason Smith; p.105 Robert Kozloff; pp.106-107 Tom Rossiter; pp.108-109 Robert Kozloff; pp.110-111 Jason Smith, Closing image: © Charlie Vinz

All photos by Seong-Ah Cho, Dan Dry, Robert Kozloff, Jason Smith, Tom Rossiter, Kuni Takahashi, and Bonnie Trafelet © The University of Chicago.

All renderings by Adaye Associates; Diller Scofidio + Renfro; Skidmore, Owings & Merrill LLP; and Studio Gang Architects © The University of Chicago.





® 228

McCoy features FSC® and SFI® Chain of Custody certifications and is Lacey Act compliant. 100% of the electricity used to manufacture McCoy is generated with Green-e certified renewable energy. 10% of the fiber in McCoy sheets is derived from Post Consumer Waste (PCW). Sappi Fine Paper North America is a certified SmartWay℠ Transport Partner.



"Chicago, Chicago.
You couldn't do it anywhere else."

WILLIAM RAINEY HARPER, First president of the University of Chicago