# EXHIBIT 3

**April 25, 2014**



ANDERSON
ECONOMIC
G R O U P

# *The Economic Impact of the Barack Obama Presidential Library in Chicago*

*An Analysis of Potential Sites Near the University of Chicago on Chicago's South Side*

*Prepared by:*

Anderson Economic Group, LLC
Jason Horwitz, Consultant

Commissioned by:
The University of Chicago

*ABRIDGED VERSION FOR PUBLIC RELEASE*

**Anderson Economic Group, LLC**
444 North Michigan Avenue, Suite 2600
Chicago, Illinois 60611
Tel: (312) 670-6810
Fax: (312) 670-4391

www.AndersonEconomicGroup.com

© Anderson Economic Group, LLC, 2014
Permission to reproduce in entirety granted with proper citation. All other rights reserved.

**Table of Contents**

*I. Executive Summary* ............................................... *1*

    Purpose of Report ................................................... 1
    Overview of Approach ............................................ 2
    Overview of Findings ............................................. 2
    About Anderson Economic Group ........................ 4

*II. Presidential Libraries, Past and Present* .............. *5*

    About Presidential Libraries and Museums ........................ 5
    Presidential Library History .................................... 6
    Presidential Library and Museum Structure and Practices ... 7
    Recent Presidential Libraries and Museums ........................ 8

*III. The Economic Impact of the Barack Obama*
    *Presidential Library and Museum* .................... *10*

    Economic Impact Defined ................................... 10
    Projected Spending ............................................ 10
    Economic Impact ............................................... 12
    Fiscal Impact .................................................... 15

*Appendix A. Methodology* .................................... *A-1*

    Economic Impact Analysis ............................... A-1
    Fiscal Impact Analysis .................................... A-6

*Appendix B. About the Authors* ........................... *B-1*

    Anderson Economic Group ............................... B-1
    Author ............................................................. B-1
    Contributor ..................................................... B-2

# I. Executive Summary

Presidential libraries play an important role in the preservation of American history. Since the first presidential library and museum was established for Franklin D. Roosevelt in 1947, presidential libraries have been invaluable resources for historians, political scientists, biographers, journalists, lawyers, and graduate students from all over the world. However, presidential libraries serve as more than just archives.

Each library has a museum component which documents the life and times of its respective President. The museums host changing exhibits about particular topics relating to American history and experience. All exhibits are open to the public. Presidential libraries provide extensive educational and cultural programming, bringing in noted speakers, hosting symposia and conferences, and providing educational programs for hundreds of thousands of schoolchildren. As such, presidential libraries are destinations for local residents and national and international travelers who admire or are curious about former presidents. In addition, the libraries' supporting foundations often have offices on-site that are the locus of a President's post-term activities.

These functions and more contribute to a presidential libraries' impact as a local economic driver and community resource. For example, some credit the William J. Clinton Presidential Center in Little Rock, which houses the Clinton Presidential Library, with contributing to the revival of that city's blighted downtown and sparking local investment thanks to its ability to attract tourism to the city.[1] As Barack Obama's final term as president nears its end, proponents of placing the Barack Obama Presidential Library on the City of Chicago's South Side are hopeful that it would have such an impact. A $380 million construction project, beautification and re-investment in local infrastructure, and the ongoing attraction of tourists to the area can provide a significant economic boon to the neighborhood and the city.

**PURPOSE OF REPORT**   The University of Chicago commissioned Anderson Economic Group to complete an economic impact study of a proposed Barack Obama Presidential Library and Museum ("Obama Library").[2] In this report, we consider the eco-

---

1. Maura Webber Sadovi, "Clinton Library Kicked Off Upturn," *Wall Street Journal*, September 6, 2006, accessed at http://online.wsj.com/news/articles/SB115749716582654403.
   Though the cited article provides anecdotal evidence that the Clinton Presidential Library is responsible for improving downtown Little Rock, we are not aware of any rigorous studies that can verify this effect.

2. Throughout this report, we use the term "Obama Library" to describe the entire facility, which would probably include the library, an accompanying museum, and offices for the President's foundation.

Executive Summary

nomic impact on the City of Chicago of locating the Obama Library on the city's South Side, near the University of Chicago.

In our analysis, we estimate how new spending on construction and operations of the library and museum, and by visitors attracted to the area, will impact employment, earnings, and output in the City of Chicago. We also consider how this increase in economic activity will impact tax revenues for city government and the school district, in aggregate.

**OVERVIEW OF APPROACH**

We define an institution's *net economic impact* as the amount of economic activity that occurs in a well-defined region due exclusively to the presence of that institution. Importantly, the net economic impact does not include *all* economic activity by that institution or its visitors. Rather, we only include spending or employment that would not have happened otherwise—that does not replace other local spending, employment, or development. We refer to economic activity that fits this definition as *net new* to the region.

For example, the net economic impact of a hospital in a location where there are already many other hospitals will be relatively low, because it will simply replace much of the economic activity that could be performed by its competitors. In the case of an institution like the Obama Library, which is one-of-a-kind and has funding that is mostly independent of its location, the net economic impact will be considerably larger.

The economic impact we estimate in this report is based in part on information from previous presidential libraries and museums. As the plans for the Obama Library are in their early stages, we do not have access to specific plans for construction and operations budgets. We therefore rely on estimates and the expert judgment of multiple parties, including employees at presidential libraries and consultants.

**OVERVIEW OF FINDINGS**

The economic impact of the Barack Obama Presidential Library and Museum on the City of Chicago would be significant. Our research and analysis yielded the following main findings:

*1. Due primarily to an increase in visitors to the city, the Barack Obama Presidential Library and Museum would have an estimated annual economic impact of $220 million on the City of Chicago. It would create 1,900 net new jobs and increase annual local earnings by $56 million.*

The Obama Library would bring new economic activity to the City of Chicago, through spending on its own operations and by attracting more visitors to the city. We estimate that 800,000 visitors to the Obama Library will spend approximately $110 million a year in the city that would not be spent otherwise, and

that the Obama Library will spend over $2 million annually at local vendors. The beneficiaries of this spending will increase their own economic activity, resulting in $220 million in total new spending annually, along with 1,900 jobs. See "Economic Impact" on page 12 for more information.

> 2. *Construction of the Obama Library will have a $600 million economic impact on the city, in addition to the creation of 3,280 local jobs and $150 million in total earnings over the course of the construction phase.*

Based on the cost of construction for other recent presidential libraries and adjustments made for the specific projects and the Chicago construction industry, we predict that construction of the Obama Library will be a $380 million project. Much of this spending will go to contractors and engineers in the City of Chicago. Construction of the Obama Library alone will create 3,280 jobs in the city for the duration of the project, providing a total of $606 million in economic impact and $156 million in earnings over the course of several years. See "Construction" on page 12 for more information.

> 3. *Visitor spending and library operations will increase City of Chicago and Chicago Public Schools' tax collections by a combined $5 million annually. Much of this increase is from hotel, parking, and rental car taxes.*

The City of Chicago has several different taxes that specifically target city visitors. Since the Obama Library would significantly increase the number of visitors to the city, the city will see an increase in tax revenues if the Obama Library locates in the City of Chicago. We expect that an increase in economic activity due to the Obama Library will result in $1.6 million more in property tax revenues for governmental entities in the City of Chicago, $1.2 million more in sales and restaurant tax revenues, and $1.9 million more in hotel, parking, and rental car tax revenues per year. See "Fiscal Impact" on page 15 for more information.

> 4. *We estimate that visitors to the Obama Library will spend $31 million annually near the site, which would support 41 new restaurants and retail outlets in the neighborhood surrounding the Obama Library. There would also be sufficient demand to construct a new hotel in the vicinity.*

We estimate that visitors to the Obama Library will spend $14 million annually on food at or near the site and $17 million annually on retail at or near the site. This kind of annual activity would support 30 new restaurants and 11 new retail outlets in the neighborhood surrounding the Obama Library. The amount of spending in the area will be even higher if people choose to stay in the neighborhood around the Obama Library for a large share of their visit. In addition, even if only one in every ten out-of-town visitors to the library chooses accommoda-

Executive Summary

tions near the library, that will result in more-than-adequate demand for construction of a new hotel.

**ABOUT ANDERSON ECONOMIC GROUP**

Anderson Economic Group, LLC is a research and consulting firm specializing in economics, public policy, finance and business valuation, and market and industry analysis. The firm has offices in Chicago, Illinois, and East Lansing, Michigan. AEG has extensive experience conducting economic and fiscal impact studies for private, public, and non-profit clients across the United States. Past clients include the University of Chicago, the State of Ohio, the Michigan Chamber of Commerce, and many others. For more information, please see "Appendix B. About the Authors" on page B-1 or visit www.AndersonEconomicGroup.com.

## II. Presidential Libraries, Past and Present

In this section, we discuss some general characteristics of presidential libraries, their history, and recent trends.

**ABOUT PRESIDENTIAL LIBRARIES AND MUSEUMS**

Presidential libraries are known as key destinations for travelers who admire or are curious about former presidents. The libraries are attached to or affiliated with museums that house exhibits, displays, and souvenir shops that revisit a president's tenure. A presidential library's primary function, however, is as a repository for historical documents that span a president's life. It is the primary destination for any documents of historical significance related to a president, housing everything from correspondence with family members to confidential White House briefs.

The thirteen presidential libraries currently in operation are listed in Table 1 below. The most recent facility, the George W. Bush Presidential Library, was opened in May 2013.

**TABLE 1. Presidential Libraries**

| President | Location | Year Opened |
|---|---|---|
| Franklin D. Roosevelt | Hyde Park, NY | 1946 |
| Harry S. Truman | Independence, MO | 1957 |
| Herbert Hoover | West Branch, IA | 1960 |
| Dwight D. Eisenhower | Abilene, KN | 1962 |
| Lyndon Baines Johnson | Austin, TX | 1971 |
| John F. Kennedy | Boston, MA | 1979 |
| Gerald R. Ford (2 facilities) | Ann Arbor, MI Grand Rapids, MI | 1981 |
| Jimmy Carter | Atlanta, GA | 1987 |
| Ronald Reagan | Simi Valley, CA | 1991 |
| George H.W. Bush | College Station, TX | 1997 |
| William J. Clinton | Little Rock, AK | 2004 |
| Richard Nixon | Yorba Linda, CA | 2007 |
| George W. Bush | Dallas, TX | 2013 |

*Source: Wendy R. Ginsberg and Erika K. Lunder, "The Presidential Libraries Act and the Establishment of Presidential Libraries," Congressional Research Service, December 1, 2010, p. 9; presidential library websites*
*Note: "Year opened" refers to the year in which the federally-operated library first opened. In many cases, an affiliated museum opened prior to the library.*

These libraries, which house both presidential archival depositories and museums, are overseen by the Office of Presidential Libraries, part of the National

Presidential Libraries, Past and Present

Archives and Records Administration (NARA), a federal agency. Museum exhibits are designed in consultation with, and often financially supported by, the private foundation affiliated with that presidential library. We describe over-sight and ownership of presidential libraries and museums in more detail in "Presidential Library and Museum Structure and Practices" on page 7.

**PRESIDENTIAL LIBRARY HISTORY**

The first presidential library was built for Franklin D. Roosevelt. The Roosevelt Museum opened while he was still president, on June 30, 1941, and would later become an archive that houses important documents from his presidency. In conjunction with the establishment of the National Archives in 1934, the library was part of Roosevelt's effort to preserve governmental and related documents for posterity and for easy access by current and future historians and research-ers.[3]

The U.S. Congress did not codify rules and regulations for presidential libraries until the Presidential Libraries Act of 1955. This act gave the Administrator of the General Services Administration (GSA) the following responsibilities:[4]

- Accept and take title to land, buildings, and equipment for the facility housing the "presidential archival depository" (or presidential library);
- Enter into agreements with universities, foundations, institutes, local govern-ments, or state governments to use property (without transfer) for the purpose of a presidential library;
- Accept papers and other historical materials to be housed in the presidential library; and,
- Maintain, operate, and protect the presidential library and its contents.

In other words, the Presidential Library Act established that the GSA adminis-trator would oversee the presidential library system, that any facilities used for a presidential library would be transferred to the GSA, and that the GSA would be responsible for operations and maintenance of the library. In 1984, these duties would be reassigned to NARA through the National Archives and Records Administration Act.[5]

The Presidential Libraries Act made the federal government responsible, through NARA, for the operations and maintenance of presidential libraries. The Presidential Records Act of 1978 would later ensure that all official presi-

---

3. "One Definite Locality: A Brief History of the FDR Presidential Library & Museum," Frank-lin D. Roosevelt Presidential Library and Museum, http://www.fdrlibrary.marist.edu/library/onedefinitelocality.html, last accessed October 3, 2013.

4. The summary of the Presidential Libraries Act of 1955 shown here is based on: Wendy R. Ginsberg and Erika K. Lunder, "The Presidential Libraries Act and the Establish-ment of Presidential Libraries," Congressional Research Service, December 1, 2010, p. 9.

5. P.L. 98-497, Oct. 19, 1984, 98 Stat. 2280.

dential papers are publicly owned, requiring the transfer of records to the federal government at the end of a president's last term.[6]

Decades after the first Presidential Libraries Act, Congress began to grow concerned with the cost of operating presidential libraries. To lower these costs, Congress passed and President Reagan signed the Presidential Libraries Act of 1986, the only substantial law that has revised the original Presidential Libraries Act.

The Presidential Libraries Act of 1986 put in place fiscal limitations on the construction of presidential library facilities and required that any presidential library placed under the oversight of NARA be accompanied by an endowment fund that could cover at least 20% of the total costs of constructing, maintaining, expanding, and operating the library. This requirement was increased to 40% in 2003 and then to 60% in the Presidential Historical Records Preservation Act of 2008.[7]

**PRESIDENTIAL LIBRARY AND MUSEUM STRUCTURE AND PRACTICES**

The process of establishing and building a presidential library and museum is often spearheaded by a foundation, a nonprofit organization that raises funds to support the museum and library. In almost all cases, this foundation is dedicated to providing additional financial support to the museum, as well as other functions that are important to the former president and his supporters.

For example, the George Bush Presidential Library Foundation established the George H.W. Bush Presidential Library and Museum, but it also oversees the operations of the Bush School of Government and Public Service at Texas A&M. The Clinton Foundation has an even broader outlook. While the Clinton Foundation funds the operations of the Clinton Presidential Center in Little Rock, it also oversees and funds a broad array of global efforts to combat climate change, poverty, and disease, among other issues, from its offices in Harlem, New York.

Once a foundation has established and built the presidential library and museum, the foundation passes management, ownership, and oversight of the facility to NARA. Foundations often retain some private space in the presidential library to use for foundation offices. In those cases, space and ownership are shared between the two entities. The facility and leasing arrangements of each presidential library differ, depending on negotiations between NARA, the presidential foundation, and partnering organizations, such as an affiliated university.

---

6. Presidential Records Act (PRA) of 1978, 44 U.S.C. ß2201-2207

7. Ginsberg, pp. 12-14.

At some facilities, the foundation that established the museum has its headquarters on site. For the analysis presented in this report, we assume that this will be the case at the Obama Library.

### Collaboration with Universities

Many presidential libraries and museums are established on or near the campus of a university. In some cases, such as with both Bush libraries, the foundation establishes a policy institute or a school of public policy that works closely with the library and the university.

As libraries are important destinations for research, they form a mutually beneficial relationship with partnering academic institutions. Scholars—professors, students, and visitors—at partner universities benefit from the resources provided by presidential libraries, and vice versa.

### Academic and Community Programs

Presidential libraries and museums almost always serve functions beyond those of archive and museum. Through educational programs, they regularly host lectures, panels, and conferences. The Obama Presidential Library, in addition to providing space for these events, will likely provide a community space where residents can host accessible functions for the local community.

By hosting conferences and other academic programs, presidential libraries bring in more visitors to the city. As we describe in "Visitor Spending" on page 11, the more visitors that a library can attract, the greater its economic impact.

**RECENT PRESIDENTIAL LIBRARIES AND MUSEUMS**

Located at thirteen different sites throughout the continental United States, each presidential library has unique attributes and attracts visitors from across the country and the world. We present details on four of the most recent presidential libraries below.

