# **EXHIBIT 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS,
EASTERN DIVISION

| | |
|---|---|
| Protect Our Parks, Inc.; Charlotte Adelman; Maria Valencia and Jeremiah Jurevis; Plaintiffs, v. Chicago Park District and City of Chicago, Defendants. | No. 18-cv-03424 Honorable John Robert Blakey Magistrate Mary Rowland |

### DECLARATION OF WARD MILLER

I, Ward Miller, declare and state as follows:

This Declaration is based on my personal knowledge, and if I were sworn as a witness I would testify as follows:

1. My name is Ward Miller. I am the Executive Director of Preservation Chicago

2. In my position, as Executive Director for Preservation Chicago, I am involved in campaigns to encourage restoration and reuse of many of Chicago's historic buildings.

3. Preservation Chicago is a 501 (c) (3) non-profit preservation and historic advocacy organization which has for almost two decades worked on issues impacting Chicago's historic landmarks and landscapes and has committed to championing the protection, revitalization, and adaptive reuse of Chicago's unique and irreplaceable historically significant architecture, neighborhoods, and urban spaces.

4. In my position, as Executive Director for Preservation Chicago, I have knowledge, background, and work experience to provide both information and insights that are not available to the parties, or otherwise have not yet been raised.

5. In my in-depth research and analysis, I have discovered that there is no other situation

1

where a brand-new institution in a new building and a new campus has been situated in a historic Chicago park and landscape of such importance.

6. More specifically, I have discovered the following:

   a. Four of the museums located in Chicago took over existing buildings and remodeled and/or restored them in part (Museum of Science and Industry, The DuSable Museum of African American History, National Museum of Puerto Rican Arts & Culture, National Museum of Mexican Art);

   b. Three of the museums in the parks were built on the existing footprints of prior buildings, which were demolished for a new museum structure (The Art Institute of Chicago, Museum of Contemporary Art Chicago, Peggy Notebaert Nature Museum); and

   c. Four museums were built outside of existing parkland (Field Museum of Natural History, Shedd Aquarium, Adler Planetarium, Chicago History Museum [former cemetery grounds]).

7. Each of the eleven Museums in the Park was created and developed under circumstances that did not involve the destruction of parks or landscapes, and are inapposite to the circumstances surrounding the Obama Presidential Center. More specifically outlined below as follows:

   a. <u>The Art Institute of Chicago/ World's Congress Auxiliary Building, World's Columbian Exposition:</u>

The Art Institute of Chicago and what is referred to as the Allerton Building, the oldest section of the art museum, was constructed in 1893, fronting Michigan Avenue at Adams Street. The limestone-clad Beaux Arts style Allerton Building was designed by Boston architects Shepley, Rutan & Coolidge, successor to the firm of H. H. Richardson and one of

2

the most well-respected East Coast firms of the day. Attached as *Exhibit A* is a true and correct copy of Page 122 from Harold M. Mayer and Richard C. Wade's Book *Chicago: Growth of a Metropolis* which includes a description of the "glass and iron" Interstate Industrial Exposition building, noting that it was demolished to make way for the Art Institute. No part of what was to become Grant Park (originally known as Lake Park) was destroyed to place the Art Institute in its location. Montgomery Ward, the "Protector of Chicago's Lakefront," successfully halted the building of other permanent structures in what was later to be called Grant Park. Attached as *Exhibit B* is a true and correct copy of *Daniel H. Burnham and Chicago Parks* by Julia S. Bachrach a Chicago Park District Historian. A copy of which can also be found at https://www.chicagoparkdistrict.com/sites/default/files/images/page/burnham.pdf . Attached as *Exhibit C* is a true and correct copy of Encyclopedia of Chicago: Places of Assembly, which can also be found at www.encyclopedia.chicagohistory.org/pages/333.html giving a history of the Interstate Industrial Exposition Building which was razed in 1892 to make way for the newly constructed Art Institute of Chicago. Attached as *Exhibit* D is a true and correct copy of the School of the Art Institute's digital library on the history of the Interstate Industrial Exposition, http://digital-libraries.saic.edu/cdm/landingpage/collection/interstate

    b.   <u>The Museum of Science and Industry/ Palace of Fine Arts Building:</u>

The Museum of Science and Industry building, constructed in 1893, was originally built as "The Palace of Fine Arts" to house paintings and sculpture as part of the World's Columbian Exposition of 1893. Attached as *Exhibit E* is a true and correct copy of Pages 209-210 of Carl Condit's book *Chicago 1910-1929: Building, Planning and Urban Technology*, referencing the the Fine Arts Building of the Columbian Exposition "be suitably restored for use as a museum of

