**Declaration of Ward Miller**
List of Exhibits

Exhibit A:     Chicago: Growth of a Metropolis by Harold M. Mayer and Richard C. Wade, University of Chicago Press, Page 122

Exhibit B:     *Daniel H. Burnham and Chicago Parks* by Julia S. Bachrach a Chicago Park District Historian,
www.chicagoparkdistrict.com/sites/default/files/images/page/burnham.pdf

Exhibit C:     Encyclopedia of Chicago, Places of Assembly,
www.encyclopedia.chicagohistory.org/pages/333.html

Exhibit D:     School of the Art Institute Digital Library, Interstate Industrial Exposition,
http://digital-libraries.saic.edu/cdm/landingpage/collection/interstate

Exhibit E:     Condit, Carl; *Chicago 1910-1929: Building, Planning, and Urban Technology*, 1973, University of Chicago Press, Pages 209-210

Exhibit F:     What's Left of the World's Columbian Exposition?
https://worldsfairchicago1893.com/2018/04/28/whats-left-of-the-worlds-columbian-exposition/

Exhibit G:     Encyclopedia of Chicago, Museum of Science and Industry,
www.encyclopedia.chicagohistory.org/pages/859.html

Exhibit H:     Appelbaum, Stanley; *Spectacle in the White City*, 2009, Dover Publications, Page 141

EXHIBIT I:     Field Museum web site history,  www.fieldmuseum.org/about/history

Exhibit J:     Grant Park maps from the Chicago Public Library web site on the history of Grant Park, which can also be found at www.chipublib.org/blogs/post/history-of-grant-park-1909-14/

Exhibit K:     Condit, Carl; *Chicago 1910-1929: Building, Planning and Urban Technology*, 1973, University of Chicago Press, Page 29 Note 27

Exhibit L:     John G. Shedd Aquarium Listing from the Encyclopedia of Chicago,
http://www.encyclopedia.chicagohistory.org/pages/1139.html

Exhibit M:     Amina J. Dickerson's DuSable Museum, The Encyclopedia of Chicago,
http://www.encyclopedia.chicagohistory.org/pages/398.html

Exhibit N:     Chicago Landmark Report on Griffith-Burroughs Home Excerpt,
http://margaretburroughs.com/Griffiths_Burroughs_House.pdf

Exhibit O:        Washington Park History – Wikipedia,
                  https://en.wikipedia.org/wiki/Washington_Park_(Chicago_park)

Exhibit P:        Washington Park Race Track history from Wikipedia, which can also be found at
                  https://en.wikipedia.org/wiki/Washington_Park_Race_Track

Exhibit Q:        DuSable Museum restores historic horn barn into new exhibition space,
                  https://archpaper.com/2017/12/chicagos-dusable-museum-roundhouse/

Exhibit R:        History of DuSable Museum Interview with Librarian Beatrice "Bea" Julian, 1999,
                  www.ilovelibraries.org/article/dusable-museum-african-american-history

Exhibit S:        History from Peggy Notebaert Nature Museum Web Site,
                  www.naturemuseum.org/the-museum/history

Exhibit T:        Chicago History Museum built on former cemetery site, Chicago Reader, May 15, 2008,
                  www.chicagoreader.com/chicago/a-conservatory-a-zoo-and-12000-
                  corpses/Content?oid=1109775

Exhibit U:        History of MCA from MCA web site, https://www.mcachicago.org/About/History

Exhibit V:        "Museum to be built on old armory site," *Chicago Tribune*, May 6, 1988

Exhibit W:        Shifting Grounds Exhibit on The Armory Years,
                  http://shifting-grounds.net/armory/thompson.html

Exhibit X:        History of Lake Shore Park (and former Armory/current MCA location),
                  www.chicagoparkdistrict.com/index.php/parks-facilities/lake-shore-park#History

Exhibit Y:        Harrison Park History – Chicago Park District,
                  www.chicagoparkdistrict.com/parks-facilities/harrison-carter-park

Exhibit Z:        "Race for space," *Chicago Tribune*, May 10, 1987

Exhibit AA:       Humboldt Park History from Chicago Park District Web Site,
                  www.chicagoparkdistrict.com/parks-facilities/humboldt-alexander-von-park#History

Exhibit AB:       About Us from the National Museum of Puerto Rican Arts & Culture Museum Web Site,
                  https://nmprac.org/about/

**EXHIBIT A**

EXHIBIT A

122

**1. Inter-State Industrial Exposition Building**
Rebuilding and confidence had grown so much by the spring of 1872 that Chicagoans began planning an exposition to call attention to their acheivement. To house the exposition, city fathers called on W. W. Boyington, who designed a glass and iron building, extending from Adams to Jackson. Opening in September, 1873, and running only 18 days, the exposition attracted 60,000 people to view the "material and cultural progress of Chicago and the Northwest." The building, which housed an annual exposition, stood until 1892, when it was razed to make way for the Art Institute. This photograph was taken in 1888–89 from the tower of the newly constructed Auditorium. (Courtesy Chicago Historical Society.)

**2. Union Stock Yards, 1889**
Chicago's Stock Yards was an impress[ive] sight to visitor and resident alike. Willia[m] Hardman, for example, found even the statistics nearly incomprehensible in 188[?] "360 acres of land and forty miles of railway track . . . in connection with all

and the rolling mills also survived. The McCormick reaper plant was destroyed, but its owners had decided even before the fire to relocate at Western and Twenty-second, along the South Branch, where land was cheap and more abundant. Most of the other manufacturers rebuilt as soon as the wreckage could be removed and financing obtained.

The railroads, too, moved to restore their facilities and renew regular service. Most of the freight terminals on the edge of town escaped damage, but nearly all the passenger depots were destroyed. The new stations expressed not only a faith in the revival of Chicago but also the central role of railroads in the life of the city. Companies lavished money and care in making them attractive gateways to the midland metropolis and symbols of its industrial power. Monumentally large and spacious, they were to the modern city what public buildings had been to Rome and the cathedral to the medieval town.

The fire dislocated the working population more than it did the business and industrial facilities. Most of the 100,000 homeless came from this group, and few had the resources to recover quickly. In addition, the new ordinance forced them to find housing outside the "brick area" downtown. As a result, they crowded into wooden cottages that ringed the inner city a short distance from the business center. In a broad semicircle about a mile wide, from Fullerton Avenue and Lincoln Avenue on the north to State



1



2

# EXHIBIT B

EXHIBIT B

# Daniel H. Burnham and Chicago's Parks

### by Julia S. Bachrach, Chicago Park District Historian



Daniel Hudson Burnham from a painting by Zorn , 1899, (CM).

In 1909, Daniel H. Burnham (1846 – 1912) and Edward Bennett published the *Plan of Chicago,* a seminal work that had a major impact, not only on the city of Chicago's future development, but also to the burgeoning field of urban planning. Today, government agencies, institutions, universities, non-profit organizations and private firms throughout the region are coming together 100 years later under the auspices of the Burnham Plan Centennial to educate and inspire people throughout the region. Chicago will look to build upon the successes of the Plan and act boldly to shape the future of Chicago and the surrounding areas. Beginning in the late 1870s, Burnham began making important contributions to Chicago's parks, and much of his park work served as the genesis of the *Plan of Chicago.* The following essay provides a detailed overview of this fascinating topic.

## Early Years

Born in Henderson, New York in 1846, Daniel Hudson Burnham moved to Chicago with his parents and six siblings in the 1850s. His father, Edwin Burnham, found success in the wholesale drug business and was appointed presidet of the Chicago Mercantile Association in 1865. After Burnham attended public schools in Chicago, his parents sent him to a college preparatory school in New England. He failed to be accepted by either Harvard or Yale universities, however; and returned home in 1867.



Plan for Lake Shore from Chicago Ave. on the north to Jackson Park on the South , 1909, (POC).



Burnham at age nineteen, CM.

Burnham worked briefly in business and politics, and then became an apprentice in the architectural office of Jenney & Loring. The firm was established by one of Chicago's most influential architects and landscape designers, William Le Baron Jenney (1832 – 1907). Trained in architecture and engineering in Paris, Jenney had served as an engineering officer during the Civil War. While at Vicksburg, Jenney met Frederick Law Olmsted Sr. (1832 – 1902) who was there as a member of the United States Sanitary Commission. Olmsted, who is now considered the nation's most famous landscape architect, had created the original plan for New York City's Central Park only a few years earlier. In 1868, he and his partner Calvert Vaux designed Riverside, Illinois; the first planned community in America. Jenney had settled in Chicago after the Civil War, and Olmsted and Vaux hired him as the project architect to design buildings for Riverside and to oversee the implementation of its naturalistic landscape.

