# EXHIBIT H

EXHIBIT H

Case: 1:18-cv-03424 Document #: 85-16 Filed: 02/05/19 Page 2 of 16 PageID #:2551

on the Midway became [illegible] boisterous and tried to loot the Chinese Theatre, but this was prevented by the Columbian Guard.

When the fair came to an end, it was disclosed that there had been about 27-1/2 million admissions, only about 6 million having been free. Total expenses amounted to about 30-1/2 million dollars, total receipts to about $32,750,000. The concessions had provided about four million dollars of these receipts—about four times what had been expected—and this made possible a 10-percent dividend to the stockholders.

Fire had been a constant threat to the Exposition. Warnings had been published that the major buildings were not sufficiently protected by neutral zones. Negligence in construction had claimed the Cold Storage Building on July 10, 1893. Now fire began to strike again and again, perhaps not unassisted by arsonists.

On the evening of January 8, 1894, a blaze broke out in the Casino at the southeast corner of the Court of Honor, spread along the Peristyle and gutted the Music Hall at the other end of that colonnade. Flames leaped over to the Manufactures Building and damaged portions of the roof over the French and Belgian displays. Many valuable exhibits that had not been removed were damaged, including the famous bronze vase by Gustave Doré.

In the last week of February 1894, the Colonnade between Agriculture and Machinery was burned.

On the evening of July 5, 1894, the rest of the Court of Honor buildings went up in smoke. The fire started in the Terminal Station, spread from there to Machinery, then to Administration, then to Electricity, then to Mining, then to Manufactures. This was a severe blow to the Chicago Wrecking and Salvage Company, which had purchased this property for $100,000.

In its issue of October 3, 1896, the *Scientific American* reported that the World's Columbian Exposition Salvage Company had just completed its removal of the other buildings. The Golden Doorway of the Transportation Building was still in Jackson Park, owned by a local dealer in statuary who had offered in to the city of Cleveland for $1,200. The statue of Franklin that had stood in front of Electricity had been purchased by the University of Pennsylvania. (Other fairground statues went to Chicago parks and commercial buildings and to other American cities.) The four lions at the base of the Peabody and Stearns's Obelisk had been put out to pasture at the Elgin, Illinois, farm of Harlow N. Higinbotham, former President of the Exposition.

Remaining in Jackson Park in 1896 were the Palace of Fine Arts, which, as the Columbian Museum, then housed the statue of Columbus that had stood in front of Administration and one group of races of man from the Agriculture roof; the German building, in dilapidated condition; the Ho-o-den; the monastery of La Rábida; French's *Republic*; and the whaling bark *Progress* in the South Pond area.

The German Building was eventually rehabilitated (about 1900 it housed a refectory and museum) and adorned the park until it, too, burned in 1925. The Japanese Phoenix Hall on the Wooded Island did not arise refreshed from the flames that consumed it in 1945.*

Luckiest of all the Exposition buildings was the Palace of Fine Arts. As mentioned above, it was converted into an art museum almost immediately after the fair (perhaps it would be more correct to call it an art storehouse at this early period). It remained the Field Columbian Museum until 1920, when it was closed. Then, at the time of the next Chicago world's fair, A Century of Progress, in 1933–34—a fair that shrieked with vivid colors and architectural modernism—this old-fashioned Greek academic building of Atwood's was completely rehabilitated and its façades made permanent, with funds given by Julius Rosenwald, philanthropic head of Sears, Roebuck & Co. It reopened as the Museum of Science and Industry just in time to receive many exhibits from A Century of Progress, and is still going strong today. Beloved of Chicagoans (and a tourist mecca, of course), it offers proof that changing architectural fashions need not destroy public affection for buildings with old and warm associations.

*In recounting the fate of the various Exposition buildings, mention could also be made of the numerous hotels that had sprung up around Jackson Park to house visitors to the fair. A number of these lingered on for years as cheap apartment buildings. Early in the twentieth century the low red structures at 57th Street and Stony Island Avenue sheltered a colorful colony of Chicago bohemians.

