**EXHIBIT O**

EXHIBIT O

WIKIPEDIA

Coordinates: 41°47′45″N 87°36′40″W

# Washington Park (Chicago park)

**Washington Park** (formerly **Western Division of South Park**, also **Park No. 21**) is a 372-acre (1.5 km²)[2] park between Cottage Grove Avenue and Martin Luther King Drive, (originally known as "Grand Boulevard") located at 5531 S. Martin Luther King Dr. in the Washington Park community area on the South Side of Chicago in Cook County, Illinois. It was named for President George Washington in 1880.[3] Washington Park is the largest of four Chicago Park District parks named after persons surnamed Washington (the others are Dinah Washington Park, Harold Washington Park and Washington Square Park, Chicago). Located in the park is the DuSable Museum of African American History. This park was the proposed site of the Olympic Stadium and the Olympic swimming venue for Chicago's bid to host the 2016 Summer Olympics. Washington Park was added to the National Register of Historic Places on August 20, 2004.

| Washington Park |
| :---: |
| U.S. National Register of Historic Places |
| U.S. Historic district |
|  |
| Pond in Washington Park |
|  |

| | |
| --- | --- |
| **Location** | 5531 S. King Dr., Chicago, Illinois |
| **Coordinates** | 41°47′45″N 87°36′40″W |
| **Area** | 380 acres (1.5 km²) |
| **Built** | 1870 |
| **Architect** | Olmsted, Frederick Law; Burnham, Daniel H. |
| **Architectural style** | Beaux Arts, Art Deco |

## Contents

Formation

History

Today

2016 Olympic bid

Notes

External links

## Formation

Washington Park was conceived by Paul Cornell, a Chicago real estate magnate who had founded the adjoining town of Hyde Park. Cornell had lobbied the Illinois General Assembly to establish the South Park Commission. After his efforts succeeded in 1869, the South Park Board of Commissioners identified more than 1,000 acres (4.0 km²) south of Chicago for a large park and boulevards that would connect it with downtown and the extant West Park System.[5] Originally called South Park, the property was composed of eastern and western divisions, now bearing the names Jackson and Washington Parks and the Midway Plaisance.[6] Cornell hired Frederick Law Olmsted and his partner, Calvert Vaux, to lay out the park in the 1870s. Their blueprints were destroyed in the Great Chicago Fire of 1871.[2]

Case: 1:18-cv-03424 Document #: 65-17 Filed: 02/05/19 Page 3 of 38 PageID #:2568

| MPS | Chicago Park District MPS |
| NRHP reference # | 04000871 (https:// npgallery.nps.gov/ AssetDetail/NRIS/ 04000871)[1] |
| Added to NRHP | August 20, 2004 |



Map of Washington park in the South Side of Chicago



Southdown sheep grazing before they were disallowed circa 1920[4]



Lagoon in Washington Park



Washington Park Conservatory



Washington Park Refectory

When Olmsted first examined the property, he saw a field filled with bare trees and decided to maintain its character by creating a meadow surrounded by trees. His plan for the park called for sheep to graze as a means of keeping the grass short. Cornell convinced Olmsted to include sporting areas, although Olmsted wanted a more natural feel to the park, which included a 13-acre (53,000 m²) lake.[7] The Western division was renamed Washington Park in 1881.[6]



Rock garden in Washington Park

Olmsted designed the park to have two broad boulevards cutting through it, making it part of Chicago's boulevard system. From Washington Park, one can take the Midway east to Jackson Park, Garfield Boulevard west to Chicago Midway International Airport, or Drexel Boulevard north to the central city.

Horace William Shaler Cleveland executed the plans within the limitations of the financial setbacks from the fire (including the loss of tax rolls) and the 1873 depression.[2] Olmsted's vision for Washington Park was generally realized.[8] However, since spending for the park was diverted after the Great Chicago Fire in 1871. The loss of financial backing and difficulty in levying taxes after the fire meant that a water park could not be built on the property.[8] From 1897 until the 1930s the park housed an impressive conservatory and ornate sunken garden designed by D. H. Burnham & Co. at 56th Street and Cottage Grove.[9] The Washington Park Conservatory, like those of other city parks such as Humboldt and Douglas Parks, was torn down in the 1930s due to limited resources as a result of the Great Depression. This left Lincoln Park and Garfield Park as Chicago's main Conservatories.[10] One of the earliest improvements was the "South Open Green," a pastoral meadow with grazing sheep, also used as a ball field. Architect Daniel H. Burnham's firm designed the 1880 limestone round stables, the 1881 refectory, and the 1910 administrative headquarters for the South Park Commission. Other early attractions to the park included riding stables, cricket grounds, baseball fields, a toboggan slide, archery ranges, a golf course, bicycle paths, row boats, horseshoe pits, greenhouses, a rose garden, a bandstand, a small

zoo featuring six alligators, and a lily pond.[4] The lily pond (pictured left) was a particularly enticing attraction because few had seen such a site.[3] Today, the administrative building houses DuSable Museum of African American History.[6] The park has retained its environmental appeal with continuing visionary support of the Burnham Plan which supported the maintenance of a park system.[11]

# History



Washington Park Lily Pond



General Grant's Tree

On December 6, 1879, former U.S. President Ulysses Grant took part in a tree planting ceremony in the park. A memorial boulder with a plaque (both of which have been removed from the park, along with the tree) commemorated the event.[12] In the 1920s black semiprofessional baseball teams played at Washington Park.[2] George Lott began playing tennis at the park.[13]

At the southeast corner of the park, at 61st and Cottage Grove, Washington Park Race Track operated between 1883 and 1905. It was one of the largest and grandest horse racetracks of its time. A nine-hole golf course was built in the infield and several of its buildings survive today as part of the Park District. This includes the stables used by Chicago Police at 58th and Cottage Grove. The racetrack closed after Illinois outlawed gambling, and the name was transferred to a second track in Homewood, Illinois. (See the Washington Park Race Track Wikipedia site for photos and references.)

The USA Cross Country Championships were held in the park in 1933, 1957, 1958, 1962, 1963, 1964, 1967, 1970 and 1972.[14]

Washington Park was a site of tension and conflict arising from the demographic changes resulting from the African American expansion into the neighborhood in the period following the First World War.[2] The park has since 1961 hosted the DuSable Museum of African American History, a leader in the promotion of the history, art and culture of African American heritage.[15]

# Today

Washington Park is listed on the National Register of Historic Places as a United States Registered Historic District. Its National Register of Historic Places Multiple Property Submission consisted of 3,670 acres (14.9 km$^2$) containing 15 contributing buildings, 28 contributing structures, and 8 contributing objects.[16] Interesting sights in the Park include the DuSable Museum of African American History and its sculpture garden, the Lorado Taft sculpture Fountain of Time, and an architecturally distinctive National Guard armory.[17] Washington Park is a social center of the South Side and hosts many festivals in the summer, including Chicago's best organized cricket league and the terminus of the Bud Billiken Parade and Picnic. The largest 16" softball league in Chicago is played there on Sundays (called "Sunday's Best Softball League"). There are 34 teams who play on 13 diamonds. There is also a weekday evening league.



DuSable Museum - 2007Jan07



Fountain of Time

# 2016 Olympic bid

On September 21, 2006, Mayor Richard M. Daley announced that an Olympic Stadium was being proposed for Washington Park as part of Chicago's bid for the 2016 Summer Olympics (The International Olympic Committee requires cities have a dome with a seating capacity of at least 80,000 in order to be considered as summer Olympics hosts). The stadium would have seated 95,000 initially for the games, and would have been converted to a 10,000-seat below-ground arena for track-and-field and cultural events after the Olympics. The cost was estimated to be at least $300–400 million (USD).[18] The plan replaced the initial dual stadium opening ceremony facility.[19][20][21]

Additional details about the plan included new permanent hockey fields, use of Jones Armory, and new pedestrian juncture between the two halves of the park by tunneling part of Morgan Drive (55th).[22][23] A later December 2008 plan added the olympic swimming venue to the park.[24] The plan faced opposition from those holding the view that Washington Park's listing on the National Register of Historic Places could not have survived the execution of this Olympic plan. In addition to the opposition, the plan faced constraints because of the park's landmark status, which precluded federal money from being used to build a temporary stadium in the park.[22] The decision, in October 2009, to award the 2016 Summer Games to Rio de Janeiro halted these plans.[25]

# Notes

1. National Park Service (2009-03-13). "National Register Information System" (http://nrhp.focus.nps.gov/natreg/docs/All_Data.html). *National Register of Historic Places*. National Park Service.

