**EXHIBIT V**

**EXHIBIT V**

Case: 1:18-cv-03424 Document #: 85-18 Filed: 02/05/19 Page 2 of 16 PageID #:2605
Chicago Tribune (Chicago, Illinois) · Fri, May 6, 1988 · Main Edition · Page 33
https://www.newspapers.com/image/388886021
Printed on Jan 31, 2019

# Museum to build on armory site

By Constanza Montana

The Museum of Contemporary Art will be allowed to demolish the old Illinois National Guard Armory on Chicago Avenue and build a facility on the property, under a plan endorsed Thursday by Gov. James Thompson.

The museum would lease the property for $1 a year in exchange for turning over to the state a South Side building for use as an armory.

At a ribbon-cutting ceremony held at Navy Pier, where preliminary plans for the new museum were disclosed, Thompson said he endorsed "a plan whereby the property of the State of Illinois, commonly known as the Chicago Avenue armory, will be leased for a period of 99 years to the Museum of Contemporary Art for the purpose of allowing the museum to demolish the armory and construct a new museum."

In return, the museum will donate a 140,000-square-foot building at 1910 S. Calumet Ave., worth about $3 million, to the state for National Guard use.

John Cartland, museum board president, said it would cost the museum about $20 million to build a 100,000-square-foot museum that would be about two stories tall.

Officials of the museum, now at 237 E. Ontario St., have long eyed the armory property.

Thompson said the swap favors the state because converting the Calumet Avenue building would cost $3.5 million, the same amount it would cost the state to renovate the armory, which was built during the Spanish-American War. And operating costs, such as heat and electricity, which cost $250,000 a year, would be cut in half at the more modern facility, he said.

"It's a good fiscal deal for the state and a good logistical deal for the Guard," Thompson said.

Thompson said he was not sure that the General Assembly would have to approve the lease of the 2-acre site, because the transaction does not involve a sale or a transfer of land. But it would require approval of an appropriation to pay for converting the Calumet building, he said. Thompson said he did not foresee opposition to the transaction in the legislature.

Copyright © 2019 Newspapers.com. All Rights Reserved.

POWERED BY Newspapers™

# EXHIBIT W

**EXHIBIT W**

# Shifting Grounds: The Armory Years

| Audio Conversation: Michael Butler | Clark Street Armory | Land Acquisition | Block 21 Camp | World War I | 1968 | Governor Thompson |

Many Illinois Governors have been involved in the transformation of the site explored in this *Shifting Grounds* project.. Their duties have related to the transition of occ Block 21, and as commander-in-chief of the state's military, it has been their responsibiliy to activate the National Guard during emergencies.

**Block 21 & The Illinois National Guard**

Governor Richard J. Oglesby was one of the first to travel through the Chicago Lake Tunnel in 1865, and twenty years later, while he served another gubernatorial term, was put forth giving the Lincoln Park Commissioners the power to build Lake Shore Drive on the state's submerged land. In 1915, Governor Edward F. Dunne negotiated swap for the original armory building, and in 1917, his successor, Frank O. Lowden attended the ceremonial laying of the new armory's cornerstone. State monies under Henry Horner funded the 1935 addition to the Chicago Avenue Armory, and in 1940, when Horner died in office, his body laid in state within the new builidng. In 1968, Otto Kerner, who joined the Black Horse Troop in 1934, and retired as a major general in the National Guard, accompanied Michael Butler to see Mayor Richard J. Daley impending unrest at the Democratic National Convention. Kerner's successor, Governor Samuel H. Shapiro deployed the Illinois National Guard during the 1968 convention

**The Armory Building**

In 1978, less than a year what would be a fourteen-year term as Illinois' Governor, James R. Thompson announced his plans to close two Chicago armories and build a the suburbs. This announcement initiated a fifteen-year journey that eventually led to Thompson agreeing to a land swap that landed the Museum of Contemporary Art on

**Black Horse Troop and Indoor Polo**

September 14, 1978

## Thompson plans to close 2 National Guard armories here

**Goldberg the Dog**

From 1978 to 1985, discussions around the armory's future and the National Guard organization waxed and waned. At the initial announcement, Thompson said that the would sell for the land's fair market value, which at that time was $12 million. The Tribune reported that the property would be first offered to city and state agencies, offers were made within 60 days, the sale would be open to private buyers. The Governor explained that National Guard enlistment was down, and the sale would relieve of maintenance costs, as well as a $1.4 million remodeling project.

