**EXHIBIT Z**

**EXHIBIT Z**

Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 2 of 15 PageID #:2621
Newspapers by ancestry
https://www.newspapers.com/image/388896076
Chicago Tribune (Chicago, Illinois) · Sun, May 10, 1987 · Page 296
Printed on Jan 31, 2019

# Arts

# The race for space

## From theaters to galleries, the squeeze is on across Chicago

**By Connie Benesch**

When Chicago Filmmakers moved a decade ago to the then-unfashionable Near North Side address of 6 W. Hubbard St., rents were low—welcomely low for a nonprofit arts organization on a slim budget.

With its 10-year lease expiring in August, however, and a new owner planning to renovate the building, the days of paying $2.50 or so a square foot for space are just about over. Brenda Webb, executive director of the group that promotes experimental film and filmmakers, expects a jump of seven or eight times that amount, and thus Chicago Filmmakers is looking for a new home.

"We are now being forced into another marginal area," she says. "It's real scary."

Chicago Filmmakers is not alone. Finding and maintaining affordable space is a pressing problem for much of Chicago's arts community.

The Center for New Television, a neighbor of Chicago Filmmakers, promotes the electronic arts from its space at 11 E. Hubbard St. But Executive Director Joyce Bolinger says the nonprofit center also might move when its 10-year lease ends in August.

Prompted by escalating rents and attracted by a burgeoning area, Artemisia, A.R.C. and N.A.M.E. galleries, small not-for-profit groups, fled Hubbard Street three years ago.

"Hubbard Street was nothing until the art galleries and arts groups moved in," says Arlene Rakoncay, executive director of the Chicago Artists' Coalition. "The minute that the arts move in somewhere, it becomes fashionable or sexy."

"We've lost some of the flavor and color of the street," Webb says of the migrations. These days, "businessmen in three-piece suits" flock to the restaurants for lunch. But "artists in funky clothes" are few.

Ironically, the Artemisia, A.R.C. and N.A.M.E. galleries set up shop in a new neighborhood that has become more trendy than the one they left. The three are housed alongside commercial galleries in the Huron-Orleans Building in the River North neighborhood, which has mushroomed in popularity and activity in the last two years.

Now the Huron-Orleans building is for sale. So the three nonprofit groups face the problem they escaped three years ago. N.A.M.E., an alternative gallery, already has found space in another part of town. The A.R.C., a women's gallery, is mulling over its options.

Artemisia, a women's cooperative, intends to stay put as long as possible, at least until its five-year lease expires in 1989.

"We like the traffic [in the area]," says Fern Shaffer, Artemisia's president. But she predicts that eventually the gallery will have to move.

The scene is being played out all over the country: Arts organizations and artists move into low-rent neighborhoods. Over time, the neighborhoods become trendy and gentrified. And the cycle continues.

"It's almost a tradition," says Lori Spear, administrative director for the Illinois Arts Council. "Everywhere the galleries and arts organizations go, the property values increase."

The Community Film Workshop had a choice of paying three times the rent or moving. It relocated Feb. 1, leaving a $600-a-month space at 441 N. Clark St. for offices at 1130 S. Wabash Ave. Now, the company, which offers filmmaking and video production classes, has three times the space, but rent is $1,600 a month.

"If we're going to pay that much money, we might as well have more space," says Executive Director Jim Taylor.

Finding space is also a persistent problem for theater groups, which outnumber available spaces.

The Next Theatre Company's recent experience was a case in point. Its production "The Normal Heart" garnered excellent reviews, and tickets sold briskly during the nine-week run at the Noyes Cultural Arts Center in Evanston. The company wanted to move the play to Chicago after the Noyes theater was no longer available. But after scouting around for space, Artistic Director Harriet Spizziri came up empty-handed, and the show closed April 26.

"Why should a hit show that should be seen by everyone have to close?" asks Joyce Sloane, producer for the Second City company. "We need six theaters [in Chicago] so we have a place to move these things."

The space predicament is so endemic that it cuts across virtually all arts disciplines. The problem is caused in part by the gentrification of neighborhoods as well as by antiquated building codes and the difficulty arts groups have in getting loans.

