# EXHIBIT 5

A PLACE OF POSSIBILITY

# Appendices for the Response to the Request for Proposal



THE UNIVERSITY OF
CHICAGO

### WOODLAWN

#### TITLE REPORT
- Jackson Park Site 24– Chicago Title Insurance Company

#### ALTA PLAT OF SURVEY
- East of Stony Island Avenue

#### ENVIRONMENTAL REPORT
- Phase I – Environmental Design International

#### TRAFFIC AND PARKING STUDY
- Woodlawn Site Traffic and Parking Study – Sam Schwartz Engineering

**COMMITMENT FOR TITLE INSURANCE**



# Chicago Title Insurance Company

CHICAGO TITLE INSURANCE COMPANY, a Nebraska corporation, herein called the Company, for valuable consideration, commits to issue its policy or policies of title insurance, as identified in Schedule A, in favor of the Proposed Insured named in Schedule A, as owner or mortgagee of the estate or interest in the Land described or referred to in Schedule A, upon payment of the premiums and charges and compliance with the Requirements; all subject to the provisions of Schedule A and B and to the Conditions of this Commitment.

This Commitment shall be effective only when the identity of the Proposed Insured and the amount of the policy or policies committed for have been inserted in Schedule A by the Company.

All liability and obligation under this Commitment shall cease and terminate 6 months after the Effective Date or when the policy or policies committed for shall issue, whichever first occurs, provided that the failure to issue the policy or policies is not the fault of the Company.

The Company will provide a sample of the policy form upon request.

IN WITNESS WHEREOF, Chicago Title Insurance Company has caused its corporate name and seal to be affixed by its duly authorized officers on the date shown in Schedule A.

Issued By:

CHICAGO TITLE INSURANCE COMPANY
10 S. LASALLE ST. 3100
CHICAGO, IL 60603

Refer Inquiries To:
(312)223-3005

**CHICAGO TITLE INSURANCE COMPANY**

By

*Authorized Signatory*



**Commitment No.:** 1401   008962023   D2

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

COMCVP06   3/ 11 ML        KJ3                          05/ 06/ 14    09:35:47

## COMMITMENT FOR TITLE INSURANCE

### SCHEDULE A

YOUR REFERENCE: SOUTH SIDE - JACKSON PARK - SITE 24    ORDER NO.: 1401  008962023  D2

**EFFECTIVE DATE:**  APRIL 11, 2014

1.  **POLICY OR POLICIES TO BE ISSUED:**

    OWNER'S POLICY:      ALTA OWNERS 2006
    AMOUNT:           $10,000.00
    PROPOSED INSURED:

2.  **THE ESTATE OR INTEREST IN THE LAND DESCRIBED OR REFERRED TO IN THIS COMMITMENT IS FEE SIMPLE, UNLESS OTHERWISE NOTED.**

3.  **TITLE TO THE ESTATE OR INTEREST IN THE LAND IS AT THE EFFECTIVE DATE VESTED IN:**
    CHICAGO PARK DISTRICT, A BODY POLITIC AND CORPORATE


**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

## CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE A (CONTINUED)

ORDER NO.: 1401   008962023  D2

**4A.  LOAN POLICY 1 MORTGAGE OR TRUST DEED TO BE INSURED:**

NONE

**4B.  LOAN POLICY 2 MORTGAGE OR TRUST DEED TO BE INSURED:**

NONE

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA  members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

## COMMITMENT FOR TITLE INSURANCE
### SCHEDULE A (CONTINUED)

ORDER NO.: 1401   008962023 D2

5.   **THE LAND REFERRED TO IN THIS COMMITMENT IS DESCRIBED AS FOLLOWS:**

PARCEL 1:

THAT PART OF THE NORTHWEST 1/4 OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF THE WEST LINE OF LAKE MICHIGAN, (EXCEPTING THEREFROM THAT PORTION LYING WEST OF THE EAST LINE OF S. SHORE DRIVE AND NORTH OF THE SOUTH LINE OF 56TH STREET AND ALSO EXCEPT THAT PORTION FALLING IN STONY ISLAND AVENUE) IN COOK COUNTY, ILLINOIS.

PARCEL 2:

THAT PART OF THE SOUTHWEST 1/4 AND THE SOUTHEAST 1/4 OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF THE WEST LINE OF LAKE MICHIGAN, (EXCEPTING THEREFROM THAT PORTION FALLING IN STONY ISLAND AVENUE) IN COOK COUNTY, ILLINOIS.

PARCEL 3:

THE NORTHWEST 1/4 OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, (EXCEPT THEREFROM THAT PORTION FALLING IN 67TH STREET AND FALLING IN STONY ISLAND AVENUE), IN COOK COUNTY, ILLINOIS.

PARCEL 4:

THAT PART OF THE NORTHEAST 1/4 OF SECTION 24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, LYING WEST OF THE WEST LINE OF LAKE MICHIGAN (EXCEPT THEREFROM THAT PORTION FALLING WITHIN 67TH STREET) IN COOK COUNTY, ILLINOIS.

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE

### SCHEDULE B

ORDER NO.: 1401    008962023 D2

SCHEDULE B OF THE POLICY OR POLICIES TO BE ISSUED WILL CONTAIN EXCEPTIONS TO THE FOLLOWING MATTERS UNLESS THE SAME ARE DISPOSED OF TO THE SATISFACTION OF THE COMPANY.

GENERAL EXCEPTIONS

1. RIGHTS OR CLAIMS OF PARTIES IN POSSESSION NOT SHOWN BY PUBLIC RECORDS.

2. ANY ENCROACHMENT, ENCUMBRANCE, VIOLATION, VARIATION, OR ADVERSE CIRCUMSTANCE AFFECTING THE TITLE THAT WOULD BE DISCLOSED BY AN ACCURATE AND COMPLETE LAND SURVEY OF THE LAND.

3. EASEMENTS, OR CLAIMS OF EASEMENTS, NOT SHOWN BY PUBLIC RECORDS.

4. ANY LIEN, OR RIGHT TO A LIEN, FOR SERVICES, LABOR OR MATERIAL HERETOFORE OR HEREAFTER FURNISHED, IMPOSED BY LAW AND NOT SHOWN BY THE PUBLIC RECORDS.

5. TAXES OR SPECIAL ASSESSMENTS WHICH ARE NOT SHOWN AS EXISTING LIENS  BY THE PUBLIC RECORDS.
6. IF EXTENDED COVERAGE OVER THE FIVE GENERAL EXCEPTIONS IS REQUESTED, WE SHOULD BE FURNISHED THE FOLLOWING:

   A.  A CURRENT ALTA/ACSM OR ILLINOIS LAND TITLE SURVEY CERTIFIED TO CHICAGO TITLE INSURANCE COMPANY;

   B.  A PROPERLY EXECUTED ALTA STATEMENT;

   MATTERS DISCLOSED BY THE ABOVE DOCUMENTATION WILL BE SHOWN SPECIFICALLY.

   NOTE:  THERE WILL BE AN ADDITIONAL CHARGE FOR THIS COVERAGE.

7. NOTE FOR INFORMATION:  THE COVERAGE AFFORDED BY THIS COMMITMENT AND ANY POLICY ISSUED PURSUANT HERETO SHALL NOT COMMENCE PRIOR TO THE DATE ON WHICH ALL CHARGES PROPERLY BILLED BY THE COMPANY HAVE BEEN FULLY PAID.

Z  8. THIS PRODUCT (SEARCH/COMMITMENT) HAS BEEN PROVIDED TO THE CUSTOMER AT THEIR REQUEST FOR INFORMATIONAL PURPOSES ONLY.  THE LIABILITY OF THE COMPANY HEREUNDER FOR ANY ERRORS OR OMISSIONS IS HEREBY LIMITED TO THE ACTUAL DOLLAR AMOUNT PAID BY THE CUSTOMER TO THE COMPANY FOR THIS PRODUCT.

AA  9.

1.      TAXES FOR THE YEAR(S) 2013 AND 2014
        2014 TAXES ARE NOT YET DUE OR PAYABLE.

   1A.   NOTE: 2013 FIRST INSTALLMENT WAS DUE MARCH 4, 2014
         NOTE: 2013 FINAL INSTALLMENT NOT YET DUE OR PAYABLE

| PERM TAX# | PCL | YEAR | 1ST INST | STAT |
|---|---|---|---|---|
| 20-13-104-001-0000 | 1 OF 4 | 2013 | NOT BILLED | |
| 20-24-100-003-0000 | 2 OF 4 | 2013 | NOT BILLED | |
| 20-24-100-007-0000 | 3 OF 4 | 2013 | NOT BILLED | |

Copyright American Land Title Association. All rights reserved. The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

AMERICAN LAND TITLE ASSOCIATION

# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401   008962023  D2

```
20-24-100-008-0000      4 OF 4     2013   NOT BILLED


PERM TAX#  20-13-104-001-0000  PCL 1 OF 4  VOLUME 255

3A   THE GENERAL TAXES AS SHOWN BELOW ARE MARKED EXEMPT ON THE COLLECTOR'S

     WARRANTS.
          YEAR(S): 2012 AND PRIOR
     UNLESS SATISFACTORY EVIDENCE IS SUBMITTED TO SUBSTANTIATE SAID EXEMPTION
OUR POLICY, IF AND WHEN ISSUED, WILL BE SUBJECT TO SAID TAXES.

PERM TAX#  20-24-100-003-0000  PCL 2 OF 4  VOLUME 261

3B   THE GENERAL TAXES AS SHOWN BELOW ARE MARKED EXEMPT ON THE COLLECTOR'S
     WARRANTS.
          YEAR(S): 2012 AND PRIOR
     UNLESS SATISFACTORY EVIDENCE IS SUBMITTED TO SUBSTANTIATE SAID EXEMPTION
OUR POLICY, IF AND WHEN ISSUED, WILL BE SUBJECT TO SAID TAXES.

PERM TAX#  20-24-100-007-0000  PCL 3 OF 4  VOLUME 261

3C   THE GENERAL TAXES AS SHOWN BELOW ARE MARKED EXEMPT ON THE COLLECTOR'S
     WARRANTS.
          YEAR(S): 2012 AND PRIOR
     UNLESS SATISFACTORY EVIDENCE IS SUBMITTED TO SUBSTANTIATE SAID EXEMPTION
OUR POLICY, IF AND WHEN ISSUED, WILL BE SUBJECT TO SAID TAXES.

PERM TAX#  20-24-100-008-0000   PCL 4 OF 4  VOLUME 261



3D   THE GENERAL TAXES AS SHOWN BELOW ARE MARKED EXEMPT ON THE COLLECTOR'S
     WARRANTS.
          YEAR(S): 2012 AND PRIOR
     UNLESS SATISFACTORY EVIDENCE IS SUBMITTED TO SUBSTANTIATE SAID EXEMPTION
OUR POLICY, IF AND WHEN ISSUED, WILL BE SUBJECT TO SAID TAXES.
```

Copyright American Land Title Association. All rights reserved. The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401    008962023    D2

**B** 10. AS OF FEBRUARY 1, 2008, THE COOK COUNTY TREASURER NO LONGER PROVIDES DUPLICATE TAX BILLS FOR CURRENT YEAR TAXES TO PARTIES OTHER THAN THE TAX ASSESSEE.  THE COMPANY REQUESTS THAT ORIGINAL TAX BILLS BE FURNISHED WHENEVER THE COMPANY IS REQUESTED TO PAY TAXES.  ORIGINAL BILLS SHOULD BE FURNISHED AT OR BEFORE THE TIME THE COMPANY IS REQUESTED TO MAKE PAYMENTS.

**C** 11. IN THE EVENT THAT A MORTGAGE IS TO BE PLACED OF RECORD WE NOTE:

THE LAND LIES WITHIN COOK COUNTY, ILLINOIS, ALL OF WHICH IS SUBJECT TO THE PREDATORY LENDING DATABASE PROGRAM ACT (765 ILCS 77/70 ET SEQ.) (THE ACT).  ON AND AFTER JULY 1, 2008, A CERTIFICATE OF COMPLIANCE WITH THE ACT OR A CERTIFICATE OF EXEMPTION THEREFROM MUST BE OBTAINED AT TIME OF CLOSING IN ORDER FOR THE COMPANY TO RECORD ANY INSURED MORTGAGE.  IF THE CLOSING IS NOT CONDUCTED BY THE COMPANY, A CERTIFICATE OF COMPLIANCE OR A CERTIFICATE OF EXEMPTION MUST BE ATTACHED TO ANY MORTGAGE TO BE RECORDED.

**D** 12. THE LEGAL DESCRIPTION IN SCHEDULE A IS FOR CONVENIENCE ONLY AND IS SUBJECT TO SUCH MODIFICATIONS AS MAY BE DEEMED NECESSARY UPON OUR RECEIPT AND REVIEW OF AN ALTA SURVEY, AND THIS COMMITMENT IS SUBJECT TO SUCH FURTHER EXCEPTIONS AS MAY BE DEEMED NECESSARY.

**E** 13. EXISTING UNRECORDED LEASES AND ALL RIGHTS THEREUNDER OF THE LESSEES AND OF ANY PERSON OR PARTY CLAIMING BY, THROUGH OR UNDER THE LESSEES.

**F** 14. WE SHOULD BE FURNISHED A STATEMENT THAT THERE IS NO PROPERTY MANAGER EMPLOYED TO MANAGE THE LAND, OR, IN THE ALTERNATIVE, A FINAL LIEN WAIVER FROM ANY SUCH PROPERTY MANAGER.

**G** 15. MUNICIPAL REAL ESTATE TRANSFER TAX STAMPS (OR PROOF OF EXEMPTION) MUST ACCOMPANY ANY CONVEYANCE AND CERTAIN OTHER TRANSFERS OF PROPERTY LOCATED IN CITY OF CHICAGO.  PLEASE CONTACT SAID MUNICIPALITY PRIOR TO CLOSING FOR ITS SPECIFIC REQUIREMENTS, WHICH MAY INCLUDE THE PAYMENT OF FEES, AN INSPECTION OR OTHER APPROVALS.

**H** 16. NOTE:  THE LAND DESCRIBED IN SCHEDULE A EITHER IS UNSUBDIVIDED PROPERTY OR CONSTITUTES PART OF A SUBDIVIDED LOT. AS A RESULT, A PLAT ACT AFFIDAVIT SHOULD ACCOMPANY ANY CONVEYANCE TO BE RECORDED. IN THE ALTERNATIVE, COMPLIANCE SHOULD BE HAD WITH THE PROVISIONS OF THE PLAT ACT (765 ILCS 205/1 ET SEQ.).

**I** 17. IN ORDER FOR THE COMPANY TO INSURE TITLE COMING THROUGH THE SALE OR TRANSFER OF LAND FROM THE MUNICIPALITY IN TITLE, WE SHOULD BE FURNISHED A CERTIFIED COPY OF THE ORDINANCE OR RESOLUTION AUTHORIZING THE CONVEYANCE, TOGETHER WITH THE NUMBER OF AYES AND NAYS FOR ITS PASSAGE, AND EVIDENCE OF ANY REQUIRED PUBLICATION.

Copyright American Land Title Association. All rights reserved. The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401    008962023    D2

IF SAID MUNICIPALITY IS A "HOME RULE UNIT" PURSUANT TO ARTICLE 7, SECTION 6 OF THE ILLINOIS CONSTITUTION, WE SHOULD BE FURNISHED EVIDENCE OF COMPLIANCE WITH THE MUNICIPALITY'S ORDINANCE(S) WHICH RELATE TO THE SALE OR TRANSFER OF MUNICIPAL PROPERTY.

THIS COMMITMENT IS SUBJECT TO SUCH ADDITIONAL EXCEPTIONS, IF ANY, AS MAY BE DEEMED NECESSARY AFTER OUR REVIEW OF THESE MATERIALS.

**J**    18. RIGHTS, IF ANY, OF THE UNITED STATES OF AMERICA, THE STATE OF ILLINOIS, THE MUNICIPALITY AND THE PUBLIC IN AND TO SO MUCH OF THE LAND, IF ANY, AS MAY HAVE BEEN FORMED BY MEANS OTHER THAN NATURAL ACCRETIONS OR MAY BE COVERED BY THE WATERS OF THE INNER HARBOR AND LAKE MICHIGAN.

**K**    19. RIGHTS OF THE PUBLIC, THE STATE OF ILLINOIS AND THE CITY OF CHICAGO IN AND TO THAT PART OF THE LAND, FALLING IN THE FOLLOWING OPEN AND USED ROADS WHICH CROSS THE LAND DESCRIBED IN SCHEDULE A, TOGETHER WITH UTILILTY RIGHTS THEREIN:

57 STREET AND 57TH DRIVE.
MUSEUM DRIVE.
COLUMBIA DRIVE.
CORNELL DRIVE.
MARQUETTE ROAD AND MARQUETTE DRIVE.
PROMONTORY DRIVE.
HAYES DRIVE.
RICHARDS DRIVE.
64TH STREET.

WE NOTE THAT BY ILLINOIS STATUTE, 70ILCS 1545/2 PASSED IN 1957, THE TITLE TO, CONTROL AND JURISDICTION OF ALL BOULEVARDS IN THE CHICAGO PARK DISTRICT SYSTEM WAS VESTED IN THE CITY OF CHICAGO. SINCE NO RECORDED DEDICATION OR PLAN OF SAID ROADS HAS EVER BEEN RECORDED WE ARE UNABLE TO LOCATE THEM WITH ANY SPECIFICITY.

**L**    20. RIGHTS OF THE PUBLIC, THE STATE OF ILLINOIS AND THE MUNICIPALITY IN AND TO THAT PART OF THE LAND, IF ANY, TAKEN OR USED FOR LAKE SHORE DRIVE.

**M**    21. RIGHTS OF THE PUBLIC, THE STATE OF ILLINOIS AND THE MUNICIPALITY IN AND TO THAT PART OF THE LAND, IF ANY, TAKEN OR USED FOR OTHER ROADS, STREETS AND BOULEVARDS.

**N**    22. EASEMENT IN FAVOR OF THE CITY OF CHICAGO, A MUNICIPAL CORPORATION, TO CONSTRUCT, RECONSTRUCT, REPAIR, MAINTAIN AND OPERATE A WATER MAIN WITH APPURTENANCES THRETO, TOGETHER WITH THE RIGHT OF ACCESS TO SAID EQUIPMENT, AND THE PROVISIONS RELATING THERETO CONTAINED IN THE GRANT RECORDED/FILED AS DOCUMENT NO. 22953708.

(AFFECTS A STRIP OF LAND DESCRIBED AS FOLLOWS: COMMENCING AT THE INTERSECTION OF THE WEST LINE OF OGLESBY AVENUE EXTENDED NORTHERLY TO THE NORTH LINE OF 67TH STREET; THENCE WESTERLY ALONG THE NORTH LINE OF 67TH STREET, A DISTANCE

Copyright American Land Title Association. All rights reserved. The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401   008962023   D2

OF 43.0 FEET TO THE POINT OF BEGINNING, THAT IS THE CENTER LINE OF A 30 FOOT WIDE EASEMENT; THENCE NORTHERLY 1 DEGRES WEST FOR A DISTANCE OF 435.3 FEET (NORTH BEING MEASURED PERPENDICULAR TO THE NORTH LINE OF 67TH STREET); THENCE NORTHWESTERLY 31 DEGREES TO THE LEFT OF THE LAST DESCRIBED LINE, A DISTANCE OF 185 FEET; THENCE NORTHWESTERLY 14 DEGREES TO THE RIGHT OF THE LAST DESCRIBED LINE A DISTANCE OF 200 FEET; THENCE NORTHWESTERLY 9 DEGREES TO THE LEFT OF THE LAST DESCRIBED LINE A DISTANCE OF 150 FEET; THENCE NORTHWESTERLY 20 DEGREES TO THE LEFT OF THE LAST DESCRIBED LINE A DISTANCE OF125 FEET; AND THENCE NORTHWESTERLY 21 DEGEES TO THE LEFT OF THE LAST DESCRIBED LINE A DISTANCE OF 200 FEET; THENCE SOUTHWESTERLY 43 DEGREES TO THE LEFT OF THE LAST DESCRIBED LINE A DISTANCE OF 25 FEET MORE OR LESS TO PROMONTORY DRIVE WHICH CONCLUDES THE CHICAGO PARK DISTRICT EASEMENT, ALL AS SHOWN ON THE DRAWING ATTACHED THERETO AS EXHIBIT A)

**O** 23. TERMS, PROVISIONS, CONDITIONS AND LIMITATIONS CONTAINED IN AN ORDINANCE PASSED BY THE CITY COUNCIL OF THE CITY OF CHICAGO, A COPY OF WHICH WAS RECORDED DECEMBER 20, 1995 AS DOCUMENT 95884454 DESIGNATING THE MUSEUM OF SCIENCE AND INDUSTRY AS A CHICAGO LANDMARK.

