# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 09/14/2010
Date Data Arrived at EDR: 10/07/2011
Date Made Active in Reports: 03/01/2012
Number of Days to Update: 146

Source: Department of Energy
Telephone: 505-845-0011
Last EDR Contact: 08/20/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Varies

**US MINES:** Mines Master Index File
Contains all mine identification numbers issued for mines active or opened since 1971. The data also includes violation information.

Date of Government Version: 01/30/2014
Date Data Arrived at EDR: 03/05/2014
Date Made Active in Reports: 07/15/2014
Number of Days to Update: 132

Source: Department of Labor, Mine Safety and Health Administration
Telephone: 303-231-5959
Last EDR Contact: 09/04/2014
Next Scheduled EDR Contact: 12/15/2014
Data Release Frequency: Semi-Annually

**TRIS:** Toxic Chemical Release Inventory System
Toxic Release Inventory System. TRIS identifies facilities which release toxic chemicals to the air, water and land in reportable quantities under SARA Title III Section 313.

Date of Government Version: 12/31/2011
Date Data Arrived at EDR: 07/31/2013
Date Made Active in Reports: 09/13/2013
Number of Days to Update: 44

Source: EPA
Telephone: 202-566-0250
Last EDR Contact: 08/29/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Annually

**TSCA:** Toxic Substances Control Act
Toxic Substances Control Act. TSCA identifies manufacturers and importers of chemical substances included on the TSCA Chemical Substance Inventory list. It includes data on the production volume of these substances by plant site.

Date of Government Version: 12/31/2006
Date Data Arrived at EDR: 09/29/2010
Date Made Active in Reports: 12/02/2010
Number of Days to Update: 64

Source: EPA
Telephone: 202-260-5521
Last EDR Contact: 09/26/2014
Next Scheduled EDR Contact: 01/05/2015
Data Release Frequency: Every 4 Years

**FTTS:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
FTTS tracks administrative cases and pesticide enforcement actions and compliance activities related to FIFRA, TSCA and EPCRA (Emergency Planning and Community Right-to-Know Act). To maintain currency, EDR contacts the Agency on a quarterly basis.

Date of Government Version: 04/09/2009
Date Data Arrived at EDR: 04/16/2009
Date Made Active in Reports: 05/11/2009
Number of Days to Update: 25

Source: EPA/Office of Prevention, Pesticides and Toxic Substances
Telephone: 202-566-1667
Last EDR Contact: 08/19/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Quarterly

**FTTS INSP:** FIFRA/ TSCA Tracking System - FIFRA (Federal Insecticide, Fungicide, & Rodenticide Act)/TSCA (Toxic Substances Control Act)
A listing of FIFRA/TSCA Tracking System (FTTS) inspections and enforcements.

Date of Government Version: 04/09/2009
Date Data Arrived at EDR: 04/16/2009
Date Made Active in Reports: 05/11/2009
Number of Days to Update: 25

Source: EPA
Telephone: 202-566-1667
Last EDR Contact: 08/19/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Quarterly

**HIST FTTS:** FIFRA/TSCA Tracking System Administrative Case Listing
A complete administrative case listing from the FIFRA/TSCA Tracking System (FTTS) for all ten EPA regions. The information was obtained from the National Compliance Database (NCDB). NCDB supports the implementation of FIFRA (Federal Insecticide, Fungicide, and Rodenticide Act) and TSCA (Toxic Substances Control Act). Some EPA regions are now closing out records. Because of that, and the fact that some EPA regions are not providing EPA Headquarters with updated records, it was decided to create a HIST FTTS database. It included records that may not be included in the newer FTTS database updates. This database is no longer updated.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 10/19/2006      Source:  Environmental Protection Agency
Date Data Arrived at EDR: 03/01/2007        Telephone:  202-564-2501
Date Made Active in Reports: 04/10/2007     Last EDR Contact: 12/17/2007
Number of Days to Update: 40                Next Scheduled EDR Contact: 03/17/2008
                                            Data Release Frequency: No Update Planned

HIST FTTS INSP:  FIFRA/TSCA Tracking System Inspection & Enforcement Case Listing
A complete inspection and enforcement case listing from the FIFRA/TSCA Tracking System (FTTS) for all ten EPA
regions. The information was obtained from the National Compliance Database (NCDB). NCDB supports the implementation
of FIFRA (Federal Insecticide, Fungicide, and Rodenticide Act) and TSCA (Toxic Substances Control Act). Some
EPA regions are now closing out records. Because of that, and the fact that some EPA regions are not providing
EPA Headquarters with updated records, it was decided to create a HIST FTTS database. It included records that
may not be included in the newer FTTS database updates. This database is no longer updated.

Date of Government Version: 10/19/2006      Source:  Environmental Protection Agency
Date Data Arrived at EDR: 03/01/2007        Telephone:  202-564-2501
Date Made Active in Reports: 04/10/2007     Last EDR Contact: 12/17/2008
Number of Days to Update: 40                Next Scheduled EDR Contact: 03/17/2008
                                            Data Release Frequency: No Update Planned

SSTS:  Section 7 Tracking Systems
Section 7 of the Federal Insecticide, Fungicide and Rodenticide Act, as amended (92 Stat. 829) requires all
registered pesticide-producing establishments to submit a report to the Environmental Protection Agency by March
1st each year. Each establishment must report the types and amounts of pesticides, active ingredients and devices
being produced, and those having been produced and sold or distributed in the past year.

Date of Government Version: 12/31/2009      Source:  EPA
Date Data Arrived at EDR: 12/10/2010        Telephone:  202-564-4203
Date Made Active in Reports: 02/25/2011     Last EDR Contact: 07/22/2014
Number of Days to Update: 77                Next Scheduled EDR Contact: 11/10/2014
                                            Data Release Frequency: Annually

ICIS:  Integrated Compliance Information System
The Integrated Compliance Information System (ICIS) supports the information needs of the national enforcement
and compliance program as well as the unique needs of the National Pollutant Discharge Elimination System (NPDES)
program.

Date of Government Version: 05/06/2014      Source:  Environmental Protection Agency
Date Data Arrived at EDR: 05/16/2014        Telephone:  202-564-5088
Date Made Active in Reports: 06/17/2014     Last EDR Contact: 10/09/2014
Number of Days to Update: 32                Next Scheduled EDR Contact: 10/27/2014
                                            Data Release Frequency: Quarterly

PADS:  PCB Activity Database System
PCB Activity Database. PADS Identifies generators, transporters, commercial storers and/or brokers and disposers
of PCB's who are required to notify the EPA of such activities.

Date of Government Version: 06/01/2013      Source:  EPA
Date Data Arrived at EDR: 07/17/2013        Telephone:  202-566-0500
Date Made Active in Reports: 11/01/2013     Last EDR Contact: 07/18/2014
Number of Days to Update: 107               Next Scheduled EDR Contact: 10/27/2014
                                            Data Release Frequency: Annually

MLTS:  Material Licensing Tracking System
MLTS is maintained by the Nuclear Regulatory Commission and contains a list of approximately 8,100 sites which
possess or use radioactive materials and which are subject to NRC licensing requirements. To maintain currency,
EDR contacts the Agency on a quarterly basis.

Date of Government Version: 07/22/2013      Source:  Nuclear Regulatory Commission
Date Data Arrived at EDR: 08/02/2013        Telephone:  301-415-7169
Date Made Active in Reports: 11/01/2013     Last EDR Contact: 09/08/2014
Number of Days to Update: 91                Next Scheduled EDR Contact: 12/22/2014
                                            Data Release Frequency: Quarterly

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

RADINFO: Radiation Information Database
The Radiation Information Database (RADINFO) contains information about facilities that are regulated by U.S. Environmental Protection Agency (EPA) regulations for radiation and radioactivity.

| | |
|---|---|
| Date of Government Version: 07/07/2014 | Source: Environmental Protection Agency |
| Date Data Arrived at EDR: 07/10/2014 | Telephone: 202-343-9775 |
| Date Made Active in Reports: 07/28/2014 | Last EDR Contact: 07/10/2014 |
| Number of Days to Update: 18 | Next Scheduled EDR Contact: 10/20/2014 |
| | Data Release Frequency: Quarterly |

FINDS: Facility Index System/Facility Registry System
Facility Index System. FINDS contains both facility information and 'pointers' to other sources that contain more detail. EDR includes the following FINDS databases in this report: PCS (Permit Compliance System), AIRS (Aerometric Information Retrieval System), DOCKET (Enforcement Docket used to manage and track information on civil judicial enforcement cases for all environmental statutes), FURS (Federal Underground Injection Control), C-DOCKET (Criminal Docket System used to track criminal enforcement actions for all environmental statutes), FFIS (Federal Facilities Information System), STATE (State Environmental Laws and Statutes), and PADS (PCB Activity Data System).

| | |
|---|---|
| Date of Government Version: 11/18/2013 | Source: EPA |
| Date Data Arrived at EDR: 02/27/2014 | Telephone: (312) 353-2000 |
| Date Made Active in Reports: 03/12/2014 | Last EDR Contact: 09/10/2014 |
| Number of Days to Update: 13 | Next Scheduled EDR Contact: 12/22/2014 |
| | Data Release Frequency: Quarterly |

RAATS: RCRA Administrative Action Tracking System
RCRA Administration Action Tracking System. RAATS contains records based on enforcement actions issued under RCRA pertaining to major violators and includes administrative and civil actions brought by the EPA. For administration actions after September 30, 1995, data entry in the RAATS database was discontinued. EPA will retain a copy of the database for historical records. It was necessary to terminate RAATS because a decrease in agency resources made it impossible to continue to update the information contained in the database.

| | |
|---|---|
| Date of Government Version: 04/17/1995 | Source: EPA |
| Date Data Arrived at EDR: 07/03/1995 | Telephone: 202-564-4104 |
| Date Made Active in Reports: 08/07/1995 | Last EDR Contact: 06/02/2008 |
| Number of Days to Update: 35 | Next Scheduled EDR Contact: 09/01/2008 |
| | Data Release Frequency: No Update Planned |

RMP: Risk Management Plans
When Congress passed the Clean Air Act Amendments of 1990, it required EPA to publish regulations and guidance for chemical accident prevention at facilities using extremely hazardous substances. The Risk Management Program Rule (RMP Rule) was written to implement Section 112(r) of these amendments. The rule, which built upon existing industry codes and standards, requires companies of all sizes that use certain flammable and toxic substances to develop a Risk Management Program, which includes a(n): Hazard assessment that details the potential effects of an accidental release, an accident history of the last five years, and an evaluation of worst-case and alternative accidental releases; Prevention program that includes safety precautions and maintenance, monitoring, and employee training measures; and Emergency response program that spells out emergency health care, employee training measures and procedures for informing the public and response agencies (e.g the fire department) should an accident occur.

| | |
|---|---|
| Date of Government Version: 04/01/2014 | Source: Environmental Protection Agency |
| Date Data Arrived at EDR: 05/23/2014 | Telephone: 202-564-8600 |
| Date Made Active in Reports: 07/28/2014 | Last EDR Contact: 07/22/2014 |
| Number of Days to Update: 66 | Next Scheduled EDR Contact: 11/10/2014 |
| | Data Release Frequency: Varies |

BRS: Biennial Reporting System
The Biennial Reporting System is a national system administered by the EPA that collects data on the generation and management of hazardous waste. BRS captures detailed data from two groups: Large Quantity Generators (LQG) and Treatment, Storage, and Disposal Facilities.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 12/31/2011
Date Data Arrived at EDR: 02/26/2013
Date Made Active in Reports: 04/19/2013
Number of Days to Update: 52

Source:  EPA/NTIS
Telephone:  800-424-9346
Last EDR Contact: 08/29/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Biennially

**NPDES:  A Listing of Active Permits**
A listing of facilities currently active in the state. The types of permits are public, private, federal and state.

Date of Government Version: 04/16/2014
Date Data Arrived at EDR: 04/18/2014
Date Made Active in Reports: 05/20/2014
Number of Days to Update: 32

Source:  Illinois EPA
Telephone:  217-782-0610
Last EDR Contact: 10/06/2014
Next Scheduled EDR Contact: 01/19/2015
Data Release Frequency: Varies

**UIC:  Underground Injection Wells**
Injection wells are used for disposal of fluids by "injection" into the subsurface. The construction of injection wells range from very technical designs with twenty-four hour monitoring to simply a hole dug in the ground to control runoff. As a result of this diversity, the UIC Program divides injection wells into five different classes.

Date of Government Version: 06/05/2014
Date Data Arrived at EDR: 06/06/2014
Date Made Active in Reports: 06/30/2014
Number of Days to Update: 24

Source:  Illinois EPA
Telephone:  217-782-9878
Last EDR Contact: 08/19/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Varies

**HWAR:  Hazard Waste Annual Report**
Each year, Illinois hazardous-waste generators tell the Illinois EPA the amounts and kinds of hazardous waste they produced during the previous year. Generators indicate by code the types of wastes produced and the steps they took to manage these wastes. If some or all of these wastes were sent to commercial treatment, storage, and disposal facilities (TSDFs), that information and the identity of each receiving facility also are submitted. Illinois TSDFs likewise report the types and quantities of wastes received from in-state and out-of-state generators; they also report the procedures they used to manage these wastes.

Date of Government Version: 12/31/2012
Date Data Arrived at EDR: 08/14/2014
Date Made Active in Reports: 09/11/2014
Number of Days to Update: 28

Source:  Illinois EPA
Telephone:  217-524-3300
Last EDR Contact: 07/30/2014
Next Scheduled EDR Contact: 10/27/2014
Data Release Frequency: Annually

**DRYCLEANERS:  Illinois Licensed Drycleaners**
Any retail drycleaning facility in Illinois must apply for a license through the Illinois Drycleaner Environmental Response Trust Fund. Drycleaner Environmental Response Trust Fund of Illinois.

Date of Government Version: 08/25/2014
Date Data Arrived at EDR: 08/26/2014
Date Made Active in Reports: 09/08/2014
Number of Days to Update: 13

Source:  Drycleaner Environmental Response Trust Fund of Illinois
Telephone:  800-765-4041
Last EDR Contact: 08/26/2014
Next Scheduled EDR Contact: 12/08/2014
Data Release Frequency: Varies

**IMPDMENT:  Surface Impoundment Inventory**
Statewide inventory of industrial, municipal, mining, oil & gas , and large agricultural impoundment. This study was conducted by the Illinois EPA to assess potential for contamination of shallow aquifers. This was a one-time study. Although many of the impoundments may no longer be present, the sites may be contaminated.

