# EXHIBIT 6

RECEIVED 02/04/2019 05:32PM 3129227747    ROTH FIORETTI LLC    p.1
Feb 04 19 04:36p    Herbert caplan    7739297428
02-04-19:04:29PM:

Case: 1:18-cv-03424 Document #: 85-26 Filed: 02/05/19 Page 2 of 2 PageID #:3005 2
;3125632607

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINIOS,
### EASTERN DIVISION

Protect Our Parks, Inc.; Charlotte Adelman;  )
Maria Valencia and Jeremiah Jurevis;          )    No. 18-cv-03424
   Plaintiffs,                 )
                 )    Honorable John Robert Blakey
v.                                            )
                 )
Chicago Park District and City of Chicago,    )    Jury Demanded
   Defendants.                  )

## DECLARATION OF MARIA VALENCIA

Pursuant to 28 U.S.C.§ 1746, I hereby declare as follows:

1. My name is Maria Valencia. I am a plaintiff in the above captioned matter.

2. I am over the age of 18. I am a resident of the City of Chicago. As such, I pay taxes to the City of Chicago, Cook County and the State of Illinois.

3. I object to using City of Chicago tax dollars to fund the planned Obama Presidential Center ("OPC"), and I object to funding alterations to the City's streets necessitated by the OPC.

4. Former President Barack Obama has and continues to endorse Democratic candidates for office. I object to the City of Chicago using tax dollars to fund the OPC, while President Obama endorses political candidates and Democratic Party causes.

5. I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this __4__ day of February, 2019

             Maria Valencia

1