# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS,
EASTERN DIVISION

| | |
|---|---|
| Protect Our Parks, Inc.; Charlotte Adelman; Maria Valencia and Jeremiah Jurevis; Plaintiffs, <br> v. <br> Chicago Park District and City of Chicago, Defendants. | No. 18-cv-03424 <br><br> Honorable John Robert Blakey <br> Magistrate Mary Rowland |

## DECLARATION OF HERBERT L. CAPLAN

I, Herbert L. Caplan, declare and state as follows:

This Declaration is based on my personal knowledge, and if I were sworn as a witness I would testify as follows:

1. My name is Herbert L. Caplan. For the past ten years I have served as the President of Protect Our Parks, the 501(c)(3) non-profit public interest organization, which is appearing as Plaintiff in the Obama Center lawsuit.

2. I am a graduate of the University of Chicago College and Law School. Over the past 60 years I have been actively engaged in trial and appellate practice, and I have appeared in every local state and federal court, argued cases before the Illinois Supreme Court, and am admitted to practice before the United States Supreme Court. I have served as an Assistant Corporation Counsel in the administration of Mayor Harold Washington, and I have served as a First Assistant Illinois Attorney General.

3. The membership of Protect Our Parks consists of Chicago residents and taxpayers who have a dedicated interest in preserving, protecting, and advancing the Chicago public park system and have engaged in legal action to insure the continued availability of open, clear and free public parks as a retreat and place of recreation available for themselves, their families,

friends, neighbors, and fellow Chicago citizens and taxpayers, and as an established attraction for visitors to the city.

4. The membership of Protect Our Parks includes men and women of all ages, all races, and a variety of ethnic backgrounds and political affiliations, all who have joined in making contributions to support the pending lawsuit.

5. In addition to the basic objection to the taking of dedicated public park land in historic landmarked Jackson Park for the 99-year benefit and use of a private party, the membership of Protect Our Parks is also opposed and objects to the use of their public tax payments to facilitate construction of a facility with a 235-foot tower in the public park and the unambiguous purpose of continuing to promote and advance a personal political agenda with which they may disagree.

## VERIFICATION

I declare under penalty of perjury, that the foregoing is true and correct.

*Herbert L. Caplan*
Herbert L. Caplan

Executed on this 4th day of February 2019.