## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Protect Our Parks, et al.
                               Plaintiff,

v.                                              Case No.: 1:18−cv−03424
                                                Honorable John Robert Blakey

Chicago Park District, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 11, 2019:

MINUTE entry before the Honorable John Robert Blakey: In light of the parties' statements regarding summary judgment, [84] [85], the parties shall come prepared to do the following at the motion hearing scheduled for February 14, 2019: (1) argue Defendants' motion to dismiss for lack of subject matter jurisdiction [48]; (2) advise this Court as to the specifics of any outstanding discovery the parties still need for purposes of summary judgment; and (3) set a briefing schedule for summary judgment. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.