# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Protect Our Parks, et al.

                Plaintiff,

v.                                           Case No.: 1:18−cv−03424
                                                  Honorable John Robert Blakey

Chicago Park District, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 2/14/2019. Defendant's motion to dismiss [48] is taken under advisement and the Court will issue a ruling by separate written order on 2/19/19. Plaintiff's oral request to amend complaint is granted in part and denied in part. An amended complaint, adding only the line referenced in open court, shall be filed by noon on 2/15/2019. Parties shall meet and confer regarding any outstanding discovery disputes as discussed in court, and file a joint status report regarding any potential discovery issues on or before 2/22/2019. Status hearing set for 2/27/2019 at 10:30 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.