UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Protect Our Parks, et al.
                    Plaintiff,

v.                                    Case No.: 1:18−cv−03424
                                      Honorable John Robert Blakey

Chicago Park District, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2019:

MINUTE entry before the Honorable John Robert Blakey: On February 14, 2019, this Court instructed both sides to meet and confer regarding any outstanding discovery disputes and file a joint status report regarding any potential discovery issues on or before February 22, 2019. [90]. On February 22, 2019, the parties submitted separate discovery reports, [95] [96], rather than a joint report, citing time constraints and differing positions as to discovery. This Court strikes both reports, [95] [96], for failure to follow this Court's orders, and orders the parties to submit a joint report regarding any potential discovery issues, not to exceed 15 pages, on or before February 26, 2019 at 5PM. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.