353 N. CLARK STREET CHICAGO, IL 60654-3456

**JENNER & BLOCK** LLP

May 6, 2019

Craig Martin
Tel +1 312 923 2776
Fax +1 312 840 7776
CMartin@jenner.com

Via CM/ECF

Honorable John Robert Blakey
United States District Court
Northern District of Illinois
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: *Protect Our Parks v. Chicago Park District*, No. 18-cv-3424 (N.D. Ill.)

Dear Judge Blakey,

We represent *amici curiae* Park Museums in *Protect Our Parks v. Chicago Park District*, No. 18-cv-3424. This Court previously granted the Park Museums leave to file an *amicus* brief in support of Defendants' motion to dismiss or for judgment on the pleadings. Dkt. 64; *see* Dkt. 61. After the *amicus* brief was filed, the Court converted Defendants' motion for judgment on the pleadings into a motion for summary judgment. Dkt. 79. Defendants filed their opening brief on May 3, 2019. Dkt. 122.

For the reasons articulated in their prior motion for leave, the Park Museums believe that their *amicus* brief will aid the Court as it considers Defendants' motion for summary judgment. In particular, the Park Museums believe that they are in a unique position to provide the Court with insight and perspective that is not available to the parties. The Park Museums also believe that their *amicus* brief provides the Court with historical context about the long tradition of locating museums in Chicago's public parks and about potential practical consequences that may result if Defendants' motion is denied.

Accordingly, Park Museums respectfully request that this Court deem their previously filed *amicus* brief (Dkt. 61-1) as filed in support of Defendants' Motion for Summary Judgment (Dkt. 122), and consider their *amicus* brief in connection with Defendants' pending motion.

Respectfully,

*/s/ Craig C. Martin*

Craig C. Martin
Chairman of Jenner & Block LLP

cc: All counsel, by CM/ECF