IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINIOS,
EASTERN DIVISION

| | | |
|---|---|---|
| Protect Our Parks, Inc.; Charlotte Adelman; | ) | |
| Maria Valencia and Jeremiah Jurevis; | ) | |
| Plaintiffs, | ) | No. 18-cv-03424 |
| v. | ) | |
| | ) | Honorable John Robert Blakey |
| Chicago Park District and City of Chicago, | ) | Magistrate Mary Rowland |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF MARK ROTH AND KENNETH HURST ON BEHALF OF PLAINTIFFS**

Now come attorneys Mark Roth and Kenneth Hurst and for their motion for leave to withdraw their appearances on behalf of Plaintiffs state:

1.  Mark Roth and Kenneth Hurst filed appearances on behalf of Plaintiffs in the above captioned action. Kenneth Hurst has left Mr. Roth's firm, and no longer has any involvement with the case. Plaintiffs are now represented by new counsel. Specifically, attorney Michael Rachlis of the firm of Rachlis Duff Peel & Kaplan, LLC is representing Plaintiffs and is proceeding with a post judgment motion and potential appeal. Mark Roth and, of course, Kenneth Hurst, are not participating in the post-judgment motion. Attorneys Roth and the Plaintiffs have mutually parted ways.

2.  Mark Roth and Kenneth Hurst accordingly request that this Court grant their motion for leave to withdraw as attorneys for Plaintiffs.

Wherefore, attorneys Mark Roth and Kenneth Hurst request that this Court grant their Motion for leave to withdraw their appearances on behalf of Plaintiffs.

/s/Mark Roth
Mark Roth

Mark Roth
Roth Fioretti LLC
Attorney No. 37547
311 S. Wacker, STE 2470
Chicago, Illinois 60606
(312) 922-6262
mark@rothfioretti.com