### George W. Bush Presidential Library and Museum

The George W. Bush Presidential Library and Museum is the most recently established presidential library. It is located on the campus of Southern Methodist University in Dallas, Texas. It was established by the George W. Bush Foundation in partnership with Southern Methodist University. Along with the archives and museum, the site contains the George W. Bush Policy Institute. The five living Presidents were all present at the dedication of the Presidential Center in April 2013. Since opening its doors in May 2013 through January 2014, the George W. Bush Presidential Library and Museum had 330,000 visitors. The foundation projects an annual total of 440,000 visitors for the library's first full year.

### William J. Clinton Presidential Library and Museum

The William J. Clinton Presidential Library and Museum is located in Little Rock, Arkansas. It is operated by the Clinton Foundation, in partnership with the University of Arkansas, and is adjacent to the University of Arkansas Clinton School of Public Service. These components together make up the Clinton Presidential Center, which some have credited with the revitalization of the River Market District in Little Rock by bringing in economic activity to the area.[8] In 2012, there were 82 researcher visits, 186,804 attendees to public programs, and 312,396 visitors to the museum and exhibits.

### George H.W. Bush Presidential Library and Museum

The George H.W. Bush Presidential Library and Museum is located on the campus of Texas A&M University in College Station, Texas. The library was established by the George Bush Presidential Library Foundation, which partners with Texas A&M University to oversee the Bush School of Government and Public Service. The library and museum are immediately adjacent to the Bush School, as well as the Annenberg Presidential Center, which hosts conferences, workshops, receptions, lectures, and banquets. In 2012, the library and museum had 687 researcher visits, 124,286 attendees for public programs, and 116,770 visitors to the museum and exhibits.

### Ronald Reagan Presidential Foundation and Library

The Ronald Reagan Presidential Foundation and Library is located in Simi Valley, California. The library was constructed by the Ronald Reagan Presidential Foundation. It includes the archive, museum, a burial site, a center for public affairs, and the Air Force One pavilion. The Air Force One pavilion, which was dedicated in 2005, holds the plane that was in operation as Air Force One between 1973 and 2001, serving seven presidents. In 2012, the library hosted 798 researchers, 40,380 visitors for public programs, and 380,570 visits to the museum and exhibits.[9]

8. Sharon Priest, the Executive Director of the Downtown Little Rock partnership credits the Clinton Library with bringing new condominiums and other economic activity to Little Rock. "The Clinton Library Changed Little Rock; Will The Bush Center Do The Same For Dallas?" keranews.org. April, 2013. http://keranews.org/post/clinton-library-changed-little-rock-will-bush-center-do-same-dallas

9. Visitation numbers are from the NARA Performance and Accountability Report for Fiscal Year 2012. They do not imply unique visitor numbers, as one person may visit the libraries more than once annually.

## III. The Economic Impact of the Barack Obama Presidential Library and Museum

In this section, we discuss the impact the Obama Library would have if it were built and operated at an accessible location in the Chicago area. For this report, we consider the impact of only the Obama Library itself on the City of Chicago. It is possible that other private development or infrastructure improvements that complement the Obama Library would result in an even greater and more localized economic impact. Though such further development is possible, we do not speculate as to its scale and do not consider its impact in this report.

**ECONOMIC IMPACT DEFINED**

We define net economic impact as the net new activity that would occur in a region directly and indirectly due to the presence of the Obama Library. We consider only the economic activity that occurs in the region exclusively because of the establishment of the Obama Library, and do not count activity that would happen even without the Obama Library. We carefully estimate which portion of expenditures would be net new in Chicago from the following sources:

- Spending on construction;
- Spending on payroll for employees of the Obama Library and Foundation;
- Spending on operations and maintenance of the Obama Library; and
- Spending in Chicago by visitors to the Obama Library.

Economic activity from this spending would have direct impacts. Additionally, as those that benefit from this new spending increase their own spending in turn, it would circulate throughout the region, creating additional, indirect impacts. We measure direct and indirect impacts on output (total spending), jobs, and earnings. See "Appendix A. Methodology" on page A-1 for more details on our methodology.

**PROJECTED SPENDING**

We summarize the projected spending by major category in Table 2 below.

**TABLE 2. Projected Spending Associated with the Obama Library**

| Category of Spending | Projected Spending | Time Period |
|---|---|---|
| Construction | $380 million | Multiple years |
| Library Operations: Payroll | $4.2 million | Annual |
| Library Operations: Non-payroll | $3.3 million | Annual |
| Visitor Spending | $219 million | Annual |

*Source: NARA, George Bush Presidential Library Foundation 990 forms, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

See "Appendix A. Methodology" on page A-1 for details on our estimations and analysis.

### Spending on Construction

We estimate that total spending on construction for the Obama Library would be approximately $380 million, with a portion of that going to fees for professional services, such as architects and accountants, and the rest to construction contractors.

### Spending on Operations and Maintenance

Each year, presidential libraries and museums spend money in their local economies to support operations and maintain facilities. This spending includes payroll and non-payroll expenses.

**Payroll Expenses.** Presidential libraries employ federal workers. Employees of the presidential foundation also work on-site. Both types of workers are likely to live in or near the city where the library is located. They spend their earnings on goods and services in the area, resulting in local economic activity. We estimate that the annual payroll expenses for employees at the Obama Library and the local employees of the Foundation, including salaries, wages, and benefits, will be $4.2 million per year. See "Appendix A. Methodology" on page A-1 for our assumptions.

**Non-payroll Expenses.** Presidential libraries spend money at vendors in the region for equipment purchases and rentals, events and conferences, grants and scholarships for local organizations, advertising and promotion, and more. This spending directly contributes to the local economy. As local vendors to the Obama Library pay their workers and make purchases at local suppliers, this spending by the Obama Library indirectly creates jobs and earnings for local residents in industries across Chicago. We estimate that annual non-payroll expenses by the library and foundation will be $3.3 million annually.

### Visitor Spending

The Obama Library will attract hundreds of thousands of visitors each year, many of them from outside of Chicago. While visitors from Chicago spend less to get to the Obama Library, they still spend money on transportation, food, retail, and other local attractions. Out-of-town visitors spend additional money on hotels, rental cars, parking, and food and retail in Chicago throughout their stays.

We estimate that 800,000 visitors will come to the Obama Library each year. Of these visitors, we estimate that 350,000 will be from outside the Chicagoland area. In total, all library visitors will spend an estimated $219 million annually related to their visits to the Obama Library. We only include a portion of this

The Economic Impact of the Barack Obama Presidential Library and Museum

spending when estimating net economic impact because many of these visitors would have come to Chicago anyway to visit family, tour the city, or visit other cultural institutions. We discuss this further in the "Economic Impact" section. below

**Visitor Spending in the Local Neighborhood.** We estimate that visitors to the Obama Library will spend $14 million annually on food at or near the site and $17 million annually on retail at or near the site. Using the average sales for businesses in neighborhoods near the University of Chicago, we estimate that this kind of annual activity would support over 11 new retail outlets and 30 new restaurants in the neighborhood near the Obama Library. These estimates represent the minimum amount of additional spending in the area we would expect, assuming visitors only stay in the neighborhood around the Obama Library briefly during their visit. The amount of spending in the area will be even higher if people choose to stay in the neighborhood around the Obama Library for a large share of their visit.

We estimate that visitors to the library will spend $56 million on hotel accommodations in Chicago. While many of these visitors will choose to stay elsewhere in the city, some of them will want to stay near the Obama Library. Even if only one in every ten out-of-town visitors to the library chooses accommodations near the library, that will result in more-than-adequate demand for construction of a new hotel.

**ECONOMIC IMPACT**

In this section, we provide our estimates for the net economic impact of construction, operations, and visitor spending due to the Obama Library in the City of Chicago. These three categories correspond to each of the spending categories listed above. See "Appendix A. Methodology" on page A-1 for further details of our estimation methods.

*Construction*

It is unlikely that other large projects would be built at the sites in question, and the funding for construction would not occur in Chicago if not for the Obama Library being built. Therefore, we consider almost all of the spending and jobs created by construction spending as *net new* spending for the City of Chicago. We estimate that the construction of the Obama Library would generate an additional $606 million in output, $156 million in new earnings, and 3,280 new jobs

The Economic Impact of the Barack Obama Presidential Library and Museum

in Chicago, as shown in Table 3 below. See Table A-1 on page A-9 for further details.

**TABLE 3. Net Economic Impact of the Construction of the Obama Library in Chicago (in millions)**

|  | Direct | Indirect | Total |
|---|---|---|---|
| Output | $310.7 | $295.4 | **$606.0** |
| Earnings | $0 | $156.1 | **$156.1** |
| Employment | 0 | 3,280 | **3,280** |

*Source: NARA, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

This economic impact would occur over several years, throughout the construction phase of the Obama Library.

### Operations and Maintenance

As mentioned in "Projected Spending" on page 10, we estimate that the Obama Library and the accompanying foundation would annually spend $7.5 million for the operations and maintenance of the facility, which includes payroll and non-payroll spending. In order to estimate the net economic impact of this spending, we estimated the proportion of spending that would go to vendors and employees in Chicago, and, of that spending, what portion would occur exclusively due to the presence of the Obama Library.

After accounting for these factors, we estimate that annual operations and maintenance of the Obama Library would result in $9.2 million in annual net new economic activity and 100 new jobs for the region. See Table 4 on page 13 for a breakdown of the direct and indirect effects for output, earnings, and income in Chicago.

**TABLE 4. Annual Net Economic Impact of the Operations of the Obama Library in Chicago (in millions)**

|  | Direct | Indirect | Total |
|---|---|---|---|
| Output | $5.7 | $3.4 | **$9.2** |
| Earnings | $3.5 | $2.3 | **$5.8** |
| Employment | 43 | 58 | **100** |

*Source: NARA, George Bush Presidential Library Foundation 990 forms, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*
*Note: Net new spending on payroll is included in direct output as well as direct earnings. Numbers do not sum to total due to rounding.*

Table A-1 on page A-9 has more details.

**The Economic Impact of the Barack Obama Presidential Library and Museum**

### Visitor Spending

Visitors from out of town would bring in new expenditures to Chicago, but some of those visitors may come to Chicago even without the presence of the Obama Library. Similarly, local residents visiting the Obama Library may spend some amount of money on other recreational activities if not for the Obama Library, such as at other museums or the zoo. Therefore, only some local visitor spending is included in our economic impact analysis. See "Appendix A. Methodology" on page A-1 for details on our estimation methods.

We estimate that, of the $219 million in spending by 800,000 visitors to the Obama Library on hotels, food, retail, transportation, parking, and other local attractions, $110 million would not occur in Chicago without the Obama Library. The total impact of this spending is $213 million in annual output, $54 million in annual earnings, and 1,874 local jobs in the City of Chicago, as shown in Table 5 below. We estimate that 95% of this economic activity is caused by spending from out-of-town visitors to the Library. See Table A-2 on page A-10 for a detailed breakdown of visitor spending and its economic impact in Chicago.

**TABLE 5. Annual Net Economic Impact of Visitor Spending due to the Obama Library in Chicago (in millions)**

|            | Direct   | Indirect | Total    |
|------------|----------|----------|----------|
| Output     | $109.5   | $103.2   | $212.7   |
| Earnings   | $0       | $53.9    | $53.9    |
| Employment | 0        | 1,874    | 1,874    |

*Source: NARA, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

### Total Economic Impact

The impact of construction shown in Table 3 on page 13 would likely be a one-time impact and occur over the course of several years. On the other hand, the economic impact of the Obama Library operations and visitor spending are estimated on an annual basis and would annually result in an additional $222 million in output, $60 million in earnings, and 1,974 jobs in Chicago. Figure 1 on page 15 shows the proportion of economic impact from payroll, non-payroll, and visitor spending.

The Economic Impact of the Barack Obama Presidential Library and Museum

**FIGURE 1. Annual Net Economic Impact of the Obama Library in Chicago, by Source of Impact (in millions)**



- Non-payroll Spending
- Payroll Spending
- Visitor Spending on Hotels
- Visitor Spending on Food, Retail, & Entertainment
- Visitor Spending on Transportation

*Source: NARA, George Bush Presidential Library Foundation 990 forms, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

The annual combined impact for output, jobs, and income of the Obama Library operations and visitor spending is shown in Table 6 below.

**TABLE 6. Annual Net Economic Impact of the Obama Library Operations and Visitor Spending in Chicago (in millions)**

|  | Direct | Indirect | Total |
|---|---|---|---|
| Output | $115.3 | $106.6 | **$221.9** |
| Earnings | $3.5 | $56.2 | **$59.7** |
| Employment | 43 | 1,931 | **1,974** |

*Source: NARA, George Bush Presidential Library Foundation 990 forms, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

**FISCAL IMPACT**

The increase in economic activity caused by the Obama Library would also result in new tax revenues for the City of Chicago, Cook County, and the State of Illinois. In this report, we analyze the net new tax revenues that would be caused by the presence of the Obama Library for local governments in Chicago, taking into account the following taxes:[10]

- Property taxes;
- Sales and restaurant taxes;

10. We include taxes collected by the City of Chicago, the Chicago Library Fund, the Chicago Board of Education, the Chicago Park District, and Chicago Public Schools, among other municipal entities.

The Economic Impact of the Barack Obama Presidential Library and Museum

- Hotel taxes;
- Parking taxes; and,
- Rental car taxes.

For each of these tax categories, we estimate new tax revenues for City of Chicago local governments caused by net new spending generated by museum operations and visitors. We estimate that the total fiscal impact caused by the Obama Library in Chicago would be $4.8 million annually, most of which is attributable to additional tax revenues from spending by visitors to the city. Figure 2 on page 16 details the annual fiscal impact.

**FIGURE 2. Annual Fiscal Impact of the Obama Library in Chicago (in thousands)**



Source: Cook County Clerk; The Tax Foundation; ESRI, Inc.; BEA RIMS II Multipliers; Consumer Expenditure Survey; AEG Estimates

Table 7 below details the tax revenues for various taxes in Chicago. The direct impact in the table refers to taxes collected from direct spending by Obama Library employees and visitors. The indirect impact refers to taxes collected as a result of indirect economic activity spurred by the operations of the Obama Library and by visitor spending. "Appendix A. Methodology" on page A-1 details our methodology and assumptions.

**TABLE 7. Net New Tax Revenues (in thousands)**

| Tax | Direct Impact | Indirect Impact | Total Impact |
|---|---|---|---|
| Property taxes | $88.5 | $1,560.3 | $1,648.8 |
| Sales & restaurant taxes | $19.9 | $1,159.4 | $1,179.3 |
| Hotel & transportation taxes | $1,943.1 | $0 | $1,943.1 |
| **TOTAL** | **$2,051.5** | **$2,719.7** | **$4,771.2** |

Source: Cook County Clerk; The Tax Foundation; ESRI, Inc.; BEA RIMS II Multipliers; Consumer Expenditure Survey; AEG Estimates
Analysis: Anderson Economic Group, LLC

## *Appendix A. Methodology*

**ECONOMIC IMPACT
ANALYSIS**

Since the Obama Library has yet to be built, we relied on the construction and operating costs of other presidential libraries to inform our assumptions about the inputs for our economic impact analysis. We looked primarily at the most recent libraries built, including the Ronald Reagan Presidential Library and Museum, the George Bush Presidential Library and Museum, the William J. Clinton Presidential Library and Museum, and the George W. Bush Presidential Library and Museum.

### *Construction*

Initial construction costs for the federally-operated portions of other presidential libraries range from nearly $6 million for the Franklin Delano Roosevelt Presidential Library to $66 million for the Ronald Reagan Presidential Library (not adjusted for inflation). The costs of construction for the rest of the library and museum spaces is not paid for by the federal government, and also varies, though this data is not publicly available in most cases.[11]

We obtained data on construction spending for recent presidential libraries that included total construction costs, not merely those for NARA. We consulted with facilities services at the University of Chicago, and they provided a per-square-foot estimate of costs based on data for the construction of other presidential libraries and museums, specific anticipated characteristics of the Obama Library, and the Chicago construction market.

We used the lower end of their estimate range—$1,100 per square foot for the cost of construction and an additional $800 per square foot for professional services. Since all designs we considered had a footprint of approximately 200,000 square feet, the estimated cost for construction using these estimates was $220,000. The total estimated project cost, after including accompanying professional services, was $380,000.