3

science and industry." Attached as *Exhibit F* is a true and correct copy of What's Left of the World's Columbian Exposition?, from the Worlds Fair Chicago 1893 website, which can also be found at https://worldsfairchicago1893.com/2018/04/28/whats-left-of-the-worlds-columbian-exposition/ . Attached as *Exhibit G* is a true and correct copy of the Encyclopedia of Chicago listing for the Museum of Science and Industry, which can also be found at www.encyclopedia.chicagohistory.org/pages/859.html , which references the decision to move the Museum into the former Palace of the Fine Arts Building. Attached is *Exhibit H* is a true and correct copy of Page 141 from the *Spectacle in the White City: The Chicago 1893 World's Fair* book by Stanley Appelbaum. *Page* 6 of the aforementioned *Exhibit B* makes reference to the Museum's location in the Fine Arts Building as well.

    c.    The Field Museum of Natural History:

The current Field Museum of Natural History (also known at one time as the Chicago Museum of Natural History) on what is now the Museum Campus was designed by Daniel Burnham and the D.H. Burnham Company Architects and was completed in 1922. The new museum building was originally to be sited on an axis with Congress Parkway and the Lakefront, just east of Michigan Avenue and on the approximate site of Buckingham Fountain. Attached as *Exhibit I* is a true and correct copy of the Field Museum's web site on the history of its building, which can also be found at www.fieldmuseum.org/about/history , noting that it was constructed "near Grant Park." Attached as *Exhibit J* is a true and correct copy of original Grant Park maps from the Chicago Public Library web site on the history of Grant Park, which can also be found at www.chipublib.org/blogs/post/history-of-grant-park-1909-14/ , showing the original park boundaries stopping north of what are now the Field Museum, the Shedd Aquarium and the Adler

4

Planetarium. Attached as *Exhibit K* is a true and correct copy of Page 29 from Carl Condit's book *Chicago 1910-1929: Building, Planning and Urban Technology*, where Note 27 references that "Grant Park acreage does not include the southward extension required for the Field Museum, Shedd Aquarium, and Adler Planetarium."

    d.    <u>The John G. Shedd Aquarium:</u>

John G. Shedd donated $2 million to build what would be the world's largest aquarium at the time. James Simpson, Shedd's successor as president of Marshall Field & Company, arranged for the South Parks Commission (predecessor of the Chicago Park District) to donate a circle of empty land it owned at the foot of 12th Street (now Roosevelt Road) for the site of the public aquarium. While today the Shedd may appear to have been constructed in a park, this is another case where the park came to surround the new building. Please note the previously cited *Exhibit I* showing the original Grant Park boundaries stopping north of the Shedd Aquarium. Please note the previously cited *Exhibit J* where Note 27 references that "Grant Park acreage does not include the southward extension required for the Field Museum, Shedd Aquarium, and Adler Planetarium." Attached as *Exhibit L* is a true and correct copy of the John G. Shedd Aquarium Listing from the Encyclopedia of Chicago noting that the Aquarium was built "just south of Grant Park," which can also be found at www.encyclopedia.chicagohistory.org/pages/1139.html.

    e.    <u>The Adler Planetarium:</u>

No parkland was disturbed, altered or destroyed in conjunction with the building of the Planetarium. The building was designed by Ernst Grunsfeld in about 1933 and was part of the "Century of Progress"- Chicago World's Fair of 1933. While the Adler Planetarium is not in a typical park, it appears to balance Navy Pier to the north in its overall plan, loosely following

5

Burnham's 1909 Plan of Chicago. Please note the previously cited *Exhibit I* showing the original Grant Park boundaries stopping north of the Adler Planetarium. Please note the previously cited *Exhibit J* where Note 27 references that "Grant Park acreage does not include the southward extension required for the Field Museum, Shedd Aquarium, and Adler Planetarium."

  f. DuSable Museum/ South Park Commissioners Headquarters:

The DuSable Museum of African American History was originally located in the home of Dr. Margaret Burroughs and founded in 1961. In the early 1970s the DuSable Museum relocated from Dr. Burroughs' home to the former South Parks Commission's Headquarters Building in Washington Park, an existing building dating to about 1910. The museum later expanded with an addition known as the Harold Washington Building, also within the framework of the Olmsted-designed park and its historic streets. Most recently, the museum expanded into the former Washington Park Horse Stables buildings, constructed by the noted firm of Burnham & Root and dating from the 1880s. These examples engage historic buildings and modest additions as needed for expansion, but within an existing framework of buildings and spaces not parkland. Attached as *Exhibit M* is a true and correct copy of Amina J. Dickerson's DuSable Museum from the The Encyclopedia of Chicago, edited by James R. Grossman, Ann Durkin Keating, and Janice L. Reiff (Chicago and London, University of Chicago Press, 2004), which can also be found at www.encyclopedia.chicagohistory.org/pages/398.html . Dickerson's history notes that the DuSable Museum's current home is a former Chicago Park District facility in Washington Park." Attached as *Exhibit N* is a true and correct copy of an excerpt from the Chicago Landmark Report on Margaret Griffith-Burroughs Home, which can also be found at http://margaretburroughs.com/Griffiths_Burroughs_House.pdf , noting that in 1973 the Museum

6

moved to the former South Parks Commission headquarters building in Washington Park. Attached as *Exhibit O* is a true and correct copy of a Washington Park history from Wikipedia, which can also be found at https://en.wikipedia.org/wiki/Washington_Park_(Chicago_park) , noting that "Architect Daniel H. Burnham's firm designed the 1880 limestone round stables… and the 1910 administrative headquarters for the South Park Commission….Today the administrative building houses (the) DuSable Museum of African American History." In the 2000s, the DuSable Museum of African American History restored the round stables as well for additional exhibit space. Attached as *Exhibit P* is a true and correct copy of a Washington Park Race Track history from Wikipedia, which can also be found at https://en.wikipedia.org/wiki/Washington_Park_Race_Track , noting that while the race track was eventually torn down the horse stables were kept intact and eventually restored into additional exhibition space for the DuSable Museum. Attached as *Exhibit Q* is a true and correct copy of an Architect's Newspaper story from December 29, 2017, which can also be found at https://archpaper.com/2017/12/chicagos-dusable-museum-roundhouse/ , which details the DuSable Museum's plans restoring the former Daniel Burnham-designed horse stable to complement its museum in the former Burnham-designed administration building. Attached as *Exhibit R* is a true and correct copy of an I Love Libraries 1999 interview with DuSable Museum Librarian Beatrice "Bea" Julian, which can also be found at www.ilovelibraries.org/article/dusable-museum-african-american-history , in which she notes that in 1970, "the Chicago Park District granted DuSable Museum's request for the former South Park Commission Administration Building built in 1911."

  g. <u>Peggy Notebaert Nature Museum (Chicago Academy of Sciences):</u>

The Peggy Notebaert Nature Museum was designed by Perkins & Will Architects and constructed in 1999 on the site of the former "Shops Buildings" or service buildings of Lincoln Park. These were demolished to allow for the new museum building on the footprint of the razed structure. These are excellent examples of a tradition of constructing a new building on the site and footprint of an old building – in this case mostly service structures -- as well as of reusing an historic building for another purpose that would benefit the public. Attached is *Exhibit S* is a true and correct copy the Notebaert Museum's history page of its web site, which can also be found at www.naturemuseum.org/the-museum/history , which notes that Lincoln Park Zoo negotiated a land swap with the Chicago Academy of Sciences. In exchange for the Laflin Building, the Zoo gave the Academy the "opportunity to build a new museum building on the site of the Park District's North Shops Maintenance Facilities."

  h. <u>Chicago Historical Society/Chicago History Museum:</u>

The Chicago History Museum, originally known as the Chicago Historical Society, was founded in 1856 and was a victim of the Chicago Fire of 1871, when most of its collections were lost to that tragic fire that also destroyed much of the Central Business District. The museum then occupied another building by Henry Ives Cobb, opened in 1896 and located at 632 N. Dearborn Street, the same site as the pre-fire building. It remained in this location for 36 years. In 1932 the Chicago Historical Society moved to the corner of Clark and North Avenue, at the edge of Lincoln Park, a site which was part of a former public

8

cemetery with a mausoleum, several markers and graves still remaining in part. The new Georgian-Federalist Style building was designed by Graham, Anderson, Probst & White. The museum expanded its facilities in 1972, with a new addition hugging Clark Street, which did not impact the Lincoln Park side of the building. Attached as *Exhibit T* is a true and correct copy a Chicago Reader article from May 15, 2008 titled "A Conservatory, a Zoo, and 12,000 Corpses," which can also be found at www.chicagoreader.com/chicago/a-conservatory-a-zoo-and-12000-corpses/Content?oid=1109775 , in which Park District Historian Julia Bachrach praised the researcher for her "focusing on the cemetery" history of the Chicago History Museum site.