Jenney would soon go on to produce the original plans for Chicago's West Park System, which includes today's Humboldt, Garfield, and Douglas parks. Jenney also designed buildings and structures in Lincoln Park. In fact, when Burnham began to train in Jenney's office, one of his first



Rendering of Lincoln Park Bridge, ca. 1880, (CPDSC).

assignments was to take dimensions and make sketches of bridges in Lincoln Park. Burnham reported, "It is very engaging work and I enjoy it." Not long afterwards, he wrote, "I shall try to become the greatest architect in the city or the country."



John W. Root, n.d. (CM).



Above:
Olmsted and Vaux's Original Plan of South Park, 1871, (CPDSD).

To the Right:
Burnham and Root 's Jackson Park Bridge now known as the Clarence Darrow Bridge, ca. 1893, (OA).



After the apprenticeship, Burnham moved to Nevada to try his hand at silver mining. When this venture failed, he returned to Chicago and worked briefly for several architects including John Van Osdel. In 1872, the firm of Carter, Drake & Wight hired Burnham as a draftsman, a position that proved extremely significant to his future career. One of the partners, Peter B. Wight became a supportive mentor who helped Burnham develop his drawing skills. At the firm, Burnham met a young and talented architect, John Welborn Root (1850 – 1891), who would play an even greater role in his career and life. Born in Georgia, Root moved to England during the Civil War. After studying architecture and engineering in England and America, he worked for several architects in New York including Wight. Root followed Wight from New York to Chicago and became head draftsman for Carter, Drake & Wight. Burnham and Root formed a close friendship and the two decided to form their own partnership in 1873.

After several lean years, Burnham & Root received an important commission in 1875. John Sherman (1825 – 1902), founder of Chicago's Union Stock Yards, hired the young architects to design his new home on Prairie Avenue, then one of the city's most fashionable streets While working on the project, Burnham fell in love with Sherman's daughter, Margaret, and the two were married in the new house in January of 1876. The success of the design project and prominence of the Sherman family quickly brought attention and new clients to the firm.

**Burnham & Root and the South Park Commission**

Sherman became a member of the South Park Board of Commissioners in 1878. One of three park districts chartered by

state legislation in 1869, the South Park Commission (SPC) was responsible for creating and managing a 1055-acre park and a ribbon of boulevards that would connect with Lincoln Park and the West Park System. Olmsted laid out the original plan for South Park, which included the Eastern Division (later renamed Jackson Park), Western Division (Washington Park), and the Midway Plaisance, a broad tree-lined boulevard between the two large landscapes.

Soon after Sherman's appointment, Burnham & Root began receiving work from the SPC. Among their earliest projects were a fountain and a phaeton (horse-drawn carriage) depot on Oakwood Boulevard near Washington Park, and a bridge in Jackson Park. According to the Chicago Daily Tribune (July 27, 1879), the fountain was composed of cut stone

and bronze and had two tiers of water cascading and soft colored lights to emulate "perpetual moonlight." The dark stone Gothic Revival style phaeton stand was compared to a similar structure in New York's Central Park.

Burnham & Roots iron and stone bridge spanned over an arm of Jackson Park's North Pond (also called the Columbia Basin) that connected with the East and West Lagoons. The 1879-1880 *Annual Report of the South Park Commissioners* described the bridge construction as among the "most important work" in the park. Although the decking was later changed, the elegant masonry structure remains. In 1957, the bridge was officially named in honor of Chicago's notorious lawyer Clarence Darrow (1857 – 1938) who lived nearby and had his ashes scattered in the North Pond.

Burnham & Root also designed Washington Park's stables and roundhouse, an impressive structure composed of Joliet Limestone. Completed in 1880, this is currently the oldest existing building in the park. It originally provided facilities to stable approximately 60 horses, and space for the storage of phaetons and sprinkling carts. The commissioners later remodeled the building to accommodate more than 100 horses. Even after the automobile became popular, the stables housed horses used by the mounted police, supply and delivery wagons, street sweeping and sprinkling, and the University of Chicago's artillery unit. In the 1930s, the Chicago Park District began using the roundhouse as a central storage facility for costumes, sets, and props for the drama programs throughout the system. Today, the DuSable Museum of African American History has plans to rehabilitate the building as part of an expansion program.


Washington Park Stables and Roundhouse, 2003.

Another early masonry building designed by Burnham & Root no longer exists. Originally called the Jackson Park Shelter, it was built near 56th Street overlooking the lakefront in 1888. The granite structure had a slate roof and included a large open shelter with a dance floor and an attached turret. Available to park patrons in the daytime and evenings during warm seasons, the shelter could be reserved and used free of charge. In 1893 the shelter was expanded and transformed into the Iowa State Building for the World's Columbian Exposition. The Chicago Park District razed the original building in 1936 when South Lake Shore Drive was widened. (Shortly thereafter, a nearby limestone shelter was named in honor of the old Iowa Building.)


Jackson Park Shelter, ca. 1910, (CPDSC).

The last building produced by the Burnham & Root partnership for the SPC was the Washington Park Refectory. The firm designed this classically inspired building in 1891. Constructed the following year, the buff colored Roman brick building has a hipped roof with four square rooftop towers that rise above the roofline. At the first story level, the east and west facades extend into a lower wing with a shallow hipped roof. Along the north, east, and west facades of the first story level, an open loggia is edged by colonnades of Doric white terra cotta columns.


Washington Park Refectory, 2003.

In its early years, the building provided refreshment rooms, a kitchen, and administrative office space for the South Park Commissioners. Among the Refectory's fine original interior features was a mosaic floor. Created by Murdoch, Campbell & Co., the mosaic tiling lined the vestibule and refreshment rooms of the first floor. (Today, a small remnant has been preserved and is on display.) The Chicago Park District remodeled the building in the 1930s when adjacent swimming pools were added. The facility underwent a major rehabilitation project in the early 1990s.

**World's Columbian Exposition**

When the United States Congress officially selected Chicago as the site of the World's Columbian Exposition in 1890, Burnham and Root were named the consulting architects and Olmsted as the consulting landscape architect for the Fair. Olmsted recommended Jackson Park as the site for the fairgrounds because of its largely unfinished condition and its proximity to Lake Michigan. He believed that lake would provide a dramatic backdrop and would serve as an inspiration for the design of the entire campus. The architects soon began working with Olmsted and his associate Henry Codman to develop a general scheme for the fairgrounds.



Unimproved Jackson Park site before the World's Columbian Exposition, ca. 1890, (OA).



Map of the World's Columbian Exposition, 1893, (CPDSC).

Olmsted later explained that during an early design meeting:

"...a crude plot, on a large scale, of the whole scheme was rapidly drawn on brown paper... The plot, formed in the manner described, contemplated the following as leading features of design: That there should be a great architectural court with a body of water therein; that this court should serve as a suitably dignified and impressive entrance-hall to the Exposition, and that visitors arriving by train or boat should all pass through it; that there should be a formal canal leading northward from this court to a series of broader waters of a lagoon character, by which nearly the entire site would be penetrated, so that the principal Exposition buildings would each have a water as well as land frontage, and would be approachable by boats..." (from: *World's Columbian Exposition Report of the Director of Works* 1892, 4-5).

Burnham & Root selected a group of the nation's most significant architects to de-sign the Fair's buildings. After receiving criticism for not including any local architects, they added several important Chicago firms such as Adler & Sullivan and Jenney and Mundie.

In January of 1891, Root died suddenly of pneumonia. Despite mourning the loss of his friend and partner, Burnham had to continue rapidly with planning the Fair as its chief of construction. Later, his title changed to director of works. Working with Olmsted, the World's Fair architects, gifted artists such as painter Francis D. Millet, and many sculptors including Augustus St. Gaudens, Lorado Taft, and Daniel Chester French, Burnham transformed the raw lakefront site into a gleaming "White City." It had magnificent waterways lined with Beaux Arts style buildings made of a temporary plaster material known as staff. The most iconic part of the design was the Court of Honor with French's monolithic gilded *Statue of the Republic* at the eastern end. In contrast with the formal character of the fairgrounds, the Wooded Island was a lush naturalistic landscape with ancient native oaks, and masses of other newly planted trees and shrubs, many of which were native species.