# EXHIBIT I

EXHIBIT I

# Excerpt from Field Museum of Natural History website

On the history of the Museum:

https://www.fieldmuseum.org/about/history

## New home

The museum's extensive collection continued to grow, but the Palace of Fine Arts building was not aging gracefully. The search began for a site to rebuild the museum.

After much deliberation on the site and style of the museum's new home, construction began in 1915 on a new building at a site near Grant Park. The building, designed by architect Peirce Anderson of Graham, Anderson, Probst and White, cost $7 million to build and was part of Daniel Burnham's 1909 Plan of Chicago.

In March 1920, crews began the arduous task of moving the museum's collection to its new home. Specimens were loaded into crates and transported by rail and horse-drawn carriage.

# EXHIBIT J

EXHIBIT J

Grant Park History

From Chicago Public Library Blog

https://www.chipublib.org/blogs/post/history-of-grant-park-1909-14/

https://www.chipublib.org/blogs/post/mapmakers-lie-grant-park-in-1913/

https://www.chipublib.org/blogs/post/history-of-grant-park-1915-1930/

https://www.chipublib.org/blogs/post/history-of-grant-park-1931-to-1970/

https://www.chipublib.org/blogs/post/history-of-grant-park-1971-to-1990/

https://www.chipublib.org/blogs/post/history-of-grant-park-1991-2014/



Map of Grant Park (1911)



Map (1913) erroneously noting the “Fields Museum” adjacent to what today is Buckingham Fountain.

South of 12th Street, renamed Roosevelt in 1919, enough of the lake had been filled in to construct the Field Museum(1921), Soldier Field (1924), Shedd Aquarium (1930) and Adler Planetarium (1930). Due to Montgomery Ward’s legacy these were all built south of the original boundary of Grant Park (half a block north of Roosevelt). This is shown in the next photo from the National Map. My annotations are in red.

Original South Line of Lake Park
Shedd Acquarium
Roosevelt
Field Museum
Adler
Planetarium
Soldier
Field
0
300
600ft
The National Map

# EXHIBIT K

EXHIBIT K

26. In addition to the Palm House, the conservatory group of Garfield Park originally included the Aquatic, Conifer, New Holland, Show, and Economic houses, the last reserved for plants with an economic value, such as edible fruits, but the first four have changed in function over the years and are now designated as the Fernery, Aroid House, Cactus House, and Horticultural Hall. The dimensions of the Palm House are 85 × 250 feet in plan and 60 feet in overall height (50 feet clear from the springing to the crown). The main structural ribs of this enclosure have the curious distinction of being the deepest and longest sections to be cold-bent from mill-rolled beams. The structural systems of the smaller houses represent a variety of steel rib and truss frames. (For the boulevard system of the West Park District, see pp. 32, 53.)
27. The acreage given for Grant Park does not include the southward extension required for the Field Museum, Shedd Aquarium, and Adler Planetarium (see pp. 186–205). The South Park District also includes a boulevard system; see pp. 32, 53.
28. The multidistrict park system survived until the unification of 1934. The eleven districts of 1910 included the big three, namely, South Park, West Park, and Lincoln Park, the Special Park Commission, and seven small districts designated as Calumet, Fernwood, Irving Park, North Shore, Northwest, Ridge, and Ridge Avenue. The numbers, locations, names, and areas of the major parks have changed little since 1910, although the city's population has increased about 75 percent since that date. The chief parks in the three large districts in 1910, with acreage, were the following:

    South Park District: Bessemer, Calumet, Gage, Grant, Hamilton, Jackson, Marquette, McKinley, Ogden, Palmer, Sherman, Washington, and eleven small parks and squares. Total area 2,495 acres.

    West Park District: Columbus, Douglas, Garfield, Humboldt, Union, and ten small parks. Total area 1,035 acres.

    Lincoln Park District: Lincoln Park and various small parks. Total area 700 acres. (This district enjoyed the greatest increase in later years through successive northward extensions of Lincoln Park.)