2. Bachin, Robin (2005). "Washington Park (Park)" (http://www.encyclopedia.chicagohistory.org/pages/1319.html). *The Encyclopedia of Chicago*. Chicago Historical Society. Retrieved October 22, 2007.

3. Graf, John, *Chicago's Parks* Arcadia Publishing, 2000, p. 84., ISBN 0-7385-0716-4.

4. Graf, John, *Chicago's Parks* Arcadia Publishing, 2000, p. 86., ISBN 0-7385-0716-4.

5. Encyclopedia of Chicago Map (http://www.encyclopedia.chicagohistory.org/pages/3309.html)

6. Duo Consulting (2006). "Washington Park" (http://www.chicagoparkdistrict.com/index.cfm/fuseaction/parks.detail/object_id/BC7A8166-64DC-4363-AC26-0A2375E14669.cfm). Chicago Park District. Retrieved January 2, 2007.

7. Miller, Donald (1996). *City of the Century: The Epic of Chicago and the Making of America*. New York, NY: Simon & Schuster. pp. 288–289. ISBN 978-0-684-83138-1.

8. Bachrach, Julia Sniderman, *Park Districts*, Eds. Grossman, James R., Keating, Ann Durkin, and Reiff, Janice L., 2004 *The Encyclopedia of Chicago*, p. 601. The University of Chicago Press, ISBN 0-226-31015-9

9. Bachrach, Julia Sniderman, *Conservatories*, Eds. Grossman, James R., Keating, Ann Durkin, and Reiff, Janice L., 2004 *The Encyclopedia of Chicago*, p. 199-200. The University of Chicago Press, ISBN 0-226-31015-9

10. Graf, John, *Chicago's Parks* Arcadia Publishing, 2000, p. 87., ISBN 0-7385-0716-4.

11. Stradling, David, *Environmentalism*, Eds. Grossman, James R., Keating, Ann Durkin, and Reiff, Janice L., 2004 *The Encyclopedia of Chicago*, p. 278. The University of Chicago Press, ISBN 0-226-31015-9

12. Graf, John, *Chicago's Parks* Arcadia Publishing, 2000, p. 85., ISBN 0-7385-0716-4.

13. Long, John H., *Tennis*, Eds. Grossman, James R., Keating, Ann Durkin, and Reiff, Janice L., 2004 *The Encyclopedia of Chicago*, p. 814. The University of Chicago Press, ISBN 0-226-31015-9

14. "U.S. National Cross Country Champions" (http://www.therealxc.com/wp-content/uploads/2015/06/USA-XC-National-Champions4.pdf) (PDF). therealxc.com. Retrieved 2018-09-16.

15. "Museum History" (http://www.dusablemuseum.org/about/history). DuSable Museum of African American History. Retrieved January 25, 2010.

16. "Illinois - Cook County - Historic Districts" (https://web.archive.org/web/20080516072057/http://www.historicdistricts.com/IL/Cook/districts.html). National Register of Historic Places. Archived from the original (http://www.historicdistricts.com/IL/Cook/districts.html) on May 16, 2008. Retrieved April 1, 2009.

17. Bachrach, Julia Sniderman (July 2, 2004). "National Register of Historic Places Registration Form: Washington Park" (http://gis.hpa.state.il.us/PDFs/223353.pdf) (PDF). United States Department of the Interior/National Park Service. Retrieved April 1, 2009.

18. Hinz, Greg (September 20, 2006). "Daley sets site for Olympic stadium" (http://www.chicagobusiness.com/cgi-bin/news.pl?id=22158). ChicagoBusiness.com. Retrieved December 27, 2006.

19. Benjy (September 21, 2006). "New Plan for Olympic Stadium" (https://web.archive.org/web/20061019072642/http://www.chicagoist.com/archives/2006/09/21/new_plan_for_olympic_stadium.php). Chicagoist.com. Archived from the original (http://www.chicagoist.com/archives/2006/09/21/new_plan_for_olympic_stadium.php) on October 19, 2006. Retrieved December 27, 2006.

20. Staff writer (September 20, 2006). "Daley Proposes Olympic Stadium To Be Built" (https://web.archive.org/web/20070930183614/http://cbs2chicago.com/local/local_story_263152401.html). CBS2Chicago.com. Archived from the original (http://cbs2chicago.com/local/local_story_263152401.html) on September 30, 2007. Retrieved December 27, 2006.

21. Kamin, Blair (September 21, 2006). "Washington Park plan looks like a gold medal winner for the city" (http://www.chicagotribune.com/features/chi-0609210056sep21,1,1387439.story?coll=chi-entertainment-utl). chicagotribune.com. Retrieved December 27, 2006.

22. "The proposal for Olympic 2016 facilities in Washington Park on Chicago's Mid-South Side and an historic Olmsted park with Community commentaries" (http://www.hydepark.org/parks/washington/Olympiccomm.htm). hydepark.org. October 12, 2010.

23. For a photographic representation of the plan see Plan maps (http://www.hydepark.org/parks/washington/Olym1.JPG).

24. Spielman, Fran (December 12, 2008). "Taxpayers facing more Olympic risk: BIGGER GAMBLE" (https://web.archive.org/web/20081217013648/http://www.suntimes.com/sports/olympics/1328642,chicago-2016-olympics-lower-surplus-121208.article). *Chicago Sun-Times*. Digital Chicago, Inc. Archived from the original (http://www.suntimes.com/sports/olympics/1328642,chicago-2016-olympics-lower-surplus-121208.article) on December 17, 2008. Retrieved December 31, 2008.

25. Macur, Juliet (October 2, 2009). "Rio Wins 2016 Olympics in a First for South America" (https://www.nytimes.com/2009/10/03/sports/03olympics.html). *The New York Times*. p. A1. Retrieved January 24, 2010.

# External links

- Washington Park Maps (http://www.hydepark.org/parks/washington/washmap.htm)
- Official City of Chicago Washington Park Neighborhood Map (http://egov.cityofchicago.org/webportal/COCWebPortal/COC_ATTACH/Community_Areas_WASHINGTON_PARK.pdf)
- Chicago Park District: Washington Park (http://www.chicagoparkdistrict.com/index.cfm/fuseaction/parks.detail/object_id/BC7A8166-64DC-4363-AC26-0A2375E14669.cfm)
- The Washington Park Advisory Council's (http://www.washingtonparkac.org) web site
- Washington Park Quality-of-Life Neighborhood Planning (http://www.washingtonparkncp.org/home.aspx)

---

Retrieved from "https://en.wikipedia.org/w/index.php?title=Washington_Park_(Chicago_park)&oldid=859833002"

This page was last edited on 16 September 2018, at 15:47 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**EXHIBIT P**

**EXHIBIT P**

Case: 1:18-cv-03424 Document #: 85-17 Filed: 02/05/19 Page 8 of 38 PageID #:2573

Coordinates: 41°46′55″N 87°36′39″W

**WIKIPEDIA**

# Washington Park Race Track

**Washington Park Race Track** was a popular horse racing venue in the Chicago metropolitan area from 1884 until 1977. It had two locations during its existence. It was first situated in what is the current location of the Washington Park Subdivision of the Woodlawn community area of Chicago in Cook County, Illinois, United States. This is located immediately south of both the current Washington Park community area and Washington Park. The track was later relocated to Homewood, Illinois, which is also in Cook County.

The original track and its accompanying Jockey Club were social draws in the late 19th century, but modern developments and changes in the law led to the decline of both. In its prime, the track was an especially important social gathering place on opening day and the day of the American Derby, which ranked as one of Horse racing's highest purses. The Jockey club, designed by Solon Spencer Beman, hosted a social gathering led by General Philip Sheridan who was an early leader of the track and club. The track was closed and reopened according to the contemporary state and local laws on gambling and eventually waned in popularity and social importance.