**Events at the Armory**

Five days after Governor Thompson's announcement, Chicago Tribune architecture critic, Paul Gapp, weighed in. Suggesting that the city should buy the site, demolish t and make the space a public park, he wrote, "This would create a grand and almost uninterrupted corridor of public recreational and breathing space stretching all the Michigan Avenue to the lakefront." After describing all existing elements of Block 21, Gapp concluded, "This is the time to make a little plan for a little park that will br people forever."

**Art in the Armory: Occupied Territory**

On October 4, State Senator Dawn Clark Netch wrote to the Tribune's editors commending Paul Gapp's suggestion, and adding, *"For two years I have been urging Ge adjutant general of Illinois, to dispose of the Chicago Avenue Armory on the grounds that it is largely unused, an eyesore in a beautiful community, and an irrational u great location."* Netch continued, *"Under no circumstances should it be sold to a private developer for the addition of another 60-70 story high-rise to an area that is a single most congested part of Chicago."* Her missive ended with a reiteration of her plea: *"I urge your continued support to make sure that the Armory is closed ar replacement will add to the beauty, not to the disfigurement of one of Chicago's great assets."*

**HOME**

October 11, 1978

## Convert Armory to public use: panel

Paul Gapp reported back to the Tribune that the group, the Greater North Michigan Avenue Association (GNMAA) supported converting the land to a public park, but also felt that it was possible to keep the building for other public uses. By this time, petitions were circulating condemning the idea of a private sale. The GNMAA committee set its sights on pursuing the possibility of a "reversion clause" on the legislation that turned the city's land over to the state. The group's president added, *"We're also exploring recycling the armory, and ideas like putting some big transparent domes on top and turning it into a conservatory or an ice skating rink."*

September 19, 1978

## Perfect congestion remedy: a park
## Make armory site 'gift' to c

March 29, 1979

## Streeterville acts to bar armory sale
## Group seeks to keep armory

Six months after Governor Thompson's announcement of the sale of the armory, the Streeterville Organization of Active Residents (SOAR) group's petition had accumulate signatures, demanding that the site not be sold to a private developer. SOAR, along with the Greater North Michigan Avenue Association (GNMAA), insisted that a private d would construct a high-rise on the parcel. They also feared that Northwestern University would expand its medical school and hospital onto the land. One suggestion, which come up **before**, regarded constructing an underground parking facility to finance and maintain the proposed park.

July 13, 1981

## Streeterville's old armory besieged

More than two years later, no progress has been made regarding selling the armory. In this Chicago Tribune article that addresses some tension between the National Gua Streeterville residents, Robert Enstad writes of meeting Col. Faite Mack, the armory's custodian and "military aide to the governor," who says, "There are a bunch of ri living over there and some of them have three damn dogs." Mack complains of having to pick up dog waste after the "widows" call downstate to have the park cleaned. T also tells of other instances that demonstrate the love/hate relationship between the Guard and the neighborhood residents through the years.

Enstad acknowledges that the building sale is on hold, and notes that in the previoius month, a bill to authorize the sale was defeated in the Illinois House by one vote. Williams, an assistant to Governor Thompson, said that there was no impending sales timetable, adding that Thompson didn't believe that he needed the House's permissio

October 6, 1982

## Artillery mounts to save armory

The photograph that accompanies this headline shows a representative from the *Save the Armory Coalition* standing alongside Illinois State Representatives Jesse Barbara Flynn Currie, while two reporters with long microphones appear to be interviewing them. The occasion of the photograph is a protest of the selling of the armory.