Fortunately, several public and private agencies have been considering the space problem. Last October, several groups joined to present the Space Chase, a conference to "educate and inform artists and arts organizations on how to find and finance space," says



A sign of the times: The Community Film Workshop balked at a threefold rent hike and moved.

Consultant Enid Rieser in the new Hild cultural center, which will include an art gallery, small theater, studios and dance space.

Tammi Franke, associate director of the Lawyers for the Creative Arts. The program was sponsored by the lawyers' group, Chicago's Department of Cultural Affairs, the Illinois Arts Council and the New York-based Volunteer Lawyers for the Arts.

Enid Rieser, a consultant who conducted an Artspace Study in 1985-86 for the cultural affairs department, concluded that "there was no help for the arts in any way." She found a lack of coordination among city departments and discovered that whenever space was available, it was underused.

Nick Rabkin, deputy commissioner of cultural affairs, acknowledges that the city's attitude was one of "benign neglect" until recently, but lately his phone "has become the space hot line."

On March 5, the department unveiled the first Chicago Cultural Plan, a 40-page document that outlines a long-term program to bolster the arts. The plan, developed with the help of more than 800 groups and 10,000 people, contains a host of recommendations on living and work space for artists and arts organizations.

The plan calls for the creation of a space registry "to act as a matchmaker" to help arts groups find homes, says Michael Dorf, director of the plan. The creators also suggested giving arts groups incentives to buy their own spaces and making it easier for small theaters to operate.

Also recommended are "cultural enterprise zones" that nurture communities of artists and arts groups. They would contain clusters of offices, rehearsal and performance spaces, boutiques, galleries, art studios and living spaces. The city would offer tax incentives and subsidies to lure both cultural groups and private investors. Cities such as Seattle and Buffalo have successfully established arts enterprise zones.

While the idea of zones is still sketchy, the City of Chicago is acting on other suggestions, such as turning over vacant city-owned buildings to cultural groups on rea-

The Chicago Danc[e]

The Body Politic a[nd] dens theaters have their building since

sonable terms. The converting the form[er] 4544 N. Lincoln neighborhood cu[…] When completed i[t] house an art galle[ry] ater, dance and reh[…] tists' studios and cl[…] million general obli[gation] pay for the project.

The department a[…] a $250,000 loan p[…] arts organizations

Newspapers.com by ancestry
https://www.newspapers.com/image/388896099
Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 3 of 15 PageID #:2622
Chicago Tribune (Chicago, Illinois) · Sun, May 10, 1987 · Page 297
Printed on Jan 31, 2019



Chicago Tribune, Sunday, May 10, 1987   Section 13   Page 15   Arts

Dance Arts Coalition is compiling for its members a list of available facilities, such as (above) The Dance Space, 410 S. Michigan Ave.
Tribune photos by Charles Osgood

Expecting a sizable rent increase this summer, Chicago Filmmakers, 6 W. Hubbard St., is pondering a move to a more affordable area.

litic and Victory Gardens have jointly owned since 1981.

The department is former Hild library, ncoln Ave., into a d cultural center. ted in 1989, it will gallery, a small the d rehearsal space, and classrooms. A $3 l obligation bond will oject.
nent also is launching an program to help tions renovate their spaces or bring them up to code. It is being funded by community development block grants.

Moreover, the city is considering changes in the building code, which makes it illegal for artists to have studios in residential zones or industrial buildings. A recent hearing on the issue, held by the City Council's Committee on Special Events and Cultural Affairs, drew a crowd of 200, more than expected.

"A tangled web of legal and zoning precedents" stymies many artists, putting them "in a squeeze," says Ald. David Orr (49th), former chairman of the committee. "I don't think we've kept pace with the space and work needs of artists. It's time for an adjustment." Orr, now vice mayor, formed a task force to come up with recommendations.

Many arts groups also are addressing the problem. For example, the Illinois Arts Council, through its Building by Design program, provides grants for groups seeking space. The program is funded through Gov. Thompson's Build Illinois initiative.

The council announced grants of $730,000 to 72 groups in February.