(AFFECTS THE MUSEUM OF SCIENCE AND INDUSTRY, LOCATED AT 57TH STREET AND LAKE SHORE DRIVE, AND LEGALLY DESCRIBED AS:
THE ELLIPTICAL PORTION OF JACKSON PARK INCLUDING THE MUSEUM OF SCIENCE AND INDUSTRY SITE AND THE ADJOINING PARK LAND, AS DEFINED BY THE SOUTH LINE OF EAST 57TH STREET; THE EAST LINE OF SOUTH CORNELL DRIVE; THE NORTH LINE OF EAST COLUMBIA DRIVE, INCLUDING THE DARROW BRIDGE AND ITS ABUTMENTS; AND THE WEST LINE OF NORTH COLUMBIA DRIVE, ALL IN THE WEST 1/2 OF THE NORTHWEST 1/4 OF SECTION 13, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN)

**Y** 24. TERMS, PROVISIONS, CONDITIONS AND LIMITATIONS CONTAINED IN CONSERVATION EASEMENT AGREEMENT FOR MUSEUM OF SCIENCE AND INNDUSTRY FACEADE RESTORATION PROJECT MADE BY AND BETWEEN CHICAGO PARK DISTRICT AND ILLINOIS STATE HISTORIC PRESERVATION AGENCY RECORDED SEPTEMBER 6, 2011 AS DOCUMENT NUMBER 1124944045.

**P** 25. RIGHT, TITLE AND INTEREST OF LARABIDA CHILDREN'S HOSPITAL AND RESEARCH CENTER, A NOT FOR PROFIT CORPORATION OF ILLINOIS, UNDER THE AGREEMENTS MADE WITH THE CHICAGO PARK DISTRICT AND NOTED BELOW, WHICH ALLOTED AND FURNISHED TO LARABIDA CERTAIN SITES IN JACKSON PARK FOR THE PURPOSE OF ERECTING, OPERATING AND MAINTAINING THEREON A CHILD WELFARE SANITARIUM:
AGREEMENT DATED JULY 16, 1931 FOR A PERIOD OF 50 YEARS.
AGREEMENT DATED FEBRUARY 13, 1952 FOR A PERIOD COMMENCING ON FEBRUARY 13, 1952 AND TERMINATING CONTEMPORANEOUSLY WITH THE AGEEMENT OF 1931, THAT IS TO SAY ON JULY 15, 1981, AND WHICH AGREEMENTS OF 1931 AND 1952 WERE, BY AGREEMENT DATED APRIL 12, 1955 EXTENDED TO EXPIRE ON JULY 15, 2006.

AGREEMENT DATED FEBRUARY 13, 1957 WHICH COMBINED AND EXTENDED THE AGREEMENTS OF 1931, 1952, 1955 AND 1957 TO EXPIRE FEBRUARY 12, 2007.

AGREEMENT DATED FEBRUARY 3, 1964 WHICH EXTENDED THE AGREEMENT OF 1931, 1952, 1955 AND 1957 TO EXPIRE ON JULY 23, 2013.

ALL AS DISCLOSED BY EXTENSION AGREEMENT RECORDED AUGUST 23, 2001 AS DOCUMENT

Copyright American Land Title Association. All rights reserved. The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401   008962023   D2

0010781379 WHICH EXTENDS THE AGREEMENTS FOR A PRIOD OF 50 YEARS TO EXPIRE ON
JULY 23, 2063.

(AFFECTS THAT PORTION OF THE LAND DESCRIBED AS FOLLOWS: THAT PART OF SECTION
24, TOWNSHIP 38 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, KNOWN
AS "JACKSON PARK" BOUNDED AND DESCRIBED BY THE FOLLOWING COORDINATES:
BEGINNING AT A POINT ON THE FACE OF THE NORTHEASTERLY CURB OF PROMONTORY
DRIVE, SAID POINT BEING 1125.62 FEET NORTH OF THE CENTER LINE OF EAST 67TH
STREET, AS MEASURED ALONG THE CENTER LINE OF SOUTH STONY ISLAND AVENUE AND
4257.35 FEET EAST OF AND PERPENDICULAR TO THE CENTER LINF OF SOUTH STONY
ISLAND AVENUE, SAID POINT IS NORTH 10+28.18, EAST 42+57.35; THENCE NORTH 49
DEGREES 42 MINUTES 27 SECONDS WEST, 279.50 FEET TO A POINT ON SAID
NORTHEASTERLY CURB, WHICH IS NORTH 12+08.93, EAST 40+44.16; THENCE NORTH 37
DEGREES 26 MINUTES 03 SECONDS WEST, 279.00 FEET TO A POINT ON SAID
NORTHEASTERLY CURB, WHICH IS NORTH 14+30.47 EAST 38+74.57; THENCE NORTH 47
DEGREES 11 MINUTES 44 SECONDS EAST, 143.97 FEET TO A POINT WHICH IS NORTH
15+28.30 EAST 39+80.20; THENCE NORTH 37 DEGREES 12 MINUTES 59 SECONDS WEST
9.92 FEET TO A POINT WHICH IS NORTH 15+36.20 EAST 39+74.20; THENCE NORTH 53
DEGREES 25 MINUTES 19 SECONDS EAST 90.28 FEET TO A POINT WHICH IS NORTH
15+90.00 EAST 40+46.70; THENCE SOUTH 39 DEGREES 01 MINUTES 55 SECNODS EAST
170.70 FEET TO A POINT WHICH IS NORTH 14+57.40 EAST 41+54.20; THENCE SOUTH 36
DEGREES 48 MINUTES 04 SECONDS EAST, 366.42 FEET TO A POINT WHICH IS NORTH
11+64.00 EAST 43+73.70; THENCE SOUTH 40 DEGREES 35 MINUTES 06 SECONDS WEST
178.84 FEET TO THE POINT OF BEGINNING)

*Q*    26. TERMS AND PROVISIONS OF THE FACILITY OPERATOR AGREEMENT EXECUTED BY AND
           BETWEEN COMMONWEALTH EDISON COMPANY AND THE MUSEUM OF SCIENCE AND INDUSTRY
           RECORDED SEPTEMBER 20, 2002 AS DOCUMENT 0021032694.

*R*    27. TERMS, PROVISIONS, CONDITIONS AND LIMITATIONS CONTAINED IN AN ORDINANCE PASSED
           BY THE CITY COUNCIL OF THE CITY OF CHICAGO, A COPY OF WHICH WAS RECORDED
           AUGUST 27, 2003 AS DOCUMENT 0323931125 WHICH DESIGNATES THE STATUE OF THE
           REPUBLIC, LOCATED IN JACKSON PARK AT THE INTERSECTION OF HAYES AND RICHARDS
           DRIVES, AS A CHICAGO LANDMARK.

*S*    28. TERMS, CONDITIONS AND LIMITATIONS CONTAINED IN THE NO FURTHER REMEDIATION
           LETTER ISSUED BY THE ILLINOIS ENVIRONMENTAL PROTECTION AGENCY AND RECORDED
           DECEMBER 22, 2003 AS DOCUMENT 0335650178.

           (AFFECTS THE EAST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 13, TOWNSHIP 38, RANGE
           14)

*T*        FOR ALL ILLINOIS PROPERTY:  FOR COMMITMENT ONLY

           EFFECTIVE JUNE 1, 2009, PURSUANT TO PUBLIC ACT 95-988, SATISFACTORY EVIDENCE
           OF IDENTIFICATION MUST BE PRESENTED FOR THE NOTARIZATION OF ANY AND ALL
           DOCUMENTS NOTARIZED BY AN ILLINOIS NOTARY PUBLIC. SATISFACTORY IDENTIFICATION
           DOCUMENTS ARE DOCUMENTS THAT ARE VALID AT THE TIME OF THE NOTARIAL ACT; ARE
           ISSUED BY A STATE AGENCY,  FEDERAL GOVERNMENT AGENCY, OR CONSULATE; BEAR THE
           PHOTOGRAPHIC IMAGE OF THE INDIVIDUAL'S FACE; AND BEAR THE INDIVIDUAL'S
           SIGNATURE.

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.



# CHICAGO TITLE INSURANCE COMPANY

## COMMITMENT FOR TITLE INSURANCE
## SCHEDULE B (CONTINUED)

ORDER NO.: 1401   008962023   D2

**U**     FOR COOK COUNTY PROPERTY:   FOR COMMITMENT ONLY

EFFECTIVE JUNE 1, 2009, IF ANY DOCUMENT OF CONVEYANCE FOR COOK COUNTY
RESIDENTIAL REAL PROPERTY IS TO BE NOTARIZED BY AN ILLINOIS NOTARY PUBLIC,
PUBLIC ACT 95-988 REQUIRES THE COMPLETION OF A NOTARIAL RECORD FOR EACH
GRANTOR WHOSE SIGNATURE IS NOTARIZED.  THE NOTARIAL RECORD WILL INCLUDE THE
THUMBPRINT OR FINGERPRINT OF THE GRANTOR.  THE GRANTOR MUST PRESENT
IDENTIFICATION DOCUMENTS THAT ARE VALID; ARE ISSUED BY A STATE AGENCY, FEDERAL
GOVERNMENT AGENCY, OR CONSULATE; BEAR THE PHOTOGRAPHIC IMAGE OF THE
INDIVIDUAL'S FACE; AND BEAR THE INDIVIDUAL'S SIGNATURE.  THE COMPANY WILL
CHARGE $25.00 PER NOTARIAL RECORD.

**V**     "Be advised that the "Good Funds" section of the Title Insurance Act (215 ILCS
155/26) becomes effective 1-1-2010.  This act places limitations upon the
settlement agent's ability to accept certain types of deposits into escrow.
Please contact your local Chicago Title Office regarding the application of
this new law to your transaction."

**W**   29. NOTE FOR INFORMATION (ENDORSEMENT REQUESTS):

ALL ENDORSEMENT REQUESTS SHOULD BE MADE PRIOR TO CLOSING TO ALLOW AMPLE TIME
FOR THE COMPANY TO EXAMINE REQUIRED DOCUMENTATION.

(THIS NOTE WILL BE WAIVED FOR POLICY).


**X**   30. INFORMATIONAL NOTE:

TO SCHEDULE ANY CLOSINGS IN THE CHICAGO COMMERCIAL CENTER, PLEASE CALL
(312)223-2707.

TO FAX FIGURES FOR A RESIDENTIAL CLOSING IN THE CHICAGO COMMERCIAL CENTER,
PLEASE DIAL (312)223-5888



                                    ** END **

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members
in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

## COMMITMENT FOR TITLE INSURANCE

ORDER NO.: 1401    008962023 D2

### CONDITIONS

1.  The term mortgage, when used herein, shall include deed of trust, trust deed, or other security instrument.

2.  If the proposed Insured has or acquired actual knowledge of any defect, lien, encumbrance, adverse claim or other matter affecting the estate or interest or mortgage thereon covered by this Commitment other than those shown in Schedule B hereof, and shall fail to disclose such knowledge to the Company in writing, the Company shall be relieved from liability for any loss or damage resulting from any act of reliance hereon to the extent the Company is prejudiced by failure to so disclose such knowledge. If the proposed Insured shall disclose such knowledge to the Company, or if the company otherwise acquires actual knowledge of any such defect, lien, encumbrance, adverse claim or other matter, the Company at its option may amend Schedule B of this Commitment accordingly, but such amendment shall not relieve the Company from liability previously incurred pursuant to paragraph 3 or these Conditions.

3.  Liability of the Company under this Commitment shall be only to the named proposed Insured and such parties included under the definition of Insured in the form of policy or policies committed for and only for actual loss incurred in reliance hereon in undertaking in good faith (a) to comply with the requirements hereof, or (b) to eliminate exceptions shown in Schedule B, or (c) to acquire or create the estate or interest or mortgage thereon covered by this Commitment. In no event shall such liability exceed the amount stated in Schedule A for the policy or policies committed for and such liability is subject to the insuring provisions and Conditions and the Exclusions from Coverage of the form of policy or policies committed for in favor of the proposed Insured which are hereby incorporated by reference and made a part of this Commitment except as expressly modified herein.

4.  This Commitment is a contract to issue one or more title insurance policies and is not an abstract of title or a report of the condition of title. Any action or actions or rights of action that the proposed Insured may have or may bring against the Company arising out of the status of the title to the estate or interest or the status of the mortgage thereon covered by this Commitment must be based on and are subject to the provisions of this Commitment.

5.  *The policy to be issued contains an arbitration clause. All arbitrable matters when the Amount of Insurance is $2,000,000 or less shall be arbitrated at the option of either the Company or the Insured as the exclusive remedy of the parties. You may review a copy of the arbitration rules at <http://www.alta.org/>.*

**Copyright American Land Title Association. All rights reserved.** The use of this Form is restricted to ALTA licensees and ALTA members in good standing as of the date of use. All other uses are prohibited. Reprinted under license from the American Land Title Association.

COMCON06  3/11 ML        KJ3                                            MM2   05/06/14      09:35:47

# CHICAGO TITLE INSURANCE COMPANY

## 1031 EXCHANGE SERVICES

**If your transaction involves a tax deferred exchange, we offer this service through our 1031 division, IPX1031. As the nation's largest 1031 company, IPX1031 offers guidance and expertise. Security for Exchange funds includes segregated bank accounts and a 100 million dollar Fidelity Bond. Fidelity National Title Group also provides a 50 million dollar Performance Guaranty for each Exchange. For additional information or to set-up an Exchange, please call Scott Nathanson at (312) 223-2178 or Anna Barsky at (312) 223-2169.**

1031EX 05/09 ML     KJ3

# FIDELITY NATIONAL FINANCIAL
## PRIVACY NOTICE

Effective Date: January 24, 2014

Fidelity National Financial, Inc. and its majority-owned subsidiary companies providing real estate- and loan-related services (collectively, "FNF", "our" or "we") respect and are committed to protecting your privacy. This Privacy Notice lets you know how and for what purposes your Personal Information (as defined herein) is being collected, processed and used by FNF. We pledge that we will take reasonable steps to ensure that your Personal Information will only be used in ways that are in compliance with this Privacy Notice.

This Privacy Notice is only in effect for any generic information and Personal Information collected and/or owned by FNF, including collection through any FNF website and any online features, services and/or programs offered by FNF (collectively, the "Website"). This Privacy Notice is not applicable to any other web pages, mobile applications, social media sites, email lists, generic information or Personal Information collected and/or owned by any entity other than FNF.

## Collection and Use of Information

The types of personal information FNF collects may include, among other things (collectively, "Personal Information"): (1) contact information (e.g., name, address, phone number, email address); (2) demographic information (e.g., date of birth, gender, marital status); (3) Internet protocol (or IP) address or device ID/UDID; (4) social security number (SSN), student ID (SIN), driver's license, passport, and other government ID numbers; (5) financial account information; and (6) information related to offenses or criminal convictions.

In the course of our business, we may collect Personal Information about you from the following sources

o  Applications or other forms we receive from you or your authorized representative;
o  Information we receive from you through the Website;
o  Information about your transactions with or services performed by us, our affiliates, or others; and
o  From consumer or other reporting agencies and public records maintained by governmental entities that we either obtain directly from those entities, or from our affiliates or others.

Information collected by FNF is used for three main purposes:

o  To provide products and services to you or one or more third party service providers (collectively, "Third Parties") who are obtaining services on your behalf or in connection with a transaction involving you.
o  To improve our products and services that we perform for you or for Third Parties.
o  To communicate with you and to inform you about FNF's, FNF's affiliates and third parties' products and services.

## Additional Ways Information Is Collected Through the Website

**Browser Log Files.** Our servers automatically log each visitor to the Website and collect and record certain information about each visitor. This information may include IP address, browser language, browser type, operating system, domain names, browsing history (including time spent at a domain, time and date of your visit), referring/exit web pages and URLs, and number of clicks. The domain name and IP address reveal nothing personal about the user other than the IP address from which the user has accessed the Website.

**Cookies.** From time to time, FNF or other third parties may send a "cookie" to your computer. A cookie is a small piece of data that is sent to your Internet browser from a web server and stored on your computer's hard drive and that can be re-sent to the serving website on subsequent visits. A cookie, by itself, cannot read other data from your hard disk or read other cookie files already on your computer. A cookie, by itself, does not damage your system. We, our advertisers and other third parties may use cookies to identify and keep track of, among other things, those areas of the Website and third party websites that you have visited in the past in order to enhance your next visit to the Website. You can choose whether or not to accept cookies by changing the settings of your Internet browser, but some functionality of the Website may be impaired or not function as intended. See the Third Party Opt Out section below.

**Web Beacons.** Some of our web pages and electronic communications may contain images, which may or may not be visible to you, known as Web Beacons (sometimes referred to as "clear gifs"). Web Beacons collect only limited information that includes a cookie number; time and date of a page view; and a description of the page on which the Web Beacon resides. We may also carry Web Beacons places by third party advertisers. These Web Beacons do not carry any Personal Information and are only used to track

usage of the Website and activities associated with the Website. See the Third Party Opt Out section below.

**Unique Identifier.** We may assign you a unique internal identifier to help keep track of your future visits. We may use this information to gather aggregate demographic information about our visitors, and we may use it to personalize the information you see on the Website and some of the elctronic communications you receive from us. We keep this information for our internal use, and this information is not shared with others.

**Third Party Opt Out.** Although we do not presently, in the future we may allow third-party companies to serve advertisements and/or collect certain anonymous information when you visit the Website. These companies may use non-personally identifiable information (e.g., click stream information, browser type, time and date, subject of advertisements clicked or scrolled over) during your visits to the Website in order to provide advertisements about products and services likely to be of greater interest to you. These companies typically use a cookie or third party Web Beacon to collect this information, as further described above. Through these technologies, the third party may have access to and use non-personalized information about your online usage activity.

You can opt-out of online behavioral services through any one of the ways described below. After you opt-out, you may continue to receive advertisements, but those advertisements will no longer be as relevant to you.

o  You can opt-out via the Network Advertising Initiative industry opt-out at http://www.networkadvertising.org/.
o  You can opt-out via the Consumer Choice Page at www.aboutads.info.
o  For those in the U.K., you can opt-out via the IAB UK's industry opt-out at www.youronlinechoices.com.
o  You can configure your web browser (Chrome, Firefox, Internet Explorer, Safari, etc.) to delete and/or control the use of cookies.

More information can be found in the Help system of your browser. Note: If you opt-out as described above, you should not delete your cookies. If you delete your cookies, you will need to opt-out again.

## When Information Is Disclosed By FNF

We may provide your Personal Information (excluding information we receive from consumer or other credit reporting agencies) to various individuals and companies, as permitted by law, without obtaining your prior authorization. Such laws do not allow consumers to restrict these disclosures. Disclosures may include, without limitation, the following:

o  To agents, brokers, representatives, or others to provide you with services you have requested, and to enable us to detect or prevent criminal activity, fraud, material misrepresentation, or nondisclosure in connection with an insurance transaction;
o  To third-party contractors or service providers who provide services or perform marketing services or other functions on our behalf;
o  To law enforcement or other governmental authority in connection with an investigation, or civil or criminal subpoenas or court orders; and/or
o  To lenders, lien holders, judgement creditors, or other parties claiming an encumbrance or an interest in title whose claim or interest must be determined, settled, paid or released prior to a title or escrow closing.

In addition to the other times when we might disclose information about you, we might also disclose information when required by law or in the good-faith belief that such disclosure is necessary to: (1) comply with a legal process or applicable laws; (2) enforce this Privacy Notice; (3) respond to claims that any materials, documents, images, graphics, logos, designs, audio, video and any other information provided by you violates the rights of third parties; or (4) protect the rights, property or personal safety of FNF, its users or the public.