Date of Government Version: 12/31/1980
Date Data Arrived at EDR: 03/08/2002
Date Made Active in Reports: 06/03/2002
Number of Days to Update: 87

Source:  Illinois Waste Management & Research Center
Telephone:  217-333-8940
Last EDR Contact: 02/20/2002
Next Scheduled EDR Contact: N/A
Data Release Frequency: No Update Planned

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

AIRS:  Air Inventory Listing
A listing of air permits and emissions information.

| | |
|---|---|
| Date of Government Version: 12/31/2013 | Source:  Illinois EPA |
| Date Data Arrived at EDR: 04/18/2014 | Telephone:  217-557-0314 |
| Date Made Active in Reports: 05/13/2014 | Last EDR Contact: 10/06/2014 |
| Number of Days to Update: 25 | Next Scheduled EDR Contact: 01/19/2015 |
| | Data Release Frequency: Varies |

TIER 2:  Tier 2 Information Listing
A listing of facilities which store or manufacture hazardous materials and submit a chemical inventory report.

| | |
|---|---|
| Date of Government Version: 12/31/2013 | Source:  Illinois Emergency Management Agency |
| Date Data Arrived at EDR: 08/19/2014 | Telephone:  217-785-9860 |
| Date Made Active in Reports: 09/11/2014 | Last EDR Contact: 08/19/2014 |
| Number of Days to Update: 23 | Next Scheduled EDR Contact: 12/01/2014 |
| | Data Release Frequency: Annually |

INDIAN RESERV:  Indian Reservations
This map layer portrays Indian administered lands of the United States that have any area equal to or greater than 640 acres.

| | |
|---|---|
| Date of Government Version: 12/31/2005 | Source:  USGS |
| Date Data Arrived at EDR: 12/08/2006 | Telephone:  202-208-3710 |
| Date Made Active in Reports: 01/11/2007 | Last EDR Contact: 07/18/2014 |
| Number of Days to Update: 34 | Next Scheduled EDR Contact: 10/27/2014 |
| | Data Release Frequency: Semi-Annually |

SCRD DRYCLEANERS:  State Coalition for Remediation of Drycleaners Listing
The State Coalition for Remediation of Drycleaners was established in 1998, with support from the U.S. EPA Office of Superfund Remediation and Technology Innovation. It is comprised of representatives of states with established drycleaner remediation programs. Currently the member states are Alabama, Connecticut, Florida, Illinois, Kansas, Minnesota, Missouri, North Carolina, Oregon, South Carolina, Tennessee, Texas, and Wisconsin.

| | |
|---|---|
| Date of Government Version: 03/07/2011 | Source:  Environmental Protection Agency |
| Date Data Arrived at EDR: 03/09/2011 | Telephone:  615-532-8599 |
| Date Made Active in Reports: 05/02/2011 | Last EDR Contact: 07/25/2014 |
| Number of Days to Update: 54 | Next Scheduled EDR Contact: 11/03/2014 |
| | Data Release Frequency: Varies |

COAL ASH:  Coal Ash Site Listing
A listing of coal ash site lcoations.

| | |
|---|---|
| Date of Government Version: 10/01/2011 | Source:  Illinois EPA |
| Date Data Arrived at EDR: 03/09/2012 | Telephone:  217-782-1654 |
| Date Made Active in Reports: 04/10/2012 | Last EDR Contact: 09/05/2014 |
| Number of Days to Update: 32 | Next Scheduled EDR Contact: 12/15/2014 |
| | Data Release Frequency: Annually |

LEAD SMELTER 1:  Lead Smelter Sites
A listing of former lead smelter site locations.

| | |
|---|---|
| Date of Government Version: 06/04/2014 | Source:  Environmental Protection Agency |
| Date Data Arrived at EDR: 06/12/2014 | Telephone:  703-603-8787 |
| Date Made Active in Reports: 07/28/2014 | Last EDR Contact: 10/06/2014 |
| Number of Days to Update: 46 | Next Scheduled EDR Contact: 01/19/2015 |
| | Data Release Frequency: Varies |

LEAD SMELTER 2:  Lead Smelter Sites
A list of several hundred sites in the U.S. where secondary lead smelting was done from 1931and 1964. These sites may pose a threat to public health through ingestion or inhalation of contaminated soil or dust

## GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 04/05/2001    Source:  American Journal of Public Health
Date Data Arrived at EDR: 10/27/2010    Telephone: 703-305-6451
Date Made Active in Reports: 12/02/2010    Last EDR Contact: 12/02/2009
Number of Days to Update: 36    Next Scheduled EDR Contact: N/A
    Data Release Frequency: No Update Planned

PRP:  Potentially Responsible Parties
A listing of verified Potentially Responsible Parties

Date of Government Version: 04/15/2013    Source:  EPA
Date Data Arrived at EDR: 07/03/2013    Telephone: 202-564-6023
Date Made Active in Reports: 09/13/2013    Last EDR Contact: 09/30/2014
Number of Days to Update: 72    Next Scheduled EDR Contact: 01/12/2015
    Data Release Frequency: Quarterly

FEDLAND:  Federal and Indian Lands
Federally and Indian administrated lands of the United States. Lands included are administrated by: Army Corps
of Engineers, Bureau of Reclamation, National Wild and Scenic River, National Wildlife Refuge, Public Domain Land,
Wilderness, Wilderness Study Area, Wildlife Management Area, Bureau of Indian Affairs, Bureau of Land Management,
Department of Justice, Forest Service, Fish and Wildlife Service, National Park Service.

Date of Government Version: 12/31/2005    Source:  U.S. Geological Survey
Date Data Arrived at EDR: 02/06/2006    Telephone: 888-275-8747
Date Made Active in Reports: 01/11/2007    Last EDR Contact: 07/18/2014
Number of Days to Update: 339    Next Scheduled EDR Contact: 10/27/2014
    Data Release Frequency: N/A

BOL:  Bureau of Land Inventory Database
Bureau of Land inventory for facility information. Data results are cross-linked with all on-line database system
applications from IEPA - Bureau of Land as well as USEPA FRS database.

Date of Government Version: 06/20/2014    Source:  Illinois Environmental Protection Agency
Date Data Arrived at EDR: 06/23/2014    Telephone: 217-785-9407
Date Made Active in Reports: 07/08/2014    Last EDR Contact: 09/02/2014
Number of Days to Update: 15    Next Scheduled EDR Contact: 12/15/2014
    Data Release Frequency: Varies

EPA WATCH LIST:  EPA WATCH LIST
EPA maintains a "Watch List" to facilitate dialogue between EPA, state and local environmental agencies on enforcement
matters relating to facilities with alleged violations identified as either significant or high priority. Being
on the Watch List does not mean that the facility has actually violated the law only that an investigation by
EPA or a state or local environmental agency has led those organizations to allege that an unproven violation
has in fact occurred. Being on the Watch List does not represent a higher level of concern regarding the alleged
violations that were detected, but instead indicates cases requiring additional dialogue between EPA, state and
local agencies - primarily because of the length of time the alleged violation has gone unaddressed or unresolved.

Date of Government Version: 08/30/2013    Source:  Environmental Protection Agency
Date Data Arrived at EDR: 03/21/2014    Telephone: 617-520-3000
Date Made Active in Reports: 06/17/2014    Last EDR Contact: 08/15/2014
Number of Days to Update: 88    Next Scheduled EDR Contact: 11/24/2014
    Data Release Frequency: Quarterly

PCB TRANSFORMER:  PCB Transformer Registration Database
The database of PCB transformer registrations that includes all PCB registration submittals.

Date of Government Version: 02/01/2011    Source:  Environmental Protection Agency
Date Data Arrived at EDR: 10/19/2011    Telephone: 202-566-0517
Date Made Active in Reports: 01/10/2012    Last EDR Contact: 08/01/2014
Number of Days to Update: 83    Next Scheduled EDR Contact: 11/10/2014
    Data Release Frequency: Varies

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

**US AIRS MINOR:** Air Facility System Data
   A listing of minor source facilities.

| | |
|---|---|
| Date of Government Version: 10/23/2013 | Source: EPA |
| Date Data Arrived at EDR: 11/06/2013 | Telephone: 202-564-2496 |
| Date Made Active in Reports: 12/06/2013 | Last EDR Contact: 09/29/2014 |
| Number of Days to Update: 30 | Next Scheduled EDR Contact: 01/12/2015 |
| | Data Release Frequency: Annually |

**US AIRS (AFS):** Aerometric Information Retrieval System Facility Subsystem (AFS)
   The database is a sub-system of Aerometric Information Retrieval System (AIRS). AFS contains compliance data
   on air pollution point sources regulated by the U.S. EPA and/or state and local air regulatory agencies. This
   information comes from source reports by various stationary sources of air pollution, such as electric power plants,
   steel mills, factories, and universities, and provides information about the air pollutants they produce. Action,
   air program, air program pollutant, and general level plant data. It is used to track emissions and compliance
   data from industrial plants.

| | |
|---|---|
| Date of Government Version: 10/23/2013 | Source: EPA |
| Date Data Arrived at EDR: 11/06/2013 | Telephone: 202-564-2496 |
| Date Made Active in Reports: 12/06/2013 | Last EDR Contact: 09/29/2014 |
| Number of Days to Update: 30 | Next Scheduled EDR Contact: 01/12/2015 |
| | Data Release Frequency: Annually |

**COAL ASH DOE:** Sleam-Electric Plan Operation Data
   A listing of power plants that store ash in surface ponds.

| | |
|---|---|
| Date of Government Version: 12/31/2005 | Source: Department of Energy |
| Date Data Arrived at EDR: 08/07/2009 | Telephone: 202-586-8719 |
| Date Made Active in Reports: 10/22/2009 | Last EDR Contact: 07/18/2014 |
| Number of Days to Update: 76 | Next Scheduled EDR Contact: 10/27/2014 |
| | Data Release Frequency: Varies |

**2020 COR ACTION:** 2020 Corrective Action Program List
   The EPA has set ambitious goals for the RCRA Corrective Action program by creating the 2020 Corrective Action
   Universe. This RCRA cleanup baseline includes facilities expected to need corrective action. The 2020 universe
   contains a wide variety of sites. Some properties are heavily contaminated while others were contaminated but
   have since been cleaned up. Still others have not been fully investigated yet, and may require little or no remediation.
   Inclusion in the 2020 Universe does not necessarily imply failure on the part of a facility to meet its RCRA obligations.

| | |
|---|---|
| Date of Government Version: 11/11/2011 | Source: Environmental Protection Agency |
| Date Data Arrived at EDR: 05/18/2012 | Telephone: 703-308-4044 |
| Date Made Active in Reports: 05/25/2012 | Last EDR Contact: 08/15/2014 |
| Number of Days to Update: 7 | Next Scheduled EDR Contact: 11/24/2014 |
| | Data Release Frequency: Varies |

**US FIN ASSUR:** Financial Assurance Information
   All owners and operators of facilities that treat, store, or dispose of hazardous waste are required to provide
   proof that they will have sufficient funds to pay for the clean up, closure, and post-closure care of their facilities.

| | |
|---|---|
| Date of Government Version: 06/19/2014 | Source: Environmental Protection Agency |
| Date Data Arrived at EDR: 06/20/2014 | Telephone: 202-566-1917 |
| Date Made Active in Reports: 07/28/2014 | Last EDR Contact: 08/14/2014 |
| Number of Days to Update: 38 | Next Scheduled EDR Contact: 12/01/2014 |
| | Data Release Frequency: Quarterly |

**Financial Assurance:** Financial Assurance Information Listing
   Information for hazardous waste facilities. Financial assurance is intended to ensure that resources are available
   to pay for the cost of closure, post-closure care, and corrective measures if the owner or operator of a regulated
   facility is unable or unwilling to pay.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

Date of Government Version: 06/13/2014    Source:  Illinois Environmental Protection Agency
Date Data Arrived at EDR: 06/13/2014    Telephone:  217-782-9887
Date Made Active in Reports: 06/27/2014    Last EDR Contact: 08/19/2014
Number of Days to Update: 14    Next Scheduled EDR Contact: 12/08/2014
    Data Release Frequency: Varies

**PIMW:  Potentially Infectious Medical Waste**
Potentially Infectious Medical Waste (PIMW) is waste generated in connection with the diagnosis, treatment (i.e., provision of medical services), or immunization of human beings or animals; research pertaining to the provision of medical services; or the provision or testing of biologicals.

Date of Government Version: 06/23/2014    Source:  Illinois EPA
Date Data Arrived at EDR: 06/26/2014    Telephone:  217-524-3289
Date Made Active in Reports: 07/16/2014    Last EDR Contact: 09/22/2014
Number of Days to Update: 20    Next Scheduled EDR Contact: 01/05/2015
    Data Release Frequency: Varies

**COAL ASH EPA:  Coal Combustion Residues Surface Impoundments List**
A listing of coal combustion residues surface impoundments with high hazard potential ratings.

Date of Government Version: 03/14/2014    Source:  Environmental Protection Agency
Date Data Arrived at EDR: 06/11/2014    Telephone:  N/A
Date Made Active in Reports: 07/28/2014    Last EDR Contact: 09/10/2014
Number of Days to Update: 47    Next Scheduled EDR Contact: 12/22/2014
    Data Release Frequency: Varies

## EDR HIGH RISK HISTORICAL RECORDS

### EDR Exclusive Records

**EDR MGP:  EDR Proprietary Manufactured Gas Plants**
The EDR Proprietary Manufactured Gas Plant Database includes records of coal gas plants (manufactured gas plants) compiled by EDR's researchers. Manufactured gas sites were used in the United States from the 1800's to 1950's to produce a gas that could be distributed and used as fuel. These plants used whale oil, rosin, coal, or a mixture of coal, oil, and water that also produced a significant amount of waste. Many of the byproducts of the gas production, such as coal tar (oily waste containing volatile and non-volatile chemicals), sludges, oils and other compounds are potentially hazardous to human health and the environment. The byproduct from this process was frequently disposed of directly at the plant site and can remain or spread slowly, serving as a continuous source of soil and groundwater contamination.

Date of Government Version: N/A    Source:  EDR, Inc.
Date Data Arrived at EDR: N/A    Telephone:  N/A
Date Made Active in Reports: N/A    Last EDR Contact: N/A
Number of Days to Update: N/A    Next Scheduled EDR Contact: N/A
    Data Release Frequency: No Update Planned

**EDR US Hist Auto Stat:  EDR Exclusive Historic Gas Stations**
EDR has searched selected national collections of business directories and has collected listings of potential gas station/filling station/service station sites that were available to EDR researchers. EDR's review was limited to those categories of sources that might, in EDR's opinion, include gas station/filling station/service station establishments. The categories reviewed included, but were not limited to gas, gas station, gasoline station, filling station, auto, automobile repair, auto service station, service station, etc. This database falls within a category of information EDR classifies as "High Risk Historical Records", or HRHR. EDR's HRHR effort presents unique and sometimes proprietary data about past sites and operations that typically create environmental concerns, but may not show up in current government records searches.