We assumed that 60% of expenditures for professional services would be in Chicago, since some architects and lawyers would be hired from outside Chicago. We assumed that the majority of construction spending would be net new in Chicago for two reasons:

1. Almost all funds would be specifically designated to build the library, so would not otherwise be spent in Chicago; and,
2. The location for construction would likely not be used for another purpose in the near future.

---

11. Construction information on the federally-operated portions of presidential libraries is supplied by NARA.

*Library payroll expenses*

We obtained data on the number of employees and general schedule pay grades for federal employees at the most recently-opened presidential libraries, and assumed that the Obama Library would have roughly the same amount of employees as the Clinton Presidential Library. We also obtained salary data from the 990 forms of each foundation responsible for operating the non-federal portions of the libraries and museums.

Many of these foundations oversee initiatives beyond presidential libraries, and library operational expenditures are generally not separately presented. That made it difficult to identify a good estimate of spending by foundations on presidential library and museum operations alone, separate from other activities. Because of this difficulty, we relied on the George Bush Presidential Library Foundation to inform our estimates for non-federal expenses. Since the primary initiative of the George Bush Presidential Library Foundation is the operation of the Bush Presidential Library and Museum, we could be confident that almost all expenses in the foundation's financial statements correspond to library operations and overall administration of the foundation, the components we sought to include in our analysis for the Obama Library.

We also accounted for the fact that some of the compensation listed on the forms is for board members who may not live in the area of the Library, and did not include that portion of wages in our analysis. We assumed that benefits were equal to 15% of wages.[12] Finally, we added a 20% factor to payroll costs since the cost of living in Chicago is approximately 20% higher than the cost of living in College Station.[13]

We assumed that 85% of employees would live in the City of Chicago, accounting for the fact that some workers may live in nearby suburbs and commute to the Obama Library. Beyond that, we assumed that nearly all (97%) of the payroll expenses for these employees would be net new to Chicago for two reasons:

1. The spending on these employees would not happen without the Obama Library; and,

2. A job at the Obama Library likely would not result in fewer people being hired elsewhere in Chicago.

---

12. The information on the 990 forms includes functional line items for "compensation of current officers, directors, trustees, and key employees," as well as "other salaries and wages." We only used a portion of the compensation and salaries to account for those that may not live near the library, and then assumed benefits would be equal to 15% of those amounts. We also added in a portion of "contract labor" that was included in the "other expenses" portion of the 990 form.

13. Council for Community and Economic Research (C2ER), Cost of Living Index, 2013.

*Library non-payroll expenses*

For the same reasons described in the previous section, we used data from the George Bush Presidential Library Foundation to inform our estimates for the non-payroll expenses of the Library. We assumed that 90% of the Foundation's spending was related to the library and other on-site activities. We assumed that the Obama Library would have costs that are 20% higher than those of the Bush Foundation, since we expect the operations to be more extensive and the costs of goods and services in Chicago are higher.

The proportion of spending that stays in Chicago as well as the amount of spending that is net new varies by category of spending. We assume, however, that most of the spending for operations would be in the Chicago area, and that spending is mostly new since it likely would not be crowding out spending from other sources. Our estimates as to what proportion of spending is net new locally can be found in Table A-1 on page A-9.

*Visitor Spending*

We estimated visitor spending for local and out-of-town visitors separately. We based our estimates on previous analyses from tourism studies, as well as a survey of prices in Chicago for food, retail, and hotels. Our estimates for *daily per-visitor* spending are as follows:

**TABLE 8. Daily Spending per Visitor at the Barack Obama Presidential Library**

|  | Local Visitors | Out-of-town Visitors |
|---|---|---|
| Hotel | $0 | $80 |
| Food on-site | $12 | $12 |
| Food off-site | $0 | $65 |
| Retail on-site | $15 | $15 |
| Retail off-site | $0 | $50 |
| Local museums and entertainment | $20 | $40 |
| Public transit | $5 | $5 |
| Parking | $0 | $5 |
| Rental cars | $0 | $30[a] |

*Source: AEG Estimates*

a. For our economic impact analysis, we assume that 25% of out-of-town visitors rent cars.

To estimate the net economic impact of visitor spending, we estimated the following:

- Number of visitors;

- Share of those visitors that are only spending money in Chicago because of the Obama Library; and,
- Average length of stay for out-of-town visitors.

**Visitors to the Obama Library.** To estimate visitation to the Obama Library, we looked at the visitation numbers for other presidential libraries and for museums in Chicago. The Reagan Library and Museum, for example, had more than 420,000 visitors in 2012. Though 90% of those visitors are from California, they are mostly from outside of the Simi Valley area, which only has 126,000 residents.[14] The new Bush Library in Dallas predicts visitation for their first year of operation will be 440,000, though we were unable to obtain a breakdown for out-of-town visitors.

Chicago has a much higher population than cities in which other presidential libraries are located. In addition, attendance at Chicago museums is very high, totaling over 14 million in 2010 and over 1.4 million at the Museum of Science and Industry alone. (The Museum of Science and Industry is near the University of Chicago on the South Side.) That said, we found little correlation between general museum attendance and attendance at presidential libraries in other cities.

There are about 380,000 visitors to the Reagan Library from California each year. Other presidential libraries have local visitor numbers that range from 200,000 to 300,000. The Bush Library in Dallas will likely have a total closer to that for the Reagan Library, though they do not have visitor numbers by origin at this time. We estimated that, given the size of metro-area Chicago, about 450,000 residents would go to the Obama Library from the area.[15]

Since those who attend the Reagan Library from outside the state are likely going to the area only to visit the Reagan Library, we decided that the number of visitors from outside the state (nearly 50,000) to the Reagan Library would be a good starting point to estimate how many visitors might attend the Obama Library from outside the Chicago area *who would not have otherwise visited Chicago*. Since Chicago has so many other amenities and the Obama Library is more accessible, it is considerably more appealing and accessible than the Reagan Library location. Therefore, we estimate that a little over double this amount, or 110,000 visitors, would come to Chicago to visit the Obama Library that would not have visited otherwise due to accessibility and amenities alone.

---

14. Data on visitor residences is collected via survey from the Ronald Reagan Presidential Foundation and Library. Population data is based on the 2012 American Community Survey.

15. When we consider "out-of-town" visitors, we do not include those traveling from nearby towns in the Chicagoland area, since these visitors are not likely to spend money on hotels, rental cars, etc. We treat visitors from the Chicago metropolitan area as local visitors in our analysis.

In addition, the Barack Obama Presidential Library and Museum, due to the historical significance of Obama's presidency, will be a tourist attractions for reasons that other presidential libraries cannot claim. To estimate the extent to which people will attend the library due to President Obama's status as the first African American president, we looked at attendance at other museums and historic sites with a focus on the country's civil rights and African American history.

We found that, of the 700,000 annual visitors to the Martin Luther King historic site in Atlanta, an estimated 200,000 are out-of-town visitors who came to Atlanta with the primary intent of visiting the Martin Luther King historic site.[16] The National Civil Rights Museum in Memphis gets about 200,000 visitors, 150,000 of which are from out of town. We estimate that approximately 50,000 of these visitors are visiting Memphis for the primary intent of visiting the museum.[17]

We assume that the number of visitors who come to Chicago in excess of those already mentioned above for the historical significance of Obama's presidency will be in this range, but closer to that of the National Civil Rights Museum. We estimate that an additional 75,000 visitors will attend the Obama Library each year from outside of Chicago due to the historical significance of Obama's presidency, and the likely emphasis on that significance in library exhibits.

Chicago is an attractive tourist destination, so many visitors to the city for other reasons will visit the Obama Library. That said, in part because no libraries are located in a city like Chicago, other presidential libraries tend to have very few visitors from outside their city who did not travel with the sole intent of visiting the library. Taking these factors into account, we estimate that just under half of the out-of-town visitors would be in Chicago even without the presence of the Obama Library.

16. This information is based on correspondence with staff at the Martin Luther King historic site in Atlanta, as well as the following report:
    Chris Wall, "Martin Luther King, Jr. National Historic Site Visitor Study, Spring 1997," Report 95, Visitor Services Project, Cooperative Park Studies Unit, University of Idaho, December 1997.

17. This information is based on correspondence with staff at the National Civil Rights Museum.

Our estimate for number of visitors is summarized in Table 9 below.

**TABLE 9. Estimated Annual Number of Visitors to Obama Presidential Library**

| Category of Visitor | | Number of Visits |
|---|---|---|
| From Chicago Metropolitan Area | | 450,000 |
| From Outside Chicago Metropolitan Area | | 350,000 |
| Would Come to Chicago Even Without Obama Library | 185,000 | |
| Would Not Come to Chicago Without Obama Library | 165,000 | |
| TOTAL | | 800,000 |

*Source: Ronald Reagan Presidential Library, George W. Bush
Presidential Library, NARA, AEG Estimates
Analysis: Anderson Economic Group, LLC*

We assume that the average length of stay for out-of-town visitors is two days.

**Spending by Chicago Residents.** Only a portion of the spending by local Chicagoans during a visit to the Obama Library would be net new in Chicago (e.g. would not occur in Chicago without the Obama Library). We assumed that 25% of spending related to the Obama Library would be net new. The reason that only a portion of this spending is net new is that Chicago residents would likely spend much of this money at other places in the city if they weren't visiting the Library. Table A-2 on page A-10 shows the net economic impact of visitor spending.

**FISCAL IMPACT
ANALYSIS**

We use the results from the economic impact analysis of the Obama Library to estimate the fiscal impact for the City of Chicago. We estimate the impacts for tax revenues associated with:

- Property taxes;
- Sales and restaurant taxes; and,
- Hotel, parking, and rental car taxes.

Note that there are many other taxes and fees in the City of Chicago that might be affected by the Obama Library. We focus on the particular taxes listed above because they would result in the most significant impact due to the presence of the Obama Library. We estimate the tax revenue impacts from both the direct and indirect economic impacts of the Obama Library in Chicago.

*Property taxes*

In order to estimate the additional property tax revenue due to the Obama Library in Chicago, we used our estimations for direct net new employees as well as indirect net new employees. For each group of employees, we took the following steps to estimate new property taxes:

1. Calculated the number of net new homeowners in Chicago using ESRI, Inc., data on Chicago home-ownership rates by income level.

2. Determined the average home value for Chicago homeowners for the appropriate income levels for employees.

3. Applied the effective tax rate on property in the City of Chicago to the home values.[18]

See Table A-3 on page A-11 for our estimate of property tax revenues caused by the Obama Library in Chicago.

### Sales and Restaurant Taxes

We estimate the net new sales and restaurant taxes for direct and indirect employees, as well as visitor spending.

**Sales and Restaurant Taxes from Employees.** In order to calculate the impact new employee wages have on sales and restaurant taxes in Chicago, we first calculate the percentage of employee earnings that are spent on taxable goods in Chicago. We estimate that 90% of income is spent in the city, allowing for spending on out-of-state purchases such as online shopping or on travel. Not all consumption in the state is taxable, however. For example, spending on rent or prescription medicine is not taxable. Using microdata from the Consumer Expenditure Survey, we estimate that 60% of spending in Chicago is spent on taxable goods and services. We then apply the 1.25% in sales tax that goes toward City of Chicago collections to that spending, and the additional 0.25% restaurant tax to spending on food away from home.[19]

**Sales and Restaurant Taxes from Visitor Spending.** Based on the net new spending by visitors on retail and food in Chicago, we apply the sales tax rate of 1.25% to retail spending, and the additional 0.25% on restaurant spending to estimate the new tax revenues.

See Table A-3 on page A-11 for our estimates.

### Hotel and Transportation Taxes

Hotel expenditures are taxed at the city rate of 4.5%. For parking taxes, we apply an average rate of 19%, since tax rates are 18% on Mon-Thurs, and 20%

---

18. We used the effective property tax rates for 2012 as published by the Cook County Clerk's office (1.79%), and only considered the proportion of taxes going to City of Chicago entities, which include the Chicago Park District, the City of Chicago, the Chicago Board of Education, and Chicago Public Schools, among others. Not including Cook County taxes brings the effective tax rate to 1.63%.

19. Based on the 2012 Consumer Expenditure Survey, urban households spend an average of 5.2% of expenditures on food and drink away from home.

on the weekends. Finally, rental car taxes are levied at $2.75 per day per vehicle. We assumed that each visitor party had an average of two people, and that the average length of stay is two days. This allowed us to estimate how many rental-car days there would be due to the Presidential Library. These estimations can be found in Table A-3 on page A-11.

**Table A.1. Net Economic Impact for the Construction and Operations of the Obama Library in Chicago**

| | Total Spending | % of Spending in Chicago | % Net New in Chicago | Net New Spending in Chicago (Direct Impact) | Multipliers | | | Economic Impact (Direct + Indirect) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Output | Earnings | Employment | Output | Earnings | Employment |
| *Construction-Related Spending* | | | | | | | | | | |
| Fees for Services (Legal, Engineering, Architectural) | $ 160,000,000 | 60% | 99% | $ 95,040,000 | 1.94 | 0.57 | 10.97 | $ 184,330,080 | 54,619,488 | 1,043 |
| Construction | $ 220,000,000 | 99% | 99% | $ 215,622,000 | 1.96 | 0.47 | 10.37 | $ 421,691,945 | 101,514,838 | 2,237 |
| *Construction Spending Impact* | $ 380,000,000 | | | $ 310,662,000 | | | | $ 606,022,025 | 156,134,326 | 3,280 |
| *Operations Impact* | | | | | | | | | | |
| *Non-Payroll Spending* | | | | | | | | | | |
| Grants | $ 286,363 | 100% | 99% | $ 283,499 | 2.04 | 0.47 | 9.04 | $ 577,970 | 132,082 | 3 |
| Fees for services | $ 287,343 | 85% | 95% | $ 232,029 | 1.94 | 0.57 | 10.97 | $ 450,021 | 133,347 | 3 |
| Advertising, media, and promo | $ 19,644 | 70% | 100% | $ 13,751 | 1.95 | 0.55 | 10.52 | $ 26,796 | 7,560 | 0 |
| Office expenses | $ 22,519 | 60% | 100% | $ 13,511 | 1.77 | 0.40 | 7.54 | $ 23,971 | 5,395 | 0 |
| Travel, events, and conferences | $ 185,770 | 50% | 90% | $ 83,596 | 2.01 | 0.51 | 14.27 | $ 167,786 | 42,743 | 1 |
| Printing | $ 56,397 | 99% | 99% | $ 55,274 | 1.92 | 0.41 | 9.49 | $ 106,209 | 22,607 | 1 |
| Meals and lodging | $ 762,809 | 95% | 90% | $ 652,202 | 1.86 | 0.45 | 12.73 | $ 1,210,552 | 296,035 | 8 |
| Equipment, rental, maintenance, | $ 33,631 | 85% | 90% | $ 25,728 | 2.07 | 0.50 | 9.21 | $ 53,336 | 12,771 | 0 |
| Postage and mail | $ 434,175 | 90% | 99% | $ 386,850 | 1.97 | 0.76 | 14.44 | $ 761,398 | 292,072 | 6 |
| Other | $ 1,189,914 | 75% | 60% | $ 535,461 | 2.11 | 0.66 | 20.29 | $ 1,130,733 | 355,171 | 11 |
| *Subtotal: Non-Payroll Spending Impact* | $ 3,278,564 | | | $ 2,281,903 | | | | $ 4,508,774 | 1,299,784 | 32 |
| *Payroll Spending* | | | | | | | | | | |
| Salaries and wages | $ 3,497,816 | 85% | 97% | $ 2,883,949 | 1.20 | 0.26 | 7.13 | $ 3,460,162 | 747,808 | 21 |
| Benefits | $ 699,563 | 85% | 97% | $ 576,790 | 2.10 | 0.45 | 8.64 | $ 1,209,932 | 257,594 | 5 |
| *Subtotal: Payroll Spending Impact* | $ 4,197,379 | | | $ 3,460,739 | | | | $ 4,670,094 | 1,005,402 | 26 |

**Net Economic Impact, Operations**

| | Output | Earnings | Employment |
|---|---|---|---|
| Direct Impact | $ 5,742,642 | $ 3,460,739 | 43 |
| Indirect Impact | $ 3,436,226 | $ 2,305,186 | 58 |
| Total Net Economic Impact | $ 9,178,868 | $ 5,765,925 | 100 |