    i.    Museum of Contemporary Art/Former Illinois National Guard Armory:

The MCA opened its doors in 1967, in a small building at 237 East Ontario Street, a former bakery building. To accommodate continued growth, in 1999 the MCA reached an agreement to construct a new building on the site on the partial footprint of the Illinois National Guard' s /1st Cavalry Illinois National Guard's Armory, also known as the Chicago Avenue Armory. In about 1993, the historic armory building was demolished and replaced with a new structure. The new MCA structure was restricted to building on half of the armory' s footprint and limited to not exceeding the height of the original armory structure. Attached as *Exhibit U* is a history page from the MCA's web site, which can also be found at https://www.mcachicago.org/About/History , where it is noted that the new museum was built on the footprint of the historic Armory building. Attached as *Exhibit V* is a true and correct copy of a May 8, 1988 Chicago Tribune article titled "Museum to build on armory site." Attached as *Exhibit W* is a true and correct copy of the Shifting Grounds web page (web exhibit and archive of

9

Armory/MCA site by Pamela Bannos, 2019) on The Armory Years, http://shifting-grounds.net/armory/thompson.html , including newspaper and editorial clips about plans to build the Museum of Contemporary Art on the former Armory site. Attached as *Exhibit X* is a true and correct copy of the Chicago Park District's web site on the history of Lake Shore Park, which can also be found at www.chicagoparkdistrict.com/index.php/parks-facilities/lake-shore-park#History , noting that the Armory building was demolished to make way for the Museum of Contemporary Art.

    j.    <u>The National Museum of Mexican Art/Harrison Park Natatorium:</u>

The National Museum of Mexican Art opened its doors in 1987 in Harrison Park. This is another example of reuse of an existing building in a park; the museum was located in a renovated natatorium building or enclosed pool house. In 2001, the museum expanded to a 48,000 square-foot, state-of-the-art facility on the same site and in 2006 took on a new name, the National Museum of Mexican Art. Attached as *Exhibit Y* is a true and correct copy of the Chicago Park District web page on the history of Harrison Park, which can also be found at www.chicagoparkdistrict.com/parks-facilities/harrison-carter-park , noting that the former natatorium building in the park was converted to become what is now called the National Museum of Mexican Art. Attached as *Exhibit Z* is a true and correct copy of a Chicago Tribune article from May 10, 1987 titled "Race for space," which notes that the National Museum of Mexican Art is "housed in a former boat craft shop in Harrison Park."

    k.    <u>National Museum of Puerto Rican Arts & Culture/Humboldt Park Stables:</u>

10

Located in Humboldt Park, the National Museum of Puerto Rican Arts & Culture is a particularly outstanding example of the reuse of an existing building. The museum is centered on renovating the historic Humboldt Park Horse Stables, an iconic building that has been culturally and historically significant to Chicago since the late 19th century. The stable building was listed on the National Register of Historic Places in 1991, but shortly afterwards a fire destroyed much of the roof and the second floor, and a long period of renovation began. Work on the exterior of the building were completed in 1998. The interior has undergone significant renewal with the building of several galleries and classrooms in 2010. In 2014, the second floor was fully renovated , adding another gallery space and administrative offices. Attached as *Exhibit AA* is a true and correct copy of the Humboldt Park History from Chicago Park District web site, which can also be found at www.chicagoparkdistrict.com/parks-facilities/humboldt-alexander-von-park#History , noting that the historic Humboldt Park stables now houses the National Museum of Puerto Rican Arts & Culture. Attached as *Exhibit AB* is from the National Museum of Puerto Rican Arts & Culture's web site, also found at https://nmprac.org/about/ , which notes its work restoring the historic Humboldt Park stables to house its museum. The restoration and thoughtful reuse of this extraordinary space has been heralded as a tremendous gift to the community.

8. Based on my research, no other park building or museum in Chicago's park system rises to 235 feet in the air as is proposed for the Obama Museum Tower, essentially the height of a 23-story building. Furthermore, no other museum or campus of buildings has been newly constructed and situated in a historic Chicago park.

## VERIFICATION

I declare under penalty of perjury, that the foregoing is true and correct.

_____
Ward Miller

Executed on this 4th day of February 2019.