Court of Honor Looking East, 1893, (FBV).



Statue of the Republic, c. 2005.

More than 27 million visitors attended the World's Columbian Exposition during a six-month period which ended in late October of 1893. The intent had always been for the Fair to be temporary, and the South Park Commissioners soon began efforts to turn the site back into parkland. In January of 1894 a series of fires destroyed many of the plaster structures. Later that year, the Chicago Wrecking and Salvage Co. demolished most of the remaining buildings. An exception, however, was the Fine Arts Palace. It had been built with a fire-vaulted interior. Due to its more permanent internal structure, Burnham and the commissioners decided to retain the building. Department store magnate Marshall Field gave $1 million to purchase anthropological artifacts that had been exhibited at the exposition. They were soon housed in the old Fine Arts Palace, which became the "Field Columbian Museum." In the late 1920s, an even larger donation from businessman and philanthropist Julius Rosenwald funded the transformation of the then vacant "Columbian Museum" into the Museum of Science and Industry.

Olmsted's firm, then called Olmsted, Olmsted, and Eliot, created a new plan in 1895 to return the fairgrounds back into parkland. The plan continued to incorporate interconnected lagoons, and accommodate boating. Burnham's architectural office, which had become known as D.H. Burnham & Co. following Root's death, continued working for the SPC. As part of the Jackson Park redesign, the firm produced plans for two classically-inspired boat houses that were built along the shore of the West Lagoon in 1896 and 1906. The first one served as a principal station for rowboats and canoes while the other provided an electric launch station. Neither structure exists today.

**Neighborhood Parks Movement**
At the turn of the century, the South Park Commissioners hired Burnham & Co. and the Olmsted Brothers to create an innovative system of new parks for overcrowded tenement districts within their jurisdiction. The city had recently experienced tremendous industrial growth and the population was surging. In 1869, when the original park commissions were formed, Chicago had 300,000 residents. By 1900, that figure had increased to 1.7 million, and nearly 750,000 people were living about a mile away or farther from any park. Deplorable living and working conditions had devel-


South façade of Museum of Science and Industry, c. 2005.

oped throughout the area and the South Park Commissioners and General Superintendent J. Frank Foster believed that a new type of park could provide breathing spaces and serve as vehicles of social reform for these neighborhoods.

In 1901, the South Park Commissioners acquired a 34-acre site near the stockyards to create an experimental neighborhood park. Named in honor of President William McKinley, the site was improved with ball fields, playgrounds, swimming and wading lagoons complete with changing rooms. The park proved to be such a great success, that when the SPC held its formal dedication the following summer, more than 10,000 people attended.

Foster and the commissioners soon began developing plans for a more ambitious system of neighborhood parks that would provide recreational programs and social services and open space to the densely populated neighborhoods throughout their district. In 1903, they contacted the Olmsted Brothers and D.H. Burnham & Co. to solicit some general design ideas for the proposed parks. The Olmsted Brothers

firm, which had been formed by Olmsted Sr.'s stepson John Charles Olmsted (1852 – 1920) and son, Frederick Law Olmsted, Jr. (1870 – 1957), responded with a detailed letter with landscape design recommendations. Burnham also had great interest in the project, but at the time he was awaiting the arrival of Edward H. Bennett (1874 – 1954) a young and talented architect who would come from New York to join his firm and head the project.

Foster suggested that in addition to the ball fields, swimming facilities, and playgrounds that had been tested in McKinley Park, the new parks should also provide a variety of other features. These included separate outdoor gymnasiums for men and women, running tracks, children's sand courts, and a new type of building, the field house. Based on the precedent of Chicago's settlement houses, these innovative park buildings would provide athletic, educational, recreational programs and social services throughout an entire year. This was particularly useful because Chicago's cold climate had traditionally limited park use from early spring to late fall.


Cornell Square, 1905, (CPDSC).





To the Left:
Davis Square children receiving bathing suits, 1905, (CPDSP).

To the Right:
"Typical" field house Library, 1905, (CPDSC).

The original system of new parks included six considered squares because they were less than 10-acres in size and eight referred to as small parks because they were larger than 10-acres. The design for each of the 14 parks was to include the program components conceived by Foster. Although every plan incorporated comparable features and basically followed a prototypical scheme, the Olmsted Brothers believed it important to give each park its own individual design. Similarly, Bennett drew influence from the classicism of the World's Columbian Exposition, while creating a uniquely designed architectural complex for each park.

When Bennett joined the project, he entered an undefined area in architecture. Although Burnham's firm already had a long and productive relationship with the SPC, earlier park structures provided functions that were quite unlike those of a field house. Until this time, structures tended to have a single utilitarian purpose such as a stables or a conservatory, and many park buildings such as a refectory (a party-building) were opened only during warm weather. Inspired by Chicago's settlement house movement, the new field houses offered a variety of functions within a single architectural complex. The buildings included indoor gymnasiums, allowing for year-round active recreation in the parks for the first time. Shower rooms with lockers and changing facilities and outdoor swimming pools would provide many residents of the surrounding neighborhoods greatly-needed access to public bathing. As the field houses also had clubrooms, auditoriums and some of the earliest branches of the Chicago Public Library, the facilities also served as social and educational centers for their communities.

The building material selected for nearly all of the field house complexes was exposed aggregate concrete. From this material, which was also known as "marblecrete" or "popcorn concrete," buildings could be constructed quickly, relatively inexpensively, and ornamentation could be molded directly into facades. Although the buildings relied on classical details, the material allowed for a visible expression of the small pieces of aggregate, and the rough-cast character required that details be rendered in a simplified vocabulary devoid of intricacies.

By late fall of 1905, the first 10 new neighborhood parks had been built and opened to the public These included Armour, Russell, Cornell, Mark White (later renamed McGuane), and Davis squares, as well as Sherman, Hamilton, Ogden, Bessemer, and Palmer parks. The remaining four properties— Marquette, Fuller (originally intended as a square) and Calumet parks, and Hardin Square were delayed for various reasons. The ten finished parks were extremely well received. In fact, by the end of 1906 hundreds of thousands of people from congested south side neighborhoods had collectively visited these parks more than five million times.

It became quickly apparent that the new South Side parks would provide a model for the entire country. Burnham & Co. and the Olmsted Brothers had national reputations and both firms presented the Chicago prototype to professionals and clients in many other American cities In 1907, when Chicago hosted the Playground Association of America's first annual conference President Theodore Roosevelt recommended that park administrators throughout the country should come to "… see the magnificent system that Chicago has erected in its south park section, one of the most notable civic achievements in any American city."

In 1911, the Fuller Park field house complex opened to the public. Although this was the last neighborhood park that the D.H. Burnham & Co. had designed in Chicago, the SPC continued creating similar field houses for many years to follow. Today, a number of the Burnham-designed field houses retain historic integrity including Davis, Armour, and Cornell Squares; Sherman, Hamilton, Bessemer, and Palmer parks; as well as Fuller Park, which has more of its original architectural fabric than any of the others.



Above:
Cornell Square, 2005.

To the Right:
Fuller Park, 2008.

## Burnham's Plans for Grant Park

As Burnham and Bennett were designing innovative field houses for tenement neighborhoods on the South Side, they also continued to focus on downtown. In the 1880s, Burnham & Root had produced some of the world's first skyscrapers such as the Montauk and the Rookery buildings in Chicago's Loop. After Root's death, D.H. Burnham & Co. made new contributions to the Chicago School of Architecture with the Reliance and Railway Exchange buildings and other noteworthy skyscrapers. Burnham's interests, however, went much beyond these significant downtown buildings. In the mid 1890s, along with many prominent Chicago businessmen, representatives of the City of Chicago, the SPC, and other high profile designers, Burnham began developing plans for Lake Park (also called Lake-Front Park, and later renamed Grant Park.)

A City Council subcommittee formed in 1895 to consider enlarging the downtown park by adding more landfill, a practice that had begun decades earlier. There was one existing museum in the park— the Art Institute of Chicago which had recently occupied the former World's Congresses Building, the only World's Fair structure that had not been built in Jackson Park. Although the Field Columbian Museum had only recently opened in Jackson Park, there was already strong consensus that the institution should erect a permanent museum in Lake Park. A new Crerar Library and Illinois National Guard building were also being considered for the park as well as a new city hall and other municipal buildings. Burnham and Charles Atwood, a talented architect on his staff who had helped design the World's Fair grounds, began developing a new plan for Chicago's "Front Yard."