    Grand total area of the three districts, 4,230 acres. The distribution of acreage corresponded to the distribution of population in 1910, which was concentrated on the South Side.
29. The chief belts of forest land, in order from north to south, are the following: moraines and terraces around Lake-Cook and Green Bay roads; Skokie River (dammed at Willow Road in Winnetka to form Skokie Lagoons); North Branch of the Chicago River extending into the northwest corner of the city at Caldwell Road and Devon Avenue; Des Plaines River, from the Cook-Lake county line south to below Riverside; on roughly east-west lines along the Calumet rivers and their tributaries; east and west along Calumet-Sag Channel; scattered areas in Chicago and the suburbs, chiefly along Flag and Stone creeks west of the city.
30. For the establishment of the permanent Forest Preserve District and its program, see pp. 211–13.

# EXHIBIT L

EXHIBIT L

1/31/2019 Case: 1:18-cv-03424 Document #: 85-16 Filed: 02/05/19 Page 12 of 16 PageID #:2561 Shedd Aquarium

ENCYCLOPEDIA of CHICAGO
Entries | Historical Sources | Maps | Special Features
SEARCH
Full List

SEE ALSO HISTORICAL SOURCES
Conservatories
Museums in the Park

ENTRIES : SHEDD AQUARIUM

ENTRIES
S
Shedd Aquarium
Next

# Shedd Aquarium

LAKEFRONT MUSEUMS, 1947

Planning for the John G. Shedd Aquarium began in 1924, when John Groves Shedd, second president of Marshall Field & Co., donated $2 million toward construction of a facility that he hoped would showcase “the greatest variety of sea life under one roof.” The world's largest indoor aquarium opened more than five years later, in December 1929, along Lake Michigan, just south of Grant Park and east of the Field Museum. Additional Shedd exhibit halls were completed in the early years of the Great Depression.

The aquarium's significance was not restricted to size or location. It opened with both freshwater and salt aquaria, then unheard of for an inland aquarium. The architects Graham, Anderson, Probst & White designed the aquarium in the Beaux-Arts style (one championed by Graham's mentor Daniel Burnham), with elements of classical Greek architecture to make it a better structural match with the neighboring Field Museum. Under Walter H. Chute (who served as its second director from 1928 to 1964), the aquarium pioneered the use of a railroad car to transport fishes and invertebrates collected for exhibition and study. The rotunda pool, with its lush plant growth, fish, and reptiles, remained an attraction for 40 years, until it was replaced by a huge cylindrical coral reef community tank. The R/V Coral Reef served as a collecting boat from 1971 to 1985, when it was replaced by a specially designed vessel, the Coral Reef II.

William P. Braker followed Chute as aquarium director, with a vision of an enlarged and more complete aquatic experience. Under Braker's leadership, a membership initiative in the 1970s began encouraging both tourists and city residents to participate in aquarium activities. A volunteer program, implemented in 1975, provided aid to visitors and complemented the Helen Shedd Keith Aquatic Science Center. Invertebrates (including sea anemones) were added to the galleries in 1980; river otters in 1986.

The idea for a marine mammal exhibit, set aside in 1967 and considered anew in 1980, finally received state support in 1986. In April of 1991 the Oceanarium and its marine mammal pavilion opened to the public. Sea otters, dolphins, belugas, penguins, and harbor seals played in state-of-the-art exhibits replicating natural conditions. Public response to the Oceanarium exceeded expectations, and programming grew. The McCormick Tribune Reference Library was built to serve as a specialized regional resource on aquatic sciences.

In 1994, Ted Beattie became the aquarium's fourth director. The additions under his watch include the Amazon Rising exhibit in 2000. The aquarium also became one of the principal components of the city's vast Museum Campus, built to integrate three important lakefront institutions—the Field Museum, the Adler Planetarium, and Shedd Aquarium—by removing a section of Lake Shore Drive that had long isolated the buildings from one another. In 2001, annual aquarium attendance grew to nearly 2 million.

Dennis A. Meritt, Jr.