Over the years, numerous famous horses and jockeys appeared at the track. In the 19th century, notable horses of the time, such as Emperor of Norfolk and Domino raced. In the 20th century, some of the most notable Thoroughbreds to race at Washington Park included Triple Crown winners Citation and Whirlaway. Other notable horses included Native Dancer and Swaps, who each won legs of the Triple Crown. Jockey Eddie Arcaro won both the 1948 and 1953 American Derby races at the track. In addition to the American Derby, several other notable graded stakes races were run at the track such as the Stars and Stripes Turf Handicap and the Washington Park Handicap. In addition, notable match races were held at the track.

| Washington Park Race Track | |
|---|---|
|  Washington Park Race Track, c. 1903. | |
| **Location** | 61st Street and Cottage Grove, Cook County, Illinois[1] |
| **Coordinates** | 41°46′55″N 87°36′39″W |
| **Owned by** | Washington Park Jockey Club |
| **Date opened** | 1884 |
| **Date closed** | 1977 |

## Contents

**Original track**
    Major races
    Decline and closure of the original track

**New track**

**Horses who raced at Washington Park**

**Other stakes races run at the racetrack**

**Notes**

**References**

**External links**

# Original track

In 1883, a group of about 500 Chicagoans, led by General Philip Sheridan, banded together to create the Washington Park Jockey Club. Selecting a location at 61st and Cottage Grove, the Club opened and operated the Washington Park Race Track, valued at $150,000, the following year, claiming it to be "the Midwest's preeminent track."[2] The track was part of the long tradition of constructing special facilities for sporting events and public assembly in the Chicago parks.[3] At that time it was fashionable for the social elite to maintain close ties to equestrian sports. Some owned Thoroughbreds and thus were members of the Washington Park Jockey Club.[4] The track's clubhouse, which was completed in 1896, was designed by Solon Spencer Beman, and C. B. McDonald built a short nine-hole club members' golf course in the infield of the track.[5]

## Major races



Grandstands at original track, c. 1900

Each June, the track sponsored the American Derby, which had a purse ranked among the highest in the country. When Washington Park Race Track first organized the American Derby in 1883, General Philip Sheridan served as its first President.[6] By 1893, the American Derby was the 2nd richest American race in the 19th century.[2] Both The American Derby and Opening Day (the first race of the season)[7] became important social calendar dates. Residents of elite late 19th century neighborhoods organized a number of related public activities outside the track grounds, including the annual Washington Park Race Track opening day parade.[8]

Horse racing was not the only draw of the track. In 1900, a race was staged at the track between a gasoline-powered automobile and an electrically powered automobile. At the time, there were more electric cars in the country than gasoline-powered ones. The race in Chicago was the first time a gasoline-powered car beat an electric-powered one in a race.

## Decline and closure of the original track

The track ran into difficulties when Hempstead Washburne was elected Mayor of Chicago in 1892. In 1893, he began a gambling reform campaign, which included a goal of closing all race tracks in Chicago. His campaign eventually resulted in the 1894 closure of Washington Park Race Track,[2] although the track reopened in 1898. It remained open until 1905, when the state of Illinois banned gambling and stopped all horse racing.[2] By that time, the prestige of the club had declined, independently of Washburne's reform movement, because more modern and spacious golf courses drew the members to other locations, and the residential dispersion of elite members from the community area made the club less important.[5] However, the stables used by the track were not torn down and currently form a portion of the DuSable Museum of African-American History.[9]

# New track

In 1926, a second Washington Park Race Track opened up in south suburban Homewood.[2] The new Washington Park Race Track was located west of Halsted Street just outside Homewood village bounds. The Illinois Central Railroad built a spur line directly between Chicago and the newly relocated track.[10] The relocated track continued to be a famous and popular attraction.[11] The inaugural meeting of organizers was July 3, 1926.[12] The new track was constructed amongst a construction boom of racetracks in the United States during the 1920s, which included fifteen new large racetracks constructed during the decade. Others constructed at this time were Arlington Park nearby in Chicago and Hialeah Park in Florida.[13]

A diagram of the "new" race track in 1977, before the grandstand burned.

Benjamin F. Lindheimer purchased Washington Park Race Track in 1935 and owned it until his death in 1960.[14] Long involved with the business, adopted daughter Marjorie Lindheimer Everett then took over management of the racetracks.[15]

The American Derby was also reborn at the new track, and was run at Washington through 1957, when it was moved to Arlington Park, in northwest suburban Arlington Heights.[16] However, racing venues had previously shifted between Chicago-area tracks. For example, in 1943, Arlington Park shifted its major races to Washington Park as a result of curtailed racing due to World War II.[2]

Another significant race run at the new track was the Grade 2 stakes Washington Park Handicap for three-year-olds and up. It was first held at Washington Park in 1926, and continued to be held there until 1958, when it was moved to Arlington Park, where it continues to be held to the present day and commemorates the Washington Park racetrack.[17]

The new track hosted a number of special races between famous horses of the day. On August 29, 1945 a match race between Busher and Durazna was held at the racetrack. The distance was one mile, with a purse of $25,000.00. Busher won by almost two lengths, after the lead changed several times during the race.[18] On August 31, 1955, Washington Park hosted a match race between Nashua and Swaps with a distance of a mile and a quarter. The purse was $100,000.00. Nashua won by several lengths, having led the entire race. The race was well attended, and attracted reporters from across the country. Nashua went on to be named Horse of the Year for 1955.[19][20]

However, in spite of popular events, the track was not without scandals and allegations of misdeeds. For example, in 1970, Marge Lindheimer Everett, manager of both Arlington and Washington Park, confessed to having bribed Illinois Governor Otto Kerner to gain premium racing dates.[2]

Washington Park Race Track's grandstand burned on the night of February 5, 1977,[21] putting the track out of business. The property was sold and redeveloped in 1992 for commercial and residential use.[10]

# Horses who raced at Washington Park

- Emperor of Norfolk won the 1888 American Derby[22]
- Domino won the 1893 Hyde Park Stakes[23]
- Whirlaway won the 1941 American Derby[22]
- Citation won the 1948 American Derby in the same year he won the Triple Crown, with Eddie Arcaro up[24][22]
- Coaltown won the 1949 Whirlaway Stakes, setting a new world mile mark while doing so[25]
- Native Dancer won the 1953 American Derby, with Eddie Arcaro up[22]
- Swaps won the 1956 Washington Park Handicap[26] and the 1955 American Derby, where he set the record for that race that still stood in 2006.[16]
- T. V. Lark won the American Derby and Washington Park Handicap in 1961[27]

# Other stakes races run at the racetrack

- Sheridan Stakes began in 1884, ran at the old and new racetracks[28]
- Washington Park Handicap began 1926, moved to Arlington Park in 1958[29]
- Washington Park Futurity Stakes - inaugurated in 1937, it was a race for two-year-olds. In 1959, the race was moved to Chicago's Arlington Park race track,[30] and in 1962 was merged with the Arlington Futurity Stakes to create the Arlington-Washington Futurity Stakes.[31] It is now the Arlington-Washington Breeders' Cup Futurity.[32]

- Stars and Stripes Handicap only ran at second Washington Park in 1943, 1944 and 1945[33] and again in 1958 and 1959[34]
- Arlington Handicap ran at Washington Park in 1943, 1944 and 1945[35]
- Queen Elizabeth Handicap began in 1946 (ran as the Misty Isle Handicap from 1946 to 1958)[36]
- Whirlaway Handicap run 1946 through 1952.[37] [38]

# Notes

1. "USGS detail on Newtown" (https://geonames.usgs.gov/apex/f?p=gnispq:3:::NO::P3_FID:1772672). Retrieved October 21, 2007.
2. Steven A. Riess (2005). "Horse Racing" (http://www.encyclopedia.chicagohistory.org/pages/601.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. Retrieved October 18, 2007.
3. Lupkin, Paula R. (2005). "Places of Assembly" (http://www.encyclopedia.chicagohistory.org/pages/333.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. Retrieved November 25, 2007.
4. Reiss, Steven A. (2003). "Leisure" (http://www.encyclopedia.chicagohistory.org/pages/735.html). City of Chicago Department of Planning and Development, Landmarks Division. Retrieved October 18, 2007.
5. "Prairie Ave Gallery : Leisure" (http://www.encyclopedia.chicagohistory.org/pages/410060.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. 2005. Retrieved October 18, 2007.
6. Underwood, Tom R. (ed.) (1945). *Thoroughbred Racing & Breeding*. New York: Coward-McCann. p. 149.
7. Mahoney, Olivia, *Douglas/Grand Boulevard*, p. 21, Arcadia Publishing, 2001, ISBN 0-7385-1855-7
8. Duis, Perry R. (2005). "Street Life" (http://www.encyclopedia.chicagohistory.org/pages/1203.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. Retrieved November 25, 2007.
9. "Washington Park: From Olmstead to Today" (http://www.hydepark.org/parks/washington.htm). Hyde Park-Kenwood Community Conference. Retrieved December 27, 2006.
10. Long, John H. (2005). "Homewood, IL" (http://www.encyclopedia.chicagohistory.org/pages/598.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. Retrieved November 25, 2007.
11. McClellan, Larry A. (2005). "East Hazel Crest, IL" (http://www.encyclopedia.chicagohistory.org/pages/405.html). *The Electronic Encyclopedia of Chicago*. Chicago Historical Society. Retrieved November 25, 2007.
12. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 963.
13. Thoroughbred Times (2007). *The Original Thoroughbred Times Racing Almanac : 2006 (Original Thoroughbred Times Racing Almanac)*. Lexington, Kentucky: BowTie Press. p. 59. ISBN 1-931993-65-3.
14. New York Times (https://select.nytimes.com/gst/abstract.html?res=FA0917FD345C16738DDDAE0894DE405B808AF1D3)
15. Sports Illustrated, June 27, 1960 (http://sportsillustrated.cnn.com/vault/article/magazine/MAG1071451/index.htm)
16. Thoroughbred Times (2007). *The Original Thoroughbred Times Racing Almanac : 2006 (Original Thoroughbred Times Racing Almanac)*. Lexington, Kentucky: BowTie Press. pp. 239–240. ISBN 1-931993-65-3.
17. Thoroughbred Times (2007). *The Original Thoroughbred Times Racing Almanac : 2006 (Original Thoroughbred Times Racing Almanac)*. Lexington, Kentucky: BowTie Press. pp. 461–462. ISBN 1-931993-65-3.
18. Robertson, William H. P. (1964). *The History of Thoroughbred Racing in America*. New York: Bonanza Books. p. 366.
19. Daily Racing Form (1956). *The American Racing Manual 1956 Edition*. Chicago, Illinois: Triangle Publications. p. 17.
20. Daily Racing Form (1956). *The American Racing Manual 1956 Edition*. Chicago, Illinois: Triangle Publications. pp. 50–53.
21. Daily Racing Form (1978). *The American Racing Manual 1978 Edition*. Chicago, Illinois: Triangle Publications. p. 604.
22. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. pp. 987–988.
23. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 1082.