April 21, 1985

## Modern art museum seeks creative way to find new home

Meaningful conversations around the Armory's plight stopped for several years. While I could not find any Tribune stories that reported the Museum of Contempo intersection with the Armory parcel before April 21, 1985, on January 2, 1985, an angry letter to the Tribune's Editor, under the heading, *"Armory gift,"* begins, "So, Gov. wants to give the Chicago Avenue Armory to the Museum of Contemporary Art! I'm sure the people at the museum appreciate his generous impulse. There is one thing w the idea - very wrong. The Armory doesn't belong to Gov. Thompson. It belongs to you and me."

In this long article by Catherine Collins, which continues on two pages of the Tribune, she outlines the Museum of Contemporary Art's quest to find a new space for the museum. Along with an image of the looming eastern entrance to the armory, there is a photograph of a smiling Helyn Goldenberg, chair of the MCA's board of directo before a model of a renovated Chicago Avenue Armory; Michael Danoff, the museum's director, stands over her, also smiling at the architectural model.

Collins writes, *"An emerging national trend has made strange bedfellows of big business, government and cultural institutions. From New York to Los Angeles, the three h forces to save some of the financially struggling institutions or play midwife to many of the new ones."* She cites the example of New York's Museum of Modern Art and th be Museum of Contemporary Art in Los Angeles.

The article describes the MCA's intention of renovating the armory building for its purposes. Acknowledging that the armory's 275,000 square-foot space is twice the size would need, a partial tear down is mentioned with the intention to maintain the building's basic structure. [The MCA's interior space at this time was 40,000 square feet, square feet of storage space.] John Booth, the architect who designed the recent addition to the MCA's Ontario Street location, worked out some different plans for th building and its site. He suggests a scuplture garden for a carved out middle section that would leave the armory's original colonnades intact. Citing MoMA's and partnership with corporations to offset costs, Booth and Goldenberg posit different approaches: Booth suggests a 20-story building at the museum's east end; and Goldenb of *"a commercial structure to house all of Chicago's foreign consulates."*

April 28, 1985

## Get your guard up: MCA armory move may put the kibosh on new park

In this editorial by architecture critic Paul Gapp, he recaps the history of the armory site's plight since he responded in print to Governor Thompson's 1978 announceme would be selling the Chicago Avenue Armory. Gapp, compelled to write because of the article, above, about the MCA, reiterates his argument that a park should take the pl armory, and emphasizes *" the need for such a greenway."* And yet, he continues, *"the MCA has now moved in with a tentative proposal that may be a serious threat partl it is cloaked in cultural respectability. Its plan has been inspired by museum schemes in other cities."* Gapp goes on to suggest that the city should buy the land; the M look elsewhere; or the state should demolish the armory to create a new park.

In a June 15, 1985 article titled, **Plea: 'Don't give armory to art museum'**, in the neighborhood newspaper, *Near North News*, the emphasis is again on demollishing t and keeping the ground as an open park space. The unnamed author also mentions creating an underground parking facility and offers that the Chicago Park District has build and operate the proposed park. Continuing with arguments against the MCA's relocation, the author states: *"The Museum of Contemporary Art is now located Ontario. Some neighbors have complained that it is so elitist that most would be art-lovers are denied admission."*

Also in 1985, 42nd ward alderman Burton Natarus sponsored a down-sizing ordinance that restricted new construction to the armory's current height.