The Chicago Dance Arts Coalition, which serves dancers and dance companies, is seeking solutions to space woes, too. Last fall, the group began to ferret out locations suitable for holding rehearsals and performances. In March, the group received a $15,000 grant for a needs-assessment survey. The study will contain a list of spaces when it is published next fall.

The League of Chicago Theatres, which serves about 130 theater companies, maintains a space file for members and is working for building-code changes.

And the Chicago Artists' Coalition is looking out for its 1,600 members.

"We're like watchdogs, making sure our members don't get kicked out of their spaces," Rakoncay says.

To inform artists about laws and proposed zoning changes, the coalition has scheduled a panel discussion on May 19. (The program, Living in Your Studio: Legal Issues, will give artists a chance to voice their concerns to several city officials. Call the coalition at 670-2060 for details.)

Some arts organizations are taking matters into their own hands. The Wisdom Bridge Theater recently closed a deal to take ownership of the 1559 W. Howard St. building and the adjacent parking area, according to executive director Jeffrey Ortmann.

The Body Politic Theatre and the Victory Gardens Theater jointly have owned the building at 2257-61 N. Lincoln Ave. since 1981. The Organic Theater Company has owned its facility at 3319 N. Clark St. since 1980.

"That's the ideal, to own your own space as a nonprofit (entity) so that you're guaranteed some longevity," says Moe Meyer, the Organic's managing director. But a group has to have achieved "a certain amount of artistic and financial success" to do so, he says.

Rabkin, of the cultural affairs department, sees ownership as a viable solution to the space problem. At present, only a few Chicago arts groups own buildings. Even so, it appears to be a growing trend for arts organizations to buy their own spaces.

The Pegasus Players, a nonequity theater company renting the O'Rourke Center for Performing Arts at Truman College, in the Uptown/Edgewater area, wants to acquire a permanent home. To develop a long-range relocation plan, the company is receiving 50 to 75 hours of consultation services from the Broadacre Management Co. through the city's Neighborhood Partnership Program. The Department of Planning project was started in March.

Pegasus Players also rents out its former space, an 89-seat house in the Edgewater Presbyterian Church.

"In a sense, we're becoming an incubator for theaters that are smaller than ourselves," says Arlene Crewdson, artistic and executive director.

Sharing space is another alternative that is catching on. The Organic rents space in its building to other companies. As part of the arrangement, tenants receive technical, production and administrative assistance and use of the scene and costume shop.

The Performance Community also brings theater companies together under one roof. It runs (and is buying) the Theatre Building, 1225 W. Belmont Ave., which contains three 148-seat performance houses. The nonprofit organization also provides renters with box office help, janitorial services and lighting equipment, according to general manager Ruth Higgins. Since 1981, about 60 groups have mounted shows in the Theatre Building, and at any given time several groups are lining up for space.

Sometimes institutions work out attractive deals with the city. The Mexican Fine Arts Center Museum in Pilsen opened March 27 with a perpetual lease. Housed in a former boat craft shop in Harrison Park, on Chicago Park District land, the museum has a permit from the district. Rent is free, but the group pays for lighting, heating and renovation. The museum thus follows a path pioneered by other institutions on park district land, such as the Field Museum of Natural History and the Museum of Science and Industry.

Even though much is being done to mitigate the multifaceted space problems, Chicago arts groups and artists continue to explore solutions.

As the city's space study pointed out, "Without space for expression, creativity dies."

Some arts advocates hope that the city will help resolve the space crunch, but they remain skeptical.

"I'm optimistic and happy that the dialogue is opening and that the issues are being addressed," says Howard Gladstone, coordinator of the Chicago Area Film and Video Network, a media arts coalition. "It's been a long time coming. But it remains to be seen whether the city can promote and protect arts spaces and arts community development over the long term."