We maintain reasonable safeguards to keep the Personal Information that is disclosed to us secure. We provide Personal Information and non-Personal Information to our subsidiaries, affiliated companies, and other businesses or persons for the purposes of processing such information on our behalf and promoting the services of our trusted business partners, some or all of which may store your information on servers outside of the United States. We require that these parties agree to process such information in compliance with our Privacy Notice or in a similar, industry-standard manner, and we use reasonable efforts to limit their use of such information and to use other appropriate confidentiality and security measures. The use of your information by one of our trusted business partners may be subject to that party's own Privacy Notice. We do not, however, disclose information we collect from consumer or credit reporting agencies with our affiliates or others without your consent, in conformity with applicable law, unless such disclosure is otherwise permitted by law.

We also reserve the right to disclose Personal Information and/or non-Personal Information to take precautions against liability, investigate and defend against any third-party claims or allegations, assist government enforcement agencies, protect the security or integrity of the Website, and protect the rights property, or personal safety of FNF, our users or others.

We reserve the right to transfer your Personal Information, as well as any other information, in connection with the sale or other disposition of all or part of the FNF business and/or assets. We also cannot make any representations regarding the use or transfer of your Personal Information or other information that we may have in the event of our bankruptcy, reorganization, insolvency, receivership or an assignment for the benefit of creditors, and you expressly agree and consent to the use and/or transfer of your Personal Information or other information in connection with a sale or transfer of some or all of our assets in any of the above described proceedings. Furthermore, we cannot and will not be responsible for any breach of security by any third parties or for any actions of any third parties that receive any of the information that is disclosed to us.

## Information from Children

We do not collect Personal Information from any person that we know to be under the age of thirteen (13). Specifically, the Website is not intended or designed to attract children under the age of thirteen (13). You affirm that you are either more than 18 years of age, or an emancipated minor, or posses legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in this Privacy Notice, and to abide by and comply with his Privacy Notice. In any case, you affirm that you are over the age of 13, as **THE WEBSITE IS NOT INTENDED FOR CHILDREN UNDER 13 THAT ARE UNACCOMPANIED BY HIR OR HER PARENT OR LEGAL GUARDIAN**.

Parents should be aware that FNF's Privacy Notice will govern our use of Personal Information, but also that information that is voluntarily given by children - or others - in email exchanges, bulletin boards or the like may be used by other parties to generate unsolicited communications. FNF encourages all parents to instruct their children in the safe and responsible use of their Personal Information while using the Internet.

## Privacy Outside the Website

The Website may contain various links to other websites, including links to various third party service providers. FNF is not and cannot be responsible for the privacy practices or the content of any of those other websites. Other than under agreements with certain reputable organizations and companies, and except for third party service providers whose services either we use or you voluntarily elect to utilize, we do not share any of the Personal Information that you provide to us with any of the websites to which the Website links, although we may share aggregate, non-Personal Information with those other third parties. Please check with those websites in order to determine their privacy policies and your rights under them.

## European Union Users

If you are a citizen of the European Union, please note that we may transfer your Personal Information outside the European Union for use for any of the purposes described in this Privacy Notice. By providing FNF with your Personal Information, you consent to both our collection and such transfer to your Personal Information in accordance with this Privacy Notice.

## Choices with Your Personal Information

Whether you submit Personal Information to FNF is entirely up to you. You may decide not to submit Personal Information, in which case FNF may not be able to provide certain services or products to you.

You may choose to prevent FNF from disclosing or using your Personal Information under certain circumstances ("opt out"). You may opt out of any disclosure or use of your Personal Information for purposes that are incompatible with the purpose(s) for which it was originally collected or for which you subsequently gave authorization by notifying us by one of the methods at the end of this Privacy Notice. Furthermore, even where your Personal Information is to be disclosed and used in accordance with the stated purposes in this Privacy Notice, you may elect to opt out of such disclosure to and use by a third party that is not acting as an agent of FNF. As described above, there are some uses from which you cannot opt-out.

Please note that opting out of the disclosure and use of your Personal Information as a prospective employee may prevent you from being hired as an employee by FNF to the extent that provision of your Personal Information is required to apply for an open position.

If FNF collects Personal Information from you, such information will not be disclosed or used by FNF for purposes that are incompatible with the purpose(s) for which it was originally collected or for which you subsequently gave authorization unless you affirmatively consent to such disclosure and use.

You may opt out of online behavioral advertising by following the instructions set forth above under the above section "Additional Ways That Information Is Collected Through the Website," subsection "Third Party Opt Out."

## Access and Correction

To access your Personal Information in the possession of FNF and correct inaccuracies of that information in our records, please contact us in the manner specified at the end of this Privacy Notice. We ask individuals to identify themselves and the information requested to be accessed and amended before processing such requests, and we may decline to process requests in limited circumstances as permitted by applicable privacy legislation.

## Your California Privacy Rights

Under California's "Shine the Light" law, California residents who provide certain personally identifiable information inc connection with obtaining products or services for personal, family or household use are entitled to request and obtain from us once a calendar year information about the customer information we shared, if any, with other business for their own direct marketing uses. If applicable, this information would include the categories of customer information and the names and addresses of those businesses with which we shared customer information for the immediately prior calendar year (e.g., requests made in 2013 will receive information regarding 2012 sharing activites).

To obtain this information on behalf of FNF, please send an email message to privacy@fnf com with "Request for California Privacy Information" in the subject line and in the body of your message. We will provide the requested information to you at your email address in response.

Please be aware that not all information sharing is covered by the "Shine the Light" requirements and only information on covered sharing will be included in our response.

Additionally, because we may collect your Personal Information from time to time, California's Online Privacy Protection Act requires us to disclose how we respond to "do not track" requests and other similar mechanisms. Currently, our policy is that we do not recognize "do not track" requests from Internet browsers and similar devices.

## Your Consent to This Privacy Notice

By submitting Personal Information to FNF, you consent to the collection and use of information by us as specified above or as we otherwise see fit, in compliance with this Privacy Notice, unless you inform us otherwise by means of the prcedure identified below. If we decide to change this Privacy Notice, we will make an effort to post those changes on the Website. Each time we collect information from you following any amendment of this Privacy Notice will signify your assent to and acceptance of its revised terms for all previously collected information and information collected from you in the future. We may use comments, information or feedback that you may submit in any manner that we may choose without notice or compensation to you.

If you have additional questions or comments, please let us know by sending your comments or requests to:

Fidelity National Financial, Inc.
601 Riverside Avenue
Jacksonville, Florida 32204
Attn: Chief Privacy Officer
(888)934-3354
privacy@fnf.com

Copyright 2014, Fidelity National Financial, Inc. All Rights Reserved.

Effective as of January 24, 2014

Last Updated January 24, 2014



# PHASE I ENVIRONMENTAL SITE ASSESSMENT REPORT

**PHASE I ENVIRONMENTAL SITE ASSESSMENT REPORT**

**Woodlawn Site**
**6000 S. Stony Island Ave.**
**Chicago, IL**



---

**PREPARED BY:**

**Environmental Design International inc.**
**33 West Monroe Street, Suite 1825**
**Chicago, Illinois 60603**
(312) 345-1400
(312) 345-0529 (fax)
www.envdesigni.com

**PREPARED FOR:**

**The University of Chicago**
**5235 S. Harper Court, Suite 1000**
**Chicago, IL 60615**

**EDI Project #:**    **1877.001.02**
**Date of Report:   November 12, 2014**

---



**EDI – EXCELLENCE, DEDICATION & INNOVATION**
(312) 345-1400 • www.envdesigni.com



November 12, 2014

Ms. Alicia Murasaki
Assistant Vice President, Campus Design and Sustainability
The University of Chicago
5235 S. Harper Court, Suite 1000
Chicago, IL 60615

RE:     Phase I Environmental Site Assessment
        Woodlawn Site
        6000 S. Stony Island
        Chicago, Illinois
        EDI Project No. 1877.001.02

Dear Ms. Murasaki:

Environmental Design International inc. (EDI) is pleased to provide the results of our Phase I Environmental Site Assessment (ESA) of the Woodlawn Site at 6000 S. Stony Island in Chicago, Illinois. This assessment was performed in general accordance with ASTM E 1527-13, Standard Practice for Environmental Site Assessments:  Phase I ESA Process.

This assessment included a site reconnaissance, as well as historical research and interviews with representatives of the property.  An assessment was made, conclusions stated, and Recognized Environmental Conditions (RECs) identified.

If you have any questions concerning this report, or if we can assist you in any other matter, please contact Patricia Feeley, P.G., Project Manager at 312-345-1400 extension 136 or via email at pfeeley@envdesigni.com.

Best Regards,

**Environmental Design International inc.**

Patricia Feeley, P.G.
Environmental Professional
Senior Project Manager



# TABLE OF CONTENTS

TABLE OF CONTENTS .................................................................................................................. i

EXECUTIVE SUMMARY ............................................................................................................... 3

1.0    INTRODUCTION ................................................................................................................ 5
    1.1    Purpose ...................................................................................................................... 5
    1.2    Scope of Services ..................................................................................................... 5
    1.3    Additional Services ................................................................................................. 5
    1.4    Significant Assumptions ......................................................................................... 5
    1.5    Limitations and Exceptions .................................................................................... 6
    1.6    Data Gaps .................................................................................................................. 7
    1.7    Special Terms and Conditions .............................................................................. 7
    1.8    Reliance ..................................................................................................................... 8

2.0    SITE DESCRIPTION ......................................................................................................... 9
    2.1    Location and Legal Description ............................................................................. 9
    2.2    Site and Vicinity General Characteristics ............................................................ 9
    2.3    Current Use of the Property ................................................................................... 9
    2.4    Description of Improvements ................................................................................. 9
    2.5    Current Use of Adjoining Properties .................................................................... 9

3.0    USER PROVIDED INFORMATION ............................................................................ 11
    3.1    User Responsibilities ............................................................................................ 11
    3.2    Additional Owner, Property Manager, and Occupant Information ................ 11

4.0    RECORDS REVIEW ........................................................................................................ 12
    4.1    Standard Environmental Record Sources .......................................................... 12
    4.2    Additional Environmental Record Sources ....................................................... 13
    4.3    Physical Setting ..................................................................................................... 14
    4.4    Historical Use ......................................................................................................... 14
    4.5    Historical Use Information on Adjoining Properties ........................................ 15
    4.6    Data Failure ............................................................................................................ 15

5.0    SITE RECONNAISSANCE ............................................................................................ 16
    5.1    Methodology ........................................................................................................... 16
    5.2    Observations ........................................................................................................... 16
    5.3    Potential Environmental Conditions .................................................................. 16
    5.4    Observation of Adjoining Properties .................................................................. 18

6.0    INTERVIEWS .................................................................................................................. 19
    6.1    Key Site Manager .................................................................................................. 19
    6.2    Current and Past Occupants ................................................................................. 19
    6.3    Local Government Officials .................................................................................. 19
    6.4    Others ...................................................................................................................... 19

7.0    FINDINGS ........................................................................................................................ 20
    7.1    On-Site Recognized Environmental Conditions ............................................... 20
    7.2    Off-Site Recognized Environmental Conditions ............................................... 20
    7.3    Historical Recognized Environmental Conditions ........................................... 20
    7.4    De Minimis Environmental Conditions .............................................................. 20

**8.0**    **REFERENCES** ...................................................................................................................**21**
**9.0**    **SIGNATURES OF ENVIRONMENTAL PROFESSIONALS** ........................................**22**
**10.0**   **QUALIFICATIONS OF ENVIRONMENTAL PROFESSIONALS** ..............................**23**
        *10.1*   *Definition of an Environmental Professional* ...............................................................23
        *10.2*   *Relevant Experience* .....................................................................................................23

Figure 1:  Current Ownership Map
Figure 2:  Adjacent Property Uses and Ownership Map

**APPENDICES**

Appendix A    Site Photographs and Questionnaires
Appendix B    Freedom of Information Act (FOIA) Response and Vapor Encroachment Screening (VES)
Appendix C    Historical Records: Sanborn Map Report, Aerial Photographs, Historical Topographic Maps, and City Directory Abstract
Appendix D    EDR Radius Map Report



## EXECUTIVE SUMMARY

### Scope of Work

Environmental Design International inc. (EDI) has performed a Phase I Environmental Site Assessment (ESA) at the Woodlawn Site located at 6000 S. Stony Island, Chicago, Illinois (the Property) in general accordance with the agreed scope of work. Unless otherwise agreed, the work is governed by provisions of ASTM E 1527-13, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process in order to identify Recognized Environmental Conditions (RECs) associated with the property. This Executive Summary is intended to provide a brief overview of the assessment and findings. A more complete understanding of this assessment can only be achieved by review of the entire report. This Woodlawn Site is being considered for future development of a building, parking, and open space.

### Summary

The Property is part of Jackson Park and includes grass covered open space, a football field and track, a restroom building, and a playground area. The property is bordered to the north, east, and south by 60th Street, Cornell Avenue, and 63rd Street; followed by Jackson Park. The property is bordered to the west by Stony Island, followed by residential properties and Hyde Park High School. The Property is owned by the Chicago Park District.

No previous environmental assessments were provided for review. The Property has been part of Jackson Park since prior to 1901. Jackson Park and Jackson Park service yard are listed for underground storage tanks (USTs) and leaking USTs (LUSTs), these USTs and LUST release are believed to be located south of 63rd Street, not on the Woodlawn Site. The site reconnaissance identified the Property as park with open space, football field and track, a restroom building, and a playground area. Some general debris (picnic food wrappers and plastic bottles) was observed on site.

### Findings

EDI has performed a Phase I ESA in conformance with the scope and limitations of ASTM Practice E1527 of the Woodlawn Site. Any exceptions to, or deletions from, this practice are described in Section 1.5 of this report. This assessment has revealed no evidence of RECs in connection with the property. No Controlled RECs have been identified. The restroom building should be surveyed for asbestos prior to demolition or renovation.

The following off-site RECs were identified for the Property:
- The Jackson Park Service yard is the south adjacent property, and had two leaking USTs.



Findings which would otherwise be characterized as REC, but which generally do not present a threat to human health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies are classified as de minimis in accordance with the agreed scope of work. No de minimis conditions were identified for the Woodlawn Site.



## 1.0    INTRODUCTION

EDI was retained by the University of Chicago (the Client) to conduct a Phase I Environmental Site Assessment (ESA) at the Woodlawn Site located at 6000 S. Stony Island, Chicago, Illinois (the Property).  The Woodlawn Site is part of Jackson Park, owned and managed by the Chicago Park District.

### 1.1    Purpose

The purpose of this Phase I ESA was to identify existing or potential RECs (as defined by ASTM Standard E-1527-13) in connection with the property.  A REC is defined by ASTM Standard Practice E-1527-13 as the presence or likely presence of any hazardous substances or petroleum products in, on, or at a property: (1) due to any release to the environment; (2) under conditions indicative of a release to the environment; (3) under conditions that pose a material threat of a future release to the environment.  De minimis conditions are not RECs.  This assessment does not intend to include de minimis conditions that generally do not present a material risk of harm to public health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies.  This ESA was also performed to permit the Client to satisfy one of the requirements to qualify for the innocent landowner, contiguous property owner, or bona fide prospective purchaser limitations on scope of Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) (42 U.S.C. §9601) liability (hereinafter, the "landowner liability protections," or "LLPs").  ASTM Standard E-1527-13 constitutes "all appropriate inquiry into the previous ownership and uses of the property consistent with good commercial or customary practice" as defined at 42 U.S.C. §9601(35)(B).

### 1.2    Scope of Services

The scope of work for this ESA is in general accordance with the requirements of ASTM Standard E 1527-13 subject to limitations and deviations described in Section 1.5.  EDI warrants that the findings and conclusions contained herein were accomplished in accordance with the methodologies set forth in the Scope of Work except as noted in this report.

### 1.3    Additional Services

There were no additional or Non-ASTM scope items for the Phase I ESA.

### 1.4    Significant Assumptions

This assessment is based, in part, upon interviews and information obtained from others. In accordance with the scope of services, in the absence of knowledge or direct evidence to the contrary, EDI has assumed this information to be true and correct. However, EDI cannot and does not warrant or guarantee that the information provided by others is accurate or complete.



## 1.5    Limitations and Exceptions

Responses from freedom of information act (FOIA) requests have not all been received.

This report is the intellectual property of EDI, protected by copyright law and other laws, and has been prepared solely for the use and benefit of the Client. Unless authorized in writing by EDI, reliance on or use (collectively, "Use") of this report by additional parties is strictly prohibited and shall be at the sole risk of the user, without rights of recourse or recovery from or against EDI. Any such unauthorized user shall be responsible to protect, indemnify and hold EDI, Client and their respective officers, employees, vendors, successors and assigns harmless from any and all claims, damages, losses, liabilities, expenses (including reasonable attorneys' fees) and costs attributable to such Use. Unauthorized use of this report shall constitute acceptance of and commitment to these responsibilities, which shall be irrevocable and shall apply regardless of the cause of action or legal theory pled or asserted. Additional legal penalties may apply.

No environmental site assessment can wholly eliminate uncertainty regarding the potential for recognized environmental conditions in connection with a property. The agreed scope of services is not intended to be exhaustive or all inclusive and does not represent a guarantee of the identification of all possible environmental risks. Rather, it is intended to develop a representative understanding of the property in order to reduce, but not eliminate, uncertainty regarding the potential for recognized environmental conditions in connection with a property, and recognizes reasonable limits of time and cost.

Conclusions and opinions expressed throughout this report are based upon information identified during the assessment. In accordance with the scope of services, EDI has observed representative areas of the property. No assessment or investigation was performed behind walls, inside plenums or in any other generally inaccessible areas. Conditions may exist on the property that could not be identified within the scope of the assessment or which were not reasonably identifiable from the available information. No sampling of soil or groundwater has been conducted. This report is intended to be used in its entirety and is subject to limitations inherent in the scope of services and expressed herein for purposes identified herein. Use for any other purpose is at the sole risk of the user and is without recourse to EDI. The assessment is not intended to identify de minimis conditions that generally do not present a threat to human health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies.

In order to qualify for defenses to CERCLA liability, property buyers are required to take action outside the scope of this assessment. When provided by the Client, related information has been incorporated into this assessment. However, EDI cannot warrant our Client's compliance with these requirements. Likewise, the conclusions of this assessment will not allow others to qualify for defenses to CERCLA liabilities.

Some of the information provided in this report is based upon personal interviews, and research of available documents, records, and maps held by the appropriate government and private agencies. Review of this information is subject to the limitations of historical documentation,



availability, and accuracy of pertinent records and the personal recollections of those persons contacted.

User Provided Information included in this assessment is limited to information provided by contracting parties. No information has been obtained from third-party addressees or relying parties, if any, and evaluation of information from such parties is beyond the scope of this assessment. Such parties should be aware that EPA requires defendants to take actions beyond the scope of this assessment in order to qualify for defenses to liability.

This report includes some information concerning regulatory compliance, but is not intended as a compliance audit and may not be considered as of verification regulatory compliance. In some cases information not required by the ASTM E 1527-05, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process has been included in the report as typically requested by our clients. There is no intent that such information may broaden the scope of services or responsibility beyond those identified in the agreement under which the work was performed.

## 1.6    Data Gaps

The objective of the assessment is to gather the information required to satisfy the purpose of the assessment, rather than completion of specific tasks. Data gaps occur when the information required by the practice cannot be obtained despite good faith efforts. The practice requires consultants to comment on the impact of significant data gaps and on their ability to identify recognized environmental conditions. In order to assure an appropriate understanding of data gaps, all data gaps are identified below along with rationale for evaluation of their significance.

- EDI was not able to document the historical use of the Property at intervals of five years or less for all time periods. However, based on the available information, EDI was able to infer use of the Property during intervening years. Based on the available information, this data failure is not considered a significant data gap;
- Information requested through the Freedom of Information Act (FOIA) has not all been received.

## 1.7    Special Terms and Conditions

The conclusions and findings set forth in this report are strictly limited in time and scope to the date of the evaluations. The conclusions presented in the report are based solely on the services described therein, and not on scientific tasks or procedures beyond the scope of agreed-upon services or the time and budgeting restraints imposed by the Client. No subsurface exploratory drilling or sampling was done under the scope of this work. Unless specifically stated otherwise in the report, no chemical analyses have been performed during the course of this ESA.