Date of Government Version: N/A    Source:  EDR, Inc.
Date Data Arrived at EDR: N/A    Telephone:  N/A
Date Made Active in Reports: N/A    Last EDR Contact: N/A
Number of Days to Update: N/A    Next Scheduled EDR Contact: N/A
    Data Release Frequency: Varies

**GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING**

EDR US Hist Cleaners: EDR Exclusive Historic Dry Cleaners
 EDR has searched selected national collections of business directories and has collected listings of potential
 dry cleaner sites that were available to EDR researchers. EDR's review was limited to those categories of sources
 that might, in EDR's opinion, include dry cleaning establishments. The categories reviewed included, but were
 not limited to dry cleaners, cleaners, laundry, laundromat, cleaning/laundry, wash & dry etc. This database falls
 within a category of information EDR classifies as "High Risk Historical Records", or HRHR. EDR's HRHR effort
 presents unique and sometimes proprietary data about past sites and operations that typically create environmental
 concerns, but may not show up in current government records searches.

| | |
|---|---|
| Date of Government Version: N/A | Source: EDR, Inc. |
| Date Data Arrived at EDR: N/A | Telephone: N/A |
| Date Made Active in Reports: N/A | Last EDR Contact: N/A |
| Number of Days to Update: N/A | Next Scheduled EDR Contact: N/A |
| | Data Release Frequency: Varies |

**EDR RECOVERED GOVERNMENT ARCHIVES**

***Exclusive Recovered Govt. Archives***

RGA LF: Recovered Government Archive Solid Waste Facilities List
 The EDR Recovered Government Archive Landfill database provides a list of landfills derived from historical databases
 and includes many records that no longer appear in current government lists. Compiled from Records formerly available
 from the Illinois Environmental Protection Agency in Illinois.

| | |
|---|---|
| Date of Government Version: N/A | Source: Illinois Environmental Protection Agency |
| Date Data Arrived at EDR: 07/01/2013 | Telephone: N/A |
| Date Made Active in Reports: 01/10/2014 | Last EDR Contact: 06/01/2012 |
| Number of Days to Update: 193 | Next Scheduled EDR Contact: N/A |
| | Data Release Frequency: Varies |

RGA LUST: Recovered Government Archive Leaking Underground Storage Tank
 The EDR Recovered Government Archive Leaking Underground Storage Tank database provides a list of LUST incidents
 derived from historical databases and includes many records that no longer appear in current government lists.
 Compiled from Records formerly available from the Illinois Environmental Protection Agency in Illinois.

| | |
|---|---|
| Date of Government Version: N/A | Source: Illinois Environmental Protection Agency |
| Date Data Arrived at EDR: 07/01/2013 | Telephone: N/A |
| Date Made Active in Reports: 12/30/2013 | Last EDR Contact: 06/01/2012 |
| Number of Days to Update: 182 | Next Scheduled EDR Contact: N/A |
| | Data Release Frequency: Varies |

RGA HWS: Recovered Government Archive State Hazardous Waste Facilities List
 The EDR Recovered Government Archive State Hazardous Waste database provides a list of SHWS incidents derived
 from historical databases and includes many records that no longer appear in current government lists. Compiled
 from Records formerly available from the Department of Natural Resources in Illinois.

| | |
|---|---|
| Date of Government Version: N/A | Source: Department of Natural Resources |
| Date Data Arrived at EDR: 07/01/2013 | Telephone: N/A |
| Date Made Active in Reports: 12/30/2013 | Last EDR Contact: 06/01/2012 |
| Number of Days to Update: 182 | Next Scheduled EDR Contact: N/A |
| | Data Release Frequency: Varies |

**OTHER DATABASE(S)**

Depending on the geographic area covered by this report, the data provided in these specialty databases may or may not be
complete. For example, the existence of wetlands information data in a specific report does not mean that all wetlands in the
area covered by the report are included. Moreover, the absence of any reported wetlands information does not necessarily
mean that wetlands do not exist in the area covered by the report.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

CT MANIFEST:  Hazardous Waste Manifest Data
Facility and manifest data. Manifest is a document that lists and tracks hazardous waste from the generator through transporters to a tsd facility.

Date of Government Version: 07/30/2013        Source:  Department of Energy & Environmental Protection
Date Data Arrived at EDR: 08/19/2013          Telephone:  860-424-3375
Date Made Active in Reports: 10/03/2013       Last EDR Contact: 08/19/2014
Number of Days to Update: 45                  Next Scheduled EDR Contact: 12/01/2014
                                              Data Release Frequency: No Update Planned

NJ MANIFEST:  Manifest Information
Hazardous waste manifest information.

Date of Government Version: 12/31/2011        Source:  Department of Environmental Protection
Date Data Arrived at EDR: 07/19/2012          Telephone:  N/A
Date Made Active in Reports: 08/28/2012       Last EDR Contact: 07/17/2014
Number of Days to Update: 40                  Next Scheduled EDR Contact: 10/27/2014
                                              Data Release Frequency: Annually

NY MANIFEST:  Facility and Manifest Data
Manifest is a document that lists and tracks hazardous waste from the generator through transporters to a TSD facility.

Date of Government Version: 05/01/2014        Source:  Department of Environmental Conservation
Date Data Arrived at EDR: 05/07/2014          Telephone:  518-402-8651
Date Made Active in Reports: 06/10/2014       Last EDR Contact: 08/07/2014
Number of Days to Update: 34                  Next Scheduled EDR Contact: 11/17/2014
                                              Data Release Frequency: Annually

PA MANIFEST:  Manifest Information
Hazardous waste manifest information.

Date of Government Version: 12/31/2013        Source:  Department of Environmental Protection
Date Data Arrived at EDR: 07/21/2014          Telephone:  717-783-8990
Date Made Active in Reports: 08/25/2014       Last EDR Contact: 07/18/2014
Number of Days to Update: 35                  Next Scheduled EDR Contact: 11/03/2014
                                              Data Release Frequency: Annually

RI MANIFEST:  Manifest information
Hazardous waste manifest information

Date of Government Version: 12/31/2013        Source:  Department of Environmental Management
Date Data Arrived at EDR: 07/15/2014          Telephone:  401-222-2797
Date Made Active in Reports: 08/13/2014       Last EDR Contact: 08/26/2014
Number of Days to Update: 29                  Next Scheduled EDR Contact: 12/08/2014
                                              Data Release Frequency: Annually

WI MANIFEST:  Manifest Information
Hazardous waste manifest information.

Date of Government Version: 12/31/2013        Source:  Department of Natural Resources
Date Data Arrived at EDR: 06/20/2014          Telephone:  N/A
Date Made Active in Reports: 08/07/2014       Last EDR Contact: 09/15/2014
Number of Days to Update: 48                  Next Scheduled EDR Contact: 12/29/2014
                                              Data Release Frequency: Annually

Oil/Gas Pipelines:  This data was obtained by EDR from the USGS in 1994. It is referred to by USGS as GeoData Digital Line Graphs from 1:100,000-Scale Maps. It was extracted from the transportation category including some oil, but primarily gas pipelines.

Sensitive Receptors:    There are individuals deemed sensitive receptors due to their fragile immune systems and special sensitivity to environmental discharges.  These sensitive receptors typically include the elderly, the sick, and children.  While the location of all sensitive receptors cannot be determined, EDR indicates those buildings and facilities - schools, daycares, hospitals, medical centers, and nursing homes - where individuals who are sensitive receptors are likely to be located.

# GOVERNMENT RECORDS SEARCHED / DATA CURRENCY TRACKING

AHA Hospitals:
   Source: American Hospital Association, Inc.
   Telephone: 312-280-5991
   The database includes a listing of hospitals based on the American Hospital Association's annual survey of hospitals.
Medical Centers: Provider of Services Listing
   Source: Centers for Medicare & Medicaid Services
   Telephone: 410-786-3000
   A listing of hospitals with Medicare provider number, produced by Centers of Medicare & Medicaid Services,
   a federal agency within the U.S. Department of Health and Human Services.
Nursing Homes
   Source: National Institutes of Health
   Telephone: 301-594-6248
   Information on Medicare and Medicaid certified nursing homes in the United States.
Public Schools
   Source: National Center for Education Statistics
   Telephone: 202-502-7300
   The National Center for Education Statistics' primary database on elementary
   and secondary public education in the United States. It is a comprehensive, annual, national statistical
   database of all public elementary and secondary schools and school districts, which contains data that are
   comparable across all states.
Private Schools
   Source: National Center for Education Statistics
   Telephone: 202-502-7300
   The National Center for Education Statistics' primary database on private school locations in the United States.
Daycare Centers: Homes & Centers Listing
   Source: Department of Children & Family Services
   Telephone: 312-814-4150


Flood Zone Data:   This data, available in select counties across the country, was obtained by EDR in 2003 & 2011 from the Federal
Emergency Management Agency (FEMA).  Data depicts 100-year and 500-year flood zones as defined by FEMA.

NWI:   National Wetlands Inventory.  This data, available in select counties across the country, was obtained by EDR
in 2002, 2005 and 2010 from the U.S. Fish and Wildlife Service.


Scanned Digital USGS 7.5' Topographic Map (DRG)
   Source: United States Geologic Survey
   A digital raster graphic (DRG) is a scanned image of a U.S. Geological Survey topographic map. The map images
   are made by scanning published paper maps on high-resolution scanners. The raster image
   is georeferenced and fit to the Universal Transverse Mercator (UTM) projection.


**STREET AND ADDRESS INFORMATION**

© 2010 Tele Atlas North America, Inc. All rights reserved.  This material is proprietary and the subject of copyright protection
and other intellectual property rights owned by or licensed to Tele Atlas North America, Inc.  The use of this material is subject
to the terms of a license agreement.  You will be held liable for any unauthorized copying or disclosure of this material.

## GEOCHECK ®- PHYSICAL SETTING SOURCE ADDENDUM

**TARGET PROPERTY ADDRESS**

WOODLAWN SITE 1094
6000 SOUTH STONY ISLAND AVENUE
CHICAGO, IL 60637

**TARGET PROPERTY COORDINATES**

| | |
|---|---|
| Latitude (North): | 41.7832 - 41˚ 46' 59.52'' |
| Longitude (West): | 87.5855 - 87˚ 35' 7.80'' |
| Universal Tranverse Mercator: | Zone 16 |
| UTM X (Meters): | 451344.6 |
| UTM Y (Meters): | 4625658.0 |
| Elevation: | 589 ft. above sea level |

**USGS TOPOGRAPHIC MAP**

| | |
|---|---|
| Target Property Map: | 41087-G5 JACKSON PARK, IL IN |
| Most Recent Revision: | 1998 |

EDR's GeoCheck Physical Setting Source Addendum is provided to assist the environmental professional in forming an opinion about the impact of potential contaminant migration.

Assessment of the impact of contaminant migration generally has two principal investigative components:

1. Groundwater flow direction, and
2. Groundwater flow velocity.

Groundwater flow direction may be impacted by surface topography, hydrology, hydrogeology, characteristics of the soil, and nearby wells. Groundwater flow velocity is generally impacted by the nature of the geologic strata.

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**GROUNDWATER FLOW DIRECTION INFORMATION**

Groundwater flow direction for a particular site is best determined by a qualified environmental professional using site-specific well data. If such data is not reasonably ascertainable, it may be necessary to rely on other sources of information, such as surface topographic information, hydrologic information, hydrogeologic data collected on nearby properties, and regional groundwater flow information (from deep aquifers).

**TOPOGRAPHIC INFORMATION**

Surface topography may be indicative of the direction of surficial groundwater flow. This information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

**TARGET PROPERTY TOPOGRAPHY**

    General Topographic Gradient:  General NE

**SURROUNDING TOPOGRAPHY: ELEVATION PROFILES**



**Target Property Elevation: 589 ft.**

Source: Topography has been determined from the USGS 7.5' Digital Elevation Model and should be evaluated on a relative (not an absolute) basis. Relative elevation information between sites of close proximity should be field verified.

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

### HYDROLOGIC INFORMATION

Surface water can act as a hydrologic barrier to groundwater flow.  Such hydrologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

Refer to the Physical Setting Source Map following this summary for hydrologic information (major waterways and bodies of water).

### FEMA FLOOD ZONE

| Target Property County | FEMA Flood Electronic Data |
|---|---|
| COOK, IL | YES - refer to the Overview Map and Detail Map |

| Flood Plain Panel at Target Property: | 17031C  - FEMA DFIRM Flood data |
|---|---|
| Additional Panels in search area: | Not Reported |

### NATIONAL WETLAND INVENTORY

| NWI Quad at Target Property | NWI Electronic Data Coverage |
|---|---|
| JACKSON PARK | YES - refer to the Overview Map and Detail Map |

### HYDROGEOLOGIC INFORMATION

Hydrogeologic information obtained by installation of wells on a specific site can often be an indicator of groundwater flow direction in the immediate area.  Such hydrogeologic information can be used to assist the environmental professional in forming an opinion about the impact of nearby contaminated properties or, should contamination exist on the target property, what downgradient sites might be impacted.

*Site-Specific Hydrogeological Data*:*

| Search Radius: | 1.25 miles |
|---|---|
| Status: | Not found |

### AQUIFLOW®

Search Radius: 1.000 Mile.

EDR has developed the AQUIFLOW Information System to provide data on the general direction of groundwater flow at specific points. EDR has reviewed reports submitted by environmental professionals to regulatory authorities at select sites and has extracted the date of the report, groundwater flow direction as determined hydrogeologically, and the depth to water table.

| MAP ID | LOCATION FROM TP | GENERAL DIRECTION GROUNDWATER FLOW |
|---|---|---|
| Not Reported | | |

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**GROUNDWATER FLOW VELOCITY INFORMATION**

Groundwater flow velocity information for a particular site is best determined by a qualified environmental professional using site specific geologic and soil strata data. If such data are not reasonably ascertainable, it may be necessary to rely on other sources of information, including geologic age identification, rock stratigraphic unit and soil characteristics data collected on nearby properties and regional soil information. In general, contaminant plumes move more quickly through sandy-gravelly types of soils than silty-clayey types of soils.

**GEOLOGIC INFORMATION IN GENERAL AREA OF TARGET PROPERTY**

Geologic information can be used by the environmental professional in forming an opinion about the relative speed at which contaminant migration may be occurring.

**ROCK STRATIGRAPHIC UNIT**                                  **GEOLOGIC AGE IDENTIFICATION**

    Era:                Paleozoic                    Category:   Stratifed Sequence
    System:        Silurian
    Series:         Middle Silurian (Niagoaran)
    Code:         S2   *(decoded above as Era, System & Series)*

Geologic Age and Rock Stratigraphic Unit Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - a digital representation of the 1974 P.B. King and H.M. Beikman Map, USGS Digital Data Series DDS - 11 (1994).

**DOMINANT SOIL COMPOSITION IN GENERAL AREA OF TARGET PROPERTY**

The U.S. Department of Agriculture's (USDA) Soil Conservation Service (SCS) leads the National Cooperative Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil survey information for privately owned lands in the United States. A soil map in a soil survey is a representation of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO) soil survey maps. The following information is based on Soil Conservation Service STATSGO data.

Soil Component Name:          URBANLAND

Soil Surface Texture:           variable

Hydrologic Group:             Not reported

Soil Drainage Class:           Not reported

Hydric Status: Soil does not meet the requirements for a hydric soil.

Corrosion Potential - Uncoated Steel:  Not Reported

Depth to Bedrock Min:          > 0 inches

Depth to Bedrock Max:         > 0 inches

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

| Soil Layer Information | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Boundary | | | Classification | | | |
| Layer | Upper | Lower | Soil Texture Class | AASHTO Group | Unified Soil | Permeability Rate (in/hr) | Soil Reaction (pH) |
| 1 | 0 inches | 60 inches | variable | Not reported | Not reported | Max: 0.00<br>Min: 0.00 | Max: 0.00<br>Min: 0.00 |

**OTHER SOIL TYPES IN AREA**

Based on Soil Conservation Service STATSGO data, the following additional subordinant soil types may appear within the general area of target property.

Soil Surface Textures:  fine sand
fine sandy loam
silty clay loam
loamy fine sand

Surficial Soil Types:  fine sand
fine sandy loam
silty clay loam
loamy fine sand

Shallow Soil Types:  No Other Soil Types

Deeper Soil Types:  sand
fine sand
loamy sand
silty clay loam

**LOCAL / REGIONAL WATER AGENCY RECORDS**

EDR Local/Regional Water Agency records provide water well information to assist the environmental professional in assessing sources that may impact ground water flow direction, and in forming an opinion about the impact of contaminant migration on nearby drinking water wells.