*Source: N4R4, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

Table A-2. Net Economic Impact of Visitor Spending at the Obama Library in Chicago

| | Total Spending | % of Spending in Chicago | % Net New in Chicago | Net New Spending in Chicago (Direct Impact) | Multipliers | | | Economic Impact (Direct + Indirect) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Output | Earnings | Employ-ment | Output | Earnings | Employ-ment |
| *Visitor Spending* | | | | | | | | | | |
| Hotel | $ 56,000,000 | 100% | 53% | $ 29,680,000 | 1.85 | 0.45 | 12.61 | $ 54,952,520 | $ 13,450,976 | 374 |
| Food | $ 59,300,000 | 100% | 50% | $ 29,917,000 | 1.98 | 0.49 | 20.76 | $ 59,289,511 | $ 14,802,932 | 621 |
| Retail | $ 52,250,000 | 100% | 49% | $ 25,802,500 | 1.84 | 0.45 | 15.18 | $ 47,386,291 | $ 11,495,014 | 392 |
| Transportation | $ 14,500,000 | 100% | 49% | $ 7,055,000 | 2.23 | 0.54 | 16.26 | $ 15,727,712 | $ 3,841,448 | 115 |
| Museums and entertainment | $ 37,000,000 | 100% | 46% | $ 17,090,000 | 2.07 | 0.60 | 21.78 | $ 35,366,046 | $ 10,308,688 | 372 |
| *Total Visitor Spending Impact* | *$ 219,050,000* | | | *$ 109,544,500* | | | | *$ 212,722,079* | *$ 53,899,057* | *1,874* |

| Net Economic Impact, Visitor Spending | Output | Earnings | Employment |
|---|---|---|---|
| Direct Impact | $ 109,544,500 | $ - | |
| Indirect Impact | $ 103,177,579 | $ 53,899,057 | 1,874 |
| **Total Net Economic Impact** | **$ 212,722,079** | **$ 53,899,057** | **1,874** |

*Source: NARA, BEA RIMS II Multipliers, AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

**Table A-3. Net New Tax Revenues for City of Chicago Due to the Obama Library**

| | | Net New Taxable Spending (a) | | Tax rates (c) | | Total Net New Taxes Collected |
|---|---|---|---|---|---|---|
| | Direct Property Taxes | $ | 5,437,316 | 1.6% | $ | 88,511 |
| | Indirect Property Taxes | $ | 95,853,055 | 1.6% | $ | 1,560,338 |
| | *Subtotal: Property Taxes* | *$* | *101,290,372* | | *$* | *1,648,849* |
| | Direct Sales & Restaurant Taxes | | 1,565,995 | 1.27% | $ | 19,912 |
| | Indirect Sales & Restaurant Taxes | $ | 30,519,118 | 1.27% | $ | 388,065 |
| | Visitor Sales & Restaurant Taxes | $ | 55,719,500 | 1.38% | $ | 771,286 |
| | *Subtotal: Sales & Restaurant Taxes* | *$* | *87,804,613* | | *$* | *1,179,263* |
| | Hotel Taxes | $ | 29,680,000 | 4.5% | $ | 1,335,600 |
| (d) | Parking Taxes | $ | 1,855,000 | 19% | $ | 352,450 |
| (e) | Rental Car Taxes | $ | 2,782,500 | $2.75/day/car | $ | 255,063 |
| | *Subtotal: Hotel & Transportation Taxes* | *$* | *34,317,500* | | *$* | *1,943,113* |
| | **Total Net New Fiscal Impact** | **$** | **223,412,484** | | **$** | **4,771,225** |

*Notes:*

(a) Calculated as number of new homeowners times the average median home value. Homeowners and values estimated using the number of new employees, and using ESRI, Inc. data on the rate of homeownership in Chicago. We also use the Consumer Expenditure Survey to determine employee spending spent on taxable goods in Chicago.

(b) Average home value estimated using ESRI, Inc. data for home values by income for the City of Chicago.

(c) Tax rates are estimated as the effective tax rates published by Cook County, and only account for taxes going to City of Chicago entities, and not Cook County.

(d) Parking taxes are based on 18% taxes Mon-Thurs, and 20% taxes Fri-Sun.

(e) We assume that approximately 233,000 visitors from out-of-town will use rental cars, which are taxed at $2.75 daily. We assumes an average stay of 2 days.

*Source: Cook County Clerk; The Tax Foundation; ESRI, Inc.; BEA RIMS II Multipliers; American Consumer Survey; AEG Estimates*
*Analysis: Anderson Economic Group, LLC*

## *Appendix B. About the Authors*

**ANDERSON ECONOMIC GROUP**

Anderson Economic Group, LLC was founded in 1996 and today has offices in East Lansing, Michigan, and Chicago, Illinois. AEG is a research and consulting firm that specializes in economics, public policy, financial valuation, and market research. AEG's past clients include:

- *Governments* such as the states of Michigan, North Carolina, Kentucky, and Wisconsin; the cities of Detroit, Cincinnati, Norfolk, and Fort Wayne; counties such as Oakland County, Michigan, and Collier County, Florida; and authorities such as the Detroit-Wayne County Port Authority.
- *Corporations* such as GM, Ford, Delphi, Honda, Taubman Centers, The Detroit Lions, PG&E Generating; SBC, Gambrinus, Labatt USA, InBev USA, Spartan Stores, Nestle, and automobile dealers and dealership groups representing Toyota, Honda, Chrysler, Mercedes-Benz, and other brands.
- *Nonprofit organizations* such as Michigan State University, Wayne State University, University of Michigan, Van Andel Institute, the Michigan Manufacturers Association, United Ways of Michigan, Service Employees International Union, Automation Alley, and the Michigan Chamber of Commerce.

Please visit www.AndersonEconomicGroup.com for more information.

**AUTHOR**

*Jason A. Horwitz*

Mr. Horwitz is a Consultant at Anderson Economic Group, working in the Public Policy and Economic Analysis practice area. Mr. Horwitz' work includes research and analyses for a range of AEG clients representing both the public and private sectors.

Mr. Horwitz's recent work includes an assessment of the effects of personal property tax reform in Michigan, an assessment of the effects of proposed reforms to state pension and retiree health care systems, analyses of the fiscal condition and tax policies of Michigan's state and local governments, and a review of tax incentive programs administered by the states of Michigan and Kentucky, respectively.

Prior to joining AEG, Mr. Horwitz was the Coordinator of Distribution for the Community Center of St. Bernard near New Orleans, where he oversaw the distribution of donated food, clothes, and household supplies to low-income residents of St. Bernard Parish and New Orleans' Lower Ninth Ward.

Mr. Horwitz holds a Master of Public Policy from the Harris School of Public Policy at the University of Chicago and a Bachelor of Arts in Physics and Philosophy from Swarthmore College.

**CONTRIBUTOR**    We would like to acknowledge the extensive contributions to the analysis and preparation of this report by Samantha Superstine. Ms. Superstine was a senior analyst at Anderson Economic Group during the production of this report. Her background is in economic analysis, tax policy, energy policy, and infrastructure development.

FINAL

**REPORT**
to the
**CHICAGO PLAN COMMISSION**
from the
**DEPARTMENT OF PLANNING AND DEVELOPMENT**
**MAY 17, 2018**

**FOR APPROVAL:**   **LAKE MICHIGAN AND CHICAGO LAKEFRONT PROTECTION ORDINANCE APPLICATION NO. 722**

**APPLICANT:**   **CHICAGO DEPARTMENT OF TRANSPORTATION**

**LOCATION:**   **JACKSON PARK**

Pursuant to provisions of the Chicago Land Use Ordinance, Title 16 of the Municipal Code of Chicago, the Department of Planning and Development hereby submits this report and recommendation on Lake Michigan and Chicago Lakefront Protection Ordinance Application No. 722 for your review and final determination.

The application for approval of this development plan was filed with the Department of Planning and Development (DPD) on January 10, 2018. Proper legal notice of the public hearing on the application was published in the Chicago Sun-Times on May 2, 2018. The applicant, the Chicago Department of Transportation (CDOT), was separately notified of this hearing.

The applicant is proposing infrastructure improvements to certain areas of Jackson Park while maintaining the current zoning of the property, POS-1 (Parks and Open Space District, Regional or Community Parks).

The subject site is located within the Public-Use Zone of the Lake Michigan and Chicago Lakefront Protection District; therefore, the proposed development of the site is regulated by Section 16-4-100 of the Lake Michigan and Chicago Lakefront Protection Ordinance.

**PROJECT BACKGROUND**
Legislators from the State of Illinois created the South Park Commission in 1869, and Frederick Law Olmsted and Calvert Vaux were hired to lay out the over 1,000 acre park, originally known as South Park. The portion east of the Midway Plaisance became known as Lake Park until 1881 when it was renamed Jackson Park to honor Andrew Jackson (1767-1845), the seventh president of the United States.

The City of Chicago (City) or the Chicago Park District (Park District) is the owner of all of the property subject to these proposed improvements, which are being proposed by CDOT in furtherance of the South Lakefront Framework Plan and to accommodate roadway modifications necessitated by the establishment of the Obama Presidential Center (OPC) within Jackson Park.

**SITE AND AREA DESCRIPTION**
The subject site includes Jackson Park and adjacent roadways. The site is approximately 564 acres and currently contains active and passive open space, the Museum of Science and Industry,

LaRabida Hospital, the 63rd Street Bathing Pavilion (Beach House) and two marina facilities in an area generally bounded by Lake Michigan, East 59th Street, South Stony Island Avenue, and East 67th Street. It is located within the Hyde Park, Woodlawn and South Shore Community Areas and the Jackson Park Historic Landscape District and Midway Plaisance National Register of Historic Places.

The site is served by the Chicago Transit Authority's bus routes #2 (Hyde Park Express), #6 (Jackson Park Express), #10 (Museum of Science and Industry), #J14 (Jeffery Jump), #15 (Jeffery Local), #26 (South Shore Express), #X28 (Stony Island Express), #55 (Garfield), #59 (59th/61st), #63 (63rd), #67 (67th/69th/71st), #171 (University of Chicago/Hyde Park), #172 (University of Chicago/Kenwood) and #192 (University of Chicago Hospitals Express); and the 55th-57th and 63rd Streets Metra Electric District and South Shore stations; and the 59th Street/University of Chicago Metra Electric District station.

**Figure 1. Study Area Map**



## PROJECT DESCRIPTION
CDOT, in conjunction with DPD, the Park District, the Barack Obama Foundation (BOF) and local community organizations, is working to help realize an updated vision for Jackson Park. CDOT's focus is specifically on the closure of roadways within Jackson Park and the transportation improvements required to mitigate the traffic impacts resulting from proposed roadway closures. CDOT's goal is to provide transportation improvements that maintain or improve park access and mobility in concert with the proposed changes to the park.

There are four roadway segments within Jackson Park which are proposed to be closed: Cornell Drive from 59th Street to Hayes Drive; eastbound Midway Plaisance east of Stony Island Avenue; Marquette Drive from Stony Island Avenue to Richards Drive; and the northbound

FINAL

segment of Cornell Drive from 67th to 65th. The closure of Cornell Drive and Midway Plaisance are required to accommodate the construction of the OPC Campus. The closure of Marquette Drive and the northbound segment of Cornell Drive are necessary to improve park cohesiveness through better connected parkland and streamline traffic movements.

**Figure 2. Proposed Roadway Closures**



All of the proposed roadway closures were presented and discussed with the public during the development of the Park District's South Lakefront Framework Plan (SLFP). The roadway improvements – to mitigate the traffic impact resulting from the closures – are consistent with the planning and development objectives of the SLFP. The roadway closures have also been presented by CDOT at numerous public and stakeholder meetings beginning in June 2017. Public involvement will continue throughout the project design and construction.

The roadway improvements included in this application require federal review and are subject to the National Environmental Policy Act (NEPA). For this project, there are two separate federal reviews: one by the National Park Service (NPS); and the other by the Federal Highway Administration (FHWA). The NPS action is the review and approval of a conversion of Urban Park and Recreation Recovery (UPARR)-designated parkland from recreation to non-recreation use. The FHWA action is the approval of eligibility of funding under the Federal-aid Highway Program for the roadway improvements. These federal actions also require review of historic properties in accordance with the National Historic Preservation Action of 1966, Section 106 (NHPA - Section 106).

The roadway improvements, as described herein, have been developed as the locally preferred alternative for review and approval by Federal and State Agencies. Final plans will be subject to potential mitigation measures resulting from the NEPA and NHPA-Section 106 processes.

## DESIGN

In order to safely support traffic diverted from the aforementioned roadway closures and growing traffic demand, several existing park roadways and intersections require improvements and reconfiguration to maintain mobility around and through Jackson Park.

**Figure 3. Detailed Improvement Overview**



Specifically, the proposed roadway improvements are:

- **Lake Shore Drive:** Lake Shore Drive from 57th Street to Hayes Drive would be widened to the west by approximately 11' to provide a third southbound lane. This segment of roadway is currently unbalanced, with two southbound lanes and three northbound lanes. Additionally, bridge modifications are required at the 63rd Street underpass, the 59th Street underpass and the bridge over the 59th Street inlet to accommodate the widening. The intersections of Lake Shore Drive with 57th Street, Science Drive, and Hayes Drive would also require modification to accommodate the third southbound lane.

- **Hayes Drive:** Hayes Drive is currently one through lane and one parking lane in each direction. To increase capacity on Hayes Drive while minimizing parkland impacts, existing free on-street parking totaling 147 spaces would be removed on Hayes Drive from Lake Shore Drive to Cornell Drive to provide two through lanes in each direction, separated by a barrier median. Modifications are needed at the Lake Shore Drive/Coast Guard Drive, Richards Drive and Cornell Drive intersections to accommodate the additional through lanes as well as to accommodate the proposed closure of Cornell Drive north of Hayes Drive. The existing triangular, stop-controlled intersection at Hayes Drive and Richards Drive would be reconfigured to create a signalized T-intersection. Hayes Drive would be realigned at Cornell Drive to provide a through movement for

predominant travel along the east and south legs through the intersection. The existing portion of Hayes Drive between Stony Island Avenue and Cornell Drive would be realigned to create a signalized T-intersection with the realigned Hayes Drive and would be widened to accommodate new turn lanes.

- **Stony Island Avenue:** To accommodate diverted traffic from the roadway closures and provide operational and mobility improvements, Stony Island will need to be widened from 59th Street to 68th Street.

  - Stony Island Avenue from 59th Street to 65th Street would be widened up to 20' to the east to provide a second through lane in each direction. The east curb lane area in front of the proposed OPC from 62nd Street to 60th Street would be 10 feet wide to accommodate bus loading and unloading.

  - Stony Island Avenue from 65th to 68th Streets would be widened up to 30' to the east to provide a consistent cross section with section of Stony to the south, including three northbound lanes and four southbound lanes separated by a raised median, and on-street parking on the west side.

  - All intersections on Stony Island Avenue from 59th to 68th Streets would be reconfigured to accommodate the roadway widening and provide additional turn lanes. To consolidate the four closely-spaced traffic signals on Stony Island Avenue at 60th Street, 59th Street and eastbound and westbound Midway Plaisance, westerly access at the intersections of 59th and 60th Streets would be converted to right-in/right-out only and the traffic signals would be removed. The removal of these traffic signals will improve safety and reduce congestion. The existing stop-controlled intersection at Stony Island Avenue/64th Street would be converted to a signalized intersection to enhance pedestrian safety and maintain traffic progression through interconnected signals on Stony Island Avenue. The intersection of 67th Street and Cornell Drive, adjacent to the intersection of 67th Street and Stony Island Avenue, would be removed.

- **Cornell Drive:** The three-lane, southbound-only segment of Cornell Drive from south of Hayes Drive to Stony Island Avenue would be widened up to 14' to accommodate two-way traffic and provide two lanes in each direction separated by a barrier median.

- **Midway Plaisance:** The westbound segment of Midway Plaisance would be widened up to 20' to accommodate two-way traffic and provide two lanes in each direction.