Art Institute of Chicago, c. 2005.



To the Right:
Olmsted Brothers Revised Preliminary Plan of Grant Park, 1908, (CPDSC).

Below:
Landfill and Field Museum of Natural History, ca. 1920, (CPDSC).

Burnham and Atwood's preliminary plan for Lake Park (soon to be named Grant Park) emulated the "White City" on a smaller scale. They placed a monumental neo-classical Field Museum as the centerpiece, symmetrically surrounding it with many smaller structures including a permanent exposition building for the City of Chicago. In 1895, Burnham and Atwood presented the scheme to the subcommittee. According to the *Chicago Tribune* this would provide a "speedy transformation of the Lake-Front into a beautiful park, with splendid buildings, large play grounds, noble statuary, graveled walks, macadamized drives," and a reproduction of the fair's huge decorative fountain by sculptor Frederick MacMonnies.

During this period, other prominent designers and organizations suggested alternative schemes that would include new buildings, while also retaining the open views of Lake Michigan. Interestingly, Burnham's early mentor, Peter B. Wight helped develop one of these alternative plans on behalf of the Municipal Improvement League. This proposal, which also made strong reference to the World's Columbian Exposition design, relied on a large "Court of Honor" basin as the center piece, and placed the proposed buildings along the edges.

Between 1896 and 1903, the City had transferred ownership of the entire Lake Park site to the SPC and renamed it to honor Ulysses S. Grant. Burnham continued developing his vision for Grant Park as a formal Beaux Arts style landscape with the Field Museum as the centerpiece. The South Park Commissioners supported the idea, and hired the Olmsted Brothers to help Burnham fully develop this scheme. The South Park Commissioners intended to move swiftly to improve Grant Park following Burnham's recommendations, however; they faced a major impediment. Mail order magnate Aaron Montgomery Ward had waged a series of legal battles to protect Grant Park's green space and open views based on early land restrictions to keep the site "free and clear of buildings" and other major obstructions. The lawsuits delayed construction; however, landfill operations continued to enlarge the size of Grant Park.

Many Chicagoans blamed Ward for Grant Park's raw and unfinished appearance over a long period of time. In a rare interview that he gave to the *Chicago Tribune* in 1909, he voiced frustration about the lack of public support for protecting the open space. He said, "Had I known in 1890 how long it would take me to preserve a park for the people against their will, I doubt if I would have undertaken it." Ward also explained, "I fought for people of Chicago, not the millionaires… Here is park frontage on the lake, comparing favorably with the Bay of Naples, which city officials would crowd with buildings, transforming the breathing spot for the poor into a showground of the educated rich." At the time, the park remained unimproved as the battle continued in the courts.

## Burnham's Vision for Green Space and the Plan of Chicago

While developing ambitious plans for Chicago's "Front Yard," Burnham also began envisioning a magnificent stretch of new parkland between Grant and Jackson parks. For this new lakefront green space, Burnham suggested a series of manmade islands, lagoons and harbors, beaches, meadows, and playfields. The SPC called the project the "Outer Park Boulevard," or the "South Shore Development." Burnham briefly suggested this addition to the lakefront as an exclusive residential development, but soon decided that it should be a public park, a "playground for the people." The linear green space would have a scenic drive with a series of attractive rustic bridges crossing the lagoons at regular intervals would buffer views of the Illinois Central railroad. Burnham believed that this new waterway would compare favorably with "the Thames, the Seine, and the canals of Venice."



General map showing topography, waterways, and complete system of streets, boulevards, and parks, 1909, (POC).



View looking over the lagoons of the proposed park for the South Shore, painted for the Commercial Club by Jules Guerin, 1909, (POC).

After Edward H. Bennett joined the firm, he assisted on the lakefront plans. These proposals served as the genesis for Burnham and Bennett's 1909 *Plan of Chicago*, a seminal document which was beautifully illustrated by Jules Guerin. In a caption to one of Guerin's drawings of the new lakefront green space south of Grant Park, the planners explained the practicality of creating new acreage from landfill: "This park may be built almost without cost to the people of Chicago, by making use of the excavated material and general wastage from the city. This material aggregates at the present moment an amount sufficient to fill as many as twenty-two acres per annum. In this manner Grant Park has already been created, and its extension down to the south shore will only be a question of time."

The *Plan of Chicago* envisioned improvements to the lakefront stretching from Chicago's northern suburbs south to the edge of Indiana. It also addressed the western perimeter of the region by recommending the preservation of forested lands in these areas. In 1904, architect Dwight Perkins and landscape architect Jens Jensen had produced a detailed report recommending the protection of valuable acreage along the Skokie Valley, Des Plaines River, Salt Creek, and Lake Calumet. The Cook County Board tried to move swiftly to acquire land for the new "Outer Belt Park Commission," however, there were legal impediments. Burnham agreed that forest preserves were extremely important to the region. By incorporating Perkins' and Jensen's recommendation into the *Plan of Chicago*, Burnham brought wider public support for saving the valuable forest lands, though legal difficulties delayed the formation of the Cook County Forest Preserves for many years.

The SPC's goal to realize Burnham's recommendations for expanding the lakefront had similar legal impediments. The fact that the Illinois Central Railroad Company (ICRC) held the rights to much of the submerged lands along the lakefront between 12th and 50th streets had to

be overcome. While the South Park Commissioners attempted to secure the rights to enlarge the lakefront, A. Montgomery Ward continued his legal battle to preserve Grant Park as green space. Ward won his final lawsuit in the Illinois State Supreme Court in December of 1910, thus preventing the SPC from moving ahead with any of their existing plans for Grant Park. Negotiations with the ICRC resulted in an alternative site for the proposed Field Museum as well as an opportunity to move forward with the lakefront expansion. The ICRC agreed to surrender its rights to the submerged lands south of 12th Street in exchange for expanding its right-of-way between 12th Street and Jackson Park. This allowed the South Park Commission to begin creating new landmass along the south edge of Grant Park. This landfill would provide the site for the Field Museum as well as the beginnings of the vast new lakefront park that would extend south to Jackson Park. Burnham produced revised plans for the neo-classical museum building in 1911, the year before his death. The Field Museum of Natural History finally opened to the public from its new site at the south end of Grant Park 1921.

In 1913, the Chicago Plan Commission hired Bennett as its first consulting architect to help implement the visionary *Plan of Chicago*. A few years later, the SPC hired his firm of Bennett, Parsons, Frost, and Thomas to develop revised plans for Grant Park. The firm's final scheme paid homage to Burnham's vision while respecting the park's open character. Rendered in the French Renaissance style, the plan relied on formal symmetry and outdoor room-like spaces defined by tree allées. Bennett envisioned a large ornamental fountain as the centerpiece of the park and the alternative to the Field Museum in that location. Inspired by the Latona Basin at Versailles, Bennett designed the fountain with French sculptor Marcel Loyau and engineer Jacques H. Lambert. Chicago philanthropist and art patron, Kate Sturges Buckingham, donated $1 million dollars for the fountain, which she dedicated to the memory of her brother, Clarence. The iconic Buckingham Fountain Memorial Fountain was completed in 1927.

During the 1920s, much progress was also made towards realizing the ambitious stretch of parkland that would extend between Grant and Jackson parks. All of the necessary government approvals were finalized in 1920. Voters approved a $20 million bond issue to create the park. Another bond issue that was passed by the public in 1922 allowed the South Park Commissioners to move forward with a stadium that had been previously proposed by Burnham and Bennett. Architects Holabird and Roche designed the neoclassical stadium dedicated to World War I soldiers in 1925. Two years later, landfill operations continued moving south and the South Park Commissioners named the partially finished site in honor of Daniel H. Burnham.

In 1929, the Shedd Aquarium was opened to the public. Its Beaux Arts style harmonized with nearby Field Museum and Soldier Field. Although the onset of the Great Depression had initially slowed the efforts to build Burnham Park, progress was swift after much of the site was designated as the campus for Chicago's second World's Fair. Paying tribute to Chicago's centennial, *A Century of Progress* took place on Northerly Island and the newly filled mainland between 12th and 39th streets for two full seasons in 1933 and 1934. Burnham's son, Daniel H. Burnham Jr. was the



Rendering of Bennett, Parsons, Frost and Thomas proposed plan of Grant Park, ca. 1924.