The Electronic Encyclopedia of Chicago © 2005 Chicago Historical Society.
The Encyclopedia of Chicago © 2004 The Newberry Library. All Rights Reserved. Portions are copyrighted by other institutions and individuals. Additional information on copyright and permissions.

http://www.encyclopedia.chicagohistory.org/pages/1139.html 1/1

# EXHIBIT M

EXHIBIT M

SEE ALSO HISTORICAL SOURCES
Chicago Historical Society
Mexican Fine Arts Center Museum
Museums in the Park
Nommo

ENTRIES
D
DuSable Museum
Next

# DuSable Museum

The DuSable Museum of African American History is devoted to the history, art, and culture of the African diaspora. A pioneer among a group of black cultural museums that emerged during the civil rights movement of the mid-twentieth century, it began as the Ebony Museum, and then the Museum of Negro History and Art. The museum's first site was in the home of its founders, artist/educator Margaret Goss Burroughs and her husband Charles Burroughs, whose historic South Side mansion had once been a boardinghouse for African American railroad workers. During the early 1960s the fledgling museum and the South Side Community Art Center across Michigan Avenue created a small black cultural corridor.

Upon moving to its current home, a former Chicago Park District facility in Washington Park, in 1973, the museum was renamed in honor of Chicago's first permanent nonnative settler, Jean Baptiste Point DuSable, an Afro-French trader. An interracial group of educators and activists that included Eugene Pieter Feldman, Gerard Lew, Marian Hadly, Ralph Turner, James O'Kennard, and Wilbur Jones played a central role in the museum's early development. The DuSable quickly became a resource for teaching African American history and culture and a focal point in Chicago for black social activism, particularly because of limited cultural resources then available to Chicago's large black population. Through the years, the museum has served as nerve center for political fundraisers, community festivals, and social and civic events serving the black community. The museum and its founder, Margaret Burroughs, rose to national prominence, and its model has been replicated in other cities around the country, including Boston, Los Angeles, and Philadelphia.

DuSable's holdings have developed largely from private gifts. These include slave-era relics, nineteenth- and twentieth-century artifacts, archival materials such as the diaries of sea explorer Captain Harry Dean, and letters, photographs, and memorabilia of scholar W. E. B. Du Bois, sociologist St. Clair Drake, and poet Langston Hughes. The significant African American art collection includes work by Charles White, Archibald Motley, Jr., Charles Sebree, and Marion Perkins (all of whom studied at the South Side Community Art Center), and numerous works from the WPA period and the 1960s Black Arts Movement. In addition to traditional African art and numerous prints and drawings, the museum owns works by noted artists Henry O. Tanner, Richmond Barthé, and Romare Bearden. It also has an extensive collection of books and records on African and African American history and culture.

The museum, which receives partial support through the publicly funded Park District tax levy, added the Harold Washington Wing, with additional galleries and a theater, in 1993. It has continued to mount exhibitions, host lectures, festivals, performing arts, and film programs, and provide educational services for students and teachers.

Amina J. Dickerson

***Bibliography***

Feldman, Eugene Pieter Romayn. *The Birth and the Building of the DuSable Museum.* 1981.
Walker, Lillian O. "A History of the DuSable Museum of African American History and Art." M.A. thesis, Governors State University. 1977.
Williams, Carline Evone Strong. "Margaret Taylor Goss Burroughs: Educator, Artist, Author, Founder, and Civic Leader." Ph.D. diss., Loyola University of Chicago. 1994.

The Electronic Encyclopedia of Chicago © 2005 Chicago Historical Society.
The Encyclopedia of Chicago © 2004 The Newberry Library. All Rights Reserved. Portions are copyrighted by other institutions and individuals. Additional information on copyright and permissions.

# EXHIBIT N

EXHIBIT N



The DuSable Museum of African-American History was housed in the Griffiths-Burroughs House from its founding in 1961 until 1973, when it moved to the former South Parks Commission headquarters in Washington Park.

Top: A photograph of the house while used for the DuSable Museum.

Bottom: School children visiting the DuSable Museum.