24. Montgomery, E. S. (1980). *The Thoroughbred* (Fourth Printing ed.). New York: Arco Publishing. p. 201. ISBN 0-668-02824-6.

25. Montgomery, E. S. (1980). *The Thoroughbred* (Fourth Printing ed.). New York: Arco Publishing. p. 206. ISBN 0-668-02824-6.

26. Montgomery, E. S. (1980). *The Thoroughbred* (Fourth Printing ed.). New York: Arco Publishing. p. 227. ISBN 0-668-02824-6.

27. Montgomery, E. S. (1980). *The Thoroughbred* (Fourth Printing ed.). New York: Arco Publishing. p. 241. ISBN 0-668-02824-6.

28. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 1173.

29. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 1199.

30. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 1198.

31. Daily Racing Form (1987). *The American Racing Manual 1987 Edition*. Chicago, Illinois: Triangle Publications. p. 742.

32. Staff (2008). *2008 Thoroughbred Times Racing Almanac*. Thoroughbred Times. p. 251. ISBN 978-1-933958-38-5.

33. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. pp. 1177–1178.

34. Thoroughbred Times (2007). *The Original Thoroughbred Times Racing Almanac : 2006 (Original Thoroughbred Times Racing Almanac)*. Lexington, Kentucky: BowTie Press. pp. 440–441. ISBN 1-931993-65-3.

35. Daily Racing Form (1978). *The American Racing Manual 1978 Edition*. Chicago, Illinois: Triangle Publications. pp. 682–683.

36. Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications. p. 1148.

37. *Daily Racing Form* May 18, 1946 article titled "Whirlaway Important New Chicago Stake" (https://drf.uky.edu/catalog/1940s/drf1946051801/drf1946051801_32_1) Retrieved October 8, 2018

38. *New York Times* August 17, 1952 article titled "Crafty Admiral 3-Length Victor" (https://www.nytimes.com/1952/08/17/archives/crafty-admiral-3length-victor-in-44300-whirlaway-handicap-crafty.html) Retrieved October 8, 2018

# References

- Hogan, Clio D. *Index to Stakes Winners 1865–1967*. Solvang, California: Flag Is Up Farms.
- Montgomery, E. S. (1980). *The Thoroughbred* (Fourth Printing ed.). New York: Arco Publishing. ISBN 0-668-02824-6.
- Robertson, William H. P. (1964). *The History of Thoroughbred Racing in America*. New York: Bonanza Books.
- Thoroughbred Times (2007). *The Original Thoroughbred Times Racing Almanac : 2006 (Original Thoroughbred Times Racing Almanac)*. Lexington, Kentucky: BowTie Press. ISBN 1-931993-65-3.
- Daily Racing Form (1956). *The American Racing Manual 1956 Edition*. Chicago, Illinois: Triangle Publications.
- Daily Racing Form (1960). *The American Racing Manual 1960 Edition*. Chicago, Illinois: Triangle Publications.
- Daily Racing Form (1978). *The American Racing Manual 1978 Edition*. Chicago, Illinois: Triangle Publications.
- Underwood, Tom R. (ed.) (1945). *Thoroughbred Racing & Breeding*. New York: Coward-McCann.

# External links

- Official City of Chicago Washington Park Neighborhood Map (http://egov.cityofchicago.org/webportal/COCWebPortal/COC_ATTACH/Community_Areas_WASHINGTON_PARK.pdf)
- Official City of Chicago Woodlawn Neighborhood Map (http://egov.cityofchicago.org/webportal/COCWebPortal/COC_ATTACH/Community_Areas_WOODLAWN.pdf)
- The first Washington Park Race Track in Chicago (http://colinsghost.org/2015/08/the-first-washington-park-race-track-in-chicago.html)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Washington_Park_Race_Track&oldid=871031437"

**This page was last edited on 28 November 2018, at 14:04 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

**EXHIBIT Q**

EXHIBIT Q

ROUNDHOUSE KICK

# Chicago's DuSable Museum of African American History converts a horse stable into a powerful space

By MATTHEW MESSNER (@MESSNERMATTHEW) • December 29, 2017

Architecture    Art    Midwest    News    Preservation



A web of timber supports the museum's soaring dome. (Courtesy Expo Chicago)

Situated just one block west of the architecturally rich University of Chicago, the DuSable Museum of African American History is undertaking a major preservation effort. Located directly across from the Daniel Burnham–designed DuSable, the Roundhouse, a former horse stable also designed by Burnham, has laid vacant for over 40 years. Yet over the past decade, the DuSable Museum has worked to convert the heavy timber and stone structure into additional exhibition space.

The DuSable [Museum](#) began working on converting the building in the mid- 2000s only to have the project stall thanks to the economic recession in 2008. By 2009, a renovation of the building's exterior was complete, but the interior was left far from the museum-quality space the DuSable was hoping to achieve. To bring the 61,000-square-foot space up to museum standards, it would cost upward of $35 million. Unable to raise those funds, the project has taken a new direction, which will see scaled-back goals completed in the coming years.

Starting with a $582,000 outdoor space, the Roundhouse is now able to host events and exhibitions for the first time. Designed by Chicago-based [Site Design Group](#), the outdoor area is the first step in connecting the Roundhouse to the museum's main building with a pedestrian-friendly landscape. At the same time, the interior of the building has been cleaned, and has already hosted its first major art event. Though the original plan to convert the interior into white-wall galleries has been put on hold, crowds happily flocked to catch a glimpse of one of Burnham's most utilitarian projects.



Unable to convert the Roundhouse into whitewall gallery space, DuSable opted to leave the interior in its original timber and iron form.

Much to the joy of architects and preservationists alike, the soaring heavy timber dome has survived in excellent condition. The web of large pine timbers is supported by the limestone walls and cast-iron columns, which all look as though they were recently

constructed. At 150 feet across, the space is a welcome addition to Chicago's catalogue of impressive civic interiors.

The Roundhouse was the site of this year's edition of EXPO CHICAGO, which hosted large-scale installations curated by Paris's Palais de Tokyo. Coinciding with the opening of the Chicago Architecture Biennial, the exhibition, Singing Stones, commissioned Chicago- and Paris-based artists to create massive works. The height of the space allowed for tall hanging pieces, while the round walls intensified another work, which utilized ambient sound. Yet another installation addressed the few windows, a clerestory near the dome's pinnacle, with colored films, filling the room with rainbow light during the day.

While the Roundhouse may never reach the level of museum refinement and environmental control previously planned, it will continue to be updated and made ready for more exhibitions and events. It is currently scheduled to be complete by the time the Barack Obama Presidential Center opens on the other end of the University of Chicago's campus in 2021. The DuSable has already begun conversations with the center to ensure exhibitions in both institutions are complementary. Until that time, architects can only hope the museum will occasionally open as it has for EXPO, letting the world in to see just how architectural a horse stable can be.

Art Museums    Chicago    Daniel Burnham    Historic Preservation    Timber

## 0 Comments

Sort by    Oldest



Add a comment...