**Crain's Chicago Business**, September 14, 1987
MCA Closes in on Armory, but legal woes loom.
This article by Michael Warren begins, *"An 11-year battle over the Chicago Avenue Armory may end soon, if a legal tangle over the site's ownership doesn't prolong neg Acknowledging that land values have increased by 50% since the armory's last appraisal in 1981, it was valued at $11-14 million at that time. Warren mentions that proposed signing a 99-year lease with the state, instead of assuming the land's ownership. Local alderman Burton Natarus raises a compelling question: "The big legal qu in light of the fact that the land was originally deeded for the purpose of building an armory, would that property revert back to the original owners if the Armory were ra the answer is that too much time has passed for re-claiming the land.*

Illustrating political intricacies, Warren writes: *"If Mayor Washington goes along with Gov. Thompson's decision to lease the property to the MCA, then the title question mere technicality. But the issue could be a bargaining chip for the mayor in his feud with the governors over leadership of the McCormick Place Board and the proposed stadium."*

The issues raised with which governing body owned the rights to the armory parcel echo the **history** of the building out of Lake Shore Drive.

**Crain's Chicago Business**, September 21, 1987
Armory's happy ending.
This short unsigned article begins, *"We're glad to see a happy ending in sight to the 11-year battle over the Chicago Avenue Armory site. Gov. James Thompson is about on a plan to raze the 70-year-old armory, making way for an ideal new home for the Museum of Contemporary Art."*

See information about the Chicago Avenue Armory's 1987 building appraisal, **here**.

May 6, 1988

## Museum to build on armory site

May 12, 1988

## Art for armory on Michigan Aver

This Tribune article by Constanza Montana details the final negotiations that led to the MCA's acquisition of the armory parcel. During the first week of May, 1988, Governor Thompson stated that he approved *"a plan whereby the property of the State of Illinois commonly known as the Chicago Avenue armory, will be leased for a period of 99 years to the Museum of Contemporary Art for the purpose of allowing the museum to demolish the armory and construct a new museum."*

This short unsigned article begins, "Chicago's baseball teams ought to make trades as good as th promises a new home for the Museum of Contemporary Art. Everyone involved - the museum, th the city and its art patrons - should benefit from the transaction."

In exchange for the 99 year dollar-a-year lease, the MCA donated a 140,000 square foot building for the National Guard's use as an armory. Governor Thompson was happy with the swap, reasoning that it favored the state because the $3.5 million needed to convert the new building was the same amount as would be necessary to upgrade the Chicago Avenue building; also, he felt that the current operating costs of $250,000 per year would be cut in half with an updated facility.

1988 Museum of Contemporary Art brochure:



Courtesy of the MCA Chicago.

**November 30, 1993 Ground breaking ceremony for the Museum of Contemporary Art.**
Pictured from left to right: Governor James R. Thompson, State Representative Sydney R. Yates, MCA CEO Kevin E. Consey, MCA Architect Josef Paul Kleiheus, MCA Trustee Cummings Mayer, NEA Chair Jane Alexander, Chicago First Lady Margaret Daley, MCA Board of Trustees Chair Allen Turner, and MCA Trustee Joseph Shapiro.



Photo: Jim Prinz © MCA Chicago

After 14 years as Illinois' Governor, James R. Thompson's final term expired in January 1991. On February 28, 1991, Thompson was elected to a three-year term on the MCA board of trustees.

Pamela Bannos © 2019

# EXHIBIT X

**EXHIBIT X**

Case: 1:18-cv-03424 Document #: 85-18 Filed: 02/05/19 Page 8 of 16 PageID #:2611

**CHICAGO PARK DISTRICT**

Parks & Facilities

# Lake Shore Park



Welcome to Lake Shore Park                                                                                  Movies in the Park

**Location:**

808 N. Lake Shore Dr.

Chicago, IL 60611

**Supervisor:** Jason Zaffaroni

**Phone Numbers:**

Main (312) 742-7891

**Features:** Parks

# Hours

## Park Hours

| | |
|---|---|
| **Sunday:** | 6:00 am-11:00 pm |
| **Monday:** | 6:00 am-11:00 pm |
| **Tuesday:** | 6:00 am-11:00 pm |
| **Wednesday:** | 6:00 am-11:00 pm |
| **Thursday:** | 6:00 am-11:00 pm |
| **Friday:** | 6:00 am-11:00 pm |
| **Saturday:** | 6:00 am-11:00 pm |