Copyright © 2019 Newspapers.com. All Rights Reserved.
POWERED BY Newspapers.com™

# EXHIBIT AA

**EXHIBIT AA**

CHICAGO PARK DISTRICT

Parks & Facilities

# Humboldt (Alexander Von) Park



The beautiful lagoon by the boat house                                    Natural areas for lo

**Location:**

1440 N. Humboldt Boulevard
Chicago, IL 60622

**Supervisor:** Jesus Perez

**Phone Numbers:**

Main (312) 742-7549

**Features:** Parks

# Hours

Park Hours

| | |
|---|---|
| **Sunday:** | 6:00 am-11:00 pm |
| **Monday:** | 6:00 am-11:00 pm |
| **Tuesday:** | 6:00 am-11:00 pm |
| **Wednesday:** | 6:00 am-11:00 pm |
| **Thursday:** | 6:00 am-11:00 pm |
| **Friday:** | 6:00 am-11:00 pm |
| **Saturday:** | 6:00 am-11:00 pm |

Fieldhouse Hours

| | |
|---|---|
| **Sunday** | Closed |
| **Monday** | 9:00 am-8:00 pm |
| **Tuesday** | 9:00 am-8:00 pm |
| **Wednesday** | 9:00 am-8:00 pm |
| **Thursday** | 9:00 am-8:00 pm |
| **Friday** | 9:00 am-8:00 pm |
| **Saturday** | 11:00 am-6:00 pm |

# Description

Located in the heart of the Humboldt Park Community, Humboldt Park totals 197.26 acres and is home to a large, historic fieldhouse with a fitness center, two gymnasiums and meeting rooms, as well as an inland beach and the historic lagoons and boat house.

Recreational facilities at the park include an artificial turf soccer field, a junior soccer field, baseball fields, tennis courts and a replica of the Chicago Cubs stadium known as "Little Cubs Field." The park is home to several playgrounds that were recently renovated as part of Mayor Emanuel's Chicago Plays! Program.

With the support of the community, Puerto Rican leaders in Chicago began leasing the historic Humboldt Park stables near Paseo Boricua. This landmark location now houses The National Museum of Puerto Rican Arts and Culture. It is the only museum in the nation that is completely dedicated to the history of Puerto Rican arts and culture.

Take the Humboldt Park Audio Tour

Many of these spaces are available for rental. The grand ballroom in the field house is a popular location for wedding receptions and graduation parties. The outdoor soccer fields and Little Cubs Field frequently host competitive sports tournaments.

Park-goers come to Humboldt to enjoy baseball, soccer and tennis, as well as fishing by the lagoon. On the cultural side, Humboldt Park is host to the Latin Jazz Festival and the Puerto Rican Festival. The park is also the site of a wind turbine filtration system for the lagoons.

After school programs are offered throughout the school year, and in the summer, youth attend the Park District's popular six-week day camp. Specialty camps are offered in the summer as well, including baseball camp.

In addition to programs, Humboldt Park hosts fun special events throughout the year for the whole family, including Shakespeare in the Park, Movies in the Park and other Night Out in the Parks special events.

The park was named for Alexander Von Humboldt, a German naturalist and geographer famed for his five-volume work *Cosmos: Draft of a Physical Description of the World,* though his single visit to the United States did not include Chicago. The creation of Humboldt and several other Westside parks is a key part of Chicago's history that provided beautiful green space and linked together the city's historic boulevard system.

# History

In 1869, shortly after the creation of the West Park System, neighborhood residents requested that the northernmost park be named in honor of Baron Freidrich Heinrich Alexander Von Humboldt (1759-1859), the famous German scientist and explorer. Two

years later, completed plans for the entire ensemble of Humboldt, Garfield, and Douglas parks and connecting boulevards were completed by William Le Baron Jenney, who is best known today as the father of the skyscraper.

Having studied engineering in Paris during the construction of that city's grand park and boulevard system in the 1850s, Jenney was influenced by French design. The construction of Humboldt Park was slow, however, and the original plan was followed only for the park's northeastern section.

Jens Jensen, a Danish immigrant who had begun as a laborer, worked his way up to Superintendent of Humboldt Park in the mid-1890s. Unfortunately, the West Park System was entrenched in political graft at the time. The commissioners fired Jensen in 1900 because of his efforts to fight the corruption.