EDI warrants that the findings and conclusions contained herein were accomplished in accordance with the methodologies set forth in the Scope of Work. There are no other warranties, expressed or implied.

## 1.8    Reliance

This assessment, all work performed and reliance thereon are governed by the agreement under which this assessment was performed, between EDI and The University of Chicago.

The University of Chicago engaged EDI to perform this assessment in accordance with an agreement governing the nature, scope and purpose of the work as well as other matters critical to the engagement. Either verbally or in writing, third parties may come into possession of this report or all or part of the information generated as a result of this work. In the absence of a written agreement with EDI granting such rights, no third parties shall have rights of recourse or recovery whatsoever under any course of action against EDI, its officers, employees, vendors, successors or assigns.



## 2.0    SITE DESCRIPTION

### 2.1    Location and Legal Description

The Woodlawn Site is located at 6000 S. Stony Island, Chicago, Cook County, Illinois.  The property is bordered to the north, east, and south by 60th Street, Cornell Avenue, and 63rd Street; followed by Jackson Park.  The property is bordered to the west by Stony Island, followed by residential properties and Hyde Park High School. The Property is owned by the Chicago Park District.  The Property is shown on Figure 1:  Current Ownership Map.

### 2.2    Site and Vicinity General Characteristics

The Property is part of Jackson Park and is bordered to the west by Hyde Park High School and residential properties. The Property and adjacent properties are shown on Figure 2: Adjacent property uses and ownership.  The greater vicinity includes The University of Chicago campus to the northwest, the Museum of Science and Industry to the north east, the neighborhood of Hyde Park, and Lake Michigan to the east.

### 2.3    Current Use of the Property

The Property is part of Jackson Park and includes grass covered open space, a football field and track, a restroom building, and a playground area.  Photographs taken of the Property and the adjacent properties are provided in Appendix A.

### 2.4    Description of Improvements

Utility boxes were observed at the northeast corner of the park.  A football field and track were observed at the center of the park, and a concrete pad was located north of the track.  A playground and restroom building were located south of the track. A ball field was observed south of the playground.  Open grass areas were observed north and south of the track and playground.

### 2.5    Current Use of Adjoining Properties

During the site reconnaissance, EDI observed the following land use on properties in the immediate vicinity of the Property.

**North:**   The Property is bound to the north by 60th Street, followed by Jackson Park.

**South:**   The Property is bound to the south by 63rd Street/ Hayes Avenue, followed by Jackson Park and Jackson Park Service Yard.



**East:**   The Property is bound to the east by Cornell Avenue, followed by Jackson Park Lagoons and then Lake Michigan.

**West:**   The Property is bound to the west by Stony Island Avenue, followed by Hyde Park High School, residential properties, a parking lot and a greenhouse.



## 3.0     USER PROVIDED INFORMATION

### 3.1     User Responsibilities

Section 101(35)(B) of CERCLA, as amended by the Small Business Liability Relief and Brownfields Revitalization Act requires defendants attempting to qualify for innocent landowner, bona fide prospective purchaser or contiguous landowner defenses to CERCLA liability to conduct specific inquiries not within the scope of the environmental professional's responsibilities as identified in ASTM E1527-13. Section 6 of ASTM E1527-13 requires the "user" of the report to provide the results of these inquiries to the environmental professional. This information includes:

- The existence of environmental cleanup liens,

- Activity and Use Limitations applicable to the property,

- Specialized knowledge or experience of the "user",

- Commonly known or reasonably ascertainable information about the property,

- Relationship of the purchase price to fair market value if the property were not contaminated, and

- The degree of obviousness of the presence of likely presence of contamination at the property.

Fulfillment of these user responsibilities is key to qualification for the identified defenses to CERCLA liability. EDI requested our Client to provide information to satisfy User Responsibilities as identified in Section 6 of the ASTM guidance. An environmental questionnaire and disclosure statement were completed by Dan Cooper of the Chicago Park District, provided in Appendix A. The completed questionnaire did not identify any buildings or asbestos containing materials on the property, any previous environmental investigations for the property, and history of the property as a public park since the 1870s. No RECs were identified from the questionnaire. A follow up question was submitted to Dan Cooper regarding the Jackson Park Nike C41 database listing. Mr. Cooper provided a map showing the unleaded fuel LUST site and NIKE site more than a 1,000 feet east of the Woodlawn Park Site.

### 3.2     Additional Owner, Property Manager, and Occupant Information

No additional information was available.



## 4.0    RECORDS REVIEW

### 4.1    Standard Environmental Record Sources

Information from standard Federal and state and tribal environmental record sources was provided through Environmental Data Resources (EDR). Data from governmental agency lists are updated and integrated into one database, which is updated as these data are released. This integrated database also contains postal service data in order to enhance address matching. Records from one government source are compared to records from another to clarify any address ambiguities. The demographic and geographic information available provides assistance in identifying and managing risk. The accuracy of the geocoded locations is approximately +/- 300 feet.

In some cases, location information supplied by the regulatory agencies is insufficient to allow the database companies to geocode facility locations. These facilities are separately identified in the report. EDI reviewed these facilities and, where applicable, has included related discussion in the appropriate Section below.

Regulatory information from the following database sources, within the ASTM minimum search distance from the Property, was reviewed. Specific facilities are discussed below if determined likely that a potential recognized environmental condition has resulted at the Property from the listed facilities. Please refer to Appendix D for a complete listing.

*Target Property*

The Target Property was not listed on any of the databases searched by EDR.

*Off-site Properties*

Evidence of the release of hazardous substances at properties within the search distance was identified as a result of review of environmental records sources; the impact to the subject Property is unknown.

The database report identified no National Priority List (NPL), no Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS) Sites within a ½ mile; five Resource Conservation and Recovery Act Generator (RCRA) facilities within an ¼ mile; two Leaking Underground Storage Tank (LUST) sites within a ¼ mile; and one Site Remediation Program (SRP) facility within an ¼ mile.

The Radius Map report identified Jackson Park (service yard – EDR-A3 & A4)) at 1625 E. 63rd Street or Hayes Avenue on the LUST and UST databases. Two LUST incidents (IEPA #20020872 and 20021756) were reported for the U.S. Army Corps of Engineers (USACE) for a release of fuel oil in 2002 and a release of other petroleum in 2002. A No Further Remediation (NFR) Letter was issued dated 11/17/2003 for incident 20020872, no NFR letter has been issued



for the other LUST incident (20021756).  Two 1500 gallon gasoline USTs are listed for this Jackson Park site, one is listed as removed, the other is listed as exempt from registration (OSFM# 2020366).  The Jackson Park Field House (& NikeC41) (D14, D15, & D16) located at 6401 S. Stony Island is listed for one heating oil UST, exempt from registration and listed as a RCRA Small Quantity Generator (SQG) with no violations found (these listings are more than 1,000 feet east of the Woodlawn Park Site).  Freedom of Information Act (FOIA) requests have been submitted to OSFM and IEPA for additional information.  The west adjacent property, Hyde Park Career Academy at 6220 S. Stony Island Ave (EDR-2), is listed on the RCRA database as a conditionally exempt SQG with no violations found.

A FOIA request was submitted to the Illinois Environmental Protection Agency (IEPA) to identify available information for the south adjacent LUST facility.  No response has been received as of the date of this report.

## 4.2    Additional Environmental Record Sources

### 4.2.1   Local Agencies

FOIA requests were submitted by EDI to the City of Chicago Department of Public Health (CDPH), the Illinois Environmental Protection Agency (IEPA) and the Office of the State Fire Marshall (OSFM) for records related to the Woodlawn Site at 6000 S. Stony Island.  FOIA Response is provided in Appendix B from the OSFM.  The OSFM records identified a 1,500 gallon gasoline UST removed in 1988, no record of release was noted (OSFM #2020366). A database check for the City of Chicago Department of Public Health found no records for 6000 S. Stony Island. No response from IEPA has been received.

FOIA requests were submitted to the CDPH, the IEPA, and the United States Environmental Protection Agency (USEPA) for the Nike-C41 Jackson Park site at 6401 S. Stony Island. USEPA had no records.  OSFM records for facility #2303866 identified an 8,000 gallon heating oil UST no longer in service for 3501 N. Kilbourn, which is not near the Property.  A review of the CDPH database found a UST removal record from 1990 for 6401 S. Stony Island.  A record was also found for a heating oil UST for 6300 S. South Shore Drive for Nike C-41/Jackson Park. It is unknown if this UST was removed.

### 4.2.2   Vapor Encroachment Screening

The goal of a vapor encroachment screening (VES) is to identify a vapor encroachment condition (VEC), which is the presence or likely presence of chemicals of concern (COC) vapors in the subsurface of the property.  EDI performed a Tier 1 VES, in accordance with ASTM Standard E2600 (Standard Guide for Vapor Encroachment Screening on Property Involved in Real Estate Transactions E2600-10).  Petroleum COC search distances are approximately 1/10th-mile from the property and other COC search distances are approximately 1/3-mile from the property.  EDI generated a VES (attached in Appendix B) from the EDR Radius Map data (dated 10/9/2014),



which identified the following: a LUST site down gradient; two LUST sites and one SRP site up-gradient and more than 1/10th mile from the Property. These listings would not be considered VECs, based on distance and gradient. Several historical cleaners are shown on the historical cleaners database, however, no known contamination has been reported at these historical cleaners. Based on no known contamination, the historical cleaners listings are not considered VECs.

A VEC is not likely to be present as no contamination is known to be migrating to the Property from the off-site database listings identified.

## 4.3    Physical Setting

### 4.3.1   Topography

The EDR Historical Topographic Map Report, *Jackson Park* Quadrangle 7.5-minute series dated 1998 was reviewed. The site elevation was described as 587 feet above mean sea level. The Property appears relatively flat with higher areas around the track. Lagoons are shown to the east of the Property. Topographic maps can be found in Appendix C.

### 4.3.2   Soils/Geology

Based on the *EDR VES,* the soil types include fine sand, loamy sand, and silty clay loam. The subsurface is likely to be sandy, based on proximity to Lake Michigan.

### 4.3.3   Hydrology

The property has no standing water or wetland characteristic vegetation. Lagoons and wetlands are located in Jackson Park to the east of the Property. Lake Michigan is located east of the Property.

### 4.3.4   Flood Zone and Wetland

According to the Federal Emergency Management Agency (FEMA), the Flood Insurance Rate Map (FIRM map number 17031C) and EDR Radius Map, the east adjacent property is in a flood zone and includes wetlands. The Property does not appear to include a flood zone or wetland.

## 4.4    Historical Use

The historical records search included research request for Sanborn Maps, aerial photographs, and historical topographic maps. No Sanborn map records were available for this site. Aerial photographs were available for the years 1938, 1952, 1962, 1972, 1978, 1983, 1988, 1993, 1998, 2005, 2007, 2009, 2010, 2011, 2012. The aerial photographs show the Property as park land since 1938, with the fields recently upgraded in 2011. The EDR Historical Topographic Map



report included topographic maps from the Jackson Park quadrangles from 1901, 1929, 1953, 1963, 1972, 1993, and 1998. The historical topographic maps show the Property as part of Jackson Park since 1901. The EDR City Directory abstract identifies the address 6000 S. Stony Island as Plaisance Pharmacy from 1923 through 1961. Plaisance cleaners is noted in 1976 for the address 6004 S. Stony Island; U of C Campus Industrial Relations is noted in 1976 for the address 6006 S. Stony Island; and Plaisance Food & Liquor Mart is noted in 1976 for the address 6010 S. Stony Island. The Sanborn Map Report, aerial photographs, historical topographic maps, and City Directory Abstract are provided in Appendix C.

## 4.5    Historical Use Information on Adjoining Properties

Based on review of the sources referenced above historical uses of the adjoining properties to the north, east, and south appear to be Jackson Park. The west adjacent properties appear developed from 1939.

## 4.6    Data Failure

The objective of historical research is to develop a history of the previous uses of the Property and surrounding area in order to help identify the likelihood of release of hazardous substances as a result of past activities. The agreed scope of work requires the assessor to attempt to identify use of the subject property from the first date of development, but recognizes that data failure frequently occurs, making this impossible. When data failure occurs, ASTM E 1527-13 requires the assessor to document the data failure and assess the potential impact on the ability of the Environmental Professional (EP) to identify recognized environmental conditions.

The following data failures have been identified:

| | |
|---|---|
| Property use was not identified at 5-year intervals. | EDI was not able to document the historical use of the Property at intervals of five years or less for all time periods. However, based on the available information, EDI was able to infer use of the Property during intervening years. Based on the available information, this data failure is not considered a significant data gap. |
| | The FOIA response have not all been received. EDI recommends the FOIA response be reviewed. |



## 5.0    SITE RECONNAISSANCE

### 5.1    Methodology

Except as identified in Section 1.4, Limitations and Exceptions, the site reconnaissance was conducted in conformance with ASTM E-1527-13. The Property was inspected by Alex Smith-Dedrick, Environmental Scientist and Patricia Feeley, Professional Geologist, on October 13, 2014. The weather at the time of the site reconnaissance was overcast and rainy, with a temperature of approximately 60 degrees Fahrenheit. Photographs of the site reconnaissance are included in Appendix A.

### 5.2    Observations

#### 5.2.1    Solid Waste Disposal

Park visitors generate household type solid waste. At the time of the reconnaissance, the property was sparsely littered with general debris.

#### 5.2.2    Potable Water

Water fountains are located on site and serviced by the Chicago Park District, City of Chicago Water service from Lake Michigan water.

#### 5.2.3    Wells and Cisterns

No wells or cisterns were identified.

#### 5.2.4    Wastewater

No water treatment facilities were observed during the on-site reconnaissance.

### 5.3    Potential Environmental Conditions

#### 5.3.1    Hazardous Substances and Petroleum Products

EDI did not observe any hazardous substances and petroleum products during the site reconnaissance.

##### 5.3.1.1    Unlabeled Containers and Drums

EDI did not observe any unlabeled drums on the Property during the site reconnaissance.



### 5.3.1.2 Secondary Containment

No secondary containment was observed during the site reconnaissance.

### 5.3.1.3 Disposal Locations of Regulated/ Hazardous Waste

EDI did not identify disposal location of regulated/hazardous waste during the site reconnaissance.

### 5.3.2 Evidence of Releases

No obvious indications of hazardous substance or petroleum product releases, such as stained areas or stressed vegetation, were observed during the site reconnaissance.

### 5.3.3 Polychlorinated Biphenyls (PCBs)

Older transformers and other electrical equipment can contain PCBs at levels that subject them to regulation by the U.S. EPA. PCBs in electrical equipment are controlled by United States Environmental Protection Agency regulations from Title 40 of the Code of Federal Regulations (40 CFR), Part 761. Under the regulations, there are three categories into which electrical equipment can be classified:

- Less than 50 parts per million (ppm) of PCBs – *"Non-PCB" transformer*

- 50 ppm-500 ppm – *"PCB-Contaminated" electrical equipment*

- Greater than 500 ppm – *"PCB" transformer*

PCBs can also be present in hydraulic equipment such as elevators, auto lifts and dock levelers. No transformers, pole-mounted or on-ground, were observed during the site reconnaissance. Utility boxes were observed at the northeast corner of the Property.

### 5.3.4 Landfills

No evidence of landfills was observed.

### 5.3.5 Surface Water

No surface water was observed on the Property.



### 5.3.6   On-Site Above Ground Storage Tanks and Underground Storage Tanks

No evidence of current above ground or underground storage tanks was observed during the site reconnaissance.

### 5.4      Observation of Adjoining Properties

No RECs were identified on adjoining properties based on site observations.



## 6.0    INTERVIEWS

### 6.1    Key Site Manager

There was no site management for the Property.

### 6.2    Current and Past Occupants

The Property has historically been used as Jackson Park.

### 6.3    Local Government Officials

City of Chicago, IEPA, and OSFM FOIA requests were submitted. Responses to these requests are discussed in Section 4.2 of this report.

### 6.4    Others

No other interviews were performed as part of this assessment.



## 7.0    FINDINGS

This assessment is intended to identify the presence or likely presence of hazardous substances or petroleum products at the property under conditions that indicate an existing or past release, or a material threat of a release. EDI's findings are categorized as *Recognized Environmental Conditions*, *Historical Recognized Environmental Conditions* and *De Minimis Conditions* as defined in the scope of work.

### 7.1    On-Site Recognized Environmental Conditions

With the exception of de minimis conditions, discussed below, findings which indicate the presence or likely presence of hazardous substances or petroleum products at the Property under conditions that indicate an existing or past release or a material threat of a release are characterized as RECs.

EDI has performed a Phase I ESA in conformance with the scope and limitations of ASTM Practice E1527 of the Woodlawn Site at 6000 S. Stony Island in Chicago, Illinois. Any exceptions to, or deletions from, this practice are described in Section 1.5 of this report. This assessment has revealed no evidence of RECs in connection with the property. No Controlled RECs have been identified. The restroom building should be surveyed for asbestos prior to demolition or renovation.

### 7.2    Off-Site Recognized Environmental Conditions

The following off-site RECs were identified for the subject property:
- The Jackson Park Service yard is the south adjacent property, and had two leaking USTs.

### 7.3    Historical Recognized Environmental Conditions

Historical Recognized Environmental Conditions are RECs which have been corrected or are otherwise determined not to represent a current threat.

No on-site historical RECs have been identified.

### 7.4    De Minimis Environmental Conditions

Findings which would otherwise be characterized as REC, but which generally do not present a threat to human health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies are classified as de minimis in accordance with the agreed scope of work.

No de minimis conditions were identified for the Property.



## 8.0    REFERENCES

EDI requested the property owner, key site contact and Client, within reasonable constraints of time and cost, to provide the following documents.  All documents provided are discussed in appropriate Sections of the report.

| | |
|---|---|
| Transaction Screen | Environmental Liens Activity and Use |
| Phase I Environmental Site Assessment | Limitations |
| Phase II Investigation | Engineering Controls and Status Reports |
| Closure Reports | Environmental permits |
| Monitoring Reports | Corrective Action Notices |
| No Further Action Letters | Notices of environmental violations |
| Environmental Risk assessments | UST and AST registrations |
| Environmental compliance audit reports | UST monitoring results |
| Geotechnical studies | Material safety data sheets |
| Hydrogeologic studies | Registration for underground injection |
| Site Management Plans | Community right-to-know plan |
| Other Environmental Reports | Plans for safety, preparedness, spill prevention, countermeasure and control, etc. |

**Reports, Plans, and Other Documents Reviewed:**

American Society for Testing and Materials, ASTM Designation E1527-13, Standard Practice for Environmental Site Assessments – Phase I Environmental Site Assessment Process, 2013.

Environmental Data Resources, Inc. (EDR), Woodlawn Site, 6000 South Stony Island Avenue, Inquiry Number 04099563.2r; The EDR Radius Map Report, October 8, 2014.

Environmental Data Resources, Inc. (EDR), Woodlawn Site, 6000 South Stony Island Avenue, Inquiry Number 4099563.3; The Certified Sanborn Map Report, October 8, 2014.

Environmental Data Resources, Inc. (EDR), Woodlawn Site, 6000 South Stony Island Avenue, Inquiry Number 4099563.3; The EDR Aerial Photo Decade Package, October 9, 2014.

Environmental Data Resources, Inc. (EDR), Woodlawn Site, 6000 South Stony Island Avenue, Inquiry Number 4099563.3; The EDR Historical Topographic Map Report, October 9, 2014.

**Agencies Contacted:**
City of Chicago
Chicago Department of Public Health
State of Illinois
Illinois Environmental Protection Agency; and Office of the State Fire Marshal



## 9.0     SIGNATURES OF ENVIRONMENTAL PROFESSIONALS

Since information provided by the Client is critical to conformance with the requirements for all appropriate inquiry, this conclusion is specific only to Client who engaged the work, and may not be relied upon by any other party for any reason or under any condition.