**WELL SEARCH DISTANCE INFORMATION**

| DATABASE | SEARCH DISTANCE (miles) |
|---|---|
| Federal USGS | 1.000 |
| Federal FRDS PWS | Nearest PWS within 1 mile |
| State Database | 1.000 |

**FEDERAL USGS WELL INFORMATION**

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|

## GEOCHECK® - PHYSICAL SETTING SOURCE SUMMARY

**FEDERAL USGS WELL INFORMATION**

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| 9 | USGS40000299196 | 1/2 - 1 Mile North |

**FEDERAL FRDS PUBLIC WATER SUPPLY SYSTEM INFORMATION**

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| No PWS System Found | | |

Note: PWS System location is not always the same as well location.

**STATE DATABASE WELL INFORMATION**

| MAP ID | WELL ID | LOCATION FROM TP |
|---|---|---|
| A1 | ILSG20000206530 | 1/8 - 1/4 Mile SSW |
| 2 | ILSG20000206863 | 1/4 - 1/2 Mile East |
| A3 | ILSG20000206500 | 1/4 - 1/2 Mile SSW |
| A4 | P6672 | 1/4 - 1/2 Mile South |
| A5 | P6671 | 1/4 - 1/2 Mile South |
| 6 | P6657 | 1/4 - 1/2 Mile NNE |
| 7 | ILSG20000207338 | 1/4 - 1/2 Mile NNE |
| 8 | ILSG20000206642 | 1/2 - 1 Mile WSW |
| 10 | ILSG20000207348 | 1/2 - 1 Mile NE |
| B11 | P6661 | 1/2 - 1 Mile WNW |
| B12 | P6658 | 1/2 - 1 Mile WNW |
| B13 | P6659 | 1/2 - 1 Mile WNW |
| B14 | P6660 | 1/2 - 1 Mile WNW |
| 15 | ILSG20000207654 | 1/2 - 1 Mile NNE |
| 16 | ILSG20000207717 | 1/2 - 1 Mile NNE |
| 17 | P6670 | 1/2 - 1 Mile SSW |
| 18 | ILSG20000207776 | 1/2 - 1 Mile NNE |
| 19 | ILSG20000207159 | 1/2 - 1 Mile WNW |
| 20 | ILSG20000208002 | 1/2 - 1 Mile NNE |

# PHYSICAL SETTING SOURCE MAP - 04099563.2r



County Boundary
Major Roads
Contour Lines
Airports
Earthquake epicenter, Richter 5 or greater
Water Wells
Public Water Supply Wells
Cluster of Multiple Icons

Groundwater Flow Direction
GI Indeterminate Groundwater Flow at Location
GV Groundwater Flow Varies at Location
HD Closest Hydrogeological Data

| | |
|---|---|
| SITE NAME: | Woodlawn Site 1094 |
| ADDRESS: | 6000 South Stony Island Avenue |
| | Chicago IL 60637 |
| LAT/LONG: | 41.7832 / 87.5855 |

| | |
|---|---|
| CLIENT: | Environmental Design Int'l Inc |
| CONTACT: | Alexandra Smith-Dedrick |
| INQUIRY #: | 04099563.2r |
| DATE: | October 08, 2014 4:13 pm |

Copyright © 2014 EDR, Inc. © 2010 Tele Atlas Rel. 07/2009.

## GEOCHECK®- PHYSICAL SETTING SOURCE MAP FINDINGS

Map ID
Direction
Distance
Elevation | Database | EDR ID Number

**A1**
**SSW**
**1/8 - 1/4 Mile**
**Higher** | **IL WELLS** | **ILSG20000206530**

| | | | |
|---|---|---|---|
| Pt api number: | 120310273000 | Pt status: | WATER |
| Pt longitude: | -87.586915 | | |
| Pt latitude: | 41.780043 | | |
| Api number: | 120310273000 | | |
| Longitude : | -87.586915 | | |
| Latitude : | 41.780043 | | |
| Section: | 23 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Askew Art |
| Farm num: | Not Reported | Company name: | Wehling Edwin C |
| Status: | Water Well | Elevation: | 590 |
| Elevref: | Ground level | Total depth: | 383 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

**2**
**East**
**1/4 - 1/2 Mile**
**Lower** | **IL WELLS** | **ILSG20000206863**

| | | | |
|---|---|---|---|
| Pt api number: | 120312626900 | Pt status: | ENG |
| Pt longitude: | -87.580411 | | |
| Pt latitude: | 41.783312 | | |
| Api number: | 120312626900 | | |
| Longitude : | -87.580411 | | |
| Latitude : | 41.783312 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Chi Bureau Eng |
| Farm num: | 39 | Company name: | Not Reported |
| Status: | Engineering Test | Elevation: | 0 |
| Elevref: | Not Reported | Total depth: | 50 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

**A3**
**SSW**
**1/4 - 1/2 Mile**
**Higher** | **IL WELLS** | **ILSG20000206500**

| | | | |
|---|---|---|---|
| Pt api number: | 120312657200 | Pt status: | ENG |
| Pt longitude: | -87.587744 | | |
| Pt latitude: | 41.77967 | | |
| Api number: | 120312657200 | | |
| Longitude : | -87.587744 | | |
| Latitude : | 41.77967 | | |
| Section: | 23 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Jackson Pk Cta |
| Farm num: | Jpt | Company name: | Chicago Pub. Works Dept. |

## GEOCHECK®- PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Status: | Engineering Test | Elevation: | 588 |
| Elevref: | Ground level | Total depth: | 25 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**A4**
**South**
**1/4 - 1/2 Mile**
**Higher**                                              **IL WELLS**        **P6672**

| | | | |
|---|---|---|---|
| Well ID: | 029222 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | STONEY ISLAND FISH CO/ART ASKE | | |
| Permit: | M000772 | Date Drilled: | 05/00/1966 |
| Depth (in feet): | 383 | Aquifer Type: | Bedrock |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 23 | Plot Location: | 1H |
| Well Use: | IN | Well Type: | ASSUMED DRILLED |
| Record Type: | Construction Report,Geology,Chemical Analysis,Any other type of record | | |
| Driller: | WEHLING | | |

---

**A5**
**South**
**1/4 - 1/2 Mile**
**Higher**                                              **IL WELLS**        **P6671**

| | | | |
|---|---|---|---|
| Well ID: | 024265 | Second ID: | 26572 |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | CHICAGO DEPT OF PUBLIC WORKS(T | | |
| Permit: | Not Reported | Date Drilled: | 03/00/1973 |
| Depth (in feet): | 25 | Aquifer Type: | Unconsolidated |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 23 | Plot Location: | 1H |
| Well Use: | IN | Well Type: | ASSUMED DRILLED |
| Record Type: | Construction Report,Geology,Indicates comment in owner's field something unusual | | |
| Driller: | Not Reported | | |

---

**6**
**NNE**
**1/4 - 1/2 Mile**
**Lower**                                              **IL WELLS**        **P6657**

| | | | |
|---|---|---|---|
| Well ID: | 029214 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | WINDEMERE HOTEL CO | | |
| Permit: | Not Reported | Date Drilled: | 00/00/0000 |
| Depth (in feet): | Not Reported | Aquifer Type: | Not Reported |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 13 | Plot Location: | Not Reported |
| Well Use: | Commercial | Well Type: | ASSUMED DRILLED |
| Record Type: | Any other type of record | | |
| Driller: | Not Reported | | |

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

| Map ID | | | | |
|---|---|---|---|---|
| Direction | | | | |
| Distance | | | | |
| Elevation | | | Database | EDR ID Number |

**7**
**NNE**                                                        **IL WELLS**        **ILSG20000207338**
**1/4 - 1/2 Mile**
**Lower**

| | | | |
|---|---|---|---|
| Pt api number: | 120312627200 | Pt status: | ENG |
| Pt longitude: | -87.580457 | | |
| Pt latitude: | 41.788984 | | |
| Api number: | 120312627200 | | |
| Longitude : | -87.580457 | | |
| Latitude : | 41.788984 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Chi Bureau Eng |
| Farm num: | 62 | Company name: | Not Reported |
| Status: | Engineering Test | Elevation: | 587 |
| Elevref: | Ground level | Total depth: | 92 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

**8**
**WSW**                                                        **IL WELLS**        **ILSG20000206642**
**1/2 - 1 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Pt api number: | 120313034200 | Pt status: | ENG |
| Pt longitude: | -87.595058 | | |
| Pt latitude: | 41.781409 | | |
| Api number: | 120313034200 | | |
| Longitude : | -87.595058 | | |
| Latitude : | 41.781409 | | |
| Section: | 14 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Metr Sanitary Dist Chicag |
| Farm num: | C82 | Company name: | Continental Drilling Company |
| Status: | Engineering Test | Elevation: | 594 |
| Elevref: | Ground level | Total depth: | 367 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

**9**
**North**                                                      **FED USGS**        **USGS40000299196**
**1/2 - 1 Mile**
**Higher**

| | | | |
|---|---|---|---|
| Org. Identifier: | USGS-IL | | |
| Formal name: | USGS Illinois Water Science Center | | |
| Monloc Identifier: | USGS-414728087351001 | | |
| Monloc name: | 38N14E-14.1g1 | | |
| Monloc type: | Well | | |
| Monloc desc: | Not Reported | | |
| Huc code: | 04040002 | Drainagearea value: | Not Reported |
| Drainagearea Units: | Not Reported | Contr b drainagearea: | Not Reported |
| Contr b drainagearea units: | Not Reported | Latitude: | 41.7911453 |
| Longitude: | -87.5861596 | Sourcemap scale: | 24000 |

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Horiz Acc measure: | 1 | Horiz Acc measure units: | minutes |
| Horiz Collection method: | Interpolated from map | | |
| Horiz coord refsys: | NAD83 | Vert measure val: | 592 |
| Vert measure units: | feet | Vertacc measure val: | 5 |
| Vert accmeasure units: | feet | | |
| Vertcollection method: | Unknown | | |
| Vert coord refsys: | NGVD29 | Countrycode: | US |
| Aquifername: | Not Reported | | |
| Formation type: | Not Reported | | |
| Aquifer type: | Not Reported | | |
| Construction date: | 18920101 | Welldepth: | 1967 |
| Welldepth units: | ft | Wellholedepth: | Not Reported |
| Wellholedepth units: | Not Reported | | |

Ground-water levels, Number of Measurements: 0

---

**10**
**NE**
**1/2 - 1 Mile**
**Lower**                                                    **IL WELLS**    **ILSG20000207348**

| | | | |
|---|---|---|---|
| Pt api number: | 120312627100 | Pt status: | ENG |
| Pt longitude: | -87.578028 | | |
| Pt latitude: | 41.78905 | | |
| Api number: | 120312627100 | | |
| Longitude : | -87.578028 | | |
| Latitude : | 41.78905 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Chi Bureau Eng |
| Farm num: | 59 | Company name: | Not Reported |
| Status: | Engineering Test | Elevation: | 588 |
| Elevref: | Ground level | Total depth: | 84 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**B11**
**WNW**
**1/2 - 1 Mile**
**Higher**                                                   **IL WELLS**    **P6661**

| | | | |
|---|---|---|---|
| Well ID: | 029217 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | INTERNATIONAL HOTEL/DEL PRADO | | |
| Permit: | Not Reported | Date Drilled: | 00/00/0000 |
| Depth (in feet): | 300 | Aquifer Type: | Not Reported |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 14 | Plot Location: | Not Reported |
| Well Use: | Commercial | Well Type: | ASSUMED DRILLED |
| Record Type: | Any other type of record | | |
| Driller: | Not Reported | | |

---

**B12**
**WNW**
**1/2 - 1 Mile**
**Higher**                                                   **IL WELLS**    **P6658**

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Well ID: | 023851 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | CONSUMERS CO | | |
| Permit: | Not Reported | Date Drilled: | 00/00/1892 |
| Depth (in feet): | 2000 | Aquifer Type: | Bedrock |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 14 | Plot Location: | Not Reported |
| Well Use: | IN | Well Type: | ASSUMED DRILLED |
| Record Type: | Any other type of record | | |
| Driller: | J P MILLER | | |

---

**B13**
**WNW**
**1/2 - 1 Mile**
**Higher**                                          **IL WELLS**      **P6659**

| | | | |
|---|---|---|---|
| Well ID: | 029215 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | CONSUMERS CO | | |
| Permit: | Not Reported | Date Drilled: | 00/00/1914 |
| Depth (in feet): | 1967 | Aquifer Type: | Bedrock |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 14 | Plot Location: | Not Reported |
| Well Use: | IN | Well Type: | ASSUMED DRILLED |
| Record Type: | Chemical Analysis | | |
| Driller: | Not Reported | | |

---

**B14**
**WNW**
**1/2 - 1 Mile**
**Higher**                                          **IL WELLS**      **P6660**

| | | | |
|---|---|---|---|
| Well ID: | 029216 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | ELITE GARAGE | | |
| Permit: | Not Reported | Date Drilled: | 00/00/0000 |
| Depth (in feet): | 40 | Aquifer Type: | Not Reported |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 14 | Plot Location: | Not Reported |
| Well Use: | Commercial | Well Type: | ASSUMED DRILLED |
| Record Type: | Any other type of record | | |
| Driller: | Not Reported | | |

---

**15**
**NNE**
**1/2 - 1 Mile**
**Lower**                                           **IL WELLS**      **ILSG20000207654**

## GEOCHECK®- PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Pt api number: | 120312627000 | Pt status: | ENG |
| Pt longitude: | -87.580436 | | |
| Pt latitude: | 41.792611 | | |
| Api number: | 120312627000 | | |
| Longitude : | -87.580436 | | |
| Latitude : | 41.792611 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Chi Bureau Eng |
| Farm num: | 52 | Company name: | Not Reported |
| Status: | Engineering Test | Elevation: | 585 |
| Elevref: | Ground level | Total depth: | 104 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**16**
**NNE**
**1/2 - 1 Mile**
**Lower**                                                    **IL WELLS**    **ILSG20000207717**

| | | | |
|---|---|---|---|
| Pt api number: | 120312867400 | Pt status: | ENG |
| Pt longitude: | -87.579092 | | |
| Pt latitude: | 41.793313 | | |
| Api number: | 120312867400 | | |
| Longitude : | -87.579092 | | |
| Latitude : | 41.793313 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | 57 Dr. Br/Lk Shore Dr. |
| Farm num: | 2 | Company name: | IL Dept. of Transportation |
| Status: | Engineering Test | Elevation: | 0 |
| Elevref: | Not Reported | Total depth: | 27 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**17**
**SSW**
**1/2 - 1 Mile**
**Higher**                                                   **IL WELLS**    **P6670**

| | | | |
|---|---|---|---|
| Well ID: | 029221 | Second ID: | Not Reported |
| Info Source: | IL Private Water Wells Survey | | |
| Owner: | WOODLAWN LAUNDRY | | |
| Permit: | Not Reported | Date Drilled: | 00/00/1905 |
| Depth (in feet): | 350 | Aquifer Type: | Bedrock |
| County Code: | 031 | County: | COOK |
| Township: | 38N | Range: | 14E |
| Section: | 23 | Plot Location: | Not Reported |
| Well Use: | Commercial | Well Type: | ASSUMED DRILLED |
| Record Type: | Any other type of record | | |
| Driller: | Not Reported | | |

---

**18**
**NNE**
**1/2 - 1 Mile**
**Lower**                                                    **IL WELLS**    **ILSG20000207776**