ADA accessible crossings and high-visibility crosswalk markings would be provided at improved intersections to enhance pedestrian safety for those traveling to and from Jackson Park. In addition, curb extensions and pedestrian refuge islands would be provided along Stony Island Avenue to shorten pedestrian crossing distances and increase safety. The Park District is recommending alternatives for shared-use trail improvements throughout the park as part of the SLFP update. These proposed trail improvements include a north-south shared-use path east of Stony Island Avenue that starts at 67th Street to the south and runs north along the current

FINAL

Cornell Drive and through the OPC site. Existing trails would be realigned as necessary to accommodate the roadway and intersection modifications noted above.

Shared-use underpasses for pedestrians and bicyclists are proposed as continuations of existing Park District trails within Jackson Park as envisioned in the SLFP. These underpasses enhance connectivity through the park and to the lakefront, as well as improve traffic safety and operations on the roadway overhead. The potential locations for new grade-separated pedestrian and bike connections include:

- At the intersection of Hayes Drive/Cornell Drive/63rd Street;
- On Hayes Drive between Richards Drive and Lake Shore Drive;
- On Jeffery Avenue between Marquette Drive and 67th Street; and
- At the intersection of South Shore Drive and 67th Street.

These underpasses would provide 10'-6" to 12' of vertical clearance and would vary from 20' to 40' in width. Roadway reconstruction may be required for a length of up to 300' over the proposed underpass for installation and grade separation and may require raising the roadway elevation up to 5' and lowering the trail elevation up to 15' at these locations.

Other proposed safety enhancements include re-timing and/or modernizing existing traffic signals on roadways within and around Jackson Park and updating or providing additional street lighting along the roadway improvement corridors.

**Figure 4. Improvement Overview Exhibit**



**Figure 5. Land Use Map**



## LANDSCAPING

The proposed improvements would incorporate roadway and roadside landscape design elements including turf grasses, perennial plants and trees to fully integrate roadway improvements with the surrounding environment. Landscape opportunities include vacated roadways within Jackson Park, roadside parkways, medians and curb extensions. Proposed vegetation would be selected based on climatic and soil requirements to provide functions of aesthetics, delineation, erosion control, environmental mitigation and adjacent landscape enhancements. Plants would be located and spaced to provide sufficient visibility for roadway users.

It is anticipated the proposed roadway improvements require the removal of 300-400 trees; new trees will be planted to offset the loss of trees needed for the mobility improvements.

The result – after the modifications contained within this application and the accompanying Lakefront Protection Applications made by the Park District, and within the joint Lakefront Protection/Planned Development applications filed by BOF for adjacent and related improvements throughout Jackson Park – is that while the Park District is transferring six acres to CDOT control, CDOT is returning eight acres to the park and another 3.7 acres internal to the Presidential campus, of which only one acre will be on inaccessible roofs. The result is a net gain of 4.7 acres of publically available open space throughout Jackson Park.

## ACCESS/CIRCULATION

The proposed improvements will maintain or improve access and circulation throughout Jackson Park for all modes. Currently, there are eight popular vehicular routes through and around the park which were modeled for existing traffic demand conditions and 2040 projected traffic

demand conditions following the implementation of the proposed improvements. These routes within the scope of the proposed improvements include:

- Lake Shore Drive at 57th Drive to Stony Island Avenue at 67th Street
- Stony Island Avenue at 67th Street to Lake Shore Drive at 57th Drive
- Stony Island Avenue at 56th Street to Stony Island Avenue at 67th Street
- Stony Island Avenue at 67th Street to Stony Island Avenue at 56th Street
- Midway Plaisance to South Shore Drive
- South Shore Drive to Midway Plaisance
- Midway Plaisance to Lake Shore Drive at 57th Drive
- Midway Plaisance to Stony Island Avenue at 67th Street

It was determined that the 2040 projected travel times for these eight routes would change slightly varying from 2 minutes faster to 1.5 minutes slower depending on the route and time of day.

Fourteen bus routes use roads within the project limits and carry 85,000 passengers per day. The proposed update would maintain the existing bus routes, with no anticipated impacts to roadways where CTA services operate. There are also other transit options in close proximity to Jackson Park, with the Metra-Electric District Line directly to the west and CTA Green Line one mile west.

Locally preferred transportation improvements will be designed using Complete Streets and Vision Zero philosophies to balance safety and convenience for all types of transportation. ADA-accessible crossings, curb extensions, pedestrian refuge islands and pedestrian underpasses are proposed to meet current industry standards for pedestrian safety and visibility. Proposed improvements will aim to improve the safety and comfort for people walking to access Jackson Park from the surrounding neighborhoods, nearby transit, and adjacent park space. Improvements internal to the park aim to improve safety by reducing and mitigating conflicts with motor vehicles.

The Chicago Streets for Cycling 2020 plan will be used as guidance for potential bike improvements. These would improve safety and enhance connectivity to and through Jackson Park including off-street trails and new shared-use underpasses.

## SUSTAINABILITY

The project will provide several opportunities to implement sustainability in accordance with CDOT's Sustainable Urban Infrastructure Policies and Guidelines (Volume 1; 2013). Objectives for sustainability focus on key environmental themes such as water, energy, materials and waste and air quality, among others.

Stormwater features will be designed for rate and volume control of stormwater runoff. Curb extensions offer opportunities for construction of infiltration planters that can reduce runoff and increase water quality. Proposed street lighting and traffic signals will be designed to use light-emitting diodes (LEDs) to reduce energy consumption. Construction demolition materials will be recycled, and proposed improvements will utilize recycled materials or industrial by-products to

reduce landfill waste. Proposed landscaping will be designed to promote and enhance urban ecology to create healthy habitats that support a wide range of bio-diversity.

## BULK/USE/DENSITY

The size, location and design of all elements of this proposal, along with all other associated work contained in this application, has been designed to comply with all other requirements of the Chicago Zoning Ordinance, per Section 17-6-0204; as well as, the parameters of POS-1. No zoning change or establishment of floor area is contemplated as a part of this application or these improvements.

## EQUITABLE HIRING PARTICIPATION

The design work for this project is led by C*NECT, a joint venture engineering consulting team with a local African American-owned firm as the co-lead (Infrastructure Engineering Incorporated). This contract has a 50.3% Minority Owned Business Enterprise (MBE) commitment and 10.3% Women Owned Business Enterprise commitment (WBE).

The construction contracts will have M/WBE or Disadvantaged Business Enterprise (DBE) goals set depending on funding source(s). State and local funds will utilize M/WBE goals, which will exceed the City's aspirational goals of 26% MBE and 6% WBE. Federal funds will utilize DBE goals, which will exceed the State's aspirational goal of 22.7% DBE.

Construction contract workforce requirements are also dependent on funding source(s). For state and local funds, the goal is to utilize the City's Local Hiring requirements per Section 2-92-330, and require 50% of total hours worked by persons on the construction site to be performed by city residents, and at least 15% by project-area residents. For federal funds, the applicant proposes to require hiring of at least 20% of individuals from socioeconomically disadvantaged areas as defined by census tract. The Chicago Cook Workforce Partnership will assist with workforce development efforts, referring community residents to skilled trades training and job placement opportunities.

## TOTAL PROJECT COST AND TIMELINE

The initial planning-level estimated total project cost for the transportation-related improvements is $175 Million. The anticipated project timeline includes receiving environmental clearances in early 2019. The project would be constructed in multiple stages. The first stage would consist of the work necessary to allow the closure of Cornell Drive. This stage is anticipated to start construction in Fall 2019 with construction lasting through 2020. All work will be coordinated with other projects in the area through the CDOT Project Coordination Office.

## RECOMMENDATION

DPD has reviewed the project materials submitted by the applicant and has concluded that this proposal would be in compliance with the applicable Policies of the Lakefront Plan of Chicago and the Purposes of the Lake Michigan and Chicago Lakefront Protection Ordinance, as they apply to development in the Public-Use Zone, specifically:

- Policy No. 1 (Complete the publicly owned and locally controlled park system along the entire Chicago lakefront) – Jackson Park and the portions of which are subject to this application are located entirely within the Public-Use Zone and ownership will be

maintained by the Chicago Park District or City of Chicago, as appropriate. The project will have a net effect of contributing new parkland to the existing lakefront park system, entirely contained within Jackson Park and the boundaries described above in this report.

- Policy No. 2 (Maintain and enhance the predominantly landscaped, spacious and continuous character of the lakeshore parks) – The proposal, while encompassing renovations and reprogramming of certain portions of present day Jackson Park open space, will result in a uniquely landscaped area designed to enhance the experience of those visiting the area while maintaining its existing appropriate character and increasing the direct pedestrian connectivity through the park and to the lakefront. Proposed roadway closures will have a net effect of contributing new parkland and reconnect small areas of park space currently segmented by pavement.

- Policy No. 3 (Continue to improve the water quality and ecological balance of Lake Michigan) – This project will comply with all applicable City and Metropolitan Water Reclamation District regulations pertaining to the management of wastewater and storm water runoff and will not negatively impact the purity and quality of the waters of Lake Michigan.

- Policy No. 4 (Preserve the cultural, historical and recreational heritage of the lakeshore parks) – These proposed projects will respect the cultural, historical and recreational heritage of Jackson Park and the lakefront by keeping the space open and available to all visitors. This project is following the National Environmental Policy Act (NEPA) including Section 106 requirements.

- Policy No. 7 (Protect and develop natural lakeshore park and water areas for wildlife habitation) – CDOT plans were developed in conjunction with the Chicago Park District to ensure improvements will not negatively impact or otherwise diminish the landscape throughout Jackson Park and will positively impact ecological life along the lakefront.

- Policy No. 8 (Increase personal safety) – The provision of improved lighting, pathway resurfacing, clearer sight lines and increased non-vehicular connections through the park and to the lakefront will attract more people to this open space and establish a safer means of traversing and monitoring activity throughout Jackson Park.

- Policy No. 11 (Improve access to the lakeshore parks and reduce through vehicular traffic on secondary park roads) – These proposals will help to improve access to Jackson Park, as well as other adjacent lakeshore park space, through the elimination of certain portions of existing roadways interior to the park, the establishment of new pedestrian access points and ADA compliant design features. Roadway closures of Marquette Drive from Stony Island Avenue to Richards Drive and northbound Cornell Drive from 68th to 65th Streets will re-join small areas of segmented park space. Improvements including curb extensions, pedestrian refuge islands, and high-visibility crosswalk markings will enhance pedestrian safety and visibility. Pedestrian and bike access will also be enhanced with potential underpasses on Hayes Drive, Jeffery Avenue and 67th Street at South Shore Drive.

- Policy No. 12 (Strengthen the parkway characteristics of Lake Shore Drive and prohibit a roadway of expressway standards) – The project will maintain the existing appearance of South Lake Shore Drive by maintaining the existing landscaped median. The proposed addition of a third southbound lane from 57th Drive to Hayes Drive will keep curb and gutter along the new western pavement edge. The roadway improvements are being designed to arterial roadway standards. The improvements will maintain 11' lane widths

and a 35 mile per hour speed limit on Lake Shore Drive.

- Policy No. 14 (Coordinate all public and private development within the water, park and community zones) – The presence of this facility within the Public (Park) Use Zone, established pursuant to the Lake Michigan and Chicago Lakefront Protection Ordinance, requires analysis of the development by the Chicago Plan Commission and coordinated reviews between various city, state and federal agencies, as well as elected officials and the general public.

- Purpose No. 1 (To promote and protect the health, safety, comfort, convenience and the general welfare of the people and to conserve our natural resources) – The roadway and associated pollution reduction measures that will result from these enhancements to the green space of Jackson Park will not only have a positive impact on the users of the park but will further conserve area open space, including the lakefront. This project will enhance public access to the parks, the lakefront and to new recreational opportunities as part of the updates to the South Lakefront Framework Plan.

- Purpose No. 2 (To identify and establish the Lake Michigan and Chicago Lakefront Protection District and to divide that District into several zones wherein any and all development or construction, as specified in Article V hereinafter, shall be specifically restricted and regulated) – The proposed development falls within the Public (Park) Use Zone of the Lake Michigan and Chicago Lakefront Protection District and has been, and will continue to be, consistent and conform with the District's restrictions and regulations.

- Purpose No. 3 (To maintain and improve the purity and quality of the waters of Lake Michigan) – This project will comply with all applicable City and Metropolitan Water Reclamation District regulations pertaining to the management of wastewater and storm water runoff and will not negatively impact the purity and quality of the waters of Lake Michigan.

- Purpose No. 4 (To ensure that construction in the Lake, or modification of the existing shoreline, shall not be permitted if such construction or modification would cause environmental or ecological damage to the Lake or would diminish water quality; and, to ensure that the life patterns of fish, migratory birds and other fauna are recognized and supported) – Following the NEPA/404 Merger Process will assure that this project will meet these goals. CDOT is cognizant of potential impacts to the US Army Corps of Engineers (USACOE) Great Lakes Fisheries and Ecosystem Restoration (GLFER) in Jackson Park and will coordinate these impacts with the USACOE.

- Purpose No. 5 (To insure that the lakefront parks and the lake itself are devoted only to public purpose and to insure the integrity of and expand the quantity and quality of the lakefront park system) – The improvements are proposed to only impact publicly-owned open space and no portion of these improvements includes exclusive private use of any proposed facilities or land; a net increase of public open space is included in this application.

- Purpose No. 7 (To promote and provide for pedestrian access to the lake and lakefront parks from and through areas adjacent thereto at regular intervals of one-fourth mile and additional places wherever possible, and to protect and enhance vistas, at these locations and wherever else possible) – This proposal will help to improve access through the park and to the lakefront, as well as other lakeshore park space further north and south, through new pedestrian access points and ADA compliant design features. Improvements

FINAL

including curb extensions, pedestrian refuge islands, and high-visibility crosswalk markings will enhance pedestrian safety and visibility. Pedestrian and bike access will also be enhanced with proposed underpasses on Hayes Drive, Jeffery Avenue and 67th Street at South Shore Drive.

- Purpose No. 9 (to ensure that no roadway of expressway standards, as hereinafter defined, shall be permitted in the lakefront parks) – The roadway improvements are being designed to arterial roadway standards. The proposed addition of a third southbound lane on South Lake Shore Drive from 57th Drive to Hayes Drive will maintain a 35 mile per hour speed limit, 11' lane widths, the existing concrete center median and provide curb and gutter on the west edge of pavement. Similar standards will be applied to other park roadway improvements, including curb and gutter, Chicago Barrier Walls or landscaped medians, and at-grade intersections.

- Purpose No. 11 (To achieve the above-stated Purposes, the appropriate public agency should acquire such properties or rights as may be necessary and desirable) – CDOT is the appropriate body of the City to make such acquisitions and improvements as described in this report and application to improve safety and the level of connectivity through the park to the lakefront and along such roadways which pass through or along the boundaries of Jackson Park.

With respect to the Policies and Purposes not enumerated here, DPD has determined that they are either not applicable to development in the Public-Use Zone or that the proposed project will not have a detrimental effect on the Lake Michigan shoreline or any wildlife habitats therein. The proposed project does not contemplate the introduction of new roadways directly connecting to the lakefront, will have a net increase in open space and does not interfere with existing access to, or use of, Lake Michigan and its park system.

Based on the foregoing, the Department of Planning and Development recommends that this application, being in conformance with the provisions of the Lake Michigan and Chicago Lakefront Protection Ordinance, be approved, subject to compliance with the site, landscape and other associated plans presented before you today.

Bureau of Zoning and Land Use
Department of Planning and Development

**REPORT**
to the
**CHICAGO PLAN COMMISSION**
from the
**DEPARTMENT OF PLANNING AND DEVELOPMENT**
**MAY 17, 2018**

**FOR APPROVAL:**   **PROPOSED LAKE MICHIGAN AND CHICAGO LAKEFRONT PROTECTION ORDINANCE (APPLICATION NO. 721); AND, PLANNED DEVELOPMENT (APPLICATION NO. 19495)**

**APPLICANT:**   **THE BARACK OBAMA FOUNDATION**

**LOCATION:**   **5901-6201 SOUTH STONY ISLAND AVENUE**

Pursuant to provisions of the Chicago Land Use Ordinance, Title 16 of the Municipal Code of Chicago, the Department of Planning and Development (DPD) hereby submits this report and recommendation on Lake Michigan and Chicago Lakefront Protection Ordinance (LPO), application no. 721, for your review and final determination. In addition, pursuant to the provisions of the Chicago Zoning Ordinance (CZO), Title 17 of the Municipal Code of Chicago, DPD hereby submits this report and recommendation regarding a proposed Planned Development (PD), application no. 19495, for your review and recommendation to the Chicago City Council Committee on Zoning, Landmarks and Building Standards.