Latona Basin at Versailles, France, ca. 2008.



Clarence Buckingham Memorial Fountain, ca. 2008.

Fair's Director of Works and Edward H. Bennett served on the Architectural Commission. The Adler Planetarium and Astronomy Museum, one of the first permanent planetariums in the world, opened on Northerly Island in 1930 as the Fair construction was underway. For two full seasons, more than 38 million fairgoers enjoyed the rides, spectacles, exhibits, and other attractions of *A Century of Progress*. Today, remaining elements of the Fair include the Columbus monument in Grant Park, the Balbo monument in Burnham Park, and the Japanese Garden, which was moved from Burnham Park to Jackson Park's Wooded Island in 1935.

After the Fair, a committee formed in hopes of developing Burnham Park as a permanent exposition grounds. As a result, a two-season Railroad Fair took place in the park in the 1940s, marking the centennial of Chicago's first locomotive. The push for the site as permanent fairgrounds ultimately led to the construction of McCormick Place in 1960s. This happened despite protests against building on and commercializing the lakefront.

After a fire destroyed the original hall in 1967, citizens rallied for the relocation of McCormick Place away from the lakefront. The relocation never occurred, however, and the controversy fueled a public movement leading to the adoption of the milestone Lakefront Protection Ordinance in 1973. This vision of an uncompromised open lakefront continues today as the Chicago Park District plans to enhance public opportunities to commune with nature along Northerly Island, Burnham Park, and the entire lakefront.

Key
CPDSC – Chicago Park District Special Collections
POC— *Plan of Chicago*, Daniel H. Burnham and Edward H. Bennett, Commercial Club of Chicago, 1909
OA- Olmsted Archives, Frederick Law Olmsted National Historic Site
CM- *Daniel H. Burnham: Architect Planner of Cities*, Charles Moore, 1921.
FBV— *Fotografiske Billeder af Verdensudstillingen of Midway Plaisance*, 1894.

**EXHIBIT C**

**EXHIBIT C**

ENCYCLOPEDIA *of* CHICAGO

Entries | Historical Sources | Maps | Special Features

SEARCH

Full
List

SEE ALSO     **HISTORICAL
SOURCES**

Architecture
Entertaining Chicagoans
Tourism and Conventions
Picnic Groves: Ogden's Grove

ENTRIES : PLACES OF ASSEMBLY

# Places of Assembly

ENTRIES

P
**Places of
Assembly**
Next

An important element of Chicago's transformation from a small military outpost to a world city has been the creation and appropriation of space for assembly. As the city grew in population and sophistication, it required an increasing amount of space available for public ceremony, celebration, religious worship, association, protest, trade, recreation, and entertainment. Whether in makeshift facilities, purpose-built structures, or open spaces, inhabitants and visitors have gathered as citizens, consumers, and members of various ethnic and religious groups.



SALOON BUILDING

In Chicago's earliest days the community could not support permanent facilities designed solely for assembly. When a large-scale enterprise required an enclosed space it was forced to provide for itself. When the circus came to town in 1836, for example, it pitched a tent on Lake Street. Most gatherings in the 1830s, '40s, and '50s, from theatrical events to town meetings, found space in other types of buildings: hotels, taverns, churches, and what were known as office blocks. The precursor to the modern office building, this multipurpose structure, with stores on ground level and flexible space above, often housed a "hall" which occupied one or two floors and was available for rental. Fraternal organizations like the Odd Fellows, ethnic organizations like the German Turnverein, and religious groups like the Young Men's Christian Association often met in such spaces, which also served as sites for a variety of entertainments until dedicated theaters were built. The Saloon Building (1836–1871), located at Lake and Clark, offered the largest hall west of Buffalo for concerts, debates, dramatic performances, and political ceremony. In 1837, Chicago received its city charter under its roof and it served as city hall until 1842.

With its new official civic status in mind, Chicago's commercial and political leaders began to think of necessary improvements. One of the features the new city lacked was public space where citizens could meet on common ground. Throughout the late 1830s and 1840s, Chicago dedicated plots of land to public functions, including a public square—the future site of the city hall and courthouse. Here Chicagoans gathered as citizens for both everyday functions and ceremonies of state: over 125,000 people gathered to view Abraham Lincoln's body on its way home for burial in 1865.

Outside Chicago, churches, schoolhouses, county courthouses, and taverns and hotels like Stacy's Tavern in Glen Ellyn (1846) and the Garfield Farm Tavern in Geneva (1846) served the needs of small-town residents and farmers. At midcentury the city's surrounding counties operated agricultural fairs, starting with the Lake County Fair (1851) in Waukegan. These temporary places of assembly gathered people from great distances.



OLD FARWELL HALL, C.1880S



WIGWAM, 1860

Chicago's need for more substantial and permanent gathering places grew as the city began its long history as a site of political conventions. In 1860 business leaders underwrote the cost of a temporary wooden convention hall known as the " Wigwam " to attract the Republican National Convention. Democrats followed suit in 1864, constructing a semicircular roofed amphitheater for its own convention. Political conventions as well as other large gatherings also

found space in a new generation of theaters and halls, including Crosby's Opera House (1865) and the YMCA's Farwell Hall (1869), capable of holding 3,500 people. These buildings were swept away in the Great Fire of 1871.

More permanent was the Interstate Industrial Exposition Building, the city's first convention center. Constructed by W. W. Boyington in 1872, the glass and metal building with ornamental domes was based on exposition buildings in London and New York and was designed to house annual displays of industrial manufactures. It served a variety of other functions, as an Illinois National Guard armory, the first home of the Chicago Symphony Orchestra, and the site of national political conventions in 1880 and 1884, until it was razed in 1892 to make way for the Art Institute. Adler and Sullivan's Auditorium Building (1889), the site of the 1888 Republican Convention, could hold up to 8,000 people for meetings and had the added convenience of a hotel with 400 guest rooms on the premises.


INTERSTATE EXPOSITION BUILDING, 1880S


COLISEUM, 1908

A further addition to Chicago's growing supply of places of assembly was the Coliseum (1899–1983), a multipurpose meeting facility south of the Loop capable of holding 15,000 people, a size rivaled only by Madison Square Garden in New York. The site of numerous political conventions, it also hosted a wide variety of gatherings, including bowling tournaments, automobile shows, and, in 1926, both the World Eucharistic Congress and the first Chicago Blackhawks hockey game. Armories, built as bulwarks against the labor unrest of the late nineteenth century, often functioned as public places of assembly after 1900. North Pier (Pugh Terminal) was constructed between 1905 and 1920 as an exhibition center for wholesale products, and, to its north, Municipal Pier (now Navy Pier ) made its debut in 1916 as a commercial and recreational center, with restaurants, a dance hall, and a huge auditorium.

Although multipurpose halls in the Loop, including the new Orchestra Hall (1905), continued to be available for rental to voluntary associations at the turn of the century, ethnic and fraternal associations erected purpose-built structures for their assembly needs: Germans led the way with the elaborate Germania Club (1888), Poles built Pulaski Hall (1909), and Norwegians the Norske Club (1916). The Shriners built the city's most architecturally exotic place of assembly, the pseudo-Arabian Medinah Hall (1913), to host conventions, circuses, and concerts.


MUNICIPAL PIER, 1916

By 1890 regular rail service had spawned a ring of suburbs around the city. These centers required city halls and were able to support additional places of assembly, including public libraries like the Nichols Library in Naperville (1897), and, in the case of Woodstock, an opera house (1889) which sheltered both a library and city hall as well as an auditorium. When Ravinia was established in 1904 in Highland Park, it offered a baseball field and stands, a theater, a dining room, and picnic grounds.


DEXTER PARK INTERIOR, 1908

In the city's early years Chicagoans had used open spaces for their games, but as the city grew these were increasingly difficult to find. A major center for sporting activity and other gatherings, the South Side included Dexter Park, the racetrack and exhibition space owned by the Union Stock Yard Company, which hosted stock shows, trotting events, and, in 1870, the games of the Chicago White Stockings. Wanderer's Cricket Club had its own grounds on the South Side, first at 37th and Indiana, moving to 71st and East End Avenue in 1909. In addition to its own matches, the cricket grounds also hosted many public high-school football games. Marshall Field, the University of Chicago's campus stadium, was

completed by 1907. Renamed Stagg Field, after the university's famous coach, Amos Alonzo Stagg, in 1914, it served as the city's major football ground for nearly 20 years.