Facebook Comments Plugin



Trending          Most Popular          Most Recent

1    Work stops on one of L.A.'s biggest construction projects

2    World's first underwater hotel opens in the Maldives

     Florence Knoll Bassett passes away at 101

**EXHIBIT R**

**EXHIBIT R**



MENU ☰



Supporting one of our nation's most important resources

An initiative of the American Library Association

Search

SEARCH

SUBSCRIBE TO THE E-NEWSLETTER (HTTP://ALA.INFORMZ.NET/ALA/PROFILE.ASP?FID=1852)

**Home** » **Articles** » DuSable Museum of African American History

# DUSABLE MUSEUM OF AFRICAN AMERICAN HISTORY

By admin on November 30, 1999



*An Interview with Librarian Beatrice "Bea" Julian*

**How did the DuSable Museum of African American History come to be?**

The **DuSable Museum of African American History (http://www.dusablemuseum.org)** is the oldest major African American self-governing museum designated to collect, interpret and preserve the achievements, experiences and history of African Americans. It is the only independent institution in Chicago established for this purpose. Being located in Chicago, one of the greatest migration centers for African Americans since the turn of the last century has given the DuSable Museum the unique position of receiving largely private donations ranging from one item to entire collections. The museum's 40 plus year history of collecting and exhibiting art and artifacts by and about people of the African Diaspora and mother continent places it in a position of connoisseurship.

Begun as the Ebony Museum of Negro History and Art and then changed to the Museum of Negro History and Art, the DuSable Museum was organized by an interracial group of eleven Chicago artists, educators, and activists lead by Dr. Margaret Burroughs and her husband Charles. The museum

Case: 1:18-cv-03424 Document #: 85-17 Filed: 02/05/19 Page 20 of 38 PageID #:2585

officially opened its doors in October 1961, housed in the Burroughs' home located at 3806 South Michigan Avenue on the first floor. Which was the historic former home of the prominent contractor John Griffith?  By the 1940's it had been converted into the Quincy Club, a boarding house for Pullman Porters and other African American railroad workers, with a public meeting hall that served the community.  In 1968, the museum was renamed after the Afro-French entrepreneur and pioneer Jean Baptiste Pointe DuSable. The first non-Native American to establish a permanent settlement in what was to become Chicago.  Soon the museum began to grow out of its space.

In 1970, the Chicago Park District granted DuSable Museum's request for the former South Park Commission Administration Building built in 1911.  Designed by Chicago architect Daniel H. Burnham, it is located in historic Washington Park at 740 East 56th Place.  The museum moved into the facility in 1973.  With this move, the museum became the eighth member of the consortium of museums located on Chicago Park District land.  It quickly became a center and resource for teaching about the African Diaspora, as well as African American history and culture, and a focal point for the community.  The museum and its founder Dr. Margaret Burroughs rose to national prominence, and African American communities and groups around the country have replicated its model, including Boston, Detroit, Philadelphia and Los Angeles.

The museum expanded again in 1993 with a 28,000 square foot addition named after the late mayor Harold Washington featuring new galleries and a 450-seat auditorium. With the beginning of a new millennium, the DuSable Museum is poised to expand again.  In 2004, DuSable Museum received another generous gift from the Chicago Park District, the former roundhouse and stables designed and built in 1880 for Washington Park by the architects Daniel H. Burnham and John W. Root, located just south of the museum across 57th Street.  With the renovation of this historic building, DuSable Museum will be the largest African American Museum in the United States.

DuSable Museum has a large and diverse permanent collection including archival materials, artifacts, books, costumes, photographs and decorative and fine art. The art collection emphasizes artists of African descent, themes and topics of African American culture, history, and the African Diaspora, dating from the mid-nineteenth century to the present.

It consists of drawings and prints including those by artist Dox Thrash, the African American print collection of artist and collector Ruth Waddy, and the illustrator and graphic artist Henry J. Lewis' collection.  It holds paintings by noted masters' as Henry O. Tanner, Clementine Hunter, William H. Johnson, Charles Sebree, James A. Porter and Emilio Cruz. The sculpture collection features works by William E. Artis, Richmond Barthe, Elizabeth Catlett and Augusta Savage, and Chicago artist Richard Hunt.  Incorporated into the collection is Caribbean art, with an emphasis on Haiti, and a large African art collection representing cultures from the four major regions of Sub-Saharan Africa, for example: the Yoruba and Senufo from Western Africa, the Pende and Chokwe from Central Africa, the Shona and Zulu from Southern African, and Ethiopian art and artifacts from the East.  The collection also includes an award winning photography collection, bibliographic files, archival material and artifacts related to many of the artists.

The art collection is noted for its acquisition of Chicago African American artists, and embraces those

whose careers or training began in Chicago. It is comprised of artists such as William W. Carter, William MacKnight Farrow (the first African American to teach at the Art Institute), William A. Harper, Frederic D. Jones, Achibald Motley, Jr., Norman Parham, William E. Scott, Charles White, Ellis Wilson, Charles Dawson,  and of course Margaret Burroughs.  Sculptors include Elizabeth Catlett, Geraldine McCullough, Marion Perkins, and outsider artist Mr. Imagination.

DuSable Museum hosts a minimum of six exhibitions a year that highlight works of these and other leading artists, as well as the history of important local and national individuals and events. It organizes lectures, workshops, various cultural and special events, and an annual arts and crafts festival. From its small beginnings, the Museum has grown to attract scholars and visitors from around the world.  More than 150,000 participants attend or utilize the facility each year.

**Tell readers about the library and your role there?**

Although the DuSable Museum does not currently maintain a physical space for a **library (http://www.dusablemuseum.org/research/library)** or publicly accessible archives, I provide the general research and reference services performed by a librarian working in a special library, along with inventorying and processing books, media resources, and archival materials. Because I am considered a staff member of the Curatorial Department, I also perform duties associated with maintaining the object collections, installing and deinstalling exhibitions, as well as clerical and administrative tasks assigned by the Chief Curator.

**What might one find in the Museum's Archives?**

Our print and media resources document the history of African Americans and peoples of African descent. Below is a listing of some of my favorite archival collections:

Dawson, Charles Collection. Charles Dawson was an illustrator and portraitist, World War I veteran, and youth leader. Having studied at Tuskegee Institute and the Chicago Art Institute, Dawson worked for the Chicago Engravers and as a freelance illustrator, as well as in the Chicago section of the Federal Art Project. Other posts include co-administrator for the Chicago Work and Training Program of the National Youth Administration; designer of the 1940 American Negro Exposition; and curator of Tuskegee's George Washington Carver Museum. Dawson's papers include original drawings, notebooks, correspondence, notes, ephemera, and photographs.

Diggs, Olive Papers. Olive Myrl Diggs (d. 1980), journalist and socialite, worked her way up to become editor of the Chicago Bee, a weekly newspaper based at 3647 State Street in Chicago's South Side. She served as editor from 1937 until the paper's folding in 1947. A graduate of Northwestern University and Roosevelt University, Diggs began as the Bee's auditor, 1929-30; and later served as business manager, 1930-34. After the Bee folded, Diggs was acting director of the Human Relations Commission of Illinois, and later worked in the Department of Urban Renewal, writing and speaking on public housing in Chicago. Her papers include manuscripts, correspondence, pamphlets, and ephemera, mostly dating from her tenure as acting director of the Human Relations Commission of Illinois.

Matlock, Frances Papers. Frances Matlock was a teacher in Chicago area schools for 41 years, from 1931-1972. A prominent society figure, she participated in several community organizations, including the South Side Community Art Center, the Chicago and National Association of Media Women, Inc., the NAACP, the American Negro Emancipation Centennial Authority, and the American West Indian Association. She also occasionally wrote articles for the Chicago Defender. Her papers consist mostly in archival materials of the American West Indian Association and her notes and research files for the exhibition "A Century of Negro Progress," which was featured at the American Negro Emancipation Centennial Exposition in Chicago in 1963.

Montgomery, Lucy Papers. Lucy Montgomery was a civil rights activist and member of an organization called the Chicago Area Friends of the Student Non-Violent Coordinating Committee, which was organized to support the southern civil rights organization. Her papers include substantial research/clippings files arranged by subject, notes and manuscripts, correspondence, and other miscellaneous personal papers.

### Share a few of the museum's current and upcoming exhibits:

Current:
Red, White, Blue & Black: A History of Blacks in the Armed Services: Featuring more than 100 artifacts, objects, images and documents, "Red, White, Blue & Black," highlights the robust collection of militaria from the DuSable Museum's permanent collection.

A Slow Walk to Greatness: The Harold Washington Story: This new installation takes a closer look into the life and legacy of Harold Washington, twenty years after the passing of the city's first African American Mayor. This exhibition will afford a new generation of Chicagoans the opportunity to learn about the tremendous impact that mayor Washington had on the city, and the country.