## Fieldhouse Hours

| | |
|---|---|
| **Sunday** | 9:00 am-9:00 pm |
| **Monday** | 8:00 am-11:00 pm |
| **Tuesday** | 8:00 am-11:00 pm |
| **Wednesday** | 8:00 am-11:00 pm |
| **Thursday** | 8:00 am-11:00 pm |
| **Friday** | 8:00 am-11:00 pm |
| **Saturday** | 9:00 am-9:00 pm |

# Description

Located in the Near North community also called Streeterville, Lake Shore Park totals 7.08 acres and offers extensive outdoor recreational opportunities for a densely populated community. Amenities include tennis courts, a quarter-mile soft surface

running track and a playground. Inside, the park offers a full-size gymnasium, a fitness center and meeting rooms. Many of these spaces are available for rental for special events.

Park-goers come to Lake Shore Park to play seasonal sports at the facility. After school programs are offered throughout the year, and in the summer, youth attend the Park District's popular six-week day camp.

In addition to programs, Lake Shore Park hosts fun special events for the whole family, such as concerts, Movies in the Park and other Night Out in the Parks events.

# History

Lake Shore Park was planned for years before development began by the Lincoln Park Commission just before 1900. The Lincoln Park Commission was one of three Chicago park boards created by the Illinois state legislature in 1869. Twenty years later, the legislature gave a section of accumulating duneland north of Chicago Avenue to the park commission.

The City of Chicago challenged the commission's ownership, but the matter was resolved in the commission's favor in 1895. Shortly thereafter, plans were drawn for what was initially known as Chicago Avenue Park. In 1897, the commission began stabilizing and expanding the site with landfill, a process that would continue for many years. Landscape improvements began in 1900.

In 1907, the Lincoln Park Commission agreed to expand the park by improving city land just west of the park. At the time, the Lincoln Park Commission was a leader in a national movement toward neighborhood parks. The commission's efforts included Seward and Stanton parks, developed during the same period. In 1908, the commission officially named the expanded property Lake Shore Playground, in recognition of its location. A shelter house was erected, and outdoor recreational facilities installed.

By 1915, the city had reclaimed its land, transferring it to the State of Illinois for an armory. The commission completely redesigned the remaining parkland in the following years. Demolishing the original shelter house, the commission constructed a new brick fieldhouse. The 1916 fieldhouse sat at the east end of the park, facing Lake Shore Drive and Lake Michigan. A running track, baseball diamond, and tennis courts stretched to the west.

The Chicago Park District took control of Lake Shore Park in 1934, when the 22 city park districts were consolidated into a single unified district. In 1963, the park district dismantled the 1916 structure and built yet another fieldhouse on the park's eastern border. The armory to the west was demolished in the 1990s, and Lake Shore Park is now bordered by the stepped terraces of the new Museum of Contemporary Art, designed by Josef Paul Kleihues.

# Parking Directions

For directions using public transportation visit www.transitchicago.com .

# Advisory Council

**Contact:** David Kostelansky, President
**Email:** dave@lakeshoreseneca.org
**Meeting Details:**
2nd Monday of the month at 5:30 p.m.

# Map & Facilities



★ Museum of Contemporary Art

220 E Chicago Ave
Chicago, IL 60611

(312) 280-2660

Show on map



Sculptural Relief Panel

808 N. Lake Shore Dr.
Chicago, IL 60611

# EXHIBIT Y

**EXHIBIT Y**

CHICAGO PARK DISTRICT

Parks & Facilities

# Harrison (Carter) Park



Playing ball at Har

Welcome to Harrison Park!