Five years later, during major political reforms, new commissioners appointed him General Superintendent and Chief Landscape Architect. Deteriorating and unfinished areas of Humboldt Park allowed Jensen to experiment with his evolving Prairie style. For instance, Jensen extended the park's existing lagoon into a long meandering "prairie river." Inspired by the natural rivers he saw on trips to the countryside, Jensen designed hidden water sources that supplied two rocky brooks that fed the waterway. Nearby he created a circular rose garden and an adjacent naturalistic perennial garden.

Jensen designated an area diagonally across from the rose garden as a a music court for dances, concerts and other special events. He commissioned Prairie School architects Schmidt, Garden, and Martin to design an impressive boat house and refectory building which still stands at one end of the historic music court.

In 1928, the West Park Commission contructed a fieldhouse in Humboldt Park. The structure was designed by architects Michaelsen and Rognstad, who were also responsible for other notable buildings including the Garfield Park Gold Dome Building, the Douglas and LaFolette Park Fieldhouses, and the On Leong Chinese Merchant's Association Building in Chinatown.

In 1934, Humboldt Park became part of the Chicago Park District, when the city's 22 independent park commissions merged into a single citywide agency.

# Parking Directions

For directions using public transportation visit www.transitchicago.com .

# EXHIBIT AB

**EXHIBIT AB**

Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 10 of 15 PageID #:2629



Home   About Us ⌄   Learn ⌄   Events ⌄   Exhibitions   Rental Info ⌄   DONATE

# About The National Museum of Puerto Rican Arts and Culture

National Museum of Puerto Rican Arts & Culture > About The National Museum of Puerto Rican Arts and Culture



Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 11 of 15 PageID #:2630

Located in Humboldt Park, in the heart of Chicago's Puerto Rican community, the National Museum of Puerto Rican Arts & Culture (NMPRAC) is the only self-standing museum in the nation devoted to showcasing Puerto Rican arts and cultural exhibitions year-round.

Founded in 2000 by members of Chicago's Puerto Rican community and local supporters of arts and culture, NMPRAC serves as a one-of-a-kind institution that celebrates the best of Puerto Rico's identity and heritage. The early years of the museum centered on renovating the historic Humboldt Park Stables and Receptory, an iconic building that has been culturally and historically significant to Chicago since the late 1800s. After more than 20 years of not inducting any new museums in the park, NMPRAC made recent history and was named the latest City of Chicago's Museums in the Park in February 2012.

In 2014, the name of the museum was changed to reflect our status as the only museum in the country dedicated exclusively to Puerto Rican arts and culture. The national recognition is paving the way for national accreditation through the American Alliance of Museums. Since its inception, NMPRAC has offered a variety of quality community arts and cultural programming, including visual art exhibitions, hands-on community arts workshops, films in the park and an annual outdoor fine arts and crafts festival.

Visitors to the museum will enter through the dramatic brick archway of the original carriage receptory into a magnificent brick courtyard adorned with mosaic artwork depicting the island of Puerto Rico and many of its cultural elements. The courtyard is surrounded on all sides by the unique Queen Anne architectural features of the former stables. Each room in the stables has been transformed into part of a fully functional museum.

NMPRAC currently houses three galleries, performance spaces, arts classrooms and curatorial and administrative offices. The museum also features a gift shop and a catering area. The courtyard serves as the ideal space for art festivals, outdoor performances, weddings, and other private rentals.

NMPRAC gives people from all walks of life an opportunity to be inspired by the power of artistic tradition, allowing guests to explore and appreciate the incredible beauty, intensity and tradition of Puerto Rican art and culture.

**The National Museum of Puerto Rican Arts and Culture is a member of:**





# PROGRAM PARTNERS

Our programs are made possible by our valued partners.

Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 12 of 15 PageID #:2031

  
 

# OUR MISSION

The National Museum of Puerto Rican Arts and Culture (NMPRAC) is devoted to the promotion, integration and advancement of Puerto Rican arts and culture, presenting exhibitions and programming created to enhance the visibility and importance of the rich Puerto Rican arts tradition.

# OUR VISION

NMPRAC is the premiere organization that both influences and connects diasporic arts, culture, and history to evolving generations.