We declare that, to the best of our professional knowledge and belief, we meet the definition of *Environmental Professional* as defined in §312.10 of 40 CFR 312" and we have the specific qualifications based on education, training, and experience to assess a *property* of the nature, history, and setting of the subject *Property*. We have developed and performed the all appropriate inquiries in conformance with the standards and practices set forth in 40 CFR Part 312 except as follows:

- The results of additional inquiries required under §312.22 of 40 CFR 312 were not provided to the environmental professional.  All appropriate inquiry does not require submission of this information to the environmental professional, but without this information we are unable to make a declaration regarding related conformance with the requirements of 40 CFR 312.

In order to qualify for *innocent landowner*, *contiguous property owner*, or *bona fide prospective purchaser* protections under CERCLA, any user of this assessment should assure conformance with these requirements.

*(signature)* for

_____

Alexandria Smith-Dedrick
Environmental Scientist

*(signature)*

_____

Patricia Feeley, P.G.
Environmental Professional
Senior Project Manager

Ms. Feeley has 20 years of experience in sampling and environmental consulting, including extensive experience in soil and groundwater investigations, and remedial actions. She is a qualified Environmental Professional under 40 CFR Part 312.  She is a licensed professional geologist in the state of Illinois.  Ms. Feeley has conducted and reviewed hundreds of Phase I and II Environmental Site Assessments (ESAs), tank removals, remediation, and Environmental Assessments (EAs) in compliance with NEPA.  She applies quality assurance and quality control measures in planning, protocols, sampling, and reporting.



## 10.0    QUALIFICATIONS OF ENVIRONMENTAL PROFESSIONALS

### 10.1    Definition of an Environmental Professional

*An Environmental Professional* means: *(1)* a person who possesses sufficient specific education, training, and experience necessary to exercise professional judgment to develop opinions and conclusions regarding conditions indicative of releases or threatened releases (see §312.1(c)) on, at, in, or to a property, sufficient to meet the objectives and performance factors in §312.20(e) and (f). *(2)* Such a person must: (i) hold a current Professional Engineer's or Professional Geologist's license or registration from a state, tribe, or U.S. territory (or the Commonwealth of Puerto Rico) and have the equivalent of three (3) years of full-time relevant experience; or (ii) be licensed or certified by the federal government, a state, tribe, or U.S. territory (or the Commonwealth of Puerto Rico) to perform environmental inquiries as defined in §312.21 and have the equivalent of three (3) years of full-time relevant experience; or (iii) have a Baccalaureate or higher degree from an accredited institution of higher education in a discipline of engineering or science and the equivalent of five (5) years of full-time relevant experience; or (iv) have the equivalent of ten (10) years of full-time relevant experience. *(3)* An environmental professional should remain current in his or her field through participation in continuing education or other activities. *(4)* The definition of environmental professional provided above does not preempt state professional licensing or registration requirements such as those for a professional geologist, engineer, or site remediation professional.    Before commencing work, a person should determine the applicability of state professional licensing or registration laws to the activities to be undertaken as part of the inquiry identified in §312.21(b). *(5)* A person who does not qualify as an environmental professional under the foregoing definition may assist in the conduct of all appropriate inquiries in accordance with this part if such person is under the supervision or responsible charge of a person meeting the definition of an environmental professional provided above when conducting such activities.

### 10.2    Relevant Experience

*Relevant experience*, as used in the definition of environmental professional in this Section, means: participation in the performance of all appropriate inquiries investigations, environmental site assessments, or other site investigations that may include environmental analyses, investigations, and remediation which involve the understanding of surface and subsurface environmental conditions and the processes used to evaluate these conditions and for which professional judgment was used to develop opinions regarding conditions indicative of releases or threatened releases (see §312.1(c)) to the subject property.

**PROJECT SITES**

## 2 | Woodlawn

▶ **Current land ownership**

The Woodlawn site is owned by the Chicago Park District.



▶ Description of adjacent property uses and ownership





# APPENDIX A

## Site Photographs & Questionnaires

Woodlawn Site
Photographs for Phase I Environmental Site Assessment
Photographed by Patricia Feeley
October 13, 2014



Photo 1:  View facing north of the Woodlawn Site, grass and tree covered area.



Photo 4: View facing west at utility box and concrete pad  located north of track.



Photo 2: View facing north at three utility boxes located in northeast corner of the site.



Photo 5:  View facing south of the playground area, south of the track.



Photo 3:  View facing south of the track and field area of Woodlawn Site, central area.



Photo 6:  View facing south of the restroom building, located east of the playground area.

Woodlawn Site
Photographs for Phase I Environmental Site Assessment
Photographed by Patricia Feeley
October 13, 2014



Photo 7: View of the interior of the restroom building.



Photo 10: View facing south along Stony Island Ave, adjacent multi-unit residential on west side of Stony Island.



Photo 8: View of the ball field facing south, located south of the playground area.



Photo 11: South Adjacent Jackson Park Services Yard at 63rd Street & Hayes Avenue.



Photo 9: View facing west, grass covered area, with the adjacent Hyde Park High School in the background.



Photo 12: East side of Woodlawn site with east adjacent Jackson Park across Cornell Avenue.



Attn:             From: Patricia Feeley
Return to:  pfeeley@envdesigni.com or Fax #: (312) 345-0529
Please call  Patricia at 312-345-1400 x 136   if you have any questions

## ENVIRONMENTAL SITE ASSESSMENT
## QUESTIONNAIRE AND DISCLOSURE STATEMENT

It is EDI's policy that any property for which a Phase I Environmental Site Assessment is performed must be evaluated. The evaluation is focused on past and current property usage, storage, or disposal of hazardous materials. It is requested that the Owner or Authorized Representative complete this form based on known and readily available information and please be specific as reasonably feasible.

Project #: _____        Date: _____

EDI Environmental Professional: Patricia Feeley, P.G. _____

Subject Property:     Woodlawn Site: 6000 S. Stony Island Ave, Chicago, IL _____

| (See attached map.) | | UNKNOWN or |
|---|---|---|
| | YES         NO | NOT APPLICABLE |

## I. BUILDING INVESTIGATION   (Is the property vacant [no building present]? If it is vacant, please answer questions 1 and 4 below, then proceed to Section II Site History.

    1. Is there a building on the subject property?         _____    X       _____

    *If yes, please provide the following information:

| Current uses of the subject property: | |
|---|---|
| Age of building(s): | |
| Square footage: | |
| Roof type: | |
| Heating System: (describe fuel source) | |
| Cooling System: (describe fuel source) | |
| Period of time current owner has owned property: | |
| Who provides potable water & sewer services? | |

    2. Do any of the building materials contain asbestos?     _____     _____      X

    *If yes, please identify the location of all asbestos containing materials: _____

    3. Are there floor drains in the building?         _____     _____      X

    *If yes, are they connected to:

       ☐ Storm sewer    ☐ Sanitary sewer    ☐ Discharge directly to the ground or septic system

    4. Are there drinking water wells on the property?     _____     X      _____

|  | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|

## II. SITE HISTORY

1. Has the property been evaluated previously for contamination? ____ X ____

   *If yes, please provide a copy of all reports.

2. Have there ever been any environmental liens on the subject property? ____ X ____

3. Is the subject property zoned for: ____ X ____
   □ Commercial use    □ Industrial use

   Zoned POS - Public Open Space

4. Describe the past uses of the subject property: ____ ____ ____

   | Type of previous use: | Time period: |
   |---|---|
   | Vacant | Pre 1870s |
   | Public Park | 1870s - present |
   |  |  |

5. Has the building used other heating systems in the past? ____ ____ X

   *If yes, what type:
   □ Heating oil tank    □ Coal-burning system    □ Other: _____

6. Has the subject property ever used a septic system or leach field? ____ ____ X

## III. WASTE HANDLING PRACTICES

1. Is hazardous waste generated on the subject property? ____ X ____

   *If yes, please provide the following information:

   | Waste type: | |
   |---|---|
   | Waste Disposal contractor: | |
   | Average monthly amount generated: | |
   | Where are hazardous wastes stored?: | |

2. Are waste manifests available? ____ ____ X

   *If yes, please provide copies.

Page 2 of 6

| | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|
| 2. Are hazardous substances used/or previously been used on the property? | | | X |

*If yes, please provide the following information:

| Hazardous substance (s) used: | |
|---|---|
| Quantity used: | |
| Where are hazardous substances stored?: | |
| Is secondary containment provided? | |

| | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|
| 4. Are Material Safety Data Sheets available to employees? | | | X |
| 5. Are you aware of waste management practices of past users of the property? | | X | |

*If yes, please describe: _____

_____

| | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|
| 6. Are there any abandoned drums or other containers, rubbish, or other landfill material which may indicate buried waste on-site? | | X | |
| 7. Have pesticides, herbicides, or other agricultural chemicals been mixed, formulated, rinsed, used or disposed of on the subject property? | | | X |
| 8. Are there any PCB electric transformers or capacitors located on the subject property? | | X | |
| 9. If yes, are the transformers or capacitors owned and maintained by the property owner? | | | X |
| 10. Has there ever been a PCB leak, spill, or other contamination affecting the site? | | | X |
| 11. Are there any institutional controls or engineered controls for the property (maintenance required or restrictions on property use (i.e. industrial property, not for residential use)). | | X | |

|  | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|

## IV. STORAGE TANKS

1. Are there currently any underground or above ground storage tanks located on the subject property?  NO: X

*If yes, please provide the following information:

| Number of tanks: | |
|---|---|
| Tank size & Contents: | |
| Age of each tank: | |
| Where are/were the tanks located? | |
| Tank construction: | ☐ steel   ☐ fiberglass |

2. Are the tanks registered?  UNKNOWN or NOT APPLICABLE: X

3. Have there ever been leaks or spills associated with the tanks?  UNKNOWN or NOT APPLICABLE: X

4. Have any other underground or above ground tanks previously been located on the subject property?  UNKNOWN or NOT APPLICABLE: X

*If yes, please provide any information known and/or documentation.

5. Do adjacent properties have underground or above ground storage tanks?  UNKNOWN or NOT APPLICABLE: X

*If yes, please describe: _____

6. Are there any records or knowledge of past spills or releases on any adjacent properties?  UNKNOWN or NOT APPLICABLE: X

## V. REGULATORY STATUS

1. Is the subject property a RCRA Generator or RCRA Treatment, Storage, or Disposal facility?  NO: X

*If yes, please provide additional information.

2. Does the subject property have any wastewater discharge permits?  NO: X

3. Does the subject property have any current air permits under the Clean Air Act?  NO: X

| | YES | NO | UNKNOWN or NOT APPLICABLE |
|---|---|---|---|
| 4. Are there any current violations of environmental permits or other regulations at the subject property (CERCLA, RCRA, NPDES, CAA, CWA, OSHA)? | | X | |
| 5. Are there any local or state records of spills, leaks, or other releases of chemicals on the subject property? | | X | |

## VI    USER SPECIALIZED KNOWLEDGE

The following questions are presented in accordance with ASTM E 1527-13 Standard Practice for Environmental Site Assessments to qualify for one of the Landowner Liability Protections (LLPs) offered by the Small Business Liability Relief and Brownfields Revitalization Act of 2001. EDI respectfully requests any information available from the property owner, user, or property representative be provided to the environmental professional for incorporation into the Phase I ESA report.

1. Are you aware of any environmental cleanup liens recorded against the property?    Yes    No
        If Yes, explain: _____

2. Are you aware of any engineering controls or other land use restrictions recorded or in place for the property?    Yes    No    If Yes, explain: _____

3. Does the purchase price or appraised market value reflect fair market value of the property?    Yes    No
If No, is the reduction offered due to environmental contamination, previous contamination, or perceived potential contamination?    Yes    No    Explain: _____    N/A

4. Do you have any specialized knowledge of presence or likely presence of contamination on the property?
Yes    No    Explain: _____

## VII    QUESTIONS RELATED TO VAPOR ENCROACHMENT SCREENING

1. If vacant, will buildings or structures be constructed on the property in the future?    N/A
Yes    No    Explain: _____.

2. If building present or planned, describe any subgrade structures (basement, garage, elevator). Describe any ventilation system for subgrade structures.    Unknown

        Yes    No    Explain: _____

3. Are there any radon, methane, or vapor mitigation systems in place?
        Yes    No    Explain: _____

4. Do you have evidence of a gas station or dry cleaners operating on the property(current or past)?
Yes    No    Explain: _____

5. Have any occupants complained of odors in the building or experienced health-related problems that may have been associated with the building?    Yes    No    Explain: _____
                N/A        Page 5 of 6



Attn:             From: Patricia Feeley
Return to: pfeeley@envdesigni.com or Fax #: (312) 345-0529
Please call Patricia at 312-345-1400 x 136 if you have any questions

6. Are there any sensitive receptors (for example children, elderly, people in poor health and so forth) that occupy or will occupy the property?    Yes    No    Explain: _____

                        *Unknown*

---

As the property owner, user, or authorized representative, I am familiar with the above information and operations presently conducted. To the extent of my knowledge, the information disclosed above is true and correct.

Name: _Dan Cooper_          Signature: _Dan Cooper_

Title: _Environmental Engineer_      Company: _Chicago Park District_

Date: ___10/7/14___        Email: _dan.cooper@chicagoparkdistrict.com_

Please provide your phone number where the site assessor can contact you, should he/she have any questions regarding the completed questionnaire:

___312-742-4287___
Phone Number of Owner/Authorized Representative who completed questionnaire. Thank you.

**Patricia Feeley**

| | |
|---|---|
| **From:** | Cooper, Daniel [Daniel.Cooper@ChicagoParkDistrict.com] |
| **Sent:** | Monday, November 03, 2014 12:38 PM |
| **To:** | Patricia Feeley |
| **Subject:** | RE: Woodlawn Site Jackson Park Nike C |
| **Attachments:** | Jackson_Park_FS_2014_03_10 (4).pdf |

Patricia – Here is a figure from an Army Corp report that shows the location of the former Nike C-41 site, east of the east lagoon.

Dan

**From:** Patricia Feeley [mailto:pfeeley@envdesigni.com]
**Sent:** Thursday, October 30, 2014 3:08 PM
**To:** Cooper, Daniel
**Cc:** Alicia Murasaki
**Subject:** Woodlawn Site Jackson Park Nike C

Dan: did you have any additional information for Jackson Park Nike Site at 6240 S. Shore Drive or 6401 S. Stony Island? Any maps on areas investigated or former USTs or contaminated soils? Please let me know.

EDI is conducting a Phase I ESA report for Woodlawn property at 6000 S. Stony Island (part of Jackson Park) for University of Chicago. Thanks,

**Patricia Feeley, P.G.**
Project Manager | 312.345.1400 ext. 136

**Environmental Design International inc.**
33 West Monroe Street | Suite 1825 | Chicago, IL 60603-5326
**P** 312.345.1400  **F** 312.345.0529



Certified
MBE/WBE/DBE



Civil and Construction Engineering
Professional Land Surveying
Environmental Consulting
Industrial Hygiene

Please consider the environment before printing this email.

THIS COMMUNICATION MAY CONTAIN
CONFIDENTIAL AND/OR
OTHERWISE
PROPRIETARY MATERIAL and is thus for use
only by the intended
recipient. If you received this in
error, please contact the
sender and delete the e-mail and its
attachments from all
computers.



**Figure 2: Vicinity Map of the Jackson Park Showing Study Area**

## 1.5  Prior Studies & Projects

This section summarizes the studies, reports and nearby projects that were already completed on Jackson Park prior to the initiation of this study.



# APPENDIX B

# FOIA RESPONSE & VES

# Notification for Underground Storage Tanks

<table>
<tr><td>FOR<br>TANKS<br>IN<br>**IL**</td><td>RETURN<br>COMPLETED<br>FORM<br>TO</td><td>UST Coordinator, Division of Fire Prevention<br>Office of State Fire Marshal<br>3150 Executive Park Drive<br>Springfield, IL 62703-4599</td><td colspan="2">FORM APPROVED<br>OMB NO. 2050-0049<br>APPROVAL EXPIRES 6-30-88</td></tr>
<tr><td colspan="3"></td><td>I.D. Number</td><td>STATE USE ONLY<br>2-020366</td></tr>
<tr><td colspan="3"></td><td>Date Received</td><td>OCT 17 1988</td></tr>
</table>

## GENERAL INFORMATION

Notification is required by Federal law for all underground tanks that have been used to store regulated substances since January 1, 1974; that are in the ground as of May 8, 1986, or that are brought into use after May 8, 1986. The information requested is required by Section 9002 of the Resource Conservation and Recovery Act, (RCRA), as amended.

The primary purpose of this notification program is to locate and evaluate underground tanks that store or have stored petroleum or hazardous substances. It is expected that the information you provide will be based on reasonably available records, or, in the absence of such records, your knowledge, belief, or recollection.

Who Must Notify? Section 9002 of RCRA, as amended, requires that, unless exempted, owners of underground tanks that store regulated substances must notify designated State or local agencies of the existence of their tanks. Owner means—

(a) in the case of an underground storage tank in use on November 8, 1984, or brought into use after that date, any person who owns an underground storage tank used for the storage, use, or dispensing of regulated substances, and

(u) in the case of any underground storage tank in use before November 8, 1984, but no longer in use on that date, any person who owned such tank immediately before the discontinuation of its use.

What Tanks Are Included? Underground storage tank is defined as any one or combination of tanks that (1) is used to contain an accumulation of "regulated substances," and (2) whose volume (including connected underground piping) is 10% or more beneath the ground. Some examples are underground tanks storing: 1. gasoline, used oil, or diesel fuel, and 2. industrial solvents, pesticides, herbicides or fumigants.

What Tanks Are Excluded? Tanks removed from the ground are not subject to notification. Other tanks excluded from notification are:
1. farm or residential tanks of 1,100 gallons or less capacity used for storing motor fuel for noncommercial purposes;
2. tanks used for storing heating oil for consumptive use on the premises where stored;
3. septic tanks;

4. pipeline facilities (including gathering lines) regulated under the Natural Gas Pipeline Safety Act of 1968, or the Hazardous Liquid Pipeline Safety Act of 1979; or which is an intrastate pipeline facility regulated under State laws;
5. surface impoundments, pits, ponds, or lagoons;
6. storm water or waste water collection systems;
7. flow-through process tanks;
8. liquid traps or associated gathering lines directly related to oil or gas production and gathering operations;
9. storage tanks situated in an underground area (such as a basement, cellar, mineworking, drift, shaft, or tunnel) if the storage tank is situated upon or above the surface of the floor.

What Substances Are Covered? The notification requirements apply to underground storage tanks that contain regulated substances. This includes any substance defined as hazardous in section 101 (14) of the Comprehensive Environmental Response, Compensation and Liability Act of 1980 (CERCLA), with the exception of those substances regulated as hazardous waste under Subtitle C of RCRA. It also includes petroleum, e.g., crude oil or any fraction thereof which is liquid at standard conditions of temperature and pressure (60 degrees Fahrenheit and 14.7 pounds per square inch absolute).

Where To Notify? Completed notification forms should be sent to the address given at the top of this page.

When To Notify? 1. Owners of underground storage tanks in use or that have been taken out of operation after January 1, 1974, but still in the ground, must notify by May 8, 1986. 2. Owners who bring underground storage tanks into use after May 8, 1986, must notify within 30 days of bringing the tanks into use.

Penalties: Any owner who knowingly fails to notify or submits false information shall be subject to a civil penalty not to exceed $10,000 for each tank for which notification is not given or for which false information is submitted.

## INSTRUCTIONS

Please type or print in ink all items except "signature" in Section V. This form must be completed for each location containing underground storage tanks. If more than 5 tanks are owned at this location, photocopy the reverse side, and staple continuation sheets to this form.