## GEOCHECK® - PHYSICAL SETTING SOURCE MAP FINDINGS

| | | | |
|---|---|---|---|
| Pt api number: | 120312656800 | Pt status: | ENG |
| Pt longitude: | -87.577877 | | |
| Pt latitude: | 41.794215 | | |
| Api number: | 120312656800 | | |
| Longitude : | -87.577877 | | |
| Latitude : | 41.794215 | | |
| Section: | 13 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | 57Th St Beachwall |
| Farm num: | 1 | Company name: | Chicago Pub. Works Dept. |
| Status: | Engineering Test | Elevation: | 0 |
| Elevref: | Not Reported | Total depth: | 93 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**19**
**WNW**
**1/2 - 1 Mile**
**Higher**                                                        **IL WELLS**      **ILSG20000207159**

| | | | |
|---|---|---|---|
| Pt api number: | 120313594500 | Pt status: | MONIT |
| Pt longitude: | -87.602417 | | |
| Pt latitude: | 41.786777 | | |
| Api number: | 120313594500 | | |
| Longitude : | -87.602417 | | |
| Latitude : | 41.786777 | | |
| Section: | 14 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Coach USA |
| Farm num: | MW-8 | Company name: | Transhield Underground Service |
| Status: | Water Well Monitoring Well | Elevation: | 0 |
| Elevref: | Not Reported | Total depth: | 14 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

---

**20**
**NNE**
**1/2 - 1 Mile**
**Higher**                                                        **IL WELLS**      **ILSG20000208002**

| | | | |
|---|---|---|---|
| Pt api number: | 120312626800 | Pt status: | ENG |
| Pt longitude: | -87.578033 | | |
| Pt latitude: | 41.796298 | | |
| Api number: | 120312626800 | | |
| Longitude : | -87.578033 | | |
| Latitude : | 41.796298 | | |
| Section: | 12 | Twp: | 38 |
| Tdir: | N | Rng: | 14 |
| Rdir: | E | Farm name: | Chi Bureau Eng |
| Farm num: | 45 | Company name: | Not Reported |
| Status: | Engineering Test | Elevation: | 591 |
| Elevref: | Ground level | Total depth: | 113 |
| Wformation: | Not Reported | Wfmfrom: | 0 |
| Wfmto: | 0 | Pumpgpm: | 0 |

## GEOCHECK®- PHYSICAL SETTING SOURCE MAP FINDINGS
## RADON

**AREA RADON INFORMATION**

Federal EPA Radon Zone for COOK County:  2

Note: Zone 1 indoor average level > 4 pCi/L.
   : Zone 2 indoor average level >= 2 pCi/L and <= 4 pCi/L.
   : Zone 3 indoor average level < 2 pCi/L.

Federal Area Radon Information for COOK COUNTY, IL

Number of sites tested: 82

| Area | Average Activity | % <4 pCi/L | % 4-20 pCi/L | % >20 pCi/L |
|------|------------------|------------|--------------|-------------|
| Living Area - 1st Floor | 1.273 pCi/L | 96% | 4% | 0% |
| Living Area - 2nd Floor | 0.900 pCi/L | 100% | 0% | 0% |
| Basement | 1.740 pCi/L | 93% | 7% | 0% |

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

**TOPOGRAPHIC INFORMATION**

USGS 7.5' Digital Elevation Model (DEM)
   Source: United States Geologic Survey
   EDR acquired the USGS 7.5' Digital Elevation Model in 2002 and updated it in 2006. The 7.5 minute DEM corresponds
   to the USGS 1:24,000- and 1:25,000-scale topographic quadrangle maps. The DEM provides elevation data
   with consistent elevation units and projection.

Scanned Digital USGS 7.5' Topographic Map (DRG)
   Source: United States Geologic Survey
   A digital raster graphic (DRG) is a scanned image of a U.S. Geological Survey topographic map. The map images
   are made by scanning published paper maps on high-resolution scanners. The raster image
   is georeferenced and fit to the Universal Transverse Mercator (UTM) projection.

**HYDROLOGIC INFORMATION**

Flood Zone Data:   This data, available in select counties across the country, was obtained by EDR in 2003 & 2011 from the Federal
Emergency Management Agency (FEMA).  Data depicts 100-year and 500-year flood zones as defined by FEMA.

NWI:   National Wetlands Inventory.  This data, available in select counties across the country, was obtained by EDR
in 2002, 2005 and 2010 from the U.S. Fish and Wildlife Service.

**HYDROGEOLOGIC INFORMATION**

AQUIFLOW$^R$   Information System
   Source:  EDR proprietary database of groundwater flow information
   EDR has developed the AQUIFLOW Information System (AIS) to provide data on the general direction of groundwater
      flow at specific points. EDR has reviewed reports submitted to regulatory authorities at select sites and has
      extracted the date of the report, hydrogeologically determined groundwater flow direction and depth to water table
      information.

**GEOLOGIC INFORMATION**

Geologic Age and Rock Stratigraphic Unit
   Source: P.G. Schruben, R.E. Arndt and W.J. Bawiec, Geology of the Conterminous U.S. at 1:2,500,000 Scale - A digital
   representation of the 1974 P.B. King and H.M. Be kman Map, USGS Digital Data Series DDS - 11 (1994).

STATSGO:   State Soil Geographic Database
   Source:  Department of Agriculture, Natural Resources Conservation Services
   The U.S. Department of Agriculture's (USDA) Natural Resources Conservation Service (NRCS) leads the national
   Conservation Soil Survey (NCSS) and is responsible for collecting, storing, maintaining and distributing soil
   survey information for privately owned lands in the United States. A soil map in a soil survey is a representation
   of soil patterns in a landscape. Soil maps for STATSGO are compiled by generalizing more detailed (SSURGO)
   soil survey maps.

SSURGO: Soil Survey Geographic Database
   Source:  Department of Agriculture, Natural Resources Conservation Services (NRCS)
   Telephone:  800-672-5559
   SSURGO is the most detailed level of mapping done by the Natural Resources Conservation Services, mapping
   scales generally range from 1:12,000 to 1:63,360. Field mapping methods using national standards are used to
   construct the soil maps in the Soil Survey Geographic (SSURGO) database. SSURGO digitizing duplicates the
   original soil survey maps. This level of mapping is designed for use by landowners, townships and county
   natural resource planning and management.

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

**LOCAL / REGIONAL WATER AGENCY RECORDS**

FEDERAL WATER WELLS

PWS:  Public Water Systems
   Source:  EPA/Office of Drinking Water
   Telephone:  202-564-3750
   Public Water System data from the Federal Reporting Data System.  A PWS is any water system which provides water to at
     least 25 people for at least 60 days annually.  PWSs provide water from wells, rivers and other sources.

PWS ENF:   Public Water Systems Violation and Enforcement Data
   Source:  EPA/Office of Drinking Water
   Telephone:  202-564-3750
   Violation and Enforcement data for Public Water Systems from the Safe Drinking Water Information System (SDWIS) after
     August 1995.  Prior to August 1995, the data came from the Federal Reporting Data System (FRDS).

USGS Water Wells:    USGS National Water Inventory System (NWIS)
This database contains descriptive information on sites where the USGS collects or has collected data on surface
water and/or groundwater. The groundwater data includes information on wells, springs, and other sources of groundwater.

STATE RECORDS

Water Well Records
   Source:  Illinois Geological Survey
   Telephone:  217-333-4747

Illinois Private Well Database and PICS (Public, Industrial, Commercial Survey)
   Source:  Illinois State Water Survey
   Telephone:  217-333-9043

Water Well Location Information
   Source:  Illinois Environmental Protection Agency
   Telephone:  217-782-0810


**OTHER STATE DATABASE INFORMATION**


RADON

State Database: IL Radon
   Source: Department of Nuclear Safety
   Telephone: 217-785-9958
   County Radon Results

Area Radon Information
   Source: USGS
   Telephone: 703-356-4020
   The National Radon Database has been developed by the U.S. Environmental Protection Agency
   (USEPA) and is a compilation of the EPA/State Residential Radon Survey and the National Residential Radon Survey.
   The study covers the years 1986 - 1992. Where necessary data has been supplemented by information collected at
   private sources such as universities and research institutions.

EPA Radon Zones
   Source:  EPA
   Telephone:  703-356-4020
   Sections 307 & 309 of IRAA directed EPA to list and identify areas of U.S. with the potential for elevated indoor
   radon levels.


OTHER

Airport Landing Facilities:       Private and public use landing facilities
   Source:  Federal Aviation Administration, 800-457-6656

Epicenters:   World earthquake epicenters, Richter 5 or greater
   Source:  Department of Commerce, National Oceanic and Atmospheric Administration

Earthquake Fault Lines:       The fault lines displayed on EDR's Topographic map are digitized quaternary faultlines, prepared
in 1975 by the United State Geological Survey

# PHYSICAL SETTING SOURCE RECORDS SEARCHED

**STREET AND ADDRESS INFORMATION**

© 2010 Tele Atlas North America, Inc. All rights reserved.  This material is proprietary and the subject of copyright protection and other intellectual property rights owned by or licensed to Tele Atlas North America, Inc.  The use of this material is subject to the terms of a license agreement.  You will be held liable for any unauthorized copying or disclosure of this material.

## EXECUTIVE SUMMARY

Sam Schwartz Engineering, DPC (SSE) conducted a traffic impact study for the proposed University of Chicago Woodlawn – Jackson Park site for the Barack Obama Presidential Library (OPL). Existing and future conditions in the study area have been described, analyzed, and evaluated with respect to transportation operations and the impact of the proposed development.

The location of the OPL Woodlawn site is easy to access for all visitors and staff. It is located adjacent to Lake Shore Drive, approximately 2.25 miles from the Dan Ryan Expressway (Dan Ryan), and adjacent to the Metra Electric Line.

The study analyzed the following major intersections within the proximity of the site:

- 57th Street/Lake Shore Drive
- Midway Plaisance/Cornell Avenue
- 63rd Street/Dan Ryan On and Off Ramps
- 63rd Street/Stony Island Avenue
- Hayes Drive/Cornell Avenue
- 65th Place/Cornell Avenue/Stony Island Avenue

63rd Street (74' right-of-way) and Stony Island Avenue (66' right-of-way) both provide one lane of travel in each direction, in the vicinity of the site, and on-street parking. Stony Island Avenue widens to a 200' right-of-way further to the south and provides up to four lanes of travel in each direction. Both have significant vehicular capacity on 63rd Street and Stony Island Avenue; traffic currently moves along both streets without much delay and additional traffic generated by the OPL can be accommodated without adding significant delay to any of the study intersections. Overall, vehicles will be able to easily access the site and the OPL will not have a significant impact on the traffic operations in the neighborhoods.

The following details the recommendations for parking, access, and improvements to the safety and operations of multi-modal access.

- The intersection of Cornell Avenue (OPL Access) and Hayes Drive provides an ideal access point for vehicular traffic. Under this scenario, the OPL Access should be terminated before it reaches Midway Plaisance. The new design of the OPL Access should provide one lane of travel in each direction and be 24 feet in width. Cornell Avenue is currently used as a bypass of Lake Shore Drive for local traffic and does not fit within the Chicago grid. It has moderately low traffic volumes and very high speeds. Vacating Cornell Avenue will not only potentially reduce the amount of asphalt within Jackson Park, but it will also significantly improve the safety within Jackson Park.

- With the closure of Cornell Avenue south of Midway Plaisance eastbound, Cornell Avenue should become one-way northbound between the Midway Plaisance eastbound and westbound intersections and the traffic control signal removed at the Midway Plaisance

Sam
Schwartz
Engineering
D.P.C.

eastbound intersection.   This will reduce the amount of pavement within Jackson Park and provide safety improvements.  The closure of Cornell Avenue would also necessitate the removal of the traffic control signal and geometric modifications at Stony Island Avenue/65th Place.

- Minor traffic signal timing/phasing modifications should be implemented at the study area intersections, as appropriate, to provide optimal operations and to facilitate traffic to and from the OPL.

- Prohibiting access on Stony Island Avenue will allow for an excellent pedestrian experience along the corridor and improve operations of through traffic on Stony Island Avenue.

- Service access and secure access can be provided from Stony Island Avenue or Cornell Avenue.

- It is estimated that the site will generate a peak parking demand of 444 vehicular parking spaces on the 30th most popular day (typical design day).  It is recommended that all parking be provided within the site.

- There are a number of options to accommodate any overflow parking for special events, including the Museum of Science and Industry, surface lots owned by the University of Chicago in the area, and the Apostolic Church of God.  There is also on-street parking in the area.

- It is estimated that the site will generate a peak bus demand of 5 buses on the 30th most popular day (typical design day).  It is recommended that buses be staged on one of the surface lots owned by the University of Chicago in the area or the Apostolic Church of God.

- A staff member should be given the responsibility of coordinating all transportation, particularly for special events.

- The 59th Street Metra station should be renamed 59th Street – Obama Library.  The station should be improved as a front door to the library, similar to the Metra Electric stations located to the north serving the Hyde Park neighborhood and the University of Chicago. Wayfinding should be provided to guide visitors to the site.

- The streets within the park were originally designed to allow horse and buggies to easily traverse through them.  This design provided excess space for modern vehicles, which has led to vehicles using these streets to speed through the park.  The following are the recommended geometrics for each internal street:

  o Richards Drive, between Marquette Drive and Hayes Drive:  Reduce lane width to 10.5 feet and provide parking on both sides of the street.  This would reduce the street by 5 feet in width and remove approximately 0.15 acres of asphalt.  The "ramps" to Richards Drive from Marquette Drive should be removed and a standard T-intersection should be installed.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

- o   Marquette Drive, between Stony Island Avenue and South Shore Drive:  Reduce lane width to 10.5 feet and provide parking on both sides of the street.  This would reduce the street by 5 feet in width and remove approximately 0.35 acres of asphalt.

- o   Hayes Drive, between OPL Access and South Shore Drive:  Reduce lane width to 10.5 feet and provide parking on both sides of the street.  This would reduce the street by 13 feet in width and remove approximately 0.80 acres of asphalt.  The intersection of Hayes Drive and Richards Drive should be converted to a standard roundabout.

- Consideration should be given to developing a streetscape for 63rd Street between the Cottage Grove Avenue and the OPL.

- The intersection of 60th Street /Stony Island Avenue should be modified to provide more safety and priority for pedestrians.  This includes reducing the turning radii on Stony Island Avenue, providing ADA-compliant curb ramps, bumpouts, and leading pedestrian intervals.

- The Lakefront Trail is the crown jewel of Chicago's bicycle network.  It is recommended that a shared use path be designated within Jackson Park that connects the Lakefront Trail to the OPL.   This should connect to the future bicycle facility on Stony Island Avenue.

## INTRODUCTION

Sam Schwartz Engineering, DPC (SSE) was retained by the University of Chicago to conduct a traffic impact study for the proposed Woodlawn site for the Barack Obama Presidential Library (OPL). The subject site is located at the western edge of Jackson Park and extends from Midway Plaisance (eastbound) to 63rd Street between Stony Island Avenue and Cornell Avenue. The Woodlawn site location is illustrated on ***Figure 1***.

The following report presents and documents SSE's methodology, data collection, analyses, and identifies improvements, as necessary, to mitigate impacts the development's traffic may have on the adjacent roadway network.

As proposed, the project consists of the construction of the Library building and parking facilities as well as other improvements to facilitate access. Access to the development will be provided via Cornell Avenue.