The applicant's request for approval, pursuant to the regulations and requirements of the LPO, was filed with DPD on January 10, 2018. The application to establish a PD was introduced to the City Council on January 17, 2018. Proper legal notice of today's public hearing on both applications was published in the Chicago Sun-Times on May 2, 2018; the applicant, The Barack Obama Foundation (Foundation), was separately notified of this hearing.

The subject site is located within the Public-Use Zone of the Lake Michigan and Chicago Lakefront Protection District; therefore, the proposed development of the site is regulated by Section 16-4-100 of the LPO. The applicant proposes to construct the Obama Presidential Center (Presidential Center). This development is being submitted as a mandatory PD, pursuant to Section 17-8-0504 of the CZO, as it seeks to establish a campus-style institutional use with a net site area in excess of two acres.

## PROJECT BACKGROUND

In 2015, then United States President Barack Obama and First Lady Michelle Obama announced the Presidential Center would be located on the South Side of Chicago. The Foundation selected the subject property in Jackson Park in July 29, 2016. Since that time, DPD and Foundation staff, in conjunction with the City's Departments of Law (Law) and Transportation, the Chicago Park District (Park District) and the Office of Mayor Rahm Emanuel, have been working with Alderman Leslie Hairston (5th Ward), numerous local and other interested individuals and organizations, along with state and federal officials, on the plans presented here today.

1

FINAL

In conjunction with the plans for the Presidential Center, associated proposals by Transportation and the Park District to address related infrastructure and open space improvements will be simultaneously presented to the Chicago Plan Commission (CPC), pursuant to separate LPO applications, for review and final determination.

## SITE AND AREA DESCRIPTION

The Park District is the owner of the proposed project site (Site) located on the western edge of Jackson Park along South Stony Island Avenue between approximately 62nd Street on the south and the Midway Plaisance (roadway) on the north. The Park District Board of Directors voted initially on February 11, 2015 and then again on February 14, 2018, to authorize the conveyance of the Site to the City of Chicago (City) for purposes of establishing the Presidential Center. Following acquisition of the Site from the Park District, the City intends to lease the land to the Foundation for the project. The Site is zoned POS-1 (Parks and Open Space) and will remain as such prior to the establishment of a PD.

The Site is comprised of approximately 19.3 acres and currently contains active and passive open space, as well as portions of Midway Plaisance Drive and South Cornell Drive. It is located within the Hyde Park and Woodlawn Community Areas and was listed on the National Register of Historic Places in 1972. It is bordered on the north, south, and east by the remainder of Jackson Park (POS-1), which includes the Museum of Science and Industry (PD 587). To the west is South Stony Island Avenue, the Metra Electric District and South Shore train tracks, eastern portions of the campus of the University of Chicago (PD 43), low-scale (two to three story) multi-unit, residential developments (PD 208), and Hyde Park Academy High School (RM-6).

The Site is served by the Chicago Transit Authority's bus routes #2 (Hyde Park Express), #6 (Jackson Park Express), #10 (Museum of Science and Industry), #J14 (Jeffery Jump), #15 (Jeffery Local), #26 (South Shore Express), #X28 (Stony Island Express), #55 (Garfield), #59 (59th/61st), #63 (63rd), #67 (67th/69th/71st), #171 (University of Chicago/Hyde Park), #172 (University of Chicago/Kenwood) and #192 (University of Chicago Hospitals Express); and, the 55th-57th and 63rd Streets Metra Electric District and South Shore stations and the 59th Street/University of Chicago Metra Electric District station.



Jackson Park aerial map

## PROJECT DESCRIPTION

The Presidential Center will be a living and working campus situated on 19.3 acres in Jackson Park and will serve as a destination for convening, education and recreation while driving economic opportunity on the South Side. Rather than a single large building, the Presidential Center is designed as a collection of multiple, smaller structures designed and situated to become part of the landscape. Cornell Drive and certain portions of Midway Plaisance (roadway), east of Stony Island Avenue, will be closed and removed to restore open space and direct access to the Lagoon and Lake. The campus includes three buildings, the Museum, Forum and Library, situated around a central Plaza, as well as an Athletic Center and an underground parking garage. While the Museum, Forum and Library are separate at the Plaza Level, they are connected at the below-grade Garden level. Housed within the Presidential Center's three main buildings are exhibition spaces, community resources including a winter garden, auditorium, food services, recording studios, meeting rooms, and a branch of the Chicago Public Library system. The majority of the center will be free and accessible to the public, including a restored landscape with playscapes for children, a fruit and vegetable garden and numerous active and passive landscape areas open to the general public and visitors to the center year round.



Existing conditions for Presidential Center Site

## DESIGN

The vision for the Presidential Center is a design that fits seamlessly within the park. The Foundation sought to create a global community center, a place of life and vibrancy that showcases the South Side to the world. Tod Williams and Billie Tsien, project architects, describe the design for the Presidential Center with the words "ennoble" and "enable". To enable people, the Center must remain true to Obama's community roots, inviting everyone to engage as a valued citizen. To ennoble people, the architecture must balance an inviting sense of warmth with powerful light-filled spaces that transcend the everyday life. The architecture of this place must embody the symbolic and pragmatic.

The Presidential Center will inspire visitors with an experience that draws upon the historic nature of President Obama's presidency, and will equip visitors with tools to become active citizens in their own communities. Instead of a single building placed in Jackson Park, the Presidential Center is designed as a public campus integrated into the park. The Presidential Center will be a safe, welcoming space for families on the South Side to enjoy, with the community resources in the Forum and Library building open to community members and visitors year-round without charge.

The Presidential Center is designed as a campus integrated with the landscape in Jackson Park. The campus design, including the Museum, Forum, and Library buildings surrounding a public plaza, as well as an Athletic Center and underground parking facility, weaves together

architecture and landscape to establish a new resource and a cohesive park experience on Chicago's South Side. The surrounding campus landscape, which remains entirely open to the public, honors Olmsted and Vaux's plan by restoring access to the Lagoon and Lake Michigan as well as the Museum of Science and Industry. The campus design encourages visitors to flow through and around the buildings enabling access to, as well as views of, the revitalized landscape and its passive and recreational features.



Presidential Center Site Plan, May 2018

On the north end of the Plaza is the Museum building, which will be approximately 165,000 SF (29,000 SF is below grade) and 235'-tall. The building's proportions and height significantly reduce the building's footprint within the park. The Plaza level and the lower Garden level will be free and open to the public. Floors two through five will house the permanent exhibits that will share the story of the Obama Administration situated within their civil rights, African-American, Chicago and United States historical contexts. Additional galleries for temporary displays and presentations will be rotated based on programming schedules. Levels six and seven will be reserved for Foundation and back-of-house functions. The top floor, which will be free and open to the public, will feature an observation and reflection space with views of Jackson Park, Lake Michigan, and the surrounding City.

The building's distinct form responds to the interior experience, site conditions and environmental implications. Each façade is deliberately composed to accommodate interior program requirements and to be distinct from all angles. A mix of warm-tone, variegated stone and glass, where appropriate, will clad the Museum building and adjacent buildings. Stone emphasizes a sense of permanence and relates to the materiality of the nearby Museum of Science and Industry. Stone is also environmentally friendly and will help protect the artifacts and functions. Distinct areas of stone patterning will add texture and detail to help reduce the structure's monumentality and further distinguishes each façade from every vantage point. Deliberate openings and windows, employing transparent or translucent glass, will frame exterior views and expose the activities within. Entry areas and program space at the Plaza level

will feature glass to draw passersby in. A large cut in the Museum's north and east façades offers view of the park, the lake and the city. On the Museum's south façade, an ornamental stone screen shades a large window to allow natural light within while protecting the interior experience.

The low-lying Forum and Library buildings complement the design of the Museum building and support the function and mission of the Presidential Center. The approximately 70,000 SF Forum building (42,000 SF is below grade) primarily houses programming spaces and community amenities for the public including a winter garden, auditorium, multi-purpose meeting space, recording studios, cooking facilities, and a restaurant. Other than office spaces and operational areas, the majority of the Forum will be free and open to the public.

The Library building will contain a new, approximately 5,000 SF, branch of the Chicago Public Library, providing an educational resource for the South Side as well as a place for visitors to engage with each other, the surrounding community, and beyond. Planned amenities for the branch library include children's programming, communications facilities, computers and digital training, as well as a traditional book collection. The remainder of the approximately 50,000 SF (of which 23,000 SF is below grade) will also hold back-of-house functions for the Presidential Center, such as mechanical space, facilities, storage and loading bays.

Both the Forum and the Library buildings consist of one story above-grade, reaching 38'-tall, with a second level below-grade. A series of lower level courtyards bring natural light and air to the program spaces underground. To further integrate the buildings into the landscape, the campus landscape is designed to slope up and over the buildings to the east and south to create additional parkland in the form of accessible roof gardens and terraces with glass and metal railing system to offer protection along with building edges. Landscaped pathways will take visitors from the plaza and the park to the rooftops of both buildings.

The fourth structure proposed is an approximately 40,000SF (half of which is below grade), two-story, Athletic Center. Like the Forum and Library buildings, it is partially below ground to minimize its presence in the park. It is located at the southern end of the Site and adjacent to the relocated running track and historic comfort station.

The entire campus is designed to be inviting to all visitors and by all modes of transportation. Preserving the values of Olmsted and Vaux, the Presidential Center campus within Jackson Park will remain open and accessible to the general public during normal Park District hours of operation. The campus landscape design encourages pedestrian activity from both public and private transportation to enliven the surrounding streetscapes and South Side neighborhood. CTA and private buses will drop off passengers along Stony Island. A variety of pedestrian pathways, bike routes and bike storage stations will offer visitors diverse park routes.

## LANDSCAPE

To achieve material consistency with the existing character of Jackson Park, the design for the Presidential Center landscape draws from four landscape types: field, woodland, watery and plaza. Each type will support different aspects of landscape space and character to help connect

the Presidential Center to the city on one side and seamlessly integrate into Jackson Park on the other.



Presidential Center Landscape Plan, April 2018

1. Field

    The field typology is a key characteristic of Jackson Park, and is one of the strongest associations people have with the park. Complementing the woodlands (described below), this typology guides the southern portion of the Presidential Center Site. The Presidential Center's Great Lawn is carefully positioned to face the Lagoon and to also greet visitors from within Jackson Park, ascending in a gentle slope that connects a series of smaller plateaus. The landscape space feels very open, but still offers a range of experiences through topographical changes and spatial complexity in the winding paths that produce sightlines at strategic locations. Though comprised of several smaller plateaus, the lawn reads as one unit and is capable of hosting popular park events, such as movies or performances. The incline and grade changes provide comfortable accommodations for active and passive use in all seasons, including sledding in the winter months, and builds up to high points from which to view both the Lagoon and the Chicago skyline.

    The canopy layer helps add to the variety of the space. In this landscape type, trees are planted at wide intervals so they can grow tall and broad, thereby keeping the environment visually open while still providing ample shade during the summer months. The Great Lawn will be well-drained and available for use year-round. This combination of physical elements, along with good sun exposure, creates a setting for relaxed recreation, such as picnicking, games, and winter sledding on the steeper portions of the slope.

2. Woodland

    The strongest example of the Woodland typology in the current park is the Wooded Isle, which was introduced as part of the World's Fair landscape. Olmsted felt that the Wooded Isle would help counterbalance the intense experience of crowds and heat at the

fair. The Wooded Isle offers many of these same benefits today, and is popular for bird and wildlife observation. In the Presidential Center proposal, a restful Woodland Walk replaces some of the zone that is presently occupied by a five-lane, busy and noisy Cornell Drive, reconnecting the Lagoon with the park's western edge, stitching new east-west connections through a coherent landscape. This wooded landscape also encompasses the top of the Forum building to help diminish the perceived height of the Presidential Center Museum building when viewed from the south and the east. Similar to the role that the Wooded Isle plays in the park, the Woodland Walk will offer quiet places to meander where the scale of the park shifts to a more intimate setting. Spaces will feel more human-scaled with thickly planted shrubs that attract pollinators and birds. When viewed from the east, this elevated garden will be experienced as part of the diverse scenery of Jackson Park.

The Presidential Center children's play area will be located in the Woodland to take advantage of shade and shelter as well as opportunities to explore, linger and learn through the textures, sights, smells, and sounds of the natural world. The playground in this area will replace the current playground slightly further south.

3. Watery

Jackson Park's lagoons, and the robust aquatic plantings along their edges, are the most memorable designed element of the park. These, along with the park's larger relationship to Lake Michigan, have been a consistent feature of the park throughout its different eras of planning and use. When Jackson Park hosted the World's Fair, the lagoons helped connect landscape, architecture, and city. They defined the character of the park, and almost every major structure at the Fair had a water frontage, which allowed them to be admired from a distance.

The design for the Presidential Center brings the watery aspects of Jackson Park closer to the urban edge and the connection to the Midway. The design preserves the formal geometry and location of the historic sunken lawn, and much of the contemplative program of the Women's Garden, while also introducing the lushness of the Jackson Park Lagoon in order to give this important point of arrival a similar feel to that of the larger park. It will only be open water on rare high-water occasions, but the stormwater management system will ensure that sunken areas around the central lawn will be consistently wet and support a lush gardenesque character. Selection of the native water-loving plants and specimen trees will be guided by the Great Lakes Fishery & Ecosystem Restoration Project, which is currently reviving the planting of the park lagoons.

4. Plaza

Plazas were the park's dominant landscape type during the World's Fair, when Jackson Park was occupied by several large buildings that were connected by a series of plazas. On the Presidential Center Site, the Women's Building and the Horticulture Building were framed by Stony Island Avenue on one side and by the West Lagoon on the other. More than a century later the neighborhood it faces has become much more developed

and populated since the late 19th Century. No longer outside of the city, Jackson Park is now at the very heart of urban life. To create a more welcoming presence along the west side of the Presidential Center, facing the community and announcing the public nature of the Presidential Center's programming, a plaza and street landscape typology will be established along Stony Island Avenue, complementing the landscape-based types facing the park.

With respect to planting, the plaza type is defined by trees arrayed within paving, their canopies high and broad enough to ensure a sense of openness, and diffuse enough on top to permit sunlight to penetrate. At the sidewalk level along Stony Island Avenue, an at-grade, lower-plaza will serve as a vehicle drop-off zone and general point of arrival to the Presidential Center. This space is defined by a double row of shady trees, with surrounding bench structures that are designed to be both playful and functional. In this calm and shaded space, visitors will have the time to organize their plan and their belongings as they enter and leave the Presidential Center and Jackson Park. As the neighborhood-facing entrance to the Presidential Center, these trees will enliven the sidewalk and streetscape with fantastic fall color, and other engaging seasonal characteristics throughout the year.

The upper plaza, approximately 44,000 SF, is accessible by steps, or along accessible ramps. This space will be open and flexible, with the ability to host large and small community events alike. In addition to welcoming Presidential Center visitors, scholars, and staff, this will be a place to meet and connect to the Presidential Center happenings even if people are not there to visit the buildings. The combination of plaza, architecture, and streetscape will bring a high level of foot traffic to this edge of Jackson Park. In addition to entry to the heart of the Presidential Center facilities, the streetscape will feature multiple new pathways that will be embedded in landscape experience and welcome visitors directly into Jackson Park, and will link up with destinations throughout the park, including the Museum of Science and Industry.



RENDERING BY DBOX

Presidential Center birds-eye rendering looking north

While the construction of the Presidential Center will require the removal of approximately 350 existing trees, few of which were planted in Olmsted's original landscape and many of which are failing, they will be replaced with more than 400 trees appropriate for Chicago's climate. With the proposed removal of heavily trafficked vehicular routes in the park, air and noise pollution will be reduced, existing bird habitats will be improved and new wildlife will be attracted to this area of Jackson Park. This also restores the landscape's connection to the Lagoon and Lake Michigan and offers park-goers unimpeded pedestrian and bike access to the Museum of Science and Industry from the South Side.