Facilities for baseball multiplied as the game grew in popularity and became increasingly organized and professionalized. Seeking proximity to public transportation and cheap land, owners and managers of professional, minor league, and semiprofessional teams constructed ballparks across the city, moving frequently. Over more than 30 years the American League team played at six different sites on the West and South Sides. Minimal capital investment in the facilities, especially wood construction, made this mobility possible. Charles Comiskey, responding to an 1897 fire at New York's Polo Grounds, introduced an innovative concrete and steel stadium designed by Zachary Taylor Davis (1910). Davis was also responsible for the city's other perennial ballpark, Weeghman Field, constructed for the Chicago Whales, a Federal League club, in 1914. Located at Addison and Clark, this field was soon purchased by the Chicago Cubs and renamed Wrigley Field in 1926. As these "permanent" ballparks went up, the older ones were recycled for the use of other teams. The relocation of the White Stockings to Comiskey Park enabled Chicago's Negro League team, the American Giants, to purchase their old facility, South Side Park, located at 39th and Wentworth. Rechristened Schorling Park, it stood until 1940, when it was destroyed by fire. In an age of industrialization the names of these facilities, "park" and "field," had intentionally pastoral connotations, offering urbanites a retreat from the grid of the city into a carpet of green grass.



WASHINGTON PARK RACE TRACK, 1903

The city's parks, free and clear of development, were often the site of sporting events, and special facilities were constructed, like the Washington Park and Garfield Park Racetracks (1883, 1885) and the wooden Lake Front Baseball Field (1871, rebuilt 1883). Inspired by the combination of athletic, educational, and social facilities found in churches, YMCAs, synagogues, and settlement houses in the first decade of this century, public and private groups constructed neighborhood-based recreational facilities for urbanites. Several city parks were equipped with "park houses": public social centers with assembly halls, club rooms, swimming pools, and other athletic amenities for the use of neighborhood residents. Under the direction of Chicago School Board architect Dwight Perkins, public schools such as Carl Schurz High School (1908–1910) on the city's Northwest Side and New Trier High School in Winnetka (1901) took on some of the same functions, designed with gymnasiums, auditoriums, and sports fields for the use of the whole community. These attempts by public and private institutions to provide wholesome recreation facilities were motivated by a desire to compete with a rising number of commercial places of assembly, including an increasing number of saloons, nickelodeons, movie palaces, and vaudeville houses.

As part of a nationwide movement to erect community buildings as appropriate monuments to the dead of World War I, the Chicago Elks constructed the elaborate Elks National Memorial Building (1926). Increased demand for indoor meeting space was met by two structures (both 1928–29): the Civic Opera House and the Chicago Stadium. Traction magnate Samuel Insull presented one of the city's grandest meeting places, the Civic Opera House, in an innovative package, enclosing a 3,500-seat auditorium and a 900-seat theater inside a modern office building in the Loop. Less highbrow was the Stadium, as it was known, home to boxing, midget auto racing, political conventions, sports teams such as the Blackhawks and the Bulls, and musical performances of all kinds. Located on the Near West Side, the Stadium offered Chicagoans an alternative to the aging Coliseum.



In the 1920s the South Park Commission, inspired by the construction of the Rose Bowl (1922) and the LA Coliseum (1923) and with an eye toward a bid for the Olympics, began construction on one of Chicago's greatest places of assembly, Soldier Field. The reinforced concrete structure cost more than $8 million and held over 100,000 people, making it the largest stadium of its day. Soldier Field

PROPOSAL FOR SOLDIER FIELD, N.D. has hosted everything from Army–Navy games to a reenactment of the burning of Mrs. O'Leary's Barn. Another major site for football was added in this period: Northwestern University's Dyche Stadium (1926), home to Big Ten football games. A spurt of racetrack construction in suburban locations during this period responded to the repeal of the law against horse racing in Illinois, which had lasted from 1905 until 1922. The earliest, Aurora Downs (1923), offered harness racing. Arlington Park (1927), located 22 miles northwest of Chicago, was joined by Maywood Racetrack (1933) and Sportsman's Park in Cicero (1937).

Although the Great Depression slowed building construction, several additions or transformation to the city's places of assembly were made in the 1930s. On the South Side the aging Dexter Park Racetrack, destroyed by fire, was replaced by the International Amphitheater (1934), an air-conditioned convention center with an attached hotel. It continued to host stock shows but also presented sports, ice shows, political conventions, and trade shows. In 1937, the 4,000-seat Chicago Arena, located in Streeterville, opened its doors for roller and ice skating, boxing, wrestling, and other sporting events. Government-sponsored Works Progress Administration projects such as Lane Technical High School's Football Field (1930) and the Civic Center at Hammond, Indiana (1938), provided work and additional facilities to help structure the increased leisure time of the American public.

After World War II, the emphasis turned toward economic development. To keep Chicago in the forefront of the burgeoning convention industry, the Metropolitan Fair and Exposition Authority built McCormick Place in the late 1950s on a lakefront site in Burnham Park. When this burned in 1967 it was replaced with another building on the same site in 1971. Two additional buildings, located across Lake Shore Drive and linked by covered passageways, were later added to meet the expanding demand for convention space. Renovated in 1995, Navy Pier again became a meeting center and the site of concerts and recreational activities.



PICASSO SCULPTURE IN DALEY PLAZA

The continuing importance of the city center as a place of assembly for all groups of the city's diverse population in postwar Chicago was marked by the design and use of civic space for ceremony, debate, and entertainment. Under Mayor Richard J. Daley the city received major new public, governmental spaces, most prominently the Daley Civic Center (1963–65), in the heart of the Loop. Adorned with a steel statue by Pablo Picasso, this space soon attained the status of the city's symbolic center, the site of the city Christmas tree and such ethnic events as the Filipino Independence Day Celebration.

The city's park spaces continued to be active places of assembly. Grant Park served as the site of protest during the 1968 Democratic National Assembly and throughout the early 1970s as young people gathered to protest the war in Vietnam. The lakefront and the lake itself also provided a locus of recreation and celebration, hosting Chicagoans during annual festivities on Venetian Night and the Fourth of July.



PROTESTERS GATHER IN GRANT PARK, 1968

Throughout the postwar period, public officials, team owners, and private groups worked to upgrade Chicago's sports facilities. As other cities invested huge sums in new arenas and stadiums in the 1960s and '70s, Chicago facilities, especially Soldier Field and the Chicago Stadium, grew increasingly outdated in size and such amenities as the quantity and quality of luxury skyboxes. A major renovation in 2002–3 upgraded Soldier Field's ambiance, with special attention to skyboxes, but also transformed its facade with a controversial addition that towered above the classic colonnades. The Chicago Stadium was demolished in 1995.

Although they do not live up to the ambitious plans proposed in the 1960s and '70s, three new sports and entertainment facilities were completed: the UIC Pavilion (1982), Comiskey Park (1991), and the United Center (1994). The University of Illinois at Chicago built its 100,000-square-foot center to house school sporting events as well as

Case: 1:18-cv-03424 Document #: 85-15 Filed: 02/05/19 Page 20 of 31 PageID #:2538

concerts, theater, and conventions, providing an alternative to the Stadium close to the Loop. Older, urban centers like the Coliseum and International Amphitheatre found it increasingly difficult to compete with these new facilities, forcing the demolition of the Coliseum and the sale and closure of the Amphitheatre in the 1970s and '80s. The Rosemont Horizon (1980, renamed Allstate Arena in 1999), with almost 20,000 seats, was designed to house college basketball as well as concerts, drawing people from urban, suburban, and exurban locations.

Paula R. Lupkin

**Bibliography**
Hayner, Don, and Tom McNamee. *The Stadium.* 1993.
Riess, Steven. *City Games: The Evolution of American Urban Society and the Rise of Sports.* 1989.
Sutter, R. Craig, and Edward M. Burke. *Inside the Wigwam: Chicago Presidential Conventions, 1860–1996.* 1996.

The Electronic Encyclopedia of Chicago © 2005 Chicago Historical Society.
The Encyclopedia of Chicago © 2004 The Newberry Library. All Rights Reserved. Portions are copyrighted by other institutions and individuals. Additional information on copyright and permissions.