Additional current and upcoming exhibits can be found at
http://www.dusablemuseum.org/exhibits/current (http://www.dusablemuseum.org/exhibits/current)
& http://www.dusablemuseum.org/exhibits/upcoming
(http://www.dusablemuseum.org/exhibits/upcoming) .

For those interested in visiting the DuSable Museum, hours of operation, directions and admission information can be found at http://www.dusablemuseum.org/visit/admission-information
(http://www.dusablemuseum.org/visit/admission-information) .

### Beatrice Julian's Biography
As an information specialist, writer, and professional storyteller, Beatrice Julian is interested in researching and documenting traditional forms of cultural expression. Her varied freelance writing and research assignments have resulted in magazine and newspaper articles, essays, elementary school textbook units, and poetry. After graduating from the University of Illinois at Champaign, Urbana with a master's degree in library and information science, Beatrice began her career as a children's librarian

with the Chicago Public Library. She left her dream job working with children and young adults at the Lorraine Hansberry Library to pursue another dream, writing for children as part of the editorial staff at EBONY JR!  In addition to her work in both public and academic libraries, Beatrice has also served as coordinator of an adult literacy program (Literacy for Every Adult program, or LEAP), an outreach coordinator with a public television station (the Ready to Learn initiative), and a research analyst with the Chapin Hall Center for Children. After volunteering at the DuSable Museum Library during her high school and college years, Beatrice was delighted to join the staff of the institution founded on her birthday. Residence in the new Research Library in the DuSable Roundhouse will be a professional dream come true.

---

**Read about more Library Showcase Libraries.**
**(http://www.ilovelibraries.org/articles/libraryshowcase/archive)**

Do you have a great story about your local library that you would like featured in the Library Showcase column? If so, please refer to our **Editorial Guidelines** **(http://www.ilovelibraries.org/aboutus/editorial)** and send your story to **showcase at ala.org**.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

An initiative of the American Library Association

About

Contact

Copyright Statement (http://www.ala.org/copyright)

Privacy Policy (http://www.ala.org/privacypolicy)

ALA Home (http://www.ala.org/)

ALA Store (http://www.alastore.ala.org/)

Strategic Directions (http://www.ala.org/aboutala/strategicplan)

50 E. Huron St., Chicago, IL 60611

1.800.545.2433

© 2009–2015 American Library Association

**EXHIBIT S**

**EXHIBIT S**



# *History*



### 1857 - 1893: The First Museum in the West



Founded in 1857, the Chicago Academy of Sciences was founded by nature aficionados and amateur scientists seeking a space where they could study and share the specimens they collected. It was citizen science in action before the term was even invented! In addition to being the first private scientific museum founded in Chicago, the Academy became Chicago's first public museum when it opened its doors to all visitors in 1869. This action would shape the institution's educational focus and commitment as a community museum.

Under the guidance of early naturalists such as Robert Kennicott and William Stimpson, the Academy's scientific collection grew exponentially in both size and importance. In fact, by 1870 the Academy had the fourth largest natural history museum collection in the entire nation.

The Great Fire of 1871 devastated both the city of Chicago and the Academy. The Academy's building and holdings were decimated, including materials housed in a special "fireproof" vault. Despite this heavy blow, the Academy's naturalists and scientists began rebuilding the collection under the direction of Academy Director and malacologist William Stimpson, Academy President (and one of the original founders) Dr. Edmund Andrews, and Academy Secretary Dr. Jacob W. Velie.

Read more about some of the fascinating people who rebuilt and became advocates for the Chicago Academy of Sciences. >>

The Matthew Laflin Memorial Building circa 1900

### 1894 - 1998: A Fresh Start in Lincoln Park

The Chicago Academy of Sciences' search for a new, more permanent home was realized with an offer from Chicago pioneer and businessman Matthew Laflin in 1892. Laflin offered to provide 75% of the funds towards the construction of a new building in Lincoln Park, while the remaining 25% came from the Lincoln Park Board of Commissioners. The cornerstone of the building was laid on October 10, 1893, and the building itself, known as the Matthew Laflin Memorial Building, officially opened on October 31, 1894. For 100 years, the Laflin Building was the home of the Academy. There, natural history sprang to life through richly detailed dioramas filled with local flora

1/31/2019

Case: 1:18-cv-03424 Document #: ... Filed: 02/05/19 Page 26 of 38 PageID #:...

...of the flourishing Academy.

In its new home, the collection was not only rebuilt, but became the definitive vehicle to study the natural history of Chicago and the region. By 1900, the Academy had established itself as the leading educational resource for area teachers and students. It developed teaching programs, not only for students, but also continuing education and certification for teachers that focused on understanding and interpreting the natural sciences. It established a Children's Library to promote science education and engage young people in the study of natural sciences. In the 1960s, the Academy introduced the Junior Academy of Sciences, aimed at middle and high school children to provide additional learning opportunities, and in 1983, an Education Department was formally established.

Learn more about the Education Department here. >>



## 1999 - Present: The Urban Gateway to Nature and Science

As the 20th Century came to a close, the Chicago Academy of Sciences began initiating plans to expand the Laflin Building and to provide more room for exhibitions, collections storage, and office space. At the same time, the Lincoln Park Zoo also began looking to expand their operations. The Chicago Park District offered the Academy the opportunity to build a new museum building on the site of the Park District's North Shops Maintenance Facilities in exchange for transferring the Academy's Laflin Building to the Lincoln Park Zoo. In 1997, the Academy broke ground for its new building in Lincoln Park. In recognition of a significant donation given to the Academy by Dick and Peggy Notebaert, the building was named the Peggy Notebaert Nature Museum.

Chicago's explosion of urban growth at this time ground away the natural landscape and local flora and fauna, making it easy for residents to lose their connection to nature. People were starving for an authentic connection to the natural world and a place in our urban area where they could experience the sights, sounds, and smells of nature. The official opening of the Academy's Peggy Notebaert Nature Museum on October 23, 1999 filled this void. Known for its iconic *Judy Istock Butterfly Haven* and providing more hands-on science instruction than any other museum in Chicago, the Nature Museum has become one of the city's most attended institutions. The Nature Museum has given visitors the opportunity to create an authentic connection to nature, and has provided the Academy with a new opportunity to build on its legacy of hands-on science education, scientific research, and citizen science.

Join us at the Nature Museum today and make your connection to nature and science!

*Still curious? Click here to explore our interactive timeline.*

---

2430 N. Cannon Dr., Chicago IL 60614   **Phone:** 773-755-5100   **Hours:** Mon-Fri 9:00AM-5:00PM   Sat-Sun 10:00AM-5:00PM

© 2019 Chicago Academy of Sciences / Peggy Notebaert Nature Museum

**EXHIBIT T**

**EXHIBIT T**

Case: 1:18-cv-03424 Document #: 85-17 Filed: 02/05/19 Page 28 of 38 PageID #:2593

Newsletters   Follow us      Mobile      Log in / Create Account

Search chicagoreader.com   GO



NEWS & POLITICS | OUR TOWN        May 15, 2008

Like 20     Tweet     G+1     REPRINTS     Share

# A Conservatory, a Zoo, and 12,000 Corpses

An artist digs for the truth about Lincoln Park and the Chicago City Cemetery.

By Robert Loerzel

Sign up for our newsletters    Subscribe

One day in the 1970s, when Pamela Bannos was a teenager, she was riding in the back of her father's car as he turned off Lake Shore Drive onto LaSalle Street. Looking out the window, she noticed an old stone structure standing in Lincoln Park. Surrounded by a chain-link fence and a wall of weeds, it looked like it might be a tomb. The word couch was just visible on its crest. What is that? she wondered. And if it is a tomb, what's it doing in the park?

It was in fact a tomb, and as she would later learn, the park had once been a cemetery. On a winter night about a year and a half ago, Bannos—now an artist and a senior lecturer in photography at Northwestern University—drove down the same stretch of LaSalle. Once again the Couch mausoleum caught her eye. But the Park District had cleaned it up in 1999 and now it looked beautiful, all lit up on the snowy ground behind the Chicago Historical Society. She started wondering again what it was doing there.

Not long after that she noticed that the *Chicago Tribune* had made its entire archives, dating back to 1852, searchable online. First, like anyone discovering a new search engine, she typed in her own name. And then she ran a search for "couch tomb."