**Location:**
1824 S. Wood St.
Chicago, IL 60608

**Supervisor:** Tony Gonzales

**Phone Numbers:**
Main (312) 746-5491

**Features:** Parks

# Hours

## Park Hours

| | |
|---|---|
| **Sunday:** | 6:00 am-11:00 pm |
| **Monday:** | 6:00 am-11:00 pm |
| **Tuesday:** | 6:00 am-11:00 pm |
| **Wednesday:** | 6:00 am-11:00 pm |
| **Thursday:** | 6:00 am-11:00 pm |
| **Friday:** | 6:00 am-11:00 pm |
| **Saturday:** | 6:00 am-11:00 pm |

## Fieldhouse Hours

| | |
|---|---|
| **Sunday** | 10:00 am-2:00 pm |
| **Monday** | 8:00 am-9:00 pm |
| **Tuesday** | 8:00 am-9:00 pm |
| **Wednesday** | 8:00 am-9:00 pm |
| **Thursday** | 8:00 am-9:00 pm |
| **Friday** | 8:00 am-9:00 pm |
| **Saturday** | 9:00 am-5:00 pm |

# Description

Located in the Pilsen community, Harrison Park totals 18.58 acres and features a fieldhouse with a gymnastics center, an indoor swimming pool, a gymnasium, meetings rooms and a reception rotunda featuring a bust of Emiliano Zapata, one of the most

prominent figures of the Mexican Revolution. Outside, the park offers tennis courts, basketball courts, baseball fields, a large artificial turf field that is used for baseball and football or soccer and a playground.

Many of these spaces are available for rental. Harrison Park is also located adjacent to the National Museum for Mexican Art and offers many cultural opportunities in partnership with the museum.

ark-goers come to Harrison Park to play soccer, baseball and tennis, or go swimming in the indoor pool. After school programs are offered throughout the school year, and in the summer youth attend the Park District's popular six-week day camp. Specialty camps are offered in the summer as well, and special recreation camps for children and adults are offered throughout the year.

In addition to programs, Harrison Park hosts fun special events throughout the year for the whole family, such as Movies in the Park and other holiday activities.

# History

The West Park Commission created Harrison Park in 1912 to provide breathing space and social services to the overcrowded and industrialized lower west side. The commission's first three neighborhood parks, Dvorak, Eckhart, and Stanford Parks, were so successful that the State passed a bill permitting additional neighborhood parks in 1909. (Stanford Park no longer exists.)

The Special Park Commission identified several potential park sites, including an eight-acre parcel previously used for lime production. The West Park Commission acquired the lime kiln site and renowned landscape designer Jens Jensen created the park's original plan. Swimming and wading pools and a natatorium building were constructed in 1914.

Within the next several years, other recreational features including children's gardens were added, however, the park did not have a fieldhouse until 1928. In 1950, the Chicago Park District expanded the intensively-used small park by acquiring a stone quarry at its western boundary.

==During the following years, the neighborhood's Latino population grew, and in 1987, the natatorium was converted to the National Museum of Mexican Art. In 1993, a new state-of-the-art fieldhouse replaced the original facility.==

The park honors one of Chicago's most popular mayors, Carter H. Harrison, Sr. (1825-1893). A native Kentuckian who settled near Union Park, Harrison served as mayor for five terms between 1879 and 1893. He was assassinated by a disappointed office seeker late on the day of October 28, 1893. Ironically, the day had been designated Mayor's Day in Harrison's honor because it marked the closing of the World's Columbian Exposition, Chicago's first world's fair. There is a monument to Harrison in Union Park.

## Parking Directions

For directions using public transportation visit www.transitchicago.com .

## Advisory Council

**Contact:**  Tina Iturralde,   President
**Phone:**  (773) 961-4001
**Email:**  tinaiturralde@yahoo.com
**Meeting Details:**
3rd Tuesday of every month at 6 pm

## Map & Facilities



Harrison Park Climbing Wall

1824 S. Wood St.
Chicago, IL 60608

Show on map



★ National Museum of Mexican Art

1852 W 19th St
Chicago, IL 60608