# OUR BOARD

**Billy Ocasio, President & Chief Executive Officer**, National Museum of Puerto Rican Arts & Culture
**David Hernandez, Chairman**, CMS BoPM Statewide Capital Project Manager, State of Illinois
**Jaime Moctezuma, Vice-Chairman**, Manager of Patient Experience, Norwegian American Hospital
**Dori Del Rio, Secretary**, Project Designer, Juan Gabriel Moreno & Associates
**Juan M. Calderon, Treasurer**, Executive Director, Puerto Rican Cultural Center
**Jose E. Lopez**, Executive Director, Puerto Rican Cultural Center
**Hipolito 'Paul' Roldan**, President & CEO, Hispanic Housing Development Corporation
**Luis A. Martinez**, Lead Architect, City Colleges of Chicago
**Eddie Ortiz**, Access Latin President, Eddie Ortiz & Associates
**Aida L. Maisonet Giachello**, Professor of the Dept. of Preventive Medicine, Feinberg School of Medicine
**Maria Concepcion**, President, Global-Inter-Visions, LLC
**Mike Nieves**, CEO, Hispanic Information and Telecommunications Network

1/31/2019, About | The National Museum of Puerto Rican Arts and Culture – National Museum of Puerto Rican Arts & Culture

Case: 1:18-cv-03424 Document #: 85-19 Filed: 02/05/19 Page 13 of 15 PageID #:2632

# BOARD OF TRUSTEES

Jose Lopez
Pablo Medina
Veronica Ocasio
Ray Vasquez

# NATIONAL ADVISORY COUNCIL

Luis Antonio Miranda
Dr. Lourdes Ramos
Dr. Carmen Febo San Miguel
Omar Torres
Marisa de Jesus–Paolicelli
Arlene Gonzalez–Sanchez
Sandra Aponte
Mary Cain

# Our Location



The Humboldt Park Stables, home to the National Museum of Puerto Rican Arts & Culture, is truly a historic and architectural treasure. Designed by architects Fromman & Jebsen and constructed in 1895–1896, the Humboldt Park Stables feature handiwork and materials rarely seen today: red pressed brick, timber cornices and gables, glazed corner tiles, dramatic turrets and archways, and a long sloping red tile roof. In December of 1895, Danish immigrant and master landscape architect Jens Jensen was named Superintendent of Humboldt Park and, later, of Chicago's West Park System. Jensen's office was located on the first-floor turret overlooking the park.

The stable building was listed on the National Register of Historic Places in 1991. At that time, the Chicago Park District began efforts to restore the building. Unfortunately, fire destroyed more that 40 percent of the roof and the second floor in 1992. Undeterred, the Park District and community leaders worked tirelessly to renovate the

building and transform it into the Institute of Puerto Rican Arts & Culture, which two years ago, became transformed into the National Museum of Puerto Rican Arts and Culture.

Renovations of the exterior of the building were completed in 1998. The interior has undergone significant renewal with the building of several galleries and classrooms in 2010. In 2014, the second floor was fully renovated, adding another gallery space and administrative offices.

The Humboldt Park Stables are truly an aesthetic masterpiece, providing a beautiful and stimulating setting for NMPRAC's exhibitions, programs and cultural activities. The restoration and thoughtful reuse of this extraordinary space is a tremendous gift to the community and to the City of Chicago.

## ABOUT NMPRAC

NMPRAC is the only national museum focused on Puerto Rican arts and culture. Experience a wealth of Arts — from exhibits to workshops — & a spirit and Culture unlike any other.

## FREE PARKING & ADMISSION

We take pride in truly being a community museum, open to all community residents and visitors. Consistent with this spirit, we do not charge admission. Additionally, we offer free parking to our visitors. 3015 West Division Street Chicago, Illinois 60622

## NAVIGATION

> Donate To NMPRAC

> Programs At NMPRAC

> Events At The Museum

> Learn About Jens Jensen

> Current Exibitions

## CONNECT WITH US



The Na…
9.4K likes

Like Page

1 friend likes this

P: 773.486.8345

E: info@NMPRAC.org

Copyright © 2016 | National Museum of Puerto Rican Arts and Culture

Website Design by Amplified Results