Indicate number of continuation sheets attached: **0**

## I. OWNERSHIP OF TANK(S)

Owner Name (Corporation, Individual, Public Agency, or Other Entity)
**CHICAGO PARK DISTRICT**

Street Address
**425 E. McFETRIDGE**

County
**COOK**

City **CHICAGO**   State **IL**   ZIP Code **60605**

Area Code **312**   Phone Number **294-2200**

Type of Owner (Mark all that apply ☒)
- ☒ Current
- ☐ Former
- ☒ State or Local Gov't
- ☐ Federal Gov't (GSA facility I.D. no. _____)
- ☐ Private or Corporate
- ☐ Ownership uncertain

## II. LOCATION OF TANK(S)

(If same as Section I, mark box here ☐)

Facility Name or Company Site Identifier, as applicable
**JACKSON PK. SERVICE YARD**

Street Address or State Road, as applicable
**63RD & S. STONY ISLAND**

County **COOK**

City (nearest) **CHICAGO**   State **IL**   ZIP Code **60637**

Indicate number of tanks at this location: **1**

Mark box here if tank(s) are located on land within an Indian reservation or on other Indian trust lands ☐

## III. CONTACT PERSON AT TANK LOCATION

Name (If same as Section I, mark box here ☐)
**LYOINE HOLLOMAN**

Job Title

Area Code **312**   Phone Number **643-6363**

## IV. TYPE OF NOTIFICATION

☐ Mark box here only if this is an amended or subsequent notification for this location.

## V. CERTIFICATION (Read and sign after completing Section VI.)

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete.

Name and official title of owner or owner's authorized representative
Deputy General Superintendent of Parks & Recreation

Signature

Date Signed
October 13, 1988

**CONTINUE ON REVERSE SIDE**

EPA Form 7530-1 (11-85)

Page 1

Owner Name (from Section I) _CROWN PRODUCTS_    Location (from Section II) _JACKSON SERV. 12_    Page No. _1_ of _1_ Pages

| VI. DESCRIPTION OF UNDERGROUND STORAGE TANKS (Complete for each tank at this location.) |||||

| Tank Identification No. (e.g., ABC-123), or Arbitrarily Assigned Sequential Number (e.g., 1,2,3...) | Tank No. _JAC490_ | Tank No. | Tank No. | Tank No. | Tank No. |
|---|---|---|---|---|---|
| **1. Status of Tank** *(Mark all that apply ▦)*    Currently in Use | ☐ 2 | ☐ | ☐ | ☐ | ☐ |
| Temporarily Out of Use | ☐ | ☐ | ☐ | ☐ | ☐ |
| Permanently Out of Use | ☒ | ☐ | ☐ | ☐ | ☐ |
| Brought into Use after 5/8/86 | ☐ | ☐ | ☐ | ☐ | ☐ |
| **2. Estimated Age (Years)** | 2-6 | | | | |
| **3. Estimated Total Capacity (Gallons)** | 1,500 | | | | |
| **4. Material of Construction** *(Mark one ▦)*    Steel | ☒ | ☐ | ☐ | ☐ | ☐ |
| Concrete | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass Reinforced Plastic | ☐ | ☐ | ☐ | ☐ | ☐ |
| Unknown | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other, Please Specify | | | | | |
| **5. Internal Protection** *(Mark all that apply ▦)*    Cathodic Protection | ☐ | ☐ | ☐ | ☐ | ☐ |
| Interior Lining (e.g., epoxy resins) | ☐ | ☐ | ☐ | ☐ | ☐ |
| None | ☐ | ☐ | ☐ | ☐ | ☐ |
| Unknown | ☒ | ☐ | ☐ | ☐ | ☐ |
| Other, Please Specify | | | | | |
| **6. External Protection** *(Mark all that apply ▦)*    Cathodic Protection | ☐ | ☐ | ☐ | ☐ | ☐ |
| Painted (e.g., asphaltic) | ☒ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass Reinforced Plastic Coated | ☐ | ☐ | ☐ | ☐ | ☐ |
| None | ☐ | ☐ | ☐ | ☐ | ☐ |
| Unknown | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other, Please Specify | | | | | |
| **7. Piping** *(Mark all that apply ▦)*    Bare Steel | ☐ | ☐ | ☐ | ☐ | ☐ |
| Galvanized Steel | ☒ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass Reinforced Plastic | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cathodically Protected | ☐ | ☐ | ☐ | ☐ | ☐ |
| Unknown | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other, Please Specify | | | | | |
| **8. Substance Currently or Last Stored In Greatest Quantity by Volume** *(Mark all that apply ▦)*    **a. Empty** | ☐ | ☐ | ☐ | ☐ | ☐ |
| **b. Petroleum**    Diesel | ☐ | ☐ | ☐ | ☐ | ☐ |
| Kerosene | ☐ | ☐ | ☐ | ☐ | ☐ |
| Gasoline (including alcohol blends) | ☒ | ☐ | ☐ | ☐ | ☐ |
| Used Oil | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other, Please Specify | | | | | |
| **c. Hazardous Substance** | ☐ | ☐ | ☐ | ☐ | ☐ |
| Please Indicate Name of Principal CERCLA Substance OR Chemical Abstract Service (CAS) No. | | | | | |
| Mark box ☒ if tank stores a mixture of substances | ☐ | ☐ | ☐ | ☐ | ☐ |
| **d. Unknown** | ☐ | ☐ | ☐ | ☐ | ☐ |
| **9. Additional Information (for tanks permanently taken out of service)**    **a.** Estimated date last used (mo/yr) | 12/80 | / | / | / | / |
| **b.** Estimated quantity of substance remaining (gal.) | | | | | |
| **c.** Mark box ☒ if tank was filled with inert material (e.g., sand, concrete) | ☐ | ☐ | ☐ | ☐ | ☐ |

EPA Form 7530-1 (11-85) Reverse     ☆U.S. Government Printing Office: 1986-491-721     Page 2

# Notification for Underground Storage Tanks

FORM APPROVED
OMB NO. 2050-0049
APPROVAL EXPIRES 6-30-88

**STATE USE ONLY**

I.D. Number 2 020366

Date Received

## GENERAL INFORMATION

Notification is required by Federal law for all underground tanks that have been used to store regulated substances since January 1, 1974, that are in the ground as of May 8, 1986, or that are brought into use after May 8, 1986. The information requested is required by Section 9002 of the Resource Conservation and Recovery Act, (RCRA), as amended.

The primary purpose of this notification program is to locate and evaluate underground tanks that store or have stored petroleum or hazardous substances. It is expected that the information you provide will be based on reasonably available records, or, in the absence of such records, your knowledge, belief, or recollection.

Who Must Notify? Section 9002 of RCRA, as amended, requires that, unless exempted, owners of underground tanks that store regulated substances must notify designated State or local agencies of the existence of their tanks. Owner means

(a) in the case of an underground storage in use on November 8, 1984, or brought into use after that date, any person who owns an underground storage tank used for the storage, use, or dispensing of regulated substances, and

(b) in the case of any underground storage tank in use before November 8, 1984, but no longer in use on that date, any person who owned such tank immediately before the discontinuation of use.

What Tanks Are Included? Underground storage tank is defined as any one or combination of tanks that (1) is used to contain an accumulation of "regulated substances," and (2) whose volume (including connected underground piping) is 10% or more beneath the ground. Some examples are underground tanks storing: 1. gasoline, used oil, or diesel fuel, and 2. industrial solvents, pesticides, herbicides or fumigants.

What Tanks Are Excluded? Tanks removed from the ground are not subject to notification. Other tanks excluded from notification are:
1. farm or residential tanks of 1,100 gallons or less capacity used for storing motor fuel for noncommercial purposes;
2. tanks used for storing heating oil for consumptive use on the premises where stored;
3. septic tanks;

4. pipeline facilities (including gathering lines) regulated under the Natural Gas Pipeline Safety Act of 1968, or the Hazardous Liquid Pipeline Safety Act of 1979, or which is an intrastate pipeline facility regulated under State laws;
5. surface impoundments, pits, ponds, or lagoons;
6. storm water or waste water collection systems;
7. flow-through process tanks;
8. liquid traps or associated gathering lines directly related to oil or gas production and gathering operations;
9. storage tanks situated in an underground area (such as a basement, cellar, mineworking, drift, shaft, or tunnel) if the storage tank is situated upon or above the surface of the floor.

What Substances Are Covered? The notification requirements apply to underground storage tanks that contain regulated substances. This includes any substance defined as hazardous in section 101 (14) of the Comprehensive Environmental Response Compensation and Liability Act of 1980 (CERCLA), with the exception of those substances regulated as hazardous waste under Subtitle C of RCRA. It also includes petroleum, e.g., crude oil or any fraction thereof which is liquid at standard conditions of temperature and pressure (60 degrees Fahrenheit and 14.7 pounds per square inch absolute).

Where To Notify? Completed notification forms should be sent to the address given at the top of this page.

When To Notify? 1. Owners of underground storage tanks in use or that have been taken out of operation after January 1, 1974, but still in the ground, must notify by May 8, 1986. 2. Owners who bring underground storage tanks into use after May 8, 1986, must notify within 30 days of bringing the tanks into use.

Penalties: Any owner who knowingly fails to notify or submits false information shall be subject to a civil penalty not to exceed $10,000 for each tank for which notification is not given or for which false information is submitted.

## INSTRUCTIONS

Please type or print in ink all items except "signature" in Section V. This form must be completed for each location containing underground storage tanks. If more than 5 tanks are owned at this location, photocopy the reverse side, and staple continuation sheets to this form.

Indicate number of continuation sheets attached [ ]

## I. OWNERSHIP OF TANK(S)

Owner Name (Corporation, Individual, Public Agency, or Other Entity)
CHICAGO PK. DIST.

Street Address
425 E McFetridge DR

County
COOK

City CHI    State ILL    ZIP Code 60605

Area Code 312    Phone Number 294-2310

Type of Owner (Mark all that apply ☑)
[X] Current    [X] State or Local Gov't    [ ] Private or Corporate
[ ] Former    [ ] Federal Gov't (GSA facility I.D. no.)    [ ] Ownership uncertain

## II. LOCATION OF TANK(S)

(If same as Section 1, mark box here [ ])

Facility Name or Company Site Identifier, as applicable
JACKSON PK SER. YARD.

Street Address or State Road, as applicable
1625 E 63rd ST

County COOK

City (nearest) CHI    State ILL    ZIP Code

Indicate number of tanks at this location [ 1 ]

Mark box here if tank(s) are located on land within an Indian reservation or on other Indian trust land [ ]

## III. CONTACT PERSON AT TANK LOCATION

Name (If same as Section I, mark box here [ ])
FORMAN

Job Title
LANDSCAPE FORMAN

Area Code    Phone Number

## IV. TYPE OF NOTIFICATION

[ ] Mark box here only if this is amended or subsequent notification for this location.

## V. CERTIFICATION (Read and sign after completing Section VI.)

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and that based on my inquiry of those individuals immediately responsible for obtaining the information, I believe that the submitted information is true, accurate, and complete.

Name and official title of owner or owner's authorized representative
J.E. COTTER Gen. Mech. Supv.

Signature

Date Signed
5-9-86

CONTINUE ON REVERSE SIDE

EPA Form 7530-1 (11/85)

Owner Name (from Section I) _____ Location (from Section II) __JACKSON__ Page No. ____ of ____ Pages

| VI. DESCRIPTION OF UNDERGROUND STORAGE TANKS *(Complete for each tank at this location.)* | | | | | |
|---|---|---|---|---|---|
| **Tank Identification No. (e.g., ABC-123), or Arbitrarily Assigned Sequential Number (e.g., 1,2,3...)** | Tank No. 1 | Tank No. | Tank No. | Tank No. | Tank No. |
| **1. Status of Tank** *(Mark all that apply ☒)* Currently in Use / Temporarily Out of Use / Permanently Out of Use / Brought into Use after 5-8-86 | ☑ (Permanently Out of Use) | | | | |
| **2. Estimated Age (Years)** | 20 YRS | | | | |
| **3. Estimated Total Capacity (Gallons)** | 2000 | | | | |
| **4. Material of Construction** *(Mark one ☒)* Steel / Concrete / Fiberglass Reinforced Plastic / Unknown / Other, Please Specify | ☑ Steel | | | | |
| **5. Internal Protection** *(Mark all that apply ☒)* Cathodic Protection / Interior Lining (e.g., epoxy resins) / None / Unknown / Other, Please Specify | ☑ Unknown | | | | |
| **6. External Protection** *(Mark all that apply ☒)* Cathodic Protection / Painted (e.g., asphaltic) / Fiberglass Reinforced Plastic Coated / None / Unknown / Other, Please Specify | ☑ Unknown | | | | |
| **7. Piping** *(Mark all that apply ☒)* Bare Steel / Galvanized Steel / Fiberglass Reinforced Plastic / Cathodically Protected / Unknown / Other, Please Specify | ☑ Bare Steel | | | | |
| **8. Substance Currently or Last Stored in Greatest Quantity by Volume** *(Mark all that apply ☒)* a. Empty / b. Petroleum: Diesel / Kerosene / Gasoline (including alcohol blends) / Used Oil / Other, Please Specify / c. Hazardous Substance | ☑ a. Empty | | | | |
| Please Indicate Name of Principal CERCLA Substance OR Chemical Abstract Service (CAS) No. Mark box ☒ if tank stores a mixture of substances / d. Unknown | | | | | |
| **9. Additional Information (for tanks permanently taken out of service)** a. Estimated date last used (mo/yr) | 3/84 | / | / | / | |
| b. Estimated quantity of substance remaining (gal.) | 0 | | | | |
| c. Mark box ☒ if tank was filled with inert material (e.g., sand, concrete) | ☐ | ☐ | ☐ | ☐ | ☐ |

EPA Form 7530-1 (11-85) Reverse



**ADMINISTRATION BUILDING**
425 EAST McFETRIDGE DRIVE
CHICAGO, ILLINOIS 60605
**TELEPHONE**
294-2200

October 13, 1988

Mr. Jack Moore
UST Coordinator,
Division of Fire Prevention
Office of State Fire Marshal
3150 Executive Park Drive
Springfield, IL 62703-4599

Reference: Notification of Underground Storage Tanks

Dear Mr. Moore:

This is to transmit on behalf of the Chicago Park District
completed notification forms for Underground Storage Tanks (UST's)
as required by federal law, Section 9002 of the Resource Conser-
vation and Recovery Act (RCRA) and pursuant to Illinois Public Act
85-861.

The Park District is in the process of developing proper closure
plans for eight (8) out-of-service UST's, in compliance with
applicable local, state and federal laws. At the same time, the
Park District is also conducting a complete inventory of all UST's
to identify any additional UST's that may be subject to regulation
under RCRA. Please note that one UST (Tank No. MARSY 01) was
permanently taken out of service prior to January 1, 1974 but was
never closed. Nevertheless, to avoid any penalty for omission, we
have included the UST in the notifications although we believe it
is not required. We point this out simply to avoid the assessment
of registration and permit fees, as we believe they do not apply in
this particular instance.

Should you have any questions relating to the Park District's
UST's, please contact Ms. Catherine Nichols, in the Park District's
Law Department. She can be reached at telephone number (312) 294-4527.

Yours truly,

Ronald H. Dodd
Deputy General Superintendent
of Parks and Recreation

RHD/CN/kd

Enclosures

cc: Jesse D. Madison          Edward Uhlir
    Nancy L. Kaszak           Catherine Nichols
    Carolyn Lopez, M.D.



**CHICAGO PARK DISTRICT**

**COME OUT AND PLAY**

November 2, 1998

Office of the Illinois State Fire Marshal
Division of Petroleum and Chemical Safety
1035 Stenenson Drive
Springfield, IL 62703-4259

Re: Chicago Park District
    Jackson Park Service Yard
    Fac. No. 2020366

Dear State Fire Marshal,

This tank was removed in 1988. Attached is a copy of the City of Chicago permit. Should you have any question, please contact me at (312) 747-1335.

Sincerely,

Chuck Webber
Environmental Engineer



**OFFICE OF THE ILLINOIS STATE FIRE MARSHAL**
Division of Petroleum and Chemical Safety
1035 Stevenson Drive
Springfield, Illinois 62703-4259

## 1998 UST UPGRADE DECLARATION

**OWNER OF TANKS**
Name: Chicago Park District
Street Address: 425 E. McFetridge Dr.
City: Chicago State: IL Zip: 60605

**FACILITY**
Name: Jackson Park Service Yard
Street Address: 1625 E. 63rd + Stony Island
City: Chicago State: IL Zip: 60637 County: Cook

**INSTRUCTIONS:** Please choose a letter in each section that is applicable to your facility. Write that letter in the appropriate section box at the bottom of this form.

**FACILITY # (IF KNOWN)** 2020366

Tank Removed 11/15/88

**SECTION A. TANK RELEASE DETECTION (Section 170.510 (a))**

A. Inventory Control or Manual Tank Gauging (with required tank tightness testing). Date of last test _____
B. SIR with required tank tightness test. Date of last test _____
C. Automatic tank gauging   D. Vapor well monitoring   E. Groundwater well monitoring   F. Interstitial monitoring   G. None

**SECTION B. PIPING RELEASE DETECTION (Section 170.510 (b))**

A. Vapor or groundwater monitoring wells   B. Interstitial monitoring (double wall or secondary containment)
C. Automatic line leak detector   D. Automatic shut-off device   E. Continuous alarm system   F. Line tightness testing
G. European suction   H. None

**SECTION C. SPILL PREVENTION (Section 170.450)**

A. Spill containment devices in place   B. <25 Gallon fills   C. None

**SECTION D. OVERFILL PREVENTION (Section 170.450)**

A. Automatic shut-off   B. Overfill alarm   C. Ball float valve   D. <25 Gallon fills   E. None

**SECTION E. TANK CORROSION PROTECTION (Section 170.460)**

A. Cathodic protection   B. Impressed current   C. Secondary containment   D. Exterior coating   E. Fiberglass reinforced plastic
F. Double-walled   G. Interior lining   H. None

**SECTION F. PIPING CORROSION PROTECTION (Section 170.460)**

A. Cathodic protection   B. Impressed current   C. Secondary containment   D. Flexible piping   E. Fiberglass reinforced plastic
F. Double-walled   G. None

| Tank ID Number | Capacity in Gallons | Product | Section A Tank Release Detection | Section B Piping Release Detection | Section C Spill Prevention | Section D Overfill Prevention | Section E Tank Corrosion Protection | Section F Piping Corrosion Protection | 1998 Compliance (Y or N) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |

This statement executed this **2** day of **November** 19 **90**, under penalties of perjury, I state that I have examined this certification and to the best of my knowledge, it is true, correct and complete.

Signature of Tank Owner/Operator _____ Title Env. Engineer



**K E E P J O B S I T E C L E A N**

# BUILDING PERMIT

## NO. _____703961_____

## DATE: _____11-15-88_____

## ISSUED FOR WORK AT:

6401 *S. Stony Island*

THIS PERMIT WILL NOT BE VALID UNTIL YOU PRINT THE NAME & TELEPHONE NUMBER OF A RESPONSIBLE PERSON TO CONTACT IN CASE OF AN EMERGENCY.

Name                                        Telephone

---

☐ **NEW CONSTRUCTION**

☐ **REMODELING OR REPAIR**

☐ **WRECK . . . . . STY. BUILDING**

☒ **FLAMMABLE LIQUID TANKS ONLY**

### EUGENE SAWYER
#### MAYOR

PLANS MUST BE APPROVED AND PERMITS ISSUED BY THE DEPARTMENT OF WATER AND DEPARTMENT OF SEWERS BEFORE CONSTRUCTION.

PERMIT FOR WATER SUPPLY MAY BE OBTAINED AT THE DEPARTMENT OF WATER, ROOM 101, CITY HALL.

PERMIT FOR SEWER CONSTRUCTION <u>MUST</u> BE OBTAINED FROM DEPART-MENT OF SEWERS, ROOM 408, CITY HALL.