The purpose of this study is to fulfill the criteria for accessibility, circulation and parking set forth by the Barack Obama Foundation. The objectives of the study are as follows:
- Analyze the existing traffic, parking and multi-modal operations in the study area.
- Estimate the new traffic generated by the proposed Presidential Library.
- Analyze the future traffic, parking and multi-modal operations in the study area.
- Analyze the future site access and circulation.
- Provide mitigation strategies and recommendations related to traffic, parking and multi-modal operations, site access and circulations, as well as to the management of traffic during construction.

The study area, with the study intersections identified, is shown on ***Figure 2***.



Not to Scale



Sam
Schwartz
Engineering
D.P.C.

**Figure 1**
**Site Location Map**



Not to Scale



**Figure 2**

**Study Intersections Map**

● = Study Intersection

Sam
Schwartz
Engineering
D.P.C.

## EXISTING CONDITIONS

This section of the study provides a description of the OPL Woodlawn site, the adjacent land uses, a summary of the data collection process and an analysis of the existing transportation conditions.

### Site Location
The Woodlawn site is located along the western edge of Jackson Park and extends from Midway Plaisance (eastbound) to 63rd Street between Stony Island Avenue and Cornell Avenue. It is located between two stops on the Metra Electric Line and is also easily accessible by automobile via Lake Shore Drive, the Chicago Skyway, and the Day Ryan Expressway.

The site is owned and managed by the Chicago Park District and currently contains several recreational fields. To optimize traffic operations, it was assumed that access to the Woodlawn site would be via the intersection of Cornell Avenue (OPL Access) and Hayes Drive, with Cornell Avenue being vacated between Midway Plaisance (eastbound) and Stony Island Avenue.

### Proposed Presidential Library Use and Operation
The Barack Obama Presidential Library will serve as a repository of the historical documents related to Barack Obama, the 44th President of the United States of America. The program elements which will most likely generate most of the public access include exhibits, displays, and souvenir shops. The building footprint is estimated at approximately 200,000 square feet. It is anticipated the typical hours of operation will be between 9:00 AM and 5:00 PM and the OPL will be closed on major holidays such as Thanksgiving, Christmas, and New Year's Day. An estimated 800,000 visitors will come to the OPL each year, of which approximately 350,000 are expected to be from outside the Chicagoland area.

### Area Land Use
The Woodlawn site is mainly surrounded by other parts of Jackson Park, which includes an 18-hole golf course. The exception is to the west of the site, where the South Side YMCA, the Hyde Park Academy High School, and residential uses are located, as well as a few vacant parcels.

### Existing Area Roadway System
Unless otherwise noted, all streets described below are under the jurisdiction of the Chicago Department of Transportation (CDOT). Roads are described in the study area from west to east, then from north to south.

***63rd Street*** is an east-west, two-lane, minor arterial roadway, with on-street parking provided on both sides of the road in the vicinity of the site. At its signalized intersection with Yale Avenue (Dan Ryan Eastbound On and Off Ramps), 63rd Street provides two through lanes with shared turning movements in both directions. The Yale Street/Dan Ryan Eastbound Off-Ramp provides three through lanes with shared turning movements, providing one-way travel in the southbound direction.

Sam
Schwartz
Engineering
D.P.C.

At its signalized intersection with Wentworth Avenue (Dan Ryan Westbound On Ramp), 63rd Street provides a left-turn lane and two through lanes in the eastbound direction and a through and shared through/right-turn lane in the westbound direction.  The Wentworth Avenue northbound approach provides a left-turn, through, and shared through/right-turn lane, providing one-way travel in the northbound direction.

The 63rd Street eastbound and westbound approaches at its signalized intersection with Stony Island Avenue each provide a left-turn, through, and right-turn lane.  At its signalized intersection with Cornell Avenue, the 63rd Street eastbound and westbound approaches each provide two lanes with shared turning maneuvers.

***Stony Island Avenue*** is a two-lane, minor arterial roadway, with on-street parking provided on both sides of the street in the site vicinity.  At its signalized intersection with 63rd Street, Stony Island Avenue provides a left-turn, a through, and a shared through/right-turn lane in both directions.  At its signalized intersection with Cornell Avenue/65th Place, Stony Island Avenue provides three through lanes and a shared through/right-turn lane in the southbound direction and a shared through/left-turn lane and a through lane in the northbound direction.  Cornell Avenue and 65th Place are one-way in the westbound direction at their intersection with Stony Island Avenue. Stony Island Avenue is under the jurisdiction of CDOT north of Cornell Avenue/65th Place and the Illinois Department of Transportation (IDOT) to the south.  It is designated as a Strategic Regional Arterial (SRA).  The SRA designation controls roadway access and signal installation so as to facilitate efficient and safe transportation.

***Cornell Avenue*** is a six-lane, median divided principal arterial roadway, adjacent to the site, with on-street parking.  Cornell Avenue is currently used as a bypass of Lake Shore Drive for local traffic.  At its signalized intersection with Stony Island Avenue/65th Place, Cornell Avenue provides three lanes with shared turning movements in the westbound direction.  At its signalized intersection with Midway Plaisance eastbound, Cornell Avenue provides two through lanes in the northbound direction and three through lanes in the southbound direction.  Cornell Avenue becomes **57th Street** north of Midway Plaisance, approximately 1/3-mile west of Lake Shore Drive.  At its signalized intersection with Lake Shore Drive, 57th Street provides three left-turn lanes and a right-turn lane in the eastbound direction.  Cornell Avenue/57th Street is under the jurisdiction of IDOT and is designated as an SRA.

***Midway Plaisance*** is a linear park with one-way couplets (eastbound on the south and westbound on the north) running along the outside of the park and serves as a green connection between Lake Michigan and Jackson Park to the east and Washington Park to the west.  Midway Plaisance is a principal arterial roadway, providing two travel lanes in each direction and on-street parking on both sides of the street.  At its signalized intersection with Cornell Avenue, Midway Plaisance eastbound provides dual left- and dual right-turn lanes.

***Lake Shore Drive (US Route 41)*** is a six-lane, divided principal arterial roadway, designated as a SRA to the north of 57th Street.  South of 57th Street, Lake Shore Drive provides three through lanes

in the northbound direction and two through lanes in the southbound direction and is classified as a minor arterial. On-street parking is prohibited along Lake Shore Drive within the study area. At its signalized intersection with 57th Street, Lake Shore Drive provides a left-turn lane and three through lanes in the northbound direction and two through lanes and a right-turn lane in the southbound direction. Left-turn movements are prohibited from northbound Lake Shore Drive onto westbound 57th Street from 3 to 7 PM, Monday through Friday. Lake Shore Drive is under the jurisdiction of IDOT.

**Pedestrian/Bike Facilities**
Sidewalks are provided along all study roadways on both sides of the street, with the exception of the roadways abutting Jackson Park, where multi-purpose off-street paths are provided, as well as along Lake Shore Drive – the Lakefront Trail. Crosswalks with pedestrian countdown signals are maintained along all four legs of the 63rd Street intersections with Stony Island Avenue and Cornell Avenue/Hayes Drive. Crosswalks are provided on the west, north, and south legs of the 63rd Street and Yale Avenue (Dan Ryan eastbound ramps) intersection; the north, south, and east legs of the 63rd Street and Wentworth Avenue (Dan Ryan westbound on ramp); the south and west legs of the Cornell Avenue and Midway Plaisance eastbound intersection; and the west, north, and east legs of the Stony Island Avenue at Cornell Avenue and 65th Place intersection.

The 18-mile Lakefront Trail for bicycles runs along the north side of 71st/E South Shore Drive, along the east side of South Shore Drive, and along the north side of Marquette Drive. An on-street bike route is planned along Stony Island Avenue south of 67th Street and north of 63rd Street. Divvy docking stations are provided at the 55th/56th/57th Street Metra Electric Line station, approximately ½-mile north of the site, and at Ellis Avenue and 58th Street, approximately 1 mile west of the site.

**Existing Transit Service**
The proposed site is well served by public transportation. The Chicago Transit Authority (CTA) operates multiple existing bus routes in the vicinity of the proposed Woodlawn site, as listed below:
- #2 - Hyde Park Express
- #6 - Jackson Park Express
- #15 - Jeffery Local
- #26 - South Shore Express
- #28 - Stony Island
- #59 – 59th / 61st
- #63 – 63rd
- #170 – U. of Chicago / Midway
- #171 – U. of Chicago / Hyde Park
- #172 – U. of Chicago / Kenwood

The Metra Electric South Shore Line is easily accessible to the Woodlawn site, with stations provided within two to three blocks (less than 0.2 of a mile) to the west of the site at 63rd Street and at 59th Street. In addition, CTA rail service is easily accessible via bus or a short bicycle ride at 63rd Street

and Cottage Grove Avenue (Green Line), approximately 1 mile to the west of the site, and at 63rd Street and the Dan Ryan Expressway (Red Line) approximately 2.2 miles to the west of the site.

**Existing Traffic Volumes**

Existing traffic volumes were determined by manual traffic counts conducted in October 2014 during the weekday and Saturday midday peak periods (10:00 AM to 2:00 PM) at the following intersections:

- 57th Street/Lake Shore Drive
- Midway Plaisance eastbound/Cornell Avenue
- 63rd Street/Dan Ryan On and Off Ramps
- 63rd Street/Stony Island Avenue
- Hayes Drive/Cornell Avenue
- 65th Place/Cornell Avenue/Stony Island Avenue

Intersection traffic counts include measuring the auto and bicycle traffic passing through each intersection as well as the number of pedestrians crossing each intersection approach in order to best represent existing operations. The weekday afternoon and Saturday peak periods were chosen since they coincide with the anticipated peak periods of the surrounding roadway system and the proposed development. The results indicate that the peak hour of existing traffic during the weekday midday peak occurred from 1:00 to 2:00 PM and the Saturday midday peak occurred from 11:30 AM to 12:30 PM. It should be noted that typical peak hours of traffic on the surrounding roadways, generated by residential, institutional, and retail uses, are considerably higher than, and do not coincide with, the hours representing the OPL's peak hours.

Based on traffic count data retrieved from the IDOT website, the average daily traffic in the vicinity of the development is:

- 9,000 vehicles on 63rd Street (year 2010)
- 5,100 vehicles on Midway Plaisance eastbound (year 2010)
- 19,400 vehicles on Cornell Avenue (year 2010)
- 5,500 vehicles on Hayes (year 2010)

The existing peak hour vehicle volumes are illustrated on ***Figure 3***. ***Figure 4*** depicts the pedestrian and bicycle volumes.

Sam
Schwartz
Engineering
D.P.C.



**Figure 3**

**Existing Traffic Volumes**

xx = Weekday Midday Street
     Peak Hour (1:00-2:00 pm)
(xx) = Saturday Midday Street
     Peak Hour
     (11:30 am-12:30 pm)
⊗ = Existing Traffic Signal



**Figure 4**

**Existing Pedestrian Volumes**

xx = Weekday Midday Street
Peak Hour (1:00-2:00 pm)
(xx) = Saturday Midday Street
Peak Hour
(11:30 am-12:30 pm)
⊗ = Existing Traffic Signal

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

**Existing Operations**

The effectiveness of an intersection's operation is measured in terms of Level of Service (LOS), which is assigned a letter from A to F based on the average total delay experienced by each vehicle passing through an intersection. LOS A is the highest, representing the least delay, LOS E represents saturated or at-capacity conditions, and LOS F represents oversaturated conditions. The minimum intersection LOS that is generally accepted by industry standards is LOS D.

An intersection capacity analysis was conducted to analyze the intersections for the weekday and Saturday midday peak hours using the methodologies outlined in the *Highway Capacity Manual (HCM)*[1], using Synchro software for the analysis. The existing timings at the intersections were obtained from the Chicago Department of Transportation. The results in ***Table 1*** show that all approaches at the study intersections operate at acceptable levels of services, at LOS C, or better.

**Table 1: Existing Intersection Level-of-Service**

| Intersection/Peak Hour/Lane | Weekday Midday Peak Hour | | Saturday Midday Peak Hour | |
|---|---|---|---|---|
| | Delay [A] | LOS [B] | Delay | LOS |
| **63rd St at Yale Ave/Dan Ryan Ramps** | | | | |
| 63rd St EB approach | 34.9 | C | 32.6 | C |
| 63rd St WB approach | 8.8 | A | 15.3 | B |
| Yale Ave/Dan Ryan SB approach | 12.9 | B | 13.8 | B |
| **Overall Intersection** | **19.9** | **B** | **19.3** | **B** |
| **63rd St at Wentworth Ave/Dan Ryan Ramps** | | | | |
| 63rd St EB approach | 25.5 | C | 27.8 | C |
| 63rd St WB approach | 25.4 | C | 29.5 | C |
| Wentworth Ave NB approach | 14.7 | B | 15.0 | B |
| **Overall Intersection** | **23.4** | **C** | **25.7** | **C** |
| **63rd St at Stony Island Ave/Hayes Dr** | | | | |
| 63rd St EB approach | 28.5 | C | 28.5 | C |
| Hayes Dr WB approach | 19.3 | B | 15.5 | B |
| Stony Island Ave NB approach | 1.6 | A | 2.2 | A |
| Stony Island Ave SB approach | 9.3 | A | 9.1 | A |
| **Overall Intersection** | **13.2** | **B** | **12.1** | **B** |
| **Hayes Dr at Cornell Ave** | | | | |
| Hayes Dr EB approach | 16.1 | B | 15.6 | B |
| Hayes Dr WB approach | 27.4 | C | 28.1 | C |
| Cornell Ave NB approach | 12.6 | B | 12.8 | B |
| Cornell Ave SB approach | 8.1 | A | 8.2 | A |
| **Overall Intersection** | **14.0** | **B** | **14.0** | **B** |
| **Stony Island Ave at Cornell Ave/65th Pl** | | | | |
| Stony Island Ave NB approach | 23.5 | C | 23.9 | C |
| Stony Island Ave SB approach | 32.3 | C | 32.3 | C |
| Cornell Ave WB approach | 4.1 | A | 3.7 | A |
| **Overall Intersection** | **21.2** | **C** | **20.2** | **C** |
| **Midway Plaisance (EB) at Cornell Ave** | | | | |
| Midway Plaisance EB approach | 31.6 | C | 29.6 | C |
| Cornell Ave NB approach | 4.6 | A | 3.8 | A |
| Cornell Ave SB approach | 7.6 | A | 7.8 | A |
| **Overall Intersection** | **14.0** | **B** | **9.8** | **A** |

---

[1] Highway Capacity Manual, Transportation Research Board, National Research Council, Washington, D.C., 2010.

Sam
Schwartz
Engineering
D.P.C.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

| **57th St at Lake Shore Dr** | | | | |
|---|---|---|---|---|
| 57th St EB approach | 27.4 | C | 27.8 | C |
| Lake Shore Dr NB approach | 14.2 | B | 15.1 | B |
| Lake Shore Dr SB approach | 17.3 | B | 16.6 | B |
| **Overall Intersection** | **18.6** | **B** | **18.7** | **B** |

[A] Average control delay in seconds per vehicle.
[B] Level of service.

Sam
Schwartz
Engineering
D.P.C.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

## FUTURE TRAFFIC CHARACTERISTICS

This section of the report presents the traffic characteristics associated with the OPL Woodlawn site and evaluates the impact of future traffic on the area street system. This includes discussions regarding site development plans, site-generated traffic volumes and their distributions on the surrounding roadway network. Site access, site traffic assignment and future traffic volumes will also be discussed.