The Foundation acknowledges the importance of public access to the open space surrounding the buildings contained in this PD and also acknowledges the City's goal of maintaining public recreational space within Jackson Park. The Foundation agrees that the general public shall have access to the open space to substantially the same extent as the general public enjoys with respect to the other open areas within Jackson Park, subject to (a) such reasonable rules and regulations as are maintained from time to time by the Foundation, which rules and regulations shall be consistent in all material respects with Park District rules and regulations then in effect or otherwise approved by the City, (b) permitted alterations made by the Foundation in accordance with the terms and conditions of the ground lease between the City and the Foundation, and (c) the Foundation's right to restrict access to all or portions of the open space on a temporary basis for special events consistent with the permitted use of the property. The Foundation's use of the open space for special events shall be conducted in accordance with rules and procedures set forth in a written agreement between the City (or, if applicable, the Park District) and the Foundation. The maintenance of such open space shall be the responsibility of the Applicant or appropriate designee. The parkland within the Presidential Center campus will be integrated into the park, not carved-out and separated from the rest of the public land. The ground lease between the City and the Foundation and state law require public access to the open spaces within the Presidential Center campus.

The result, after the modifications contained within these applications and the accompanying Lakefront Protection Applications made by Transportation and the Park District for adjacent and related improvements throughout Jackson Park, is that while the Park District is transferring 6.0 acres to Transportation control, Transportation is returning 8.0 acres to the park and another 3.7 acres internal to the Presidential campus, of which only one acre will be on inaccessible roofs and driveways. The result is a net gain of 4.7 acres of publically available open space throughout Jackson Park.

## ACCESS/CIRCULATION

Parking for the Presidential Center will be available in an approximately 151,000 square foot parking facility located entirely underground beneath the Presidential Center campus. Designed to accommodate approximately 440 cars, this structure will be located to the south of the Library building. Vehicular access to the garage will be on the east side of Stony Island aligned with the existing intersection of Stony Island and 61st Street; the signalization of this intersection is being investigated with Transportation. From the garage there will be no interior entrance to the Presidential Center; pedestrians will instead be directed to exit through multiple points away

from the vehicular ingress/egress drive in order to get out to Stony Island or directly into Jackson Park.

The gate to the service area is setback approximately 50' from the street and the driveway is open to the street for clear visibility of pedestrians in both directions. Incoming trucks can turn off of Stony Island into the driveway and wait in this area so thru traffic movements are not impacted; the entry to the parking garages has a similar configuration. CTA, private buses, and cars drop passengers off along the east side of Stony Island, between 60th to 62nd Streets. Bus operators are responsible for staging at approved locations identified by Transportation, the closest of which is Lot B at McCormick Place Lot B. Once on Stony Island, passengers can make their way to the Plaza or find park pathways to enter Jackson Park.



Presidential Center Right-of-Way Traffic and Drop-Off Plan



Presidential Center Pedestrian Access Plan

## SUSTAINABILITY

The Presidential Center will satisfy the requirements of the City of Chicago's Sustainable Development Policy by seeking (at minimum) Leadership in Environment and Design (LEED, v4) Platinum certification of all the buildings and Site.

Located in a historic landscape, the Presidential Center is designed to be responsible to the environment and to satisfy the requirements of the City of Chicago's Sustainable Development Policy. Design features such as the management and repurposing of stormwater, biodiversity through native plants, extensive green roofs, efficient building systems and monitoring, sustainable materials and natural light are some of the features that will enable Platinum certification.

With respect to sustainable performance, the Site is currently not in compliance with the City of Chicago Stormwater Ordinance. In peak storm conditions, excess water drains into city systems and into the Lagoon, affecting water levels, putting the U.S. Army Corps of Engineers' new plantings at risk. There are several impressive trees, vast flat lawn areas, and dense ornamental plantings around the Women's Garden that require substantial maintenance and water resources, but do not offer any substantial environmental benefits. Although the canopy is impressive at present, over 40% of the Site's trees are already in decline. With respect to its biological value, the Site's soils, most of which were brought in as fill in the 1800's, are in tenuous condition. As a requirement of LEED Platinum certification, the bulk of stormwater within the Presidential Center Site must be collected and contained within the Site. The collected stormwater will be re-purposed for irrigation. The landscape on the east edge of the Site continuing into the Women's Garden will also naturally filter stormwater through the use of native plantings suitable for a wet

environment.

## BULK/USE/DENSITY

This proposed PD will have a base zoning of POS-1 (Parks and Open Space, Regional or Community Park) and a maximum floor area of 420,424 SF (see PD Statement #8). Proposed uses include; community center, recreation building, and similar assembly use; community garden; passive open space; playgrounds; playing courts; trails for hiking, bicycling, or running; cultural exhibits and library and accessory uses related to the principal cultural exhibits and library uses, including, without limitation, research and administration, office, food and beverage retail sales (excluding package goods), eating and drinking establishments (including liquor) and accessory retail sales; special events and entertainment, including, without limitation, indoor and outdoor live and recorded musical or theatrical performances, communications services establishment, movies, large venues, banquet or meeting halls and other temporary uses; kiosks; at-grade, terrace and rooftop outdoor patios; parks and recreation uses not otherwise listed above, and non-accessory and accessory parking.

## EQUITABLE PARTICIPATION

The Foundation is anticipating creating 5,000 direct and indirect construction jobs and has committed to a goal of utilizing 35% MBE, 10% WBE and 5% to BEPD, VBE, SDVBE and LGBTBE contractors, as well as 50% of worker hours to residents of the City of Chicago and 7.5% to project area residents, all exceeding the parameters of the August 2017 Executive Order regarding Equitable Participation of projects presented to the Plan Commission. 2,500 direct and indirect permanent jobs are expected to be made available once the Presidential Center is operational.

## TOTAL PROJECT COST AND TIMELINE

The Foundation's preference is to break ground in 4th quarter of 2018 and open doors to the public in 2021. The anticipated construction cost is approximately $350 million.

## RECOMMENDATION

Lake Michigan and Chicago Lakefront Protection Ordinance Application

DPD has reviewed the project materials submitted by the applicant and has concluded that this proposal would be in compliance with the applicable Policies of the Lakefront Plan of Chicago and the Purposes of the Lake Michigan and Chicago Lakefront Protection Ordinance, as they apply to development in the Public-Use Zone, specifically:

- Policy No. 1 (Complete the publicly owned and locally controlled park system along the entire Chicago lakefront) – The longstanding goal of City residents and leaders, dating back to Burnham and Bennett's 1909 Plan of Chicago, has been to create a continuous public shoreline through the acquisition of private property and riparian rights along the lakefront. While this policy is not relevant where there are no private property interests to acquire, it is worth emphasizing that the project Site is and will remain publicly owned and controlled, and will remain devoted to public purposes. The City intends to enter into a long-term ground lease with the Foundation in accordance with the Museum Act of the State of Illinois. The ground lease will allow the Foundation to use the Site for the Presidential Center, and for no other purpose. If the Foundation ever ceases to use the

13

Site for this singular purpose, the City will have the right to terminate the lease and, if the lease is lawfully terminated, all Presidential Center campus buildings and improvements would revert to the Park District. The ground lease further requires the Foundation to comply with the Museum Act's free admission requirements and to provide public access to the open space surrounding the campus buildings in a manner consistent with the public's access to the rest of Jackson Park. It is expected that the Presidential Center, like the Museum of Science and Industry and the other museums in Chicago's parks, will be a permanent addition to Chicago's cultural landscape.

- Policy No. 2 (Maintain and enhance the predominantly landscaped, spacious and continuous character of the lakeshore parks) – The Lakefront Plan states that "[c]areful attention should be given to enhancing and expanding" the lakeshore park landscape as "existing portions are improved." (p.17) Policy 2 further recognizes that, although "[t]he dominant character of the lakefront is to be landscaped, spacious, and continuous," there is a co-existing goal of "providing diverse recreational and cultural opportunities for all the people of Chicago and the region." (p.17) As recommended in the Lakefront Plan, the development team has given "[c]areful attention" to providing new and enhanced landscaped spaces in Jackson Park while at the same time enhancing recreational, cultural and educational opportunities for residents and visitors. The project will also improve pedestrian connectivity through the park and to the lakefront.

- Policy No. 3 (Continue to improve the water quality and ecological balance of Lake Michigan) – This project will comply with all applicable City and Metropolitan Water Reclamation District regulations pertaining to the management of wastewater and stormwater runoff and will not negatively impact the purity and quality of the waters of Lake Michigan. As a requirement of LEED Platinum certification, the bulk of stormwater within the Presidential Center Site must be collected and contained within the Site. The collected stormwater will be re-purposed for irrigation. The landscape on the east edge of the Site continuing into the Women's Garden will also naturally filter stormwater through the use of native plantings suitable for a wet environment.

- Policy No. 4 (Preserve the cultural, historical and recreational heritage of the lakeshore parks) – Policy 4 is the most direct acknowledgement of the importance of the lakefront's cultural institutions to the City. The Lakefront Plan gives culture and recreation equal billing, and describes both uses as public in nature. The Lakefront Plan states that cultural "[f]acilities attracting users from the entire region ... are appropriately sited within the lakeshore parks" and other "large park locations," and advocates "[s]trengthen[ing] the regional aspect of the lakeshore parks." (p. 19) Jackson Park, like Lincoln Park, is a regional park – and just as the Lincoln Park Zoo, the Chicago History Museum and the Notebaert Nature Museum have welcomed visitors from throughout Chicago and beyond, the Presidential Center will be a local, national and even global destination. This is consistent with the unique history of Jackson Park. The South Park Commissioners hired Frederick Law Olmsted and Calvert Vaux to design the original South Park system and then hired Olmsted to redesign the original plan to accommodate the World's Columbian Exposition of 1893. 46 countries were represented at the World's Fair, over 20 million admissions were purchased, and dozens of temporary buildings and pavilions were constructed in Jackson Park. After the World's Fair, most of the buildings were dismantled or destroyed by fire, and Jackson Park underwent several additional redesigns. The Presidential Center, like the World's Fair, presents a rare opportunity to

14

enhance Chicago's cultural identity. The Presidential Center is anticipated to bring City residents and hundreds of thousands of visitors to Jackson Park and showcase the park's beauty to the nation and world. The project is undergoing historic review under Section 106 of the National Historic Preservation Act and the Foundation has pledged to enter into a Memorandum of Agreement to resolve adverse effects, if any. The design of the Presidential Center integrates into the western edge of Jackson Park. The low structures in the Presidential Center are proposed to be bermed and screened by integral plantings along the eastern elevation of the Center, recalling the planted berm of the existing Site. The proposed parking is completely underground so vehicles are not present in the park. Additionally, the view to and from portions of the Presidential Center, especially the Museum, reflects the original design intent of the Wooded Island by Frederick Law Olmsted, which was designed to provide a central place of refuge and a landscape in contrast to the immense and highly visible adjacent structures of the Fair. The Wooded Island and north Lagoon system were specifically designed in recognition of the views that this central picturesque island and lagoon would provide, and not exclude. The location and design of the Presidential Center does not encroach on any significant landscape remnant of the Fair. The Site was once the partial location of the Horticulture Building at the Fair, however, recent and extensive archaeological studies have revealed no new areas of archaeological significance. The closing of Cornell Drive to automobile traffic improves access by pedestrians through the park, across the lagoons to the lake, as intended by Olmsted and Vaux's 1871 Plan, as facilitated by the Cleveland design implementation overlay, and as reinforced by the implementation of the 1895 General Plan. Removal of six lanes of moving traffic and replacing with pedestrian path will substantially improve park-like acoustics for this area, and for the experience of the Wooded Island and lagoons to the east.

- Policy No. 6 (Increase the diversity of recreational opportunities while emphasizing lake-oriented leisure time activities) – Policy 6 focuses on increasing the "usability of the lakeshore parks" and expanding "choice of activity particularly for those who rely most on the public parks for their cultural and recreational experiences." (p. 21) The Presidential Center will offer a variety of active and passive uses to accommodate a broad range of ways in which people enjoy the lakefront, including multi-use trails, spaces to rest and reflect, space for outdoor concerts, a new Athletic Center for year-round sports and exercise, a public plaza for civic gatherings and an indoor auditorium for all-season lectures, conferences, presentations and other cultural and educational events. The close proximity of the Presidential Center to the University of Chicago, the Museum of Science and Industry, the DuSable Museum of African American Art, and other cultural institutions will contribute to and leverage the project over the course of time, ensuring that it is a growing asset for the community. The project will provide a balance between community-based and visitor uses of Jackson Park. A majority of the Presidential Center will be open to the public and free of charge. The Forum will primarily house programming spaces and community amenities for the public including a winter garden, auditorium, multi-purpose meeting space, recording studios, cooking facilities, and a restaurant. The Library will contain a new branch of the Chicago Public Library providing an educational and community resource for the South Side. The Presidential Center campus will be open to the public and seamlessly integrated within Jackson Park. The Great Lawn will welcome visitors approaching from the south and can be used for

passive and recreational activities include picnics and sport. The Plaza will open onto Stony Island and be a gateway to the campus buildings. The Women's Garden will maintain its current character and draw on the wetland landscape of the Lagoon. The Woodland area to the east of the campus will offer a landscape complementary to the Wooded Isle including areas of quiet contemplation. The active play areas and passive exploratory playscapes will be included within the Woodland area. With respect to lake-oriented leisure time activities, the project will encourage use of the lakefront through connecting pathways and the elimination of the Cornell roadway barrier.

- Policy No. 7 (Protect and develop natural lakeshore park and water areas for wildlife habitation) – The Presidential Center Site is adjacent to the planted margin and lagoon bordering the Wooded Island. Cornell Drive, now a five-lane thoroughfare which separates the Site and the Lagoon/Wooded Island will be replaced by a pedestrian path. The path will have a horizontal alignment more reflective of the carriage drives of both the 1871 and 1895 design eras, and will facilitate pedestrian access from the west, to the Lagoon and Wooded Island, and ultimately (after the replacement of the Darrow Bridge) access to the lakefront to the east. This change will have a positive effect on the rehabilitation of historic circulation system of the park. Additionally, areas of impervious pavement cover will be reduced by 80% as Cornell Drive reverts to a pedestrian path. Pavement reduction and associated run-off and stormwater management strategies associated with the Presidential Center will dramatically reduce the volume of stormwater runoff entering the Lagoon. Change of use from vehicular pavement to a pedestrian path will also reduce road pollutants from entering the stormwater system bordering the Lagoon. Salt spray and other airborn pollutants will also be reduced. The pathways and landscaped berms provide a naturalistic extension of the recently restored natural areas of the Wooded Island and adjacent Lagoon, extending these natural/habitat areas, replacing six lanes of traffic which disturb and damage natural habitat. In addition, this project is undergoing environmental review pursuant to the National Environmental Policy Act and will incorporate recommended measures to mitigate adverse environmental effects, if any.

- Policy No. 8 (Increase personal safety) – The project will increase public safety in a variety of ways. Cornell Avenue as it currently exists is a barrier to pedestrians. Removing these traffic lanes from the western region of the park facilitates safe pedestrian movement into the park from the west, and supports the redevelopment of a safe internal system of pedestrian circulation in the Park, as suggested by the South Lakefront Framework Plan. The project provides improved lighting, new pathways, clearer sight lines, and new amenities that will attract more people to Jackson Park and establish a safer means of traversing and monitoring activity. A dedicated drop-off lane on the east side of Stony Island Avenue allows buses, taxis and other vehicles to bring visitors directly to the Presidential Center's entrance that is fully ADA-accessible. The proposed widening of Stony Island will allow for the introduction of medians so pedestrians can more safely cross the street. ADA-accessible crosswalks will be added to intersections on Stony Island to facilitate pedestrian travel to and from the community on the west and the park on the east. The service area and parking garage are accessed from the east side of Stony Island. The service area allows scheduled deliveries to and from the Presidential Center. The gate to the service area is setback approximately 50' from the street and the driveway is open to the street for clear visibility of pedestrians in both

16

directions. Incoming trucks can turn off the street into the driveway and wait in this area so traffic is not impacted on Stony Island Avenue. The entry to the parking garages has a similar configuration. The driveway to the garage is aligned with the existing intersection at 61st Street. There is a single entry lane with a vehicle control gate setback approximately 80' Stony Island Avenue. There are two exit lanes from the garage allow vehicle to turn left to southbound traffic or right to northbound traffic. The open air setback allows clear visibility of pedestrian traffic on the sidewalk. A traffic signal at the intersection of 61st Street and Stony Island Avenue is being investigated with Transportation. The curbs at the driveway are flared to improve visibility and ADA access.