**EXHIBIT D**

**EXHIBIT D**

## THE ART INSTITUTE OF CHICAGO

Ryerson & Burnham Archives:
Interstate Exposition Index

| Home | Browse All Collections | About AIC Collections | Order AIC Images | Ryerson & Burnham Libraries | About SAIC Collections |

Search [_____] [Search] Advanced Search

Home ›› Interstate Industrial Exposition Index

### Interstate Industrial Exposition Index

#### About this collection

To demonstrate its recovery from the devastating fire of 1871 and to reclaim its role as a major commercial center, the City of Chicago hosted the annual Chicago Interstate Industrial Exposition from 1873 to 1890. The investors—prominent Chicago businessmen including Potter Palmer, Cyrus H. McCormick and R. T. Crane—intended the exposition to highlight current manufactured goods across a very broad spectrum, such as brickmaking machines, carriages and wagons, fire extinguishers, and sewing and diamond-cutting machines. Many of the manufacturers and vendors were based in Chicago or had regional offices in the city.

Designed by Chicago architect W.W. Boyington, the building itself was an enormous 200 x 800 feet, offering exhibition space for over 300 exhibitors. In an effort to cultivate cultural sophistication among Chicagoans, an art gallery was included within the building. The Fine Art Department, as it was known, was the only exhibit to be housed in a separate room, which measured approximately 20 x 120 feet and was prominently situated across from the main entrance and on axis with the central fountain. Initially, the gallery focused its exhibitions on contemporary American art, with selections influenced by the National Academy of Design in New York City. These eclectic displays also included "Indian curiosities," sculpture, prints, "ornamental work," and casts of the Elgin Marbles. Early iterations of the exposition featured paintings by predominantly American artists such as William Merritt Chase, Frederick Church, Lockwood de Forest, John Lafarge, as well as George Inness and Winslow Homer from an earlier generation. However, as American collectors began traveling and buying artworks in Europe and more American artists were studying in Europe, the exhibitions became increasingly international and cosmopolitan in content, including such artists as Henry Bacon, Bouguereau, Eakins, Hassam and Tissot. Most of these art exhibits were curated by Sara Hallowell, who would later work with Mrs. Potter Palmer to select art for the Women's Building at the World's Columbian Exposition.

Fittingly, the exposition hall was demolished in 1890 to be replaced by the building that would become the Art Institute of Chicago, and the World's Columbian Exposition of 1893 would come to embody the Interstate Industrial Exposition's core goals at a much larger and grander magnitude.

Included in this collection is documentation derived from an index database created by Ms. Kirsten Jensen in the course of writing her thesis *The American Salon: The Art Gallery at the Chicago Interstate Industrial exposition, 1873-1890* (Ph.D. thesis submitted to The City University of New York, 2007). Jensen also created an index of two other early Chicago art exhibitions: the 1859 Chicago Exhibition of the Fine Arts held in Burch's Building, at the corner of Wabash and Lake; and the Great North-Western Sanitary Fair of 1865. Jensen later donated an electronic copy of this database to the Ryerson and Burnham Libraries which has since been converted to the searchable PDF documents found here. This index is a list of all known artworks exhibited throughout the course of these exhibits. In addition to title and normalized artist name, date, location, medium, and provenance is included when known. A list of abbreviations and relevant sources is also included in this collection as well as PDF scans of the original 1859 and 1865 catalogs.



#### Recent Additions

🔲 Receive updates for this collection.



"Catalogue of the first exhibition of statuary, paintings, &c., opened May 9th, in Burch's Building"



"Catalogue of paintings statuary, etc. of the Art Department in the Great North-Western Fair : held in Chicago, Ill.,...



Interstate Industrial Exposition Index, notes



Interstate Industrial Exposition Index, 1873-1890



Early Chicago exhibitions, 1859-1865

Back to top

| Home | About AIC Collections | Order AIC Images | John M. Flaxman Library | Ryerson & Burnham Libraries |

**EXHIBIT E**

**EXHIBIT E**

Case: 1:18-cv-03424 Document #: 85-15 Filed: 02/05/19 Page 24 of 31 PageID #:2542

born and Ontario streets, where the last of them, a massive Romanesque work of stone masonry, still stands. The present building is thoroughly conventional in design and construction but at least has the merit of being derived from antecedents closer to the American heritage: the three-story structure is built of red brick in the Georgian style, with a central portico and long flanking wings. Its site is doubly appropriate because the park has not only been intimately bound up with the history of Chicago since the end of the Civil War, but is also filled with sculpture that memorializes the the national heritage of the different peoples who have composed the population of the city. Scattered through the lawns and gardens of Lincoln Park are statues of Beethoven, Goethe, Schiller, Hans Christian Andersen, Linnaeus, Shakespeare, Eugene Field, and Benjamin Franklin, all of them providing eloquent testimony to ethnic and cultural communities that have lost the spirit which once placed the images of composers, poets, and scientists at the focal points of a great public park.

Jackson Park had seen no activity beyond landscaping and beach improvements since its completion at the turn of the century, and with the opening of the Field Museum in 1920, the former quarters of the natural history museum, originally constructed as the Fine Arts Building of the Columbian Exposition, stood empty and highly vulnerable to deterioration. In the civic and commercial boom of the twenties, however, the vast edifice was soon to be transformed into what eventually became Chicago's most popular museum. The Fine Arts Building had been designed by Charles B. Atwood of D. H. Burnham's office as an impressive example of Greco-Roman forms expertly adapted to the huge size required for major exhibition space at a world's fair.[15] The structural system formed a mixture of the permanent and the temporary which was reasonably fire-resistant, but both the exterior and interior elements included a considerable volume of combustible material. The roof and floor loads were divided between stone columns and brick bearing walls covered inside and out with a kind of gypsum plaster known as staff. Some exterior columns were built-up box members of wood with two sides of plate and two of latticework lathing. The interior columns, stairways, and armatures of the roof skylights were cast iron. It served the Field Museum well enough for twenty-six years, but when the collection was removed to Grant Park the inevitable deterioration that occurs even under maintenance was greatly accelerated. By the mid-twenties the building had reached a disgraceful condition, although there had been a number of proposals for preserving and using it.

The plan that bore lasting fruit, because it was backed by adequate resources, proposed that the building be suitably restored for use as a museum of science and technology. The idea met with immediate popular and philanthropic enthusiasm:

[Left margin column, partially cropped:]

incoln Park District came along e the Lincoln Park Zoological he park's institutions, shared in ouse of 1912 brought its author A simple brick structure under enerous, well-lighted space for acing only a single row of cages he rest of the space for broad arium for freshwater fish was 1926. Since Shedd Aquarium ish, the Lincoln Park building use, but the hydraulic system mphibia. The handsomest and which was constructed in the r aquatic birds, the enclosure s, and its walkways, stairways, estone slabs that form a kind he edge of the pond stands a whose design places it exactly d by the landscape architect's federal Works Progress Ad- operty.

present area of twenty-five mall, generally unattractive, ty not only in their time of oadly designed spaces. De- se, as much as from insen- rict administration, took a ditions, the zoo eventually ction could rescue it from

fore the depression ended Historical Society, which d by Graham, Anderson, as engineer, the structure he fourth of the society's orthwest corner of Dear-

in 1925 the voters of the South Park District authorized a bond issue of $5,000,000 to restore the exterior of the building and to reconstruct the interior in such ways as might be necessary for the kind of museum intended; in the following year the newly organized Museum of Science and Industry received its charter from the state, and Julius Rosenwald, the president of Sears, Roebuck and Company, gave the trustees $3,000,000 to establish the institution as a working entity. Rosenwald appears to have been the original author of the idea, which came to him during a visit to the Deutsches Museum in Munich, easily the first scientific and technical museum in the world. He was sufficiently enthusiastic about providing Chicago with an American equivalent that he soon offered an additional $4,500,000 to cover the remaining costs of reconstructing the building and installing the initial exhibits. The unique feature of the Deutsches Museum, and the one that Rosenwald particularly wanted to recreate in Chicago, is the exhibition of moving models that can be operated by the spectators. Thus to the tasks of rebuilding an old temporary structure in permanent form and assembling the exhibits there was added the problem of finding craftsmen who could be trained to make the intricate scientific, mathematical, and technological models. It was a slow, costly process; the physical aspects did not begin until 1929, and the completion of the various parts of the museum came in stages: the North and South courts and the rotunda were opened in 1933, the West Pavilion in 1937, and the Central Pavilion in 1940.