— ADVERTISEMENT —

Ad Choices



1/31/2019
A Conservatory, a Zoo, and 12,000 Corpses | Our Town | Chicago Reader
Case: 1:18-cv-03424 Document #: 85-17 Filed: 02/05/19 Page 29 of 38 PageID #:2594



Numerous articles popped up—and numerous explanations for why the grand tomb of millionaire hotelier Ira Couch had been left behind when the Chicago City Cemetery was transformed into Lincoln Park. Some reported that the Couch family had fought against it being moved. One speculated that political clout was involved. Another made a vague reference to an Illinois Supreme Court case. Other reporters wrote that it had simply been too heavy.

Intrigued by the way the story seemed to change each time it was told, Bannos began searching for articles about the cemetery itself. It didn't take her long to notice something else that was strange. Although history books suggest all the graves were moved out in the 1860s, bones have turned up since then, both in Lincoln Park and in an adjacent area where the Catholic cemetery was located. The question of what actually happened to the bodies became an obsession for Bannos, who's explored it in a multimedia art project called *Hidden Truths*, opening this week in the park.

"I feel like I've given up my life to this project," says Bannos, now 48. "I've been working for 16 hours a day on this for the last year."

This week, with permission from the Park District, Bannos will place six signs in Lincoln Park, each telling a part of the cemetery's forgotten history. Made with $10,000 in grant money from Northwestern, they'll stay up until November 21. Bannos is also launching a Web site, hiddentruths.northwestern.edu, with hundreds of documents, articles, maps, and pictures—her favorite being an 1852 watercolor of a picket fence by the man who bid successfully on a contract to build a mile-long fence around the cemetery. Bannos plans to write a book about her findings as well.

While the project may sound more like historical research than art, she says, "what an artist does is show you something in a new way.... There's always something more than what meets the eye."

Russell Lewis, chief historian at the Chicago History Museum (formerly the Historical Society), says Bannos's new project is the most thorough exploration of the cemetery's history he has seen. "I don't know that anybody else has done the work that she has done," he says. "She found some very impressive stuff."

"It's really fascinating," says Julia Bachrach, the Park District's historian. "There's never really been a reason for me to go into the early history. She was focusing on the cemetery. I've always focused on the parks."

The story Bannos pieced together begins in 1843, when Chicago established the City Cemetery northeast of Clark and North. The grounds eventually extended north, approximately to Armitage. The poor were buried in a potter's field, located where baseball diamonds are now. In 1859 John Rauch, a prominent Chicago physician who would later become the city's sanitary superintendent and president of the Illinois State Board of Health, began calling for the cemetery to be closed. He feared that corpses were oozing disease into Lake Michigan and contaminating the air.

City officials set aside 60 acres north of the cemetery as a park in 1860, naming it for President Lincoln after he was slain five years later. In 1864 an ordinance instructed the city to end burials in the City Cemetery except in lots it had already sold, and to turn the cemetery's north end into parkland as well. But the burials went on. During the Civil War almost 4,000 Confederate soldiers who died as prisoners at Camp Douglas on the south side were buried in the City Cemetery, including 1,107 in the first eight months of 1865. That September the Common Council passed a resolution insisting that its 1864 ordinance be followed, and the following April it approved an ordinance ending burials completely. (Some families were already moving bodies to newer cemeteries, such as Graceland, that they considered more elegant. An April 1866 letter in the *Tribune* complained that undertakers were violating the law by filling up the recently emptied graves with fresh bodies.) In 1867 most of the soldiers' bodies were moved to Oak Woods Cemetery, near what's now Jackson Park.

In 1869 the new Lincoln Park Commission took control of the land, but documents show it lacked the money to make any improvements. A year later the *Tribune* reported that half the cemetery's purchased graves were still there, along with all 25,000 bodies in the potter's field. "It is rapidly falling into decay," the newspaper said.

Officials implored the owners of cemetery lots to move the bodies, but few complied, Bannos says. A Common Council document from April 1871 had park officials reporting that they'd "devoted their attention" to protecting the shoreline and constructing Lake Shore Drive. There was no mention of the graves.

Then came the Great Chicago Fire, sweeping through what remained of the cemetery on October 9, 1871, and destroying many markers. (As she delved into the history of the Chicago City Cemetery, Bannos found herself sniffing old property records and council minutes, convinced that she could smell the fire on them.) Afterward officials removed the remaining headstones and vaults—except for the Couch tomb. Bannos now believes that tomb stayed where it was because the park commission couldn't afford the $3,000 it would've cost to move it.

The city began transferring bodies from the potter's field to a graveyard for the poor at Dunning, the poorhouse, TB hospital, and insane asylum run by Cook County on what's now Chicago's northwest side. On September 18, 1872, a *Tribune* headline announced: "The Remains of Over 10,000 Dead Persons Still to Be Taken Away." The article said a crew of ten men was hauling out bodies at the rate of 20 per day. Less than a month later, the paper reported that nearly all of the bodies had been removed without explaining how the task had been completed so quickly. Bannos is skeptical.

In April 1874, park commissioners, apparently tired of waiting for the families to step up, condemned 712 cemetery lots, each of which could have contained as many as eight graves. Park records show bodies being disinterred as late as 1887.

Asked why she thinks some were left behind, Bannos says, "It's not as if someone wasn't doing their job or someone was lying. It just got very confusing."

Historian A.T. Andreas only made things worse when he published his three-volume *History of Chicago* between 1884 and 1886. Andreas inaccurately described the Milliman tract, a 12-acre section of the cemetery that had been the subject of a lawsuit, as if it were the entire cemetery and implied that the cemetery had been emptied. "That was the basis of several of the history books," Bannos says. "That becomes the source material, and that gets quoted."

Based on the records she examined, Bannos tallied 35,000 people buried in the City Cemetery and the Catholic cemetery, which was on the other side of North Avenue between Dearborn and Astor, extending south to Schiller. After counting the bodies moved to Graceland and estimating the number moved to other cemeteries, she calculated that no more than 22,500 bodies were taken out of the Lincoln Park graveyards. That leaves more than 12,000 unaccounted for.

"The numbers are astounding," Bannos says. "To say thousands, which sounds exorbitant, is conservative."

Asked if it's likely that thousands of bodies were left behind, the History Museum's Russell Lewis says, "A lot of these things are speculation. Her speculation is as good as anyone's, but some of these are questions that can't be answered."

The Park District's Julia Bachrach says the ground is undoubtedly filled with bones, but she prefers not to use the word "bodies" to describe them. "That makes it sound like a graveyard, and it's not," she says. "The land has been disturbed too much. It's skeletal remains."

Case: 1:18-cv-03424 Document #: 85-17 Filed: 02/05/19 Page 32 of 38 PageID #:2597

Bannos found ten reports of bones being discovered on parkland, plus nine more in the residential neighborhood where the Catholic cemetery used to be. In 1899, when workers were digging in that area, the *Tribune* reported that "recent excavations exposed row after row of the heads of coffins in a state of good preservation."

Former Lincoln Park Zoo director Lester Fisher told Bannos that workers found a skeleton and casket when they dug the foundation for the zoo's barn in 1962. After getting no guidance from bureaucrats on what to do, they reburied the casket and poured the foundation on top of it, Fisher told Bannos. (A recording of the interview will be on her Web site.)

When archaeologists oversaw the excavation for the Chicago History Museum's parking garage northeast of Clark and LaSalle in 1998, they found pieces of what appeared to be 81 different skeletons as well as an iron coffin containing a body, Bannos says. The coffin was reburied in another cemetery, and the loose bones are now in the Illinois State Museum's collection. To this day, "anytime you do any digging out in the park, it's not unlikely you'll find some human bones," Lewis says.

Just last week construction workers unearthed another bone at 1453 N. Dearborn, between Burton and Schiller; at press time an investigation was under way but police speculated in the *Tribune* that the site might have been a cemetery. They might want to give Bannos a call.v

history

More Our Town »

Tags: Our Town

Like 20    Tweet    G+    REPRINTS    Share

## RELATED STORIES



**Hanging out with clowns in a cemetery during International Clown Week wasn't as terrifying as it sounds**
As part of Clown Week festivities, the Showmen's League of America hosted a memorial gathering at Showmen's Rest in Woodlawn Cemetery in Forest Park.

by Laura Pearson

## MORE BY ROBERT LOERZEL



**Freezing moments in time**
Artist, writer, and cabbie Dmitry Samarov has a new book

by Robert Loerzel

**EXHIBIT U**

**EXHIBIT U**

About
# History

In 1964, a group of collectors, art dealers, artists, art critics, and architects united with a shared belief that the city of Chicago deserved a contemporary art museum dedicated to exploring the new. The institution's founders originally conceived of the museum as a *Kunsthalle*, or a noncollecting "art hall" that organized and hosted temporary exhibitions of new and experimental artists.



Chicagoans congregate around Christo's first building wrap in the United States. Christo and Jeanne-Claude, *Wrap In, Wrap Out*, 1969. Installation view, Jan 18–Mar 2, 1969. Photo: Harry Shunk.

Since the MCA opened its doors in 1967, in a small building at 237 East Ontario Street (the former Playboy headquarters), we have featured the work of emerging artists, many of whom would go on to influential careers. Under the direction of curator and art historian Jan van der Marck, the founders and staff sought to nurture experimentation and "collaboration among practitioners of today's many-faceted art expressions" and to amplify the innovative exhibitions with "lectures, symposia, roundtable discussions, films and musical performances." From day one (literally) we took an interdisciplinary approach, featuring composer John Cage and Fluxus artists Alison Knowles and Dick Higgins asking, "What Did You Bring?" in the first of many Happenings and avant-garde performances that the museum would present. Dan Flavin's neon tubes lit up the museum's original gallery in his first solo show.

As we became more established, programs also brought a social awareness and engagement to the breadth of experimental activities. The museum's curators organized _Violence! In Recent American Art_ (1968), which addressed the violence and cultural tumult of the moment. We also partnered with the Conservative Vice Lords, Inc. on Art and Soul, a pilot program to establish a neighborhood art center with an art studio, library, and classes in Lawndale on Chicago's West Side. In 1969, we became the first building wrapped by Christo in the United States. That same year, we also organized the influential _Art by Telephone_, for which our staff executed art works onsite following the instructions phoned in by artists like John Baldessari, Sol LeWitt, Bruce Nauman, and Robert Smithson.



Bruce Nauman, _Jump._ Museum staff member carrying out Nauman's telephoned instructions to perform a movement in front of a video recorder. The videotape was played back during the exhibition in the spot where it was filmed. Photo © MCA Chicago.

The following year, we hosted solo exhibitions of Roy Lichtenstein, Robert Rauschenberg, and Andy Warhol, kicking off a decade during which we solidified our unique blend of exhibitions and programming and transitioned from a _Kunsthalle_ to a collecting museum. Exhibitions included compelling locally inspired shows like _Murals for the People_ (1971), in which four artists turned the MCA's galleries into their workspace to create wall-size panels that are exhibited in various Chicago neighborhoods, and major displays of the works of Lee Bontecou (1972) and Frida Kahlo (1978). We further diversified our eclectic programming with a variety of film series, lectures, and performances by Von Freeman, Philip Glass, Steve Reich, Trisha Brown, and many others. _Bodyworks_ (1975) exemplified our multidisciplinary approach by supplementing the exhibition with a series of films and in-gallery performances by artists, most memorably Chris Burden's _Doomed_. In this famous work, Burden lay on the gallery floor behind a large pane of glass for more than 40 hours with no break or sustenance until MCA employee Dennis O'Shea ended the performance by placing a container of water behind the glass within Burden's reach.



Installation view, *Bodyworks*, MCA Chicago, Mar 8–Apr 27, 1975. Work shown: <u>Chris Burden</u>'s *Doomed*, 1975, Photo © MCA Chicago.

With a <u>donation from the artist Marisol</u> in 1968, the Board formally established our permanent collection in 1974, which eventually spurred the need for a larger space that could display the newest art as well as the burgeoning collection. We marked our 10th anniversary by purchasing an adjacent three-story townhouse to facilitate an expansion. In 1978, we took advantage of the renovation period by inviting <u>Gordon Matta-Clark</u> to create a temporary <u>intervention</u> for which he sawed through the walls, floors, and roof of the townhouse, exposing the inside of the building to the elements and creating extraordinary and otherwise impossible views of the interior and the world around it.

By the 1980s and early 1990s, we became further established as an important platform for experimental contemporary art. The museum hosted <u>Jeff Koons's first solo museum show</u>. We introduced audiences to artists like <u>Martin Puryear</u> (1980) and <u>Jenny Holzer</u> (1987). There were major exhibitions featuring the work of <u>Vito Acconci</u> (1980), <u>Nam June Paik</u> (1982), <u>Nancy Spero</u> (1988), and <u>Robert Mapplethorpe</u> (1989), Romare Bearden (1991), <u>Robert Rauschenberg</u> (1992), <u>Lorna Simpson</u> (1993), and <u>Andres Serrano</u> (1995). Educational programs thrived, offering a wide range of classes, readings by notable writers like John Cheever, talks by speakers ranging from Studs Terkel to Lucy Lippard, and performances by <u>Laurie Anderson</u> and others.

Due to our continued growth, we began to feel the need for a new home, and in 1990, we signed a 99-year lease on the site of the Illinois National Guard's Chicago Avenue Armory. Again, we recognized a construction project as an opportunity for artistic inquiry and in 1992 staged a site-specific exhibition, *Art at the Armory: Occupied Territory* in the vacant building before its demolition. In 1996, a <u>building</u> designed by Berlin architect Josef Paul Kleihues opened on the summer solstice, welcoming more than 25,000 visitors during a 24-hour public preview. Although we had always blurred the lines between art and performance, we formally established the Performance department, later to be called MCA Stage, that same year. The new site and programming quickly proved successful. After one year of operations in our new home, attendance, revenues, and membership quadrupled. We finished the 1990s with exhibitions such *Art in Chicago, 1945–1995*, a landmark survey of Chicago artists and artistic traditions, as well as solo shows featuring <u>Cindy Sherman</u> (1998), <u>Chuck Close</u> (1998), <u>Sarah Sze</u> (1999), and <u>Charles Ray</u> (1999).





Illinois National Guard's Chicago Avenue Armory. Photo © MCA Chicago.





Installation view, *MCA Chicago Plaza Project: Yinka Shonibare*, MCA Chicago, Jun 16–Nov 10, 2014.

In the new millennium, we have continued to support the local arts scene while also presenting globally renowned contemporary art and performance. The 12 × 12 series featured work by a different promising Chicago artist each month, giving audiences early looks at artists like Rashid Johnson (2002). A number of major exhibitions by artists who had shown at the MCA early in their careers also took place as well as exhibitions of early and mid-career artists such as Catherine Opie (2000) and Olafur Eliasson (2009).

In 2011, under the leadership of Pritzker Director Madeleine Grynsztejn and James W. Alsdorf Chief Curator Michael Darling, we reimagined and restructured the museum's approach to exhibitions, dedicating specific gallery spaces to thematic permanent collection shows, ascendant artist solo shows, and three new exhibition series: MCA DNA, Chicago Works, and MCA Chicago Plaza Project. While MCA DNA explores the museum's history and iconic works from the collection, Chicago Works highlights the work of Chicago area artists who are somewhat more established but may not be widely recognized such as Lilli Carré (2013) and Faheem Majeed (2015). The Chicago Works exhibitions are larger and on view for longer than the previous 12 × 12 series, demonstrating a deepened commitment to new art and local artists. Our plaza project series extends the museum out into the public sphere, transforming our front plaza into an extra gallery space for giant installations. We also established an artist residency, which takes a different form with each individual artist, from Mark Bradford's socially engaged work with Chicago teens to Martin Creed's playful neon sculpture *MOTHERS*.

As we move beyond our first 50 years, we now possess a substantive history of our own. Expanding on that past, we continue to welcome the public to explore and share in today's most experimental and intriguing contemporary art and performance.

—Mary Richardson, Library Director

MCA
CHIC
AGO

220 E Chicago Ave
Chicago, IL 60611
Directions

Contact Form
General: 312-280-2660
Box Office: 312-397-4010
Store: 312-397-4000
Marisol: 312-799-3599

**MUSEUM**

Tue 10 am–9 pm
Wed–Thu 10 am–5 pm
Fri 10 am–9 pm
Sat–Sun 10 am–5 pm
Mon Closed*

**STORE**

Tue 10 am–9 pm
Wed–Thu 10 am–6 pm
Fri 10 am–9 pm
Sat–Sun 10 am–6 pm
Mon Closed*

Closed on New Year's Day,
Thanksgiving, and Christmas
Closes at 5 pm on Labor Day and
on the eves of Thanksgiving,
Christmas, and the New Year

*The museum, store, and restaurant
are open on select holiday
Mondays; view the complete list on
our Visit page.

**SUGGESTED ADMISSION**

MCA Members FREE
Adults $15
Students and Teachers $8
Seniors (65+) $8

FREE for members of the military
and police and fire departments,
veterans, and anyone 18 and under

Admission is free for Illinois
residents on Tuesdays, year-round

About this site
Accessibility
Employment
Press Room

This website is made possible in
part by the Kovler Web Fund.