---

## THIS CARD MUST BE DISPLAYED BEFORE WORK IS STARTED

# DEPARTMENT OF INSPECTIONAL SERVICES

PERMIT NO. B. **703961**

CACT **4211**

DATE ISSUED **11/15/88**

| | NO. | PRIMARY ADDRESS | | FAR | SECONDARY ADDRESS | |
|---|---|---|---|---|---|---|
| | 6401- | S STONY ISLAND | | 0 | | |

-1500 GAL TK

CHICAGO PARK DISTRICT 425 E MCFETRIDGE DR    CHGO    IL

CHICAGO PARK DISTRICT 425 E MCFETRIDGE DR    CHGO    IL

COM-TRACTOR LICENSE

ARCHITECT
HEAT/VENT
MASON
PLUMBING

PERMANENT REAL ESTATE INDEX NO.

| WH | PL FIX | CONST. | STORIES | BSMTS. | W | H | L | BLDG. VOL. | EST. COST | D.U. | OCC. CLASSIFICATION |
|---|---|---|---|---|---|---|---|---|---|---|---|

| LOT SIZE | | PKG. SP | LOAD | APPLIC PHONE 294-7800 | | | | | | | TOTAL FEES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CD | FEE | CD | FEE | CD | FEE | CD | FEE | CD | FEE | CD | FEE |

LEGAL DESCRIPTION

**EXPLANATION OF FEE CODES**

| 19-ZONING | 22-PLUMBING | 26-TANKS | 29-WATER |
|---|---|---|---|
| 20-IRON | 23-ELEVATOR | 27-FURNACE | 30-REFRIGERATION |
| 21-ELECTRICAL | 24-SMOKE ABATEMENT | | 62-WRECKED BLDGS. |
| 22-NEW CONST. | 25-HEAT/VENT | | 82-GARAGES |

PERMISSION is hereby granted the above named person or firm to construct buildings and do other work as indicated in the schedule hereon, at the location shown. All work is to be done in accordance with approved plans and the ordinances of the City of Chicago, and this permit may be revoked at any time for violation of the ordinances in connection with work herein authorized.

APPROVED PLANS AND PERMIT SHALL BE KEPT ON FILE AT THE CONSTRUCTION SITE WHILE THE WORK IS IN PROGRESS. (SEC.45 10) IF WORK DOES NOT START WITHIN SIX MONTHS OF THE DATE OF THIS PERMIT, THE PERMIT SHALL BECOME VOID. (SEC. 439)

Any person violating, or resisting or appealing the enforcement of any of the provisions of the Code pertaining to the prosecution of this permit, upon conviction, shall be fined not less than $25.00 nor more than $200.00 for each offense. Each day such violation shall continue shall constitute a separate and distinct offense, and any building or any portion of any building in violation of the provisions of the City Code, and the owner or architect who shall design, draw plans for, or have supervision of the construction of said building, or who shall permit it to be constructed, shall be liable for the penalties provided by the section.

Received amount indicated hereon

Dept. of Revenue

## APPLICANT

Is tank below ground? _____

Is tank inside of building? _____

Distance from grade to top of tank _____

Is tank to be incased in concrete or brick? _____

Is the proposed location within 200 feet of the nearest plot of ground used for a church, school, theatre or hospital? _____

Size of vent pipe _____

Is tank under public way? _____    Compensation permit no. _____

Remarks    1 gasoline tank to be removed.

Contains approximately 900 gal. of water

Amount $26.00

This Space for Office Use Only

Site Approved

## SCHEDULE OF FEES

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| MAPPED LOCATION | STREET NUMBER FROM | STREET NUMBER TO | DIRECTION |
|---|---|---|---|
| 6401 S STONY ISLAND AVE<br>CHICAGO, IL<br>(41.778675483000484, -87.58637668499966) | 6401 | 6401 | S |
| 6420 S STONY ISLAND AVE<br>CHICAGO, IL<br>(41.77807844500046, -87.58641702999967) | 6420 | 6420 | S |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| STREET NAME | STREET TYPE | TANK TYPE | FACILITY ID |
|---|---|---|---|
| STONY ISLAND | AVE | UNDERGROUND STORAGE TANK | 6401STO |
| STONY ISLAND | AVE | UNDERGROUND STORAGE TANK | 6420STO |

10/30/2014

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| OWNER | FACILITY NAME | Tank ID |
|-------|---------------|---------|
| | CHICAGO PARK DISTRICT | |
| | MRS WIDNER | |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| TANK MATERIAL | TANK CONSTRUCTION | TANK PRODUCT | TANK CAPACITY |
|---|---|---|---|
| | | | |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| INSTALLATION DATE | REMOVAL DATE | LAST USED DATE |
|---|---|---|
| 11/09/1988 | | |
| 08/21/1950 | | |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| COMMENT | DATA SOURCE |
|---|---|
| WORK BY: CHICAGO PARK DISTRICT; REMOVE 1-1500 GAL TANK FINAL 11/2/90 | HISTORIC DEPT. OF BUILDINGS |
| WORK BY: WATER TUBE BOILER & TANK; INSTALL 1-2K FUEL OIL | HISTORIC DEPT. OF BUILDINGS |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| MAPPED LOCATION | STREET NUMBER FROM | STREET NUMBER TO | DIRECTION |
|---|---|---|---|
| 6300 S SOUTH SHORE DRIVE<br>CHICAGO, IL<br>(41.79866753700048, -87.58227688599965) | 6300 | | S |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| STREET NAME | STREET TYPE | TANK TYPE | FACILITY ID |
|---|---|---|---|
| SOUTH SHORE DRIVE | | UNDERGROUND STORAGE TANK | 2030980 |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| OWNER | FACILITY NAME | Tank ID |
|---|---|---|
| See Environmental Permit Dataset | NIKE C-41/JACKSON PARK | 0001 |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| TANK MATERIAL | TANK CONSTRUCTION | TANK PRODUCT | TANK CAPACITY |
|---------------|-------------------|--------------|---------------|
|               |                   | HEATING OI   | 2000          |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| INSTALLATION DATE | REMOVAL DATE | LAST USED DATE |
| --- | --- | --- |

# CDPH Storage Tanks

Based on CDPH Storage Tanks

| COMMENT | DATA SOURCE |
|---|---|
| | DEPT. OF PUBLIC HEALTH |

Case: 1:18-cv-03424 Document #: 85-20 Filed: 02/05/19 Page 81 of 100 PageID #:3066

- **A separate form must be used for each site.**
- **If you have more than five tanks, photocopy pages 1-5 and attach to this notification form.**
- **Please type, or print in ink; the signature under "certification" (section IX) must be signed in ink.**

**ID NUMBER** 2-0308 66

**DATE RECEIVED**
RECEIVED
JUL 0 1 1992
DIV. OF PETROLEUM &
CHEMICAL SAFETY

Facility I.D. # (if known) 2-0308 66    Owner I.D. # (if known) UDD02888

## TYPE OF NOTIFICATION

Mark all that apply:

[x] New Facility    [ ] Amended (Changes/Corrections/Additional Tanks)

_____ Owner Address Change (this facility only)      _____ Tanks Relined (Permit # _____ )
_____ Owner Address Change (all facilities owned)    _____ Tanks Installed (Permit # _____ )
_____ New Owner                                      _____ Tanks Upgraded/Repaired (Permit # _____ )
_____ Tank(s) Removed (Permit # _____ )        _____ Abandonment Notice (Permit # _____ )

_____ Other _____

| I. Ownership of Tank(s) | II. Location of Tank(s) (if same as Section I, Mark box) [ ] |
|---|---|
| Chicago Park District | |
| Owner Name (Corp., Individual., Public Agency or other Entity) | Facility Name or Company Site Identifier, as applicable |
| | Kilbourn Park Fieldhouse |
| 425 E. McFetridge Dr. | |
| Mailing Address | Street Address or State Road, as applicable (exact address) |
| | 3501 N. Kilbourn |
| Chicago          IL          60605 | |
| City          State          Zip | City          State          Zip |
| | Chicago          IL          60641 |
| Cook | |
| County | County          Cook |
| Charles Webber          (312) 294-4575 | |
| Contact Name          (Area Code) Phone | Contact Name          (Area Code) Phone |
| | Keith Donovan          312-725-1597 |

### III. TYPE OF OWNERSHIP (mark all that apply)

[x] Current Owner of Tanks
  Date Purchased    1949 / /

[ ] Former Owner

[ ] Ownership Uncertain _____

[ ] Other _____

### IV. TYPE OF FACILITY

Type of Facility: (Circle correct code)

A. Service Station
B. Bulk Plant
C. Petroleum Distributor
D. Convenience Store
E. Auto Dealer
F. Commercial/Retail

G. Industrial/Manufacturing
H. Private Institution
I. Residence (Non-Farm)
J. Farm
K. Airport
L. Marina

M. City/Town
N. County
O. State
P. Federal (Military)
Q. Federal (Non-Military)
R. School District

S. Port District
T. Utility District
U. Fire Dept.
(V) Other Special
    Service Districts
W. Other _____
    (Please Specify)

1

| Tank Identification Number | Tank No. | Tank No. | Tank No. | Tank No. | Tank No. |
|---|---|---|---|---|---|
| **1. Status of Tanks** | | | | | |
| Currently in use | ☐ | ☐ | ☐ | ☐ | ☐ |
| Temporarily out of use (Section 2 must be completed) | ☒ | ☐ | ☐ | ☐ | ☐ |
| Permanently out of use (Section 2 must be completed) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Removed (Section 3 must be completed) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Abandoned in place (Section 4 must be completed) | ☐ | ☐ | ☐ | ☐ | ☐ |
| **2. Tanks Permanently & Temporarily Out of Use** | | | | | |
| Estimated date last used | 1973 / / | / / | / / | / / | / / |
| **3. Tanks Removed** | | | | | |
| Date tank(s) removed | / / | / / | / / | / / | / / |
| Estimated date last used | / / | / / | / / | / / | / / |
| **4. Abandoned in Place** | | | | | |
| Date tanks filled | / / | / / | / / | / / | / / |
| Tank filled with: | | | | | |
| Inert materials (sand, etc.) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Water | ☐ | ☐ | ☐ | ☐ | ☐ |
| Unknown | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other (please specify) | | | | | |
| **5. Age of Tank** | | | | | |
| Date tank installed | 1949 / / | / / | / / | / / | / / |
| Date product placed in tank | 1949 / / | / / | / / | / / | / / |
| **6. Estimated Total Capacity** (gallons) | 8,000 | | | | |
| **7. Substances Currently or Last Stored:** | | | | | |
| **Petroleum** | | | | | |
| Diesel | ☐ | ☐ | ☐ | ☐ | ☐ |
| Kerosene | ☐ | ☐ | ☐ | ☐ | ☐ |
| Gasoline | ☐ | ☐ | ☐ | ☐ | ☐ |
| Used oil | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other (Please specify) | | | | | |
| **Petroleum Use** (if applicable): | | | | | |
| Heating oil (consumptive use on premises) | ☒ | ☐ | ☐ | | ☐ |
| Back-up generator | ☐ | ☐ | ☐ | | ☐ |
| Other (please specify) | | | | | |
| **Hazardous Substance:** | | | | | |
| Name of principal CERCLA substance | | | | | |
| Chemical Abstract Service (CAS No) | | | | | |

2

Case: 1:18-cv-03424 Document #: 85-20 Filed: 02/05/19 Page 83 of 100 PageID #:2717

| Tank Identification Number | Tank No. 1 | Tank No. ___ | Tank No. ___ | Tank No. ___ | Tank No. ___ |
|---|---|---|---|---|---|
| **1. Material of Construction** (mark all that apply) | | | | 2030866 | |
| Asphalt coated or bare steel | ☒ | ☐ | ☐ | RECEIVED | ☐ |
| Cathodically protected steel | ☐ | ☐ | ☐ | JUL 0 1 1992 | ☐ |
| Dielectric coated steel | ☐ | ☐ | ☐ | DIV. OF PETROLEUM & CHEMICAL SAFETY | ☐ |
| Composite (steel with fiberglass) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass reinforced plastic | ☐ | ☐ | ☐ | ☐ | ☐ |
| Lined interior | ☐ | ☐ | ☐ | ☐ | ☐ |
| Double-walled | ☐ | ☐ | ☐ | ☐ | ☐ |
| Secondary containment | ☐ | ☐ | ☐ | ☐ | ☐ |
| Steel STI-P3 | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other (please specify) | ___ | ___ | ___ | ___ | ___ |
| **2. Piping Materials** (mark all that apply) | | | | | |
| Bare steel | ☒ | ☐ | ☐ | ☐ | ☐ |
| Galvanized steel | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass reinforced plastic | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cathodically protected | ☐ | ☐ | ☐ | ☐ | ☐ |
| Double-walled | ☐ | ☐ | ☐ | ☐ | ☐ |
| Secondary containment | ☐ | ☐ | ☐ | ☐ | ☐ |
| Dielectric coating | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other (please specify) | ___ | ___ | ___ | ___ | ___ |
| **3. Piping Type** (mark all that apply) | | | | | |
| European suction | ☒ | ☐ | ☐ | ☐ | ☐ |
| American suction | ☐ | ☐ | ☐ | ☐ | ☐ |
| Pressure | ☐ | ☐ | ☐ | ☐ | ☐ |
| Gravity feed | ☐ | ☐ | ☐ | | ☐ |
| Other (please specify) | ___ | ___ | ___ | | ___ |

3

## 4. Release Detection
(Mark all that apply)

| | Tank | Piping | Tank | Piping | Tank | Piping | Tank | Piping | Tank | Piping |
|---|---|---|---|---|---|---|---|---|---|---|
| | none | none | | | | | | | | |
| Manual tank gauging | ☐ | | ☐ | | ☐ | | ☐ | | ☐ | |
| Inventory controls | ☐ | | ☐ | | ☐ | | ☐ | | ☐ | |
| Automatic tank gauging | ☐ | | ☐ | | ☐ | | ☐ | | ☐ | |
| Vapor monitoring | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Groundwater monitoring | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Interstitial monitoring double-walled tank/piping | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Interstitial monitoring /secondary containment | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Tank tightness testing | ☐ | | ☐ | | ☐ | | ☐ | | ☐ | |
| Automatic line leak detector | | ☐ | | | | | | ☐ | | ☐ |
| Line tightness testing | | ☐ | | | | | | ☐ | | ☐ |
| Automatic shut-off device | | ☐ | | | | | | ☐ | | ☐ |
| Continuous alarm system | | ☐ | | | | | | ☐ | | ☐ |
| No requirements (european suction) | | ☐ | | ☐ | | ☐ | | ☐ | | ☐ |
| Other (please specify) | ___ | | ___ | | ___ | | ___ | | ___ | |

## 5. Corrosion Protection
(mark all that apply)

| | Tank | Piping | Tank | Piping | Tank | Piping | Tank | Piping | Tank | Piping |
|---|---|---|---|---|---|---|---|---|---|---|
| | none | none | | | | | | | | |
| Cathodic protection | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Impressed current | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Secondary containment | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Exterior coating | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Fiberglass reinforced plastic | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Double-walled | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Interior lining | ☐ | | ☐ | | ☐ | | ☐ | | ☐ | |
| Other (please specify) | | | | | | | | | | |

## 6. Spill & Overfill Prevention
(Mark all that apply)

| | none | | | | |
|---|---|---|---|---|---|
| Overfill device | ☐ | ☐ | ☐ | ☐ | ☐ |
| Automatic shut-off | ☐ | ☐ | ☐ | ☐ | ☐ |
| Overfill Alarm | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ball float valve | ☐ | ☐ | ☐ | ☐ | ☐ |
| Spill containment device | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other (Please specify) | ___ | ___ | ___ | ___ | ___ |

4

Case: 1:18-cv-03424 Document #: 85-20 Filed: 02/05/19 Page 85 of 100 PageID #:2719

## VII. Certification of Compliance (Complete for all new, upgraded and refined tanks at this location)

**Installation** (mark all that apply)

2-030866

RECEIVED

JUL 0 1 1992

DIV. OF PETROLEUM &
CHEMICAL SAFETY

| | | | | | |
|---|---|---|---|---|---|
| Installer certified by tank and piping manufacturers | ☐ | ☐ | ☐ | ☐ | ☐ |
| Installer certified or licensed by implementing agency | ☐ | ☐ | ☐ | ☐ | ☐ |
| Installer registered by implementing agency | ☐ | ☐ | ☐ | ☐ | ☐ |
| Installer is the owner of the tank(s) | ☐ | ☐ | ☐ | ☐ | ☐ |
| Installation inspected by a registered engineer | ☐ | ☐ | ☐ | ☐ | ☐ |
| Installation inspected & approved by implementing agency | ☐ | ☐ | ☐ | ☐ | ☐ |
| Manufacturer's installation checklists have been completed | ☐ | ☐ | ☐ | ☐ | ☐ |
| Another method allowed by state agency  (please specify) | N/A | | | | |

**OATH:** I certify the information that is provided in section VII is true to the best of my knowledge, and certify that the installation was performed in accordance with all applicable state and federal laws and regulations. **(THIS SECTION MAY ONLY BE COMPLETED BY THE CONTRACTOR.  SEPARATE OATH MUST BE SUBMITTED FOR EACH ACTIVITY PERFORMED BY  DIFFERENT CONTRACTOR. )**

Tank No. _____          Permit No. _____

Contractor: _____

Name     Signature (must be original)    Date

_____

Position       Company

## VIII. Financial Responsibility

Mark all that apply:

[x] Self-Insurance ☐ Guarantee ☐ Certificate of Deposit

☐ Commercial Insurance ☐ Surety Bond ☐ Trust Fund

☐ Risk Retention Group ☐ Letter of Credit ☐ Other Method Allowed

(please specify) _____

## IX. Certification (Read and sign after completing all sections)

I certify under penalty of law that I have personally examined and am familiar with the information submitted in this and all attached documents, and that based on my inquiry of those immediately responsible for obtaining the information, I believe that the submitted information is true, accurate and complete.

Charles Webber, Env. Engineer  *Charles Webber*  6/30/92

Name and official title of owner or   Signature    Date Signed
owner's authorized representative  (must be original)
(print)



*Office of the Illinois*
# State Fire Marshal

**General Office**
217-785-0969

**Divisions**
ARSON INVESTIGATION
217-782-6855

BOILER and PRESSURE
VESSEL SAFETY
217-782-2696

FIRE PREVENTION
217-785-4714

MANAGEMENT SERVICES
217-782-9889

INFIRS
217-785-1016

PERSONNEL
217-785-1009

PERSONNEL STANDARDS
and EDUCATION
217-782-4542

PETROLEUM and
CHEMICAL SAFETY
217-785-5878

PUBLIC INFORMATION
217-785-1021

07-22-1992


CHICAGO PARK DIST
425 E MCFETRIDGE DR
CHICAGO, IL 60605-


Refer to:   Facility ID No. 2030866
            KILBOURN PARK FIELDHOUSE
            3501 N KILBOURN
            CHICAGO, IL 60641-


To Whom It May Concern:

Your notification for underground storage tanks received
in our Office on 07-01-1992 has been assigned the above
referenced number.

Please reference your facility Id number on all future
correspondence with our Office. Please note this
facility ID number remains with this location, even in
the event of ownership change. Our Office should be
notified, within 30 days, of any changes at this
facility.

If you have any questions, please contact us at
(217)785-1020 or (217)785-5878.


1035 Stevenson Drive • Springfield, Illinois 62703-4259



**Office of the Illinois**
# State Fire Marshal

**General Office**
217-785-0969

**Divisions**

ARSON INVESTIGATION
217-782-6855

BOILER and PRESSURE
VESSEL SAFETY
217-782-2696

FIRE PREVENTION
217-785-4714

MANAGEMENT SERVICES
217-782-9889

INFIRS
217-785-1016

PERSONNEL
217-785-1009

PERSONNEL STANDARDS
and EDUCATION
217-782-4542

PETROLEUM and
CHEMICAL SAFETY
217-785-5878

PUBLIC INFORMATION
217-785-1021

CERTIFIED MAIL - RECEIPT REQUESTED  P 373 162 505

ADMINISTRATIVE ORDER

August 12, 1992

Charles Webber

Chicago Park District

425 E. McFetridge Dr.

Chicago, IL 60605

                    In re:        Facility No. 2-030866

                                  Kilbourn Park Fieldhouse

                                  3501 N. Kilbourn

                                  Chicago, IL

Dear Mr. Webber                  :

A review of our records indicates that the following underground storage
tank(s) is not or is no longer registrable because:

Tank #1 - 8000 gallon heating oil was last used prior to 01-01-74.

Should you elect to appeal this Order, your request must be made within 10
days, not including the date of receipt; otherwise, you forfeit the right to
appeal.  The appeal should be requested in writing and addressed to Shelly
Martin, Administrative Hearing Secretary, 1035 Stevenson Drive, Springfield,
Illinois 62703-4259.

Sincerely,

Keith H. Immke
Legal Counsel
Division of Petroleum and Chemical Safety

KHI/sm

cc:  Facility File
     Shelly Martin, Hearing Secretary

1035 Stevenson Drive • Springfield, Illinois 62703-4259



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

REPLY TO THE ATTENTION OF:

LP-9J

OCT 2 1 2014

Mr. Colin Pannier
Experimental Design International, Inc.
33 West Monroe Street
Suite 1825
Chicago, Illinois 60603

RE: Freedom of Information Act (FOIA) Request, Number EPA-R5-2015-000540

Dear Mr. Pannier:

This letter is the response of the U.S. Environmental Protection Agency, Region 5, Land and
Chemicals Division (LCD) to your FOIA request received on October 20, 2014. You requested
records on the address Nike C-41 Jackson Park, 6401 South Stony Island Avenue, Chicago,
Illinois (EPA ID: ILR000145987).

We searched our records and have no records responsive to your request.

If you consider this response to be a denial of your request, you may appeal it in writing to
EPA's National Freedom of Information Officer at the following address: EPA, FOIA and
Privacy Branch, 1200 Pennsylvania Avenue, N.W. (2822T), Washington, DC 20460. However,
note that only items mailed through the U.S. Postal Service may be delivered to this address. If
you are submitting your appeal via hand delivery, courier service or overnight delivery, address
it to National Freedom of Information Officer, EPA, 1301 Constitution Avenue, N.W., Room
6416J, Washington, DC 20004. You also may submit an appeal by e-mail to hq.foia@epa.gov.
Your appeal must be made in writing and submitted no later than 30 calendar days from the date
of this letter. EPA will not consider appeals received after the 30 calendar day limit. The appeal
letter should include the "EPA-R5" number listed above. For quickest possible handling, the
appeal letter and envelope should be marked "Freedom of Information Act Appeal."

One or more additional Regional Divisions also are assigned to respond to your request and will
respond separately. The Region 5 FOIA Office will send a Bill for Collection separately if the
combined costs of each Division responding to your request exceed the minimum billing amount
of $14.00.

Please note the following general information:

- The U.S. EPA Region 5 office administers Federal environmental laws in the States of Illinois, Indiana, Michigan, Minnesota, Ohio, and Wisconsin.
- Region 5's Land and Chemicals Division administers Federal programs mainly under the Resource Conservation and Recovery Act (RCRA), the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA), the Toxic Substances Control Act (TSCA), and the Toxics Release Inventory program of the Emergency Planning and Community Right-to-Know Act (EPCRA). LCD does not administer the Federal Superfund, Air or Water programs; thus, if you requested information from those programs, they will respond separately unless noted.
- Each State has an environmental office that in some cases enforces some Federal environmental laws jointly with, or on behalf of, U.S. EPA. They also enforce their own State environmental laws. Thus, States may have information of interest to you that we do not have. Enclosed is a list of State FOIA contacts, in case you wish to contact a State agency for information in their files. Also enclosed is a list of State contacts in the RCRA Underground Storage Tanks (UST) and Leaking Underground Storage Tanks (LUST) programs.
- U.S. EPA publishes a great deal of environmental information in searchable databases on the internet, available at no cost, via its Envirofacts webpage, www.epa.gov/enviro/. Envirofacts has links to over 20 databases with information collected by Air, Water, Superfund, RCRA, and TSCA programs, facility enforcement history, and the Toxics Release Inventory. Note that if EPA makes information available to you via its websites, we generally are not required to provide that information via FOIA, and we generally will not do so. For instance, TRI data often are of interest to the public, but because EPA puts all TRI data on Envirofacts, we won't provide printed reports from that database for you. Thus, it is important that you visit the Envirofacts site to search for information on sites of interest. Also, enclosed is a list of general EPA internet sites that provide various information that also may be of interest.

Please contact Arthur N. Lubin of my staff at (312) 886-6226 or by email at Lubin.Arthur @epa.gov if you have any questions regarding this response.

Sincerely,

Thomas J. Crosetto
Chief, Internal Services Section

**Woodlawn Site 1094**
6000 South Stony Island Avenue
Chicago, IL 60637

Inquiry Number: 04099563.6r
October 9, 2014

# EDR Vapor Encroachment Screen

## Prepared using EDR's Vapor Encroachment Worksheet



440 Wheelers Farms Road
Milford, CT 06461
Toll Free: 800.352.0050
www.edrnet.com

# TABLE OF CONTENTS

**SECTION**                                                                                    **PAGE**

**Executive Summary** ................................................................................. ES1

**Primary Map** ........................................................................................ 2

**Secondary Map** ..................................................................................... 3

**Aerial Photography** ................................................................................ 4

**Map Findings** ....................................................................................... 5

**Record Sources and Currency** ................................................................. GR-1

*Thank you for your business.*
Please contact EDR at 1-800-352-0050
with any questions or comments.

**Disclaimer - Copyright and Trademark Notice**

The EDR Vapor Encroachment Worksheet enables EDR's customers to make certain online modifications that effects maps, text and calculations contained in this Report. As a result, maps, text and calculations contained in this Report may have been so modified. EDR has not taken any action to verify any such modifications, and this report and the findings set forth herein must be read in light of this fact. Environmental Data Resources shall not be responsible for any customer's decision to include or not include in any final report any records determined to be within the relevant minimum search distances.

This report contains information obtained from a variety of public and other sources reasonably available to Environmental Data Resources, Inc. It cannot be concluded from this Report that coverage information for the target and surrounding properties does not exist from other sources. **NO WARRANTY EXPRESSED OR IMPLIED, IS MADE WHATSOEVER IN CONNECTION WITH THIS REPORT. ENVIRONMENTAL DATA RESOURCES, INC. SPECIFICALLY DISCLAIMS THE MAKING OF ANY SUCH WARRANTIES, INCLUDING WITHOUT LIMITATION, MERCHANTABILITY OR FITNESS FOR A PARTICULAR USE OR PURPOSE. ALL RISK IS ASSUMED BY THE USER. IN NO EVENT SHALL ENVIRONMENTAL DATA RESOURCES, INC. BE LIABLE TO ANYONE, WHETHER ARISING OUT OF ERRORS OR OMISSIONS, NEGLIGENCE, ACCIDENT OR ANY OTHER CAUSE, FOR ANY LOSS OR DAMAGE, INCLUDING, WITHOUT LIMITATION, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR EXEMPLARY DAMAGES. ANY LIABILITY ON THE PART OF ENVIRONMENTAL DATA RESOURCES, INC. IS STRICTLY LIMITED TO A REFUND OF THE AMOUNT PAID FOR THIS REPORT.** Purchaser accepts this report "AS IS". Any analyses, estimates, ratings, or risk codes provided in this report are provided for illustrative purposes only, and are not intended to provide, nor should they be interpreted as providing any facts regarding, or prediction or forecast of, any environmental risk for any property. Only a Phase I Environmental Site Assesment performed by an environmental professional can produce information regarding the environmental risk for any property. Additionally, the information provided in this Report is not to be construed as legal advice.

Copyright 2014 by Environmental Data Resources, Inc. All rights reserved. Reproduction in any media or format, in whole or in part, of any report or map of Environmental Data Resources, Inc., or its affiliates, is prohibited without prior written permission.

EDR and its logos (including Sanborn and Sanborn Map) are trademarks of Environmental Data Resources, Inc. or its affiliates. All other trademarks used herein are the property of their respective owners.

# EXECUTIVE SUMMARY

A search of available environmental records was conducted by Environmental Data Resources, Inc (EDR). The report was designed to assist parties seeking to meet the search requirements of the ASTM Standard Practice for Assessment of Vapor Encroachment into Structures on Property Involved in Real Estate Transactions (E 2600-10).

| | | Summary | | |
|---|---|---|---|---|
| STANDARD ENVIRONMENTAL RECORDS | Maximum Search Distance* | property | 1/10 | 1/10 - 1/3 |
| Federal NPL | 0.333 | 0 | 0 | 0 |
| Federal CERCLIS | 0.333 | 0 | 0 | 0 |
| Federal RCRA CORRACTS facilities list | 0.333 | 0 | 0 | 0 |
| Federal RCRA TSD facilities list | 0.333 | 0 | 0 | 0 |
| Federal RCRA generators list | property | 0 | - | - |
| Federal institutional controls / engineering controls registries | 0.333 | 0 | 0 | 0 |
| Federal ERNS list | property | 0 | - | - |
| State and tribal - equivalent NPL | not searched | - | - | - |
| State and tribal - equivalent CERCLIS | 0.333 | 0 | 0 | 0 |
| State and tribal landfill / solid waste disposal | 0.333 | 0 | 0 | 0 |
| State and tribal leaking storage tank lists | 0.333 | 0 | 1 | 2 |
| State and tribal registered storage tank lists | property | 0 | - | - |
| State and tribal institutional control / engineering control registries | property | 0 | - | - |
| State and tribal voluntary cleanup sites | 0.333 | 0 | 0 | 1 |
| State and tribal Brownfields sites | 0.333 | 0 | 0 | 0 |
| Other Standard Environmental Records | 0.333 | 0 | 0 | 0 |

## HISTORICAL USE RECORDS

| | | | | |
|---|---|---|---|---|
| Former manufactured Gas Plants | 0.333 | 0 | 0 | 0 |
| Historical Gas Stations | 0.25 | 0 | 1 | 4 |
| Historical Dry Cleaners | 0.25 | 0 | 7 | 12 |
| Exclusive Recovered Govt. Archives | property | 0 | - | - |

*Each category may include several separate databases, each having a different search distance. For each category, the table reports the maximum search distance applied. See the section 'Record Sources and Currency' for information on individual databases.

# EXECUTIVE SUMMARY

## TARGET PROPERTY INFORMATION

### ADDRESS

WOODLAWN SITE 1094
6000 SOUTH STONY ISLAND AVENUE
CHICAGO, IL 60637

### COORDINATES

| | |
|---|---|
| Latitude (North): | 41.7832 - 41° 46' 59.517517" |
| Longitude (West): | 87.5855 - 87° 35' 7.8094482" |
| Elevation: | 589 ft. above sea level |

# EXECUTIVE SUMMARY

## PHYSICAL SETTING INFORMATION

Flood Zone:                    Available

NWI Wetlands:                  Available

## AQUIFLOW®

Search Radius: 0.333 Mile.

**No Aquiflow sites reported.**

## DOMINANT SOIL COMPOSITION IN GENERAL AREA OF TARGET PROPERTY

The U.S. Department of Agriculture's (USDA) Soil Conservation Service (SCS) leads the National Cooperative Soil
Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil survey information
for privately owned lands in the United States. A soil map in a soil survey is a representation of soil patterns
in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO) soil survey maps.
The following information is based on Soil Conservation Service STATSGO data.

Soil Component Name:                    URBANLAND

Soil Surface Texture:                   variable

Hydrologic Group:                       Not reported

Soil Drainage Class:                    Not reported

Hydric Status:                          Hydric Status: Soil does not meet the requirements for a hydric soil.

Corrosion Potential - Uncoated Steel:   Not Reported

Depth to Bedrock Min:                   > 0 inches

Depth to Bedrock Max:                   > 0 inches

| Soil Layer Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Boundary** | | | **Classification** | | | |
| **Layer** | **Upper** | **Lower** | **Soil Texture Class** | **AASHTO Group** | **Unified Soil** | **Permeability Rate (in/hr)** | **Soil Reaction (pH)** |
| 1 | 0 inches | 60 inches | variable | Not reported | Not reported | Max: 0.00<br>Min: 0.00 | Max: 0.00<br>Min: 0.00 |

# EXECUTIVE SUMMARY

**OTHER SOIL TYPES IN AREA**

Based on Soil Conservation Service STATSGO data, the following additional subordinant soil types may appear within the general area of target property.

Soil Surface Textures: fine sand
fine sandy loam
silty clay loam
loamy fine sand

Surficial Soil Types: fine sand
fine sandy loam
silty clay loam
loamy fine sand

Shallow Soil Types: No Other Soil Types

Deeper Soil Types: sand
fine sand
loamy sand
silty clay loam

# EXECUTIVE SUMMARY

## SEARCH RESULTS

Unmappable (orphan) sites are not considered in the foregoing analysis.

## STANDARD ENVIRONMENTAL RECORDS

| Name | Address | Dist/Dir | Map ID | Page |
|---|---|---|---|---|
| U.S. ARMY CORP OF ENGINEERS | JACKSON PARK, HAYES AVENUE | <1/10 S | ▼ 1 | 11 |
| LUST: State and tribal leaking storage tank lists | | | | |
| UNIVERSITY OF CHICAGO | 1427 EAST 60TH STREET | 1/10 - 1/3 NW | ▲ C16 | 28 |
| LUST: State and tribal leaking storage tank lists | | | | |
| ANDREW CARNEGIE SCHOOL | 6101 SOUTH DORCHESTER AVENUE | 1/10 - 1/3 WNW | ▲ F20 | 32 |
| SRP: State and tribal voluntary cleanup sites ENG CONTROLS: State and tribal institutional control / engineering control registries | | | | |
| SOUTHERN SHORE YACHT CLUB | 6401 SOUTH RICHARDS DR. | 1/10 - 1/3 SE | ▲ 28 | 41 |
| LUST: State and tribal leaking storage tank lists | | | | |

## HISTORICAL USE RECORDS

| Name | Address | Dist/Dir | Map ID | Page |
|---|---|---|---|---|
| PLAISANCE CLNRS | 6004  S STONY ISLAND AVE | <1/10 NNW | ▲ 2 | 13 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| WHITE CLEANERS | 1556 E 63D | <1/10 SSW | ▲ A3 | 14 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| PARKLAND HAND LAUNDRY | 1554 E 63D | <1/10 SSW | ▲ A4 | 15 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| MOY GERGE | 1549 E 63D AND | <1/10 SSW | ▲ A5 | 16 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| HYDE PARK LAUNDRY CO | 1545 E 63D | <1/10 SSW | ▲ A6 | 17 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| LANS PHILIP M | 1535 E 63D | <1/10 SSW | ▲ A7 | 18 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| TOSTESEN THEODORE | 1521 E 63D | <1/10 SSW | ▲ A8 | 19 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |
| NEW TOWER GARAGE | 6341 HARPER AV | <1/10 SSW | ▲ B9 | 20 |
| EDR US Hist Auto Stat: Historical Gas Stations | | | | |
| JAMES HAND LAUNNDRY | 6349 HARPER AV | 1/10 - 1/3 SSW | ▲ B10 | 21 |
| EDR US Hist Cleaners: Historical Dry Cleaners | | | | |

# EXECUTIVE SUMMARY

| Name | Address | Dist/Dir | Map ID | Page |
|---|---|---|---|---|
| WONG GEO<br>EDR US Hist Cleaners: Historical Dry Cleaners | 1544 E 64TH | 1/10 - 1/3 SSW | ▲ 11 | 22 |
| WYNKELS HENRY<br>EDR US Hist Auto Stat: Historical Gas Stations | 1447 E 60TH | 1/10 - 1/3 NW | ▲ C12 | 23 |
| MANN IDA<br>EDR US Hist Cleaners: Historical Dry Cleaners | 1447 E 60TH | 1/10 - 1/3 NW | ▲ C13 | 24 |
| AIR COOLED MOTORS<br>EDR US Hist Auto Stat: Historical Gas Stations | 6100 S BLACKSTONE AVE | 1/10 - 1/3 WNW | ▲ 14 | 25 |
| GLADSTONE GARAGE<br>EDR US Hist Auto Stat: Historical Gas Stations | 1410 E 62D | 1/10 - 1/3 W | ▲ 15 | 27 |
| BLACKSTONE LAUNDRY CO<br>EDR US Hist Cleaners: Historical Dry Cleaners | 1459 E 64TH | 1/10 - 1/3 SW | ▲ D17 | 29 |
| DORCHOSTER FILLING STA<br>EDR US Hist Auto Stat: Historical Gas Stations | 6245 DORCHESTER AV | 1/10 - 1/3 WSW | ▲ E18 | 30 |
| PLOSZYNSKI ADOLPH<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6247 DORCHESTER AV | 1/10 - 1/3 WSW | ▲ E19 | 31 |
| RHODES ARTHUR S<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6119 DORCHESTER AV | 1/10 - 1/3 W | ▲ F21 | 34 |
| YOUNG JULIA M MRS<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6248 DORCHESTER AV | 1/10 - 1/3 WSW | ▲ E22 | 35 |
| MEYERS LOUIS E<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6121 DORCHESTER AV | 1/10 - 1/3 W | ▲ 23 | 36 |
| CENTRAL CLEANERS<br>EDR US Hist Cleaners: Historical Dry Cleaners | 1434 E 64TH | 1/10 - 1/3 SW | ▲ D24 | 37 |
| MIDWAY LINEN SUPPLY LAUNDRY<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6022 DORCHESTER AV | 1/10 - 1/3 WNW | ▲ G25 | 38 |
| MIDWAY LAUNDRY CO<br>EDR US Hist Cleaners: Historical Dry Cleaners | 6018 DORCHESTER AV | 1/10 - 1/3 WNW | ▲ G26 | 39 |
| MOYS HAND LAUNDRY<br>EDR US Hist Cleaners: Historical Dry Cleaners | 1432 E 64TH | 1/10 - 1/3 SW | ▲ D27 | 40 |

# PRIMARY MAP - 04099563.6r



**Legend**

- ⋀ Target Property
- ▲ Sites at elevations higher than or equal to the target property
- ▼ Sites at elevations lower than the target property
- ⏶ Manufactured Gas Plants
- ⌁ Sensitive Receptors
- National Priority List Sites
- Dept. Defense Sites

- Indian Reservations BIA
- County Boundary
- Oil & Gas pipelines from USGS
- 100-year flood zone
- 500-year flood zone
- National Wetland Inventory

- Groundwater Flow Direction
- (G I) Indeterminate Groundwater Flow at Location
- (G V) Groundwater Flow Varies at Location

| | |
|---|---|
| SITE NAME: | Woodlawn Site 1094 |
| ADDRESS: | 6000 South Stony Island Avenue |
| | Chicago IL 60637 |
| LAT/LONG: | 41.7832 / 87.5855 |

| | |
|---|---|
| CLIENT: | Environmental Design Int'l Inc |
| CONTACT: | Alexandra Smith-Dedrick |
| INQUIRY #: | 04099563.6r |
| DATE: | October 08, 2014  6:16 pm |

Copyright © 2014 EDR, Inc. © 2010 Tele Atlas Rel. 07/2009.

SECONDARY MAP - 04099563.6r



| | |
|---|---|
| $\mathcal{N}$ | Target Property |
| ▲ | Sites at elevations higher than or equal to the target property |
| ▼ | Sites at elevations lower than the target property |
| ▲ | Manufactured Gas Plants |
| | National Priority List Sites |
| | Dept. Defense Sites |

| | |
|---|---|
| | Indian Reservations BIA |
| $\mathcal{N}$ | Contour Lines |
| $\mathcal{N}$ | County Boundary |
| $\mathcal{N}$ | Oil & Gas pipelines from USGS |
| | 100-year flood zone |
| | 500-year flood zone |
| | National Wetland Inventory |

Upgradient Area

0   300        1/3                    1 Miles

| | |
|---|---|
| SITE NAME: | Woodlawn Site 1094 |
| ADDRESS: | 6000 South Stony Island Avenue |
| | Chicago IL 60637 |
| LAT/LONG: | 41.7832 / 87.5855 |

| | |
|---|---|
| CLIENT: | Environmental Design Int l Inc |
| CONTACT: | Alexandra Smith-Dedrick |
| INQUIRY #: | 04099563.6r |
| DATE: | October 08, 2014  6:14 pm |

Copyright © 2014 EDR, Inc. © 2010 Tele Atlas Rel. 07/2009.

**AERIAL PHOTOGRAPHY - 04099563.6r**



0    300    1/3    1/2 Miles

| SITE NAME: | Woodlawn Site 1094 | CLIENT: | Environmental Design Int I Inc |
|---|---|---|---|
| ADDRESS: | 6000 South Stony Island Avenue | CONTACT: | Alexandra Smith-Dedrick |
| | Chicago IL 60637 | INQUIRY #: | 04099563.6r |
| LAT/LONG: | 41.7832 / 87.5855 | DATE: | October 08, 2014  6:16 pm |

Copyright © 2014 EDR, Inc. © 2010 Tele Atlas Rel. 07/2009.