**Traffic Growth**

Construction and occupancy of the proposed OPL is currently expected to occur in seven years, by the year 2021. It is anticipated that this development would stimulate the redevelopment of the Woodlawn community, in particular along the 63rd Street and Stony Island Avenue corridors. Accordingly, in order to account for the general traffic growth associated with new development in the surrounding area as the proposed development is constructed, SSE applied an annual, compounded growth rate of 2% to existing traffic volumes along the 63rd Street and Stony Island Avenue corridors and 0.5% to the remaining study area roadways.

**2021 No-Build Conditions (without OPL)**

The 2021 No-Build peak hour traffic volumes were developed by applying the base 0.5 to 2 percent annual growth rate (approximately 3.6 to 14.9 percent over 7 years) to the existing traffic (Figure 3). The 2021 No-Build traffic-flow networks are graphically depicted on ***Figure 5***.

**Proposed Development Plan**

The proposed development plan includes the construction of the Barack Obama Presidential Library. The building footprint is estimated at approximately 200,000 square feet. Its anticipated typical hours of operation are between 9:00 AM and 5:00 PM and closed on major holidays such as Thanksgiving, Christmas, and New Year's Day. It is estimated that 800,000 visitors will come to the OPL each year, of which, approximately 350,000 are expected to be from outside the Chicagoland area. It is anticipated to be served by a minimum of 444 vehicular parking spaces on site. It will provide a dedicated bus area for drop-off/pick-up operations and storage for a minimum of 5 buses.

Access to the Woodlawn site is anticipated via the intersection of Cornell Avenue (OPL Access) and Hayes Drive. Cornell Avenue will be vacated from Midway Plaisance (eastbound) to the north to Stony Island Avenue to the south. Vacating Cornell Avenue will not only potentially reduce the amount of asphalt within Jackson Park, but it will also significantly improve the safety within Jackson Park. The reassignment of 2021 No-Build traffic associated with the closure of Cornell Avenue is shown on ***Figure 6***.



**Figure 5**

**2021 No-Build**

xx = Weekday Midday Street
    Peak Hour (1:00-2:00 pm)
(xx) = Saturday Midday Street
    Peak Hour
    (11:30 am-12:30 pm)
⊗ = Existing Traffic Signal

Sam
Schwartz
Engineering
D.P.C.



**Figure 6**

**Reassignment of 2021
No Build Traffic with
Closure of Cornell Ave**

xx = Weekday Midday Street
     Peak Hour (1:00-2:00 pm)
(xx) = Saturday Midday Street
     Peak Hour
     (11:30 am-12:30 pm)
⊗ = Existing Traffic Signal

Sam
Schwartz
Engineering
D.P.C.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

**Site Access**

With the location of the Woodlawn site in close proximity to major roadways (Lake Shore Drive, Dan Ryan Expressway, and the Chicago Skyway), as well as to the Museum of Science and Industry, the University of Chicago Campus, Chicago's lakefront, other cultural attractions, and public transportation, OPL visitors will use a variety of modes of transportation to access the site. All visitors arriving by automobile (personal or taxi) will enter and exit the site via the proposed OPL Access onto Hayes Drive, in the location of the vacated Cornell Avenue. Buses associated with student or other organized groups are planned to pick up and drop off OPL visitors using a dedicated bus area as close to the site as possible either within Jackson Park or curbside along Stony Island Avenue.

Public transportation options such as the Metra Electric South Shore Line, CTA bus, and CTA rail provide access to the Woodlawn site. Metra Electric Line stations are located within two to three blocks of the site at 63rd Street and at 59th Street. CTA bus routes operate along Midway Plaisance, 63rd Street, and Stony Island Avenue in close proximity to the site. CTA rail stations are located approximately 1 mile west of the site at 63rd Street and Cottage Grove Avenue (Green Line) and approximately 2.2 miles west of the site at 63rd Street and the Dan Ryan Expressway (Red Line).

Based on data from other museums in the City of Chicago, travel time data, and availability of public transportation to the Woodlawn site, the mode of transportation distribution assumed for visitors to and from the proposed site is summarized in **Table 2**.

**Table 2: Mode of Transportation**

| Mode | Percentage |
|---|---|
| Car | 55% |
| Walk | 10% |
| Taxi | 10% |
| Transit | 15% |
| Tour / School Bus | 9% |
| Bike | 1% |
| **Total** | **100%** |

**Trip Generation**

The amount of traffic generated by a development depends on the type and density of the land use being proposed. SSE estimated the trip generation for the proposed OPL based on visitor estimates provided by the University of Chicago, mode of transportation data in the site vicinity, and data from other museums in the City of Chicago and New York City.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

SSE used the following assumptions to develop the trip generation for the OPL Woodlawn site:

- 800,000 visitors
- Approximately 4,919 visitors would arrive on the 30th day (design day)
- Approximately 8,694 visitors would arrive on the peak day
- 55% of the visitors would travel by car
- 10% of the visitors would arrive by taxi
- 9% of the visitors would arrive via a tour/school bus
- The average automobile occupancy would be 2.56 persons per vehicle
- The average bus occupancy would be 41 persons
- The average visitor time would be 2.5 hours

*Table 3* presents the estimated trip generation for the proposed Woodlawn site.

**Table 3:  Estimated Trip Generation**

| Vehicle | Weekday / Saturday Midday Peak Hour | | |
|---|---|---|---|
| | In | Out | Total |
| Automobile (Car/Taxi) | 225 | 219 | 444 |
| Bus | 2 | 2 | 4 |
| **Total Development** | **227** | **221** | **448** |

As shown in Table 3, during the weekday and Saturday midday peak hours, the development is expected to generate approximately 448 new vehicle trips (227 entering and 221 exiting).

**Directional Distribution**

The directional distribution of the site-generated traffic is a function of several variables, including the proposed land use, the adjacent roadway network and access, information from the University of Chicago, and engineering judgment.  Accordingly, the anticipated origin and destination of the OPL visitors is summarized in *Table 4*.

**Table 4:  Visitor Origin / Destination**

| Origin / Destination | Percentage |
|---|---|
| North Side (Chicago) | 8% |
| Near West Side (Chicago) | 4% |
| Central (Chicago) | 30% |
| South Side (Chicago) | 8% |
| Other (Chicago) | 15% |
| Outside Chicago City Limits | 35% |
| **Total** | **100%** |

Sam
Schwartz
Engineering
D.P.C.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

The resulting expected directional distribution of site traffic for the proposed Woodlawn site is illustrated on ***Figure 7***.

**Site Traffic Assignment**
Based on the direction of travel, the site-generated trips were assigned to the roadway network by utilizing the site estimated trips listed in Table 3 and the anticipated directional distribution outlined on Figure 7.  The site traffic assignment is illustrated on ***Figure 8***.

**2021 Build Traffic Assignment (with Presidential Library, Woodlawn site)**
The site-generated traffic volumes (Figure 8) were then added to the 2021 No-Build traffic volumes (Figure 5) and the reassignment of future traffic associated with the vacation of Cornell Avenue (Figure 6) to develop the 2021 Build traffic volumes.   The total traffic volumes for the year 2021 are shown on ***Figure 9***.

**Background Development (Master Plan) Traffic Growth**
Traffic growth would also be associated with the expected land developments in the study area.  However, there are no known background developments in the study area.  There are no "vested" trips to include in this analysis.



**Figure 7**

**Directional Distribution**

xx = Percent Distribution

⊗ = Existing Traffic Signal



**Figure 8**

**Site Generated Traffic**

| | |
|---|---|
| xx | = Weekday Midday Street Peak Hour (1:00-2:00 pm) |
| (xx) | = Saturday Midday Street Peak Hour (11:30 am-12:30 pm) |
| ⊗ | = Existing Traffic Signal |

Sam
Schwartz
Engineering
D.P.C.



**Figure 9**

**2021 Total Traffic**

xx = Weekday Midday Street
      Peak Hour (1:00-2:00 pm)
(xx) = Saturday Midday Street
       Peak Hour
       (11:30 am-12:30 pm)
⊗ = Existing Traffic Signal

Sam
Schwartz
Engineering
D.P.C.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

## TRAFFIC ANALYSIS

The following provides a discussion of the evaluation conducted of the weekday midday and Saturday midday peak hours to determine the impact of the proposed Barack Obama Presidential Library on the surrounding roadway system. These analyses include an examination of turn lane needs, traffic control improvements, functional capacity, parking demand, multi-modal assessment, and construction traffic management.

### Capacity Analysis

Capacity analyses were conducted for assessing future traffic conditions of the weekday midday and Saturday midday peak hours, again using the methodologies outlined in the *Highway Capacity Manual*, using Synchro software. Summaries of the capacity analysis results indicating the LOS for all study intersections under future conditions are presented in **Table 5** and are discussed below.

**Table 5: Future Level-of-Service Summary**

| Intersection/Peak Hour/Lane | 2014 Existing | | 2021 Build (with OPL) | |
|---|---|---|---|---|
| | Delay $^A$ | LOS $^B$ | Delay | LOS |
| **63rd St at Yale Ave/Dan Ryan Ramps** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| 63rd St EB approach | 34.9 | C | 33.2 | C |
| 63rd St WB approach | 8.8 | A | 9.1 | A |
| Yale Ave/Dan Ryan SB approach | 12.9 | B | 14.7 | B |
| **Overall Intersection** | **19.9** | **B** | **19.7** | **B** |
| *Saturday Midday Peak Hour* | | | | |
| 63rd St EB approach | 32.6 | C | 27.2 | C |
| 63rd St WB approach | 15.3 | B | 16.1 | B |
| Yale Ave/Dan Ryan SB approach | 13.8 | B | 18.3 | B |
| **Overall Intersection** | **19.3** | **B** | **19.9** | **B** |
| **63rd St at Wentworth Ave/Dan Ryan Ramps** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| 63rd St EB approach | 25.5 | C | 22.9 | C |
| 63rd St WB approach | 25.4 | C | 32.7 | C |
| Wentworth Ave NB approach | 14.7 | B | 16.7 | B |
| **Overall Intersection** | **23.4** | **C** | **25.5** | **C** |
| *Saturday Midday Peak Hour* | | | | |
| 63rd St EB approach | 27.8 | C | 16.7 | B |
| 63rd St WB approach | 29.5 | C | 33.3 | C |
| Wentworth Ave NB approach | 15.0 | B | 20.6 | C |
| **Overall Intersection** | **25.7** | **C** | **24.6** | **C** |
| **63rd St at Stony Island Ave/Hayes Dr** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| 63rd St EB approach | 28.5 | C | 30.1 | C |
| Hayes Dr WB approach | 19.3 | B | 23.5 | C |
| Stony Island Ave NB approach | 1.6 | A | 11.0 | B |
| Stony Island Ave SB approach | 9.3 | A | 11.4 | B |
| **Overall Intersection** | **13.2** | **B** | **16.5** | **B** |
| *Saturday Midday Peak Hour* | | | | |
| 63rd St EB approach | 28.5 | C | 29.9 | C |
| Hayes Dr WB approach | 15.5 | B | 26.7 | C |
| Stony Island Ave NB approach | 2.2 | A | 11.5 | B |
| Stony Island Ave SB approach | 9.1 | A | 12.0 | B |
| **Overall Intersection** | **12.1** | **B** | **17.3** | **B** |

$^A$ Average control delay in seconds per vehicle.
$^B$ Level of service.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

**Table 5:  Future Level-of-Service Summary (cont.)**

| Intersection/Peak Hour/Lane | 2014 Existing | | 2021 Build (with OPL) | |
|---|---|---|---|---|
| | Delay [A] | LOS [B] | Delay | LOS |
| **Hayes Dr at Cornell Ave** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| Hayes Dr EB approach | 16.1 | B | 11.6 | B |
| Hayes Dr WB approach | 27.4 | C | 9.8 | A |
| Cornell Ave NB approach | 12.6 | B | -- | -- |
| Cornell Ave SB approach | 8.1 | A | 34.6 | C |
| **Overall Intersection** | **14.0** | **B** | **15.9** | **B** |
| *Saturday Midday Peak Hour* | | | | |
| Hayes Dr EB approach | 15.6 | B | 12.5 | B |
| Hayes Dr WB approach | 28.1 | C | 10.1 | B |
| Cornell Ave NB approach | 12.8 | B | -- | -- |
| Cornell Ave SB approach | 8.2 | A | 33.9 | C |
| **Overall Intersection** | **14.0** | **B** | **15.6** | **B** |
| **Stony Island Ave at Cornell Ave/65th Pl** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| Stony Island Ave NB approach | 23.5 | C | 0.1 | A |
| Stony Island Ave SB approach | 32.3 | C | -- | -- |
| Cornell Ave WB approach | 4.1 | A | -- | -- |
| **Overall Intersection** | **21.2** | **C** | **--** | **--** |
| *Saturday Midday Peak Hour* | | | | |
| Stony Island Ave NB approach | 23.9 | C | 0.1 | A |
| Stony Island Ave SB approach | 32.3 | C | -- | -- |
| Cornell Ave WB approach | 3.7 | A | -- | -- |
| **Overall Intersection** | **20.2** | **C** | **--** | **--** |
| **Midway Plaisance (EB) at Cornell Ave** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| Midway Plaisance EB approach | 31.6 | C | -- | -- |
| Cornell Ave NB approach | 4.6 | A | -- | -- |
| Cornell Ave SB approach | 7.6 | A | -- | -- |
| **Overall Intersection** | **14.0** | **B** | **--** | **--** |
| *Saturday Midday Peak Hour* | | | | |
| Midway Plaisance EB approach | 29.6 | C | -- | -- |
| Cornell Ave NB approach | 3.8 | A | -- | -- |
| Cornell Ave SB approach | 7.8 | A | -- | -- |
| **Overall Intersection** | **9.8** | **A** | **--** | **--** |
| **57th St at Lake Shore Dr** | | | | |
| *Weekday Midday Peak Hour* | | | | |
| 57th St EB approach | 27.4 | C | 34.0 | C |
| Lake Shore Dr NB approach | 14.2 | B | 10.6 | B |
| Lake Shore Dr SB approach | 17.3 | B | 18.1 | B |
| **Overall Intersection** | **18.6** | **B** | **18.1** | **B** |
| *Saturday Midday Peak Hour* | | | | |
| 57th St EB approach | 27.8 | C | 34.0 | C |
| Lake Shore Dr NB approach | 15.1 | B | 11.8 | B |
| Lake Shore Dr SB approach | 16.6 | B | 18.7 | B |
| **Overall Intersection** | **18.7** | **B** | **18.5** | **B** |

[A] Average control delay in seconds per vehicle.
[B] Level of service.

As shown in Table 5, all existing study intersections are expected to continue to operate at acceptable levels of service upon the construction of the proposed Woodlawn site, assuming the traffic control and geometric improvements as described below in the *Intersection Recommendations* section of this report are implemented.  The proposed geometric and traffic control signal improvements are adequate to accommodate future and Woodlawn site traffic.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

**Intersection Recommendations**

The recommendations for intersections are summarized as follows:

- Vacate Cornell Avenue from Midway Plaisance eastbound to Stony Island Avenue. With the closure of Cornell Avenue south of Midway Plaisance eastbound, Cornell Avenue should become a one-way northbound street between the Midway Plaisance eastbound and westbound intersections. This will also necessitate the removal of the traffic control signal at this intersection.
- The closure of Cornell Avenue at the Stony Island Avenue/65th Place intersection would also necessitate the removal of the traffic control signal at this intersection. The crosswalk provided on the north leg of this intersection, across Stony Island Avenue, should also be removed. Pedestrians have the opportunity to safely cross Stony Island Avenue at its signalized intersection with Marquette Road, one block (approximately 325 feet) south of 65th Place, as well as two blocks (approximately 900 feet) north of 65th Place at its all-way stop-controlled intersection with 64th Street.
- The intersection of 63rd Street at Hayes Drive and OPL Access should be modified to provide one through lane with shared turning maneuvers on all three approaches. The westbound accepting lane of this intersection should maintain two lanes to provide appropriate capacity/operations at the adjacent signalized intersection with Stony Island Avenue. The intersection should continue to operate under traffic signal control, as it satisfies the Manual of Uniform Traffic Control Devices peak hour warrant (warrant 3). The traffic control signal equipment should be redesigned to accommodate the modified intersection geometrics, along with a new signal timing plan implemented.
- Minor traffic signal timing modifications should be implemented at the intersections of 63rd Street at Yale Avenue (Dan Ryan Expressway On and Off Ramps), Wentworth Avenue (Dan Ryan Expressway On Ramp), and at Stony Island Avenue to provide optimal operations and to facilitate traffic to and from the OPL. Additional traffic control signals along the 63rd Street and Stony Island Avenue corridors may also require minor signal adjustments. The 2021 total traffic volumes can be adequately accommodated within the existing signal timings at the Lake Shore Drive and 57th Street intersection.

**Access Recommendations**

Access must be provided for service vehicles and to provide secure access. This can be provided from either Stony Island Avenue or the vacated Cornell Avenue, depending on the final design of the building. A transportation security plan will be developed to ensure safe and secure travel for VIPs and to minimize the operations of area traffic.

**Wayfinding Recommendations**

Due to the expected amount of visitors from outside the Hyde Park neighborhood, a considerable amount of wayfinding should be provided. This includes signs on the Dan Ryan Expressway and Lake Shore Drive, and on local streets directing vehicles to parking. It should be very clear to drivers where they are going. It is suggested that any existing wayfinding signs on the Dan Ryan

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

Expressway and Lake Shore Drive that identify the University of Chicago be modified to include the Library.

## VEHICLE AND TOUR BUS PARKING ANALYSIS

**Existing Parking Conditions**

SSE conducted parking utilization counts on a typical weekday and weekend within the study area to understand the availability of on-street parking. The counts were conducted in the following study area:

- Hayes Drive, between Cornell Avenue and Lake Shore Drive
- 67th Street, between Jeffery Boulevard and Cornell Avenue
- Stony Island Avenue, between 57th Street and 67th Street
- Richards Drive, between Hayes Drive and Marquette Road

All of the parking surveyed is free parking. There are approximately 602 on-street spaces in this overall area.

Based on the surveys conducted by SSE, the utilization of on-street parking in the study area on a weekday is approximately 37% and on a Saturday is approximately 30%. There is a considerable amount of on-street parking available.

There are a number of off-street parking lots in the area of the site, including:

- University of Chicago surface parking lots
- Museum of Science and Industry
- Apostolic Church of God

**Estimated Parking Demand**

In order to estimate the parking demand generated by the site, SSE gathered historical data from other museums in Chicago to understand the modal split and utilized daily and hourly distribution information from traffic studies conducted for the World Trade Center Memorial & Museum and the Chicago Children's Museum.

Parking is typically designed to accommodate the 30th most popular day of a facility and it is our recommendation that the OPL site be designed to accommodate this demand. Designing a parking facility for the peak day means that for 364 days of the year, there will be excess parking that is unused. Designing the parking at the Woodlawn site to meet the demand of the 30th most popular day will ensure that visitors have an excellent experience accessing the site and that costs and land are used in the most efficient manner.

SSE used the following assumptions to develop the parking demand:

- 800,000 visitors
- Approximately 4,919 visitors would arrive on the 30th day (design day)
- Approximately 8,694 visitors would arrive on the peak day
- 55% of visitors would travel by car

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

- The average vehicle occupancy would be 2.56 persons per vehicle
- The average visitor time would be 2.5 hours

*Table 6* displays the hourly parking demand for the site. As can be seen below, the peak hour of parking demand occurs between 11:00 AM and 12:00 PM. This would require 444 parking spaces for the design day and 784 parking spaces for the peak day.

**Table 6: Parking Utilization Estimates**

| Hour Begin | % of Visitors in Facility | Number of Visitors | | Number of Visitors in Vehicles | | Number of Vehicles | |
|---|---|---|---|---|---|---|---|
| | | 30th Day | Peak Day | 30th Day | Peak Day | 30th Day | Peak Day |
| 9:00 AM | 15% | 738 | 1304 | 406 | 717 | 159 | 280 |
| 10:00 AM | 35% | 1722 | 3043 | 947 | 1674 | 370 | 654 |
| 11:00 AM | 42% | 2066 | 3651 | 1136 | 2008 | 444 | 784 |
| 12:00 PM | 36% | 1771 | 3130 | 974 | 1722 | 380 | 673 |
| 1:00 PM | 37% | 1820 | 3217 | 1001 | 1769 | 391 | 691 |
| 2:00 PM | 38% | 1869 | 3304 | 1028 | 1817 | 402 | 710 |
| 3:00 PM | 28% | 1377 | 2434 | 757 | 1339 | 296 | 523 |
| 4:00 PM | 14% | 689 | 1217 | 379 | 669 | 148 | 261 |
| 5:00 PM | 4% | 197 | 348 | 108 | 191 | 42 | 75 |

**Parking Recommendations**

It is recommended that the Woodlawn site provide enough parking to meet the design day demand, which equates to 444 parking spaces. The parking should be located within Jackson Park or within walking distance to the site.

There will be days when the parking demand exceeds supply provided by the on-site parking garage. This situation is common for many large generators of visitors, and there are a number of different strategies to accommodate this overflow demand. As stated earlier, there are 602 on-street parking spaces within walking distance of the Library and there is very low utilization by the current residents. A number of locations, including the surface parking lots on the University of Chicago campus, the Museum of Science and Industry, and the Apostolic Church of God, that are within a five minute drive and a fifteen minute walk of the site that could accommodate overflow parking. It is recommended that a staff member be given the responsibility of being the transportation coordinator and that person identify these peak days and a valet service or remote shuttles be provided so that visitors can park easily and access the Library.

It is recommended that 111 bicycle parking spaces be provided (1 bicycle space per 4 vehicle spaces) in a highly visible location that is convenient to the visitor access of the OPL. The bike parking should also be close to the Lakefront Trail.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

**Estimated Tour Bus Demand and Recommendations**

In order to estimate the tour bus demand generated by the site, SSE utilized the same data from the parking demand study.

SSE used the following assumptions to develop the parking demand:

- 800,000 visitors
- Approximately 4,919 visitors would arrive on the 30th day (design day)
- Approximately 8,694 visitors would arrive on the peak day
- 9% of visitors would travel by car
- The average bus occupancy would be 41 persons per vehicle
- The average visitor time would be 2.5 hours

This would require 5 bus parking spaces for the design day and 9 bus parking spaces for the peak day.

It is recommended that buses drop off and pick up as close to the site as possible, either curbside on Stony Island Avenue or within Jackson Park. There is ample space on-street on Stony Island Avenue and 60th Street to accomplish this if it cannot be completed on the site itself. It is recommended that buses be staged on one of the surface lots owned by the University of Chicago in the area or the Apostolic Church of God.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

## MULTI-MODAL ASSESSMENT AND RECOMMENDATIONS

As discussed earlier, the Woodlawn site has adequate transit access. Three CTA bus routes (#6, #15, and #28) run adjacent to the site on Stony Island Avenue. It is located approximately ¼ mile walk from the 59th Street Metra Electric Line. The closest CTA rail station is the East 63rd – Cottage Grove Green Line station, which is over a mile away. Sidewalks are provided on Stony Island Avenue and 63rd Street. The Lakefront Trail is to the east of the site.

The following recommendations will enhance the multi-modal safety and connectivity for all users and make transit, walking, or biking to the site a much more attractive option, reducing the traffic impact on the adjacent neighborhoods.

### Transit Connectivity and Operations

The 59th Street Metra station should be renamed 59th Street – Obama Library. The station should be improved as a front door to the OPL, similar to the Metra Electric stations located to the north serving the Hyde Park neighborhood and the University of Chicago. Wayfinding should be provided to guide visitors to the site.

The intersection of 60th Street /Stony Island Avenue should be modified to provide more safety and priority for visitors arriving by transit. This includes reducing the turning radius on to Stony Island Avenue, providing ADA-compliant curb ramps, bumpouts, and leading pedestrian intervals.

A Divvy bikeshare station should be added to provide more convenient access to the Library.

### Pedestrian Safety and Connectivity

Consideration should be given to developing a streetscape for 63rd Street between Cottage Grove Avenue and the OPL.

The streets within Jackson Park were originally constructed to allow two horse and buggies to pass one another. This resulted in wide streets that now encourage vehicles to speed through the park and make it difficult for pedestrians to access and traverse different parts of the park. A roundabout should be considered at the intersection of Hayes Drive and Richards Drive. Additional traffic calming measures, such as speed humps, chicanes, and signage should be installed within the Park streets. Safe pedestrian crossings should be installed at the Hayes Drive and Richards Drive and the Marquette Drive and Richards Drive intersections. They may include underpasses, stop control, or speed tables, similar to other pedestrian crossings within the city of Chicago.

### Bicycle Safety and Connectivity

The Lakefront Trail is the crown jewel of Chicago's bicycle network. It is recommended that a shared use path be designated within Jackson Park that connects the Lakefront Trail to the OPL. This should connect to the future bicycle facility on Stony Island Avenue. Signage should be provided to direct bicyclists to the park trail and the OPL.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

## CONSTRUCTION TRAFFIC MANAGEMENT

Stony Island Avenue should not be used for construction access. Cornell Drive should be closed during construction. The construction entrance to the sites should be provided on Hayes Drive at Cornell Avenue. Construction employees should use Stony Island Avenue and Cornell Drive for parking.

## CONCLUSION

Analyses have been conducted under existing and future conditions of the intersections in the study area to determine the impact from the proposed Barack Obama Presidential Library (OPL) Woodlawn site. The capacity analysis results indicate that the implementation of geometric and signal improvements will permit the surrounding roadways to operate at acceptable levels of service under all design hours to accommodate the increase in projected traffic from OPL-generated traffic and general traffic growth associated with new development in the surrounding area. Overall, vehicles will be able to easily access the site and the OPL will not have a significant impact on the traffic operations in the neighborhoods.

The following details the recommendations for parking, access, and improvements to the safety and operations of multi-modal access.

- The intersection of Cornell Avenue (OPL Access) and Hayes Drive provides an ideal access point for vehicular traffic. Under this scenario, the OPL Access should be terminated before it reaches Midway Plaisance. The new design of the OPL Access should provide one lane of travel in each direction and be 24 feet in width. Cornell Avenue is currently used as a bypass of Lake Shore Drive for local traffic and does not fit within the Chicago grid. It has moderately low traffic volumes and very high speeds. Vacating Cornell Avenue will not only potentially reduce the amount of asphalt within Jackson Park, but it will also significantly improve the safety within Jackson Park.

- With the closure of Cornell Avenue south of Midway Plaisance eastbound, Cornell Avenue should become one-way northbound between the Midway Plaisance eastbound and westbound intersections and the traffic control signal removed at the Midway Plaisance eastbound intersection. This will reduce the amount of pavement within Jackson Park and provide safety improvements. The closure of Cornell Avenue will also necessitate the removal of the traffic control signal and geometric modifications at Stony Island Avenue/65th Place.

- Minor traffic signal timing/phasing modifications should be implemented at the study area intersections, as appropriate, to provide optimal operations and to facilitate traffic to and from the OPL.

- Prohibiting access on Stony Island Avenue will allow for an excellent pedestrian experience along the corridor and improve operations of through traffic on Stony Island Avenue.

- Service access and secure access can be provided from Stony Island Avenue or Cornell Avenue.

- It is estimated that the site will generate a peak parking demand of 444 vehicular parking spaces on the 30th most popular day (typical design day). It is recommended that all parking be provided within the site.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

- There are a number of options to accommodate any overflow parking for special events, including the Museum of Science and Industry, surface lots owned by the University of Chicago in the area, and the Apostolic Church of God. There is also on-street parking in the area.

- It is estimated that the site will generate a peak bus demand of 5 buses on the 30th most popular day (typical design day). It is recommended that buses be staged on one of the surface lots owned by the University of Chicago in the area or the Apostolic Church of God.

- A staff member should be given the responsibility of coordinating all transportation, particularly for special events.

- The 59th Street Metra station should be renamed 59th Street – Obama Library. The station should be improved as a front door to the library, similar to the Metra Electric stations located to the north serving the Hyde Park neighborhood and the University of Chicago. Wayfinding should be provided to guide visitors to the site.

- The streets within the park were originally designed to allow horse and buggies to easily traverse through them. This design provided excess space for modern vehicles, which has led to vehicles using these streets to speed through the park. The following are the recommended geometrics for each internal street:

  o Richards Drive, between Marquette Drive and Hayes Drive: Reduce lane width to 10.5 feet and provide parking on both sides of the street. This would reduce the street by 5 feet in width and remove approximately 0.15 acres of asphalt. The "ramps" to Richards Drive from Marquette Drive should be removed and a standard T-intersection should be installed.

  o Marquette Drive, between Stony Island Avenue and South Shore Drive: Reduce lane width to 10.5 feet and provide parking on both sides of the street. This would reduce the street by 5 feet in width and remove approximately 0.35 acres of asphalt.

  o Hayes Drive, between OPL Access and South Shore Drive: Reduce lane width to 10.5 feet and provide parking on both sides of the street. This would reduce the street by 13 feet in width and remove approximately 0.80 acres of asphalt. The intersection of Hayes Drive and Richards Drive should be converted to a standard roundabout.

- Consideration should be given to developing a streetscape for 63rd Street between the Cottage Grove Avenue and the OPL.

- The intersection of 60th Street/Stony Island Avenue should be modified to provide more safety and priority for pedestrians. This includes reducing the turning radius on to Stony Island Avenue, providing ADA-compliant curb ramps, bumpouts, and leading pedestrian intervals.

*Barack Obama Presidential Library – Woodlawn Site, University of Chicago*

- The Lakefront Trail is the crown jewel of Chicago's bicycle network.  It is recommended that a shared use path be designated within Jackson Park that connects the Lakefront Trail to the OPL.   This should connect to the future bicycle facility on Stony Island Avenue.

# APPENDIX – MULTI-MODAL EXHIBITS

- Existing Transit
- Existing Bicycle Infrastructure
- Travel Times to Site
- Multi-modal Recommendations





LEGEND

Sites

━━━ Protected Bike Lane
┅┅┅ Bike Lane
──── Neighborhood Greenway

Planned Divvy Station

Existing Divvy Station





Rename station:
**59th Street –
Obama Library**

One-way
northbound

Add shared use
path through
Jackson Park to
connect Site
with Lakefront
Trail and future
bike facilities on
Stony Island

Close Cornell Ave

Modify intersection
to provide safety
and priority to
pedestrians

Narrow to 24'
wide with one
lane in each
direction

Site access

*STREETSCAPING*

**LEGEND**

Sites

Protected Bike Lane
Bike Lane
Neighborhood
Greenway