- Policy No. 10 (Ensure a harmonious relationship between the lakeshore parks and the community edge, but in no instance will further private development be permitted east of Lake Shore Drive) – The proposed improvement will provide enhanced public spaces, expanded year-round programming and evening entertainment options to invite the community to further enjoy Jackson Park; all amenities and improvements will be located west of Lake Shore Drive. The plaza will serve as a gateway between the neighborhood to the west and Jackson Park. Numerous pathways will offer entry into the park along Stony Island Avenue to enjoy amenities such as the Great Lawn, play areas, the Women's Garden, and Woodland Walk.

- Policy No. 11 (Improve access to the lakeshore parks and reduce through vehicular traffic on secondary park roads) – This proposal will help to improve access to Jackson Park, as well as other adjacent lakeshore park space, through the elimination of certain portions of South Cornell Drive and other roadways which cut through the park; the establishment of new pedestrian access points and ADA compliant design features; and, the establishment of new trail and pedestrian connections at various points in and around the Presidential Center and Museum of Science and Industry.

- Policy No. 13 (Ensure that all port, water supply, and public facilities are designed to enhance lakefront character) – The project is public in nature and will enhance lakefront character by increasing open space and creating additional recreational opportunities for the public to enjoy.

- Policy No. 14 (Coordinate all public and private development within the water, park and community zones) – The presence of this facility within the Public (Park) Use Zone, established pursuant to the Lake Michigan and Chicago Lakefront Protection Ordinance, requires analysis of the development by the Chicago Plan Commission and coordinated reviews by Transportation and the Park District, along with various other city, state and federal agencies, as well as elected officials and the general public.

- Purpose No. 1 (To promote and protect the health, safety, comfort, convenience and the general welfare of the people and to conserve our natural resources) –The Presidential Center will drive investments in infrastructure, education and economic revitalization to strengthen the South Side. Rather than an inactive archive of the President's time in office, this uniquely accessible center will create a vibrant space for learning and entertainment that will draw upon innovative technologies. The Presidential Center will serve as a locus for public engagement on culturally significant topics relating to the President's legacy and the themes that inspired the Obama presidency and the First Lady's initiatives. The Presidential Center's unique programming and facilities will lead

to greater use of the park, which in turn will promote community health, safety, and welfare, without negatively impacting the park's natural resources. To mitigate and reconcile some of the 20th Century changes that interfere with the public's contemplative and active enjoyment of the park, while also creating a context for the Presidential Center to feel at home in Jackson Park, the current design relies on the deployment of four landscape types, borrowed from the diverse character of the existing park throughout its history. These four types, outlined below, are plaza, watery, field, and woodland. This landscape typologies integrate active and passive recreation within the Site that are free for the public to enjoy.

- Purpose No. 2 (To identify and establish the Lake Michigan and Chicago Lakefront Protection District and to divide that District into several zones wherein any and all development or construction, as specified in Article V hereinafter, shall be specifically restricted and regulated) – The proposed development falls within the Public (Park) Use Zone of the Lake Michigan and Chicago Lakefront Protection District and will continue to be used consistent with and conform to the District's restrictions and regulations.

- Purpose No. 5 (To ensure that the lakefront parks and the lake itself are devoted only to public purpose and to ensure the integrity of and expand the quantity and quality of the lakefront park system) – This project, like the other museums and cultural institutions in Chicago's parks, will promote the public interest and enhance the lakefront park system. In Chicago, the following fourteen civic attractions are located in the City's parks and have formed membership organizations to promote and support museum attendance:

  o Peggy Notebaert Nature Center
  o Lincoln Park Conservatory
  o Lincoln Park Zoo
  o Chicago History Museum
  o Art Institute of Chicago
  o Shedd Aquarium
  o The Field Museum
  o Adler Planetarium
  o Miegs Field Terminal Museum
  o DuSable Museum of African American History
  o Garfield Park Conservatory
  o National Museum of Puerto Rican Arts and Culture (Humboldt)
  o Museum of Science and Industry
  o National Museum of Mexican Art

Although every one of these museums is privately operated and occupies parkland free of rent, they are not private museums in any common understanding of the word. They are dedicated to serving the public and devoted to promoting science, art, history, human culture and animal life through exhibits, workshops, films, lectures, and other public programming. All are operated by non-profit organizations, and all depend on private donations and private management and curatorial expertise. They enrich us individually, and they bring millions of people to the City's lakefront and other parks. The planned addition of the Obama Presidential Center to Jackson Park continues this heritage of the pairing of cultural institutions and parks, which is a significant and historic distinction for the Chicago park and boulevard system. It will increase recreational opportunities on the South Side of Chicago, bring more visitors to Jackson Park and the surrounding

communities, increase the use of surrounding open space, and improve safety. The ground lease between the City and the Foundation will ensure that the grounds surrounding the Presidential Center buildings remain open to the general public and devoted to a public purpose. Like the Museum of Science and Industry, Field Museum, Art Institute, Chicago History Museum, and other museums in Chicago's parks, the location of the Presidential Center in Jackson Park will signify the public nature of the Presidential Center and, at the same time, enhance the surrounding parkland.

With respect to the Policies and Purposes not enumerated here, DPD has determined that they have either already been answered, or are not applicable to development in the Public-Use Zone, or that the project will not have a detrimental effect on the Lake Michigan shoreline or any wildlife habitats therein. The project does not contemplate the introduction of new roadways directly connecting to the lakefront, does not reduce existing open space, and does not interfere with existing access to, or use of, Lake Michigan and its park system.

<u>Planned Development Application</u>

DPD has also reviewed the project materials submitted by the applicant and compared this proposal to existing development in the community. The areas north, south, and east of the subject property are open park space, with institutional and residential developments nearby to the west and with close proximity to Lake Michigan, Lake Shore Drive, the University of Chicago, and the Museum of Science and Industry. Based on that analysis, and pursuant to Section 17-13-0609-A, DPD has concluded that this proposal is appropriate for this Site and supports this development for the following reasons:

- Public review of this development took place at the following community meetings (per Section 17-8-0101)
  - Over 55 meetings to discuss not only the campus location, boundaries, building design and functions but the accompanying roadway changes and surrounding park improvements; there were over 6,100 total attendees at these various meetings, a list of which has been submitted with these reports.
- Promotion of unified planning and development (per 17-8-0102)
  - Since the announcement of the selection of Jackson Park as a home for the Presidential Center, DPD and the Foundation, in conjunction with Law and Transportation, the Park District and the Office of Mayor Rahm Emanuel, have been working with Alderman Leslie Hairston (5th Ward), numerous local and other interested individuals and organizations, along with state and federal officials, on the plans presented here today and their integration into the South Lakefront Framework Plan update.
- Promotion of economically beneficial development patterns that are compatible with the character of existing neighborhoods (per 17-8-0103)
  - The project is not only an educational, cultural, and recreational amenity which will complement Jackson Park, the Museum of Science and Industry and the University of Chicago, but a catalyst to spur economic development throughout its neighboring communities. The Presidential Center will be an economic engine for the city of Chicago by drawing hundreds of thousands of visitors to the Presidential Center every year, creating thousands of new jobs on the South Side,

and revitalizing historic Jackson Park the Presidential Center is estimated to support nearly 5,000 new, local jobs during its construction, and more than 2,500 permanent jobs once the Presidential Center opens. The Presidential Center will attract up to 760,000 annual visitors. The Presidential Center is designed to strengthen the establishment of Museum Campus South, as encouraged by the Chicago Department of Cultural Affairs and Special Events and encourage these visitors to explore the surrounding communities. The Foundation is committed to ensuring that the economic activity created by the investment of the Presidential Center will be experienced across the South Side and that the workforce for the construction and operations of the Presidential Center is reflective of the great diversity of the City of Chicago.

- Provides a level of amenities appropriate to the nature and scale of the project (per 17-8-0104)
  - The education and recreational provisions found in the Museum and Forum and Library buildings, as well as the Athletic Center are designed to serve the Presidential Center's visitors while also allowing public access to the Site's exterior open space all while being in accordance with the stipulations of the Chicago Zoning Ordinance. As a dynamic cultural attraction, the Presidential Center will house exhibition spaces, community resources including a winter garden, auditorium, food services, recording studios and meeting rooms, as well as a branch of the Chicago Public Library. The majority of the center will be accessible to the public including a vibrantly restored landscape with playscapes for children, a fruit and vegetable garden, and numerous active and passive landscape areas open to the general public and visitors to the center year round.
- Flexible application of selected bulk, use and development standards to provide a creative, urban design (per 17-8-0105)
  - As evidenced through the heights, elevation details and exterior materials of the buildings that make up the Presidential Center campus, and the various civic and community-focused functions anticipated to take place within, this proposal utilizes a modern approach to establishing a new cultural use in a Chicago park, as further described in this report and its associated exhibits (see PD Exhibits PD-05 through PD-08.3).
- Encourages the protection and conservation of natural resources (per 17-8-0106)
  - The Presidential Center campus will include over 18 acres of open space, will help enhance the passive elements of Jackson Park and reduce the negative impacts of vehicular passage through the park. The removal of roadways within and around the Presidential Center Site and beyond allows the addition of more parkland within Jackson Park and improved connectivity throughout the park and its amenities. The lakefront and Museum of Science and Industry can be accessed on foot from the west without crossing a road. Car traffic around the Presidential Center Site would be limited to Stony Island Avenue.
- Promotes the safe and efficient circulation of pedestrians, cyclists and motor vehicles (per 17-8-0904-A-1), and transit, pedestrian and bicycle use (per 17-8-0904-A-2) while minimizing conflict with existing traffic patterns in the vicinity (per 17-8-0904-A-4) and minimizing and mitigating traffic congestion associated with the proposed development (per 17-8-0904-A-5)

- o The removal of roadways within and around the Presidential Center Site inherently creates a safer environment for park visitors. Vehicular traffic to access the Site would be from Stony Island that is anticipated to be widened and made safer through the use of medians, safer crosswalks and curb bump-outs. There is only one vehicular entrance/exit to the Presidential Center parking garage that is aligned with an existing intersection at 61st Street. There is not a direct connection between the garage and the Presidential Center buildings. Visitors from the garage would exit onto Stony Island Avenue or directly into the park to encourage visitors to explore the park and surrounding communities. Increased pedestrian activity promotes safety. Pedestrian access to the Site would be made generous with a new sidewalk along the east side of Stony Island Avenue that connects to the plazas that surround the Presidential Center buildings. Numerous park pathways meet the sidewalk along the street allowing visitors to explore the Presidential Center Site and greater Jackson Park. A wide, multi-use north-south promenade runs along the east side of the Site and connects the bicycle trail from the Lakefront into the surrounding neighborhood. This same path also connects the Presidential Center Site to the Museum of Science and Industry and the park to the south.
- Parking areas should be designed and laid out to maximize pedestrian safety and ease of connections to adjoining property (per 17-8-0904-C-5) and project should provide safe and attractive walkways and pedestrian routes (per 17-8-0905-A-1)
  - o There is not a direct connection between the garage and the Presidential Center buildings. Visitors from the garage would exit at multiple points away from the vehicular ingress/egress drive in order to get out to Stony Island or directly into the park to encourage visitors to explore the park and surrounding communities. Increased pedestrian activity promotes safety. Pedestrian access to the Site would be made generous with a new sidewalk along the east side of Stony Island Avenue that connects to the plazas that surround the Presidential Center buildings. Numerous park pathways meet the sidewalk along the street allowing visitors to explore the Presidential Center Site and greater Jackson Park. Lighting within the Presidential Center Site will make area more inviting and safer.
- Emphasizes building entries through architecture and design (per 17-8-0905-A-4)
  - o At the sidewalk level along Stony Island Drive, an at-grade lower plaza will serve as a bus drop off zone and general point of arrival to the Presidential Center. In this calm and shaded space, visitors will have the time to organize their plan and their belongings as they enter and leave the Presidential Center and Jackson Park. The upper plaza is accessible by steps, or along accessible ramps. The upper plaza is framed by the three main buildings of the Presidential Center – the Museum, Forum and Library Buildings. Each has its own distinct entry at this level but are connected below. Visitors can also arrive at the upper plaza from the north and south through numerous park pathways incorporated into the Presidential Center's landscape.
- Service areas should be located away from the street (per 17-8-0906-D)
  - o The gate to the service area is setback approximately 50' from the street and the driveway is open to the street for clear visibility of pedestrians in both directions. It connects to the Library Building which will hold back-of-house functions for

the Presidential Center, such as mechanical space, facilities, storage and loading bays. The service area is covered and screened from Stony Island and Jackson Park with a publicly accessible landscaped roof.

- Architectural design should be of the highest quality (per 17-8-0907-A-1), unique to the purpose and location of the project (per 17-8-0907-A-2) and promote sustainable urban design (per 17-8-0907-A-3 and 17-8-0908-A)
    - The design, layout and functionality of the buildings are inviting and encourage active use by the general public. The materials have been selected to blend with the surrounding landscape and the structures are shaped to flow into the open space surrounding the Site. The campus' location within a park continues the city's tradition of mixing cultural destinations with open space to encourage greater use and enjoyment of both amenities. The buildings are designed to achieve LEED v4 Platinum ratings and will meet all City of Chicago sustainable and stormwater requirements.
- Provides inviting and usable open space (per 17-8-0909-A-1) with substantial landscaping (per 17-8-0909-A-2) that maximizes exposure to sunlight (per 17-8-0909-B-1) and allows public gathering space and activity (per 17-8-0909-B-2)
    - Over 18 acres of this 19.3 acre campus is designed to be open space that will be fully accessible by the general public under the same terms that govern all other Chicago Park District properties, including the remainder of the nearly 600 acre Jackson Park, in which this campus is proposed to be sited. The Museum Building is furthest north of the structures, to minimize the sunlight impacts and the balance of the Site is marked by below-grade structures covered with accessible landscaped roof systems or plaza space.

The project meets the purpose and criteria set forth in the Chicago Zoning Ordinance and its adoption would not have any adverse impact on the public's health, safety or welfare.

- Consistency with area plans (per 17-13-0308-A)
    - The Site lies within the boundaries of the South Lakefront Framework Plan and this proposal is consistent with such plan.
    - The project is consistent with the 2012 Chicago Cultural Plan, which envisions a Museum Campus South, and the Lakefront Plan of Chicago, which endorses the siting and development of museums in lakefront and large regional parks.
- Appropriateness of the proposed re-zoning (per 17-13-0308-B)
    - This re-zoning is compatible with existing cultural and open space development and strengthens the connectivity between Jackson Park and the residential neighborhood to the west. The Plaza serves as a gateway between the neighborhood to the west and Jackson Park. Numerous pathways offers entry into the Park along Stony Island.
- Character of the proposed development being in keeping with surrounding area (per 17-13-0308-C and 17-13-0609-B)
    - The Presidential Center structures and site plan provide an approach to development within and adjacent to open space which continues the city's rich history of blending cultural uses with park space.
- Zoning district classification comparisons (per 17-13-0308-D)
    - The proposed base zoning for this PD is consistent with other zoning districts,

FINAL

both adjacent to this Site and in the immediate area.
- Capacity of the public infrastructure facilities and city services at the time of occupancy (per 17-13-0308-E and 17-13-0609-C)
    - The project will comply with the requirements for access in case of fire and other emergencies and has been reviewed by the Mayor's Office for People with Disabilities and the Department of Transportation and all requested changes have been made. Copies of this application have been circulated to other city departments and agencies, and no comments have been received which have not been addressed in the application.

Based on the foregoing, DPD has the following recommendations:
- That this application, being in conformance with the provisions of the Lake Michigan and Chicago Lakefront Protection Ordinance, be approved, subject to compliance with the Site and Landscape Plans and Building Elevations presented before you today; and,
- That this application to establish a Planned Development be approved and that the recommendation to the City Council Committee on Zoning, Landmarks and Building Standards be "Passage Recommended".

Bureau of Zoning and Land Use
Department of Planning and Development