The architectural design of the renovated structure was the work of two large Chicago offices, Graham, Anderson, Probst and White, and Shaw, Naess and Murphy (fig. 39). Since the plan of the old Fine Arts Building lent itself with little alteration to the purposes of a scientific museum, the reconstruction was largely a matter of substituting permanent and durable materials for the staff and wood of the original fabric. The badly deteriorated plasterwork on the exterior was replaced by limestone and on the interior by marble except in areas where wall hangings might be located. The interior columns were rebuilt in stone, and the skylights with their iron armatures were replaced by domes covered with copper sheathing and tile, or by gable roofs sheathed in copper. Some stainless steel and other metals were used to cover the columns in the rotunda under the central dome in order to provide an appearance more consonant with the modern spirit, but all the carefully executed classical details were preserved on the exterior. Floor framing was introduced to increase loading to 250 pounds per square foot on the main floor, 200 pounds on the first balcony, and 100 pounds on the second. When the task was finally completed in 1940 the program of reconstruction had opened 400,000 square feet of floor area for exhibits and 200,000 square feet for offices, auditorium, lecture hall, cafeteria, and the numerous museum services.

There is no question about and Industry, since it is sec Museum of History and Tech establishment is a matter of opening the exhibits have ch on science, mathematics, an and in the direction of indust museum administration lay b designed to show the interrel a program aimed increasingly a consumer economy, in wh every year. The chief reason portion of the most costly ex turers, who thus use the inst and this mode of operation is of many of the presentation mathematics and the physical space is given over to exhibits settings, developed into com combined to produce simult be operated by the spectator or overscaled to such a degre object represented. Many of nonhistorical, and highly kinet ing what Rosenwald feared, a The proponents, on the othe technique imbued with the s psychological response in hith reaches a large and ever expan

Outside the city limits the politan area was the successf the abortive attempts that ma City Council passed an ordina city and county to establish th an act in June 1913 that auth Cook County. Under its terms and hold lands containing na purpose of protecting and pr

**EXHIBIT F**

**EXHIBIT F**

Case: 1:18-cv-03424 Document #: 35-15 Filed: 02/05/19 Page 27 of 31 PageID #:2545

HOME    THE FAIR ⌄    NEWS    EVENTS ⌄    VISIT ⌄    MEDIA ⌄

COLLECTING ⌄    ABOUT ⌄    🔍

# What's Left of the World's Columbian Exposition?

By Scott | April 28th, 2018 | Categories: NEWS, VESTIGES | Tags: Jackson Park, Maine State Building, Museum of Science and Industry, Pabst Pavilion, Palace of Fine Arts, Statue of the Republic, Viking Ship, Wooded Island | 2 Comments

## RECENT POSTS

> The World's Fair in a Cup of Cocoa

> Chicago Magazine Recalls the "Indecent Undulations" on the Midway Plaisance

> A Plan to Build Robert Burns' Cottage at the 1893 World's Fair

> University of Notre Dame will cover its Christopher



**"On its 125th birthday, what's left from the 1893 World's Columbian Exposition?"** asked the *Chicago Sun-Times* this week.

They note four remnants: the Palace of Fine Arts (rebuilt and now the Museum of Science and Industry); the Wooded Island; an original ticket booth now standing in Oak Park; and the 1918 "Golden Lady" statue, which is a reduced replica of the original 65-foot "Big Mary" Statue of the

Republic. Their map of Jackson Park, allowing you to slide between 1893 and 2018, is a fun feature.

There are many more vestiges of the 1893 World's Fair—big and small—scattered around Chicagoland and the world. We are working to create an inventory of them and add them to our map of WCE sites to see. Artifacts of the great Chicago fair include the original the restored Viking Ship in Geneva, Illinois, the Pabst Pavilion in Milwaukee, Wisconsin, and the Maine State Building re-erected in Poland Springs, Maine.

Please share this post:

Twitter   Facebook   Google   Pocket   Pinterest

Like this:

Like

Be the first to like this.



Share This Story, Choose Your Platform!

## About the Author: Scott



Columbus murals

> PICTURESQUE WORLD'S FAIR – The Irish Village (p. 74)

> Louis Sullivan's Transportation Building … in Green

> Jan. 24, 2019: Sophia Hayden's Gold Medal To Be Auctioned

> "We will hardly make fools of ourselves." Carter Harrison's Bid to Be the World's Fair Mayor

> Pillars of the Fair: John Root and Henry Codman

> Feb. 2, 2019: Potter & Potter Auctions to Offer Columbian Exposition Collectibles

**EXHIBIT G**

**EXHIBIT G**

ENCYCLOPEDIA *of* CHICAGO

Entries | Historical Sources | Maps | Special Features

| SEARCH |

SEE ALSO      HISTORICAL SOURCES

Chambers of Commerce
Leisure
Museums in the Park
Rosenwald: Businessman/Philanthropist

ENTRIES : MUSEUM OF SCIENCE AND INDUSTRY

ENTRIES

M
**Museum of
Science and
Industry**
Next

# Museum of Science and Industry

The Museum of Science and Industry is one of the nation's oldest and largest institutions devoted to the display and exploration of scientific and technological advancements.

Though a community effort, the museum owes its founding primarily to the vision and philanthropy of Julius Rosenwald, one of Chicago's wealthiest merchandisers. In 1911, while vacationing with his family in Germany, Rosenwald visited the Deutsches Museum in Munich, a museum that focused on industrial and scientific processes and promoted visitor participation with the exhibits. Repeated contacts with the museum's director convinced Rosenwald that Chicago should have such an institution. In 1921 he proposed the idea to the Commercial Club of Chicago. By 1926 the museum was incorporated, backed financially by a $3 million gift from Rosenwald and a city bond issue. At the time of his death in 1932, Rosenwald had contributed roughly $7 million in cash and stock donations.

The museum chose as its location the former Palace of Fine Arts Building in Jackson Park, the last structure left from the World's Columbian Exposition of 1893 and former home of the Field Museum of Natural History. Vacant since 1920, the building required extensive renovation, which began in 1929. Working toward an opening coincident with Chicago's 1933 "A Century of Progress " World's Fair, the museum received its first visitors in June of that year with 10 percent of its space readied for visitation. As attendance and exhibition space grew throughout the 1930s, so too did its financial troubles. By the end of the decade, expenditures greatly outpaced revenues, endangering the museum's future.

A turning point in the direction and administration of the museum came in 1940, when the board of directors lured Major Lenox R. Lohr, the head of the National Broadcasting Company and former general manager of "A Century of Progress," to its presidency. Lohr quickly restructured the museum's organization and focus. Instead of relying on traditional in-house design, execution, and upkeep of the exhibits, Lohr hoped to attract industry-sponsored displays through increased attendance. In exchange for construction and maintenance costs, the museum would allow the sponsor to advertise in the exhibit. Exhibit space would be allocated to 10 percent to historical achievement and 90 percent to the present. Lohr's plan proved successful, although exhibit renovation did not occur at the rate he had originally envisioned. His legacy remains visible through the sustained popularity of the museum.

At the end of the twentieth century the museum's 350,000 square feet (approximately 8 acres), it presents over 2,000 exhibits in many fields, including technology, agriculture, transportation, energy, and communications. Educating as it entertains, the museum promotes learning through interactive, hands-on participation between the visitor and the exhibitions. Featured attractions include a working replica of a coal mine, the U-505 submarine, the Henry Crown Space Center, and Omnimax Theater. The museum began charging an admission fee in 1991. Nevertheless, attendance has remained high (approximately two million annually), ranking the Museum of Science and Industry as one of Chicago's premier tourist attractions and attesting to its role as an effective tool of mass education.

*Jonathan J. Keyes*

**Bibliography**
Alexander, Edward P. *Museums in Motion: An Introduction to the History and Functions of Museums.* 1979.
Kogan, Herman. *A Continuing Marvel: The Story of the Museum of Science and Industry.* 1973.
Pridmore, Jay. *Inventive Genius: The History of the Museum of Science and Industry.* 1996.

The Electronic Encyclopedia of Chicago © 2005 Chicago Historical Society.
The Encyclopedia of Chicago © 2004 The Newberry Library. All Rights Reserved. Portions are copyrighted by other

institutions and individuals. Additional information